JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
SUSAN F. HANNAN (Cal. Bar No. 97604)
Email: hannans@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Acting Regional Director
John M. McCoy III, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

ORIGINAL FILED

JUN 21 2012

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LCC,<br><br>Defendants. | Case No. CV12-03237 EJD<br><br>*EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
SUSAN F. HANNAN (Cal. Bar No. 97604)
Email: hannans@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Acting Regional Director
John M. McCoy III, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LCC, <br><br> Defendants. | Case No. <br><br> *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

Plaintiff Securities and Exchange Commission ("Commission") applies for a temporary restraining order prohibiting defendants Mark Feathers, Small Business Capital Corp. ("SB Capital"), Investors Prime Fund, LLC ("IPF"), and SBC Portfolio Fund, LLC ("SPF") from committing violations of various antifraud provisions of the federal securities laws, for orders freezing assets, appointing a temporary receiver over SB Capital, IPF and SPF, requiring accountings, prohibiting the destruction of documents, and granting expedited discovery. In addition, the Commission applies for an Order to Show Cause Re Preliminary Injunction and Appointment of a Permanent Receiver.

As detailed in the accompanying papers, this matter involves a scheme to defraud investors in two Funds managed by Feathers and SB Capital. The Commission requests the immediate assistance of the Court to prevent on-going violations of the federal securities laws and to prevent the further dissipation of investor funds obtained by the defendants.

The Commission makes this Application pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rules 7-10 and 65-1. The Commission is authorized to make this application and the Court is authorized to grant a temporary injunction or restraining order and other equitable relief, without bond, pursuant to 15 U.S.C. §§ 77t(a), 78u(d)(1), and 80b-14.

The Commission simultaneously requests that the Court excuse the Commission of its obligation to notify defendants in advance of the application. *See* FED. R. CIV. P. 65(b); L.R. 65-1(b). The Commission did not notify defendants before filing its *ex parte* application for fear that Feathers might transfer investor funds out of defendants' bank accounts.

//
//
//
//
//
//

This application is supported by the Commission's memorandum of points and authorities, the declarations of Roger Boudreau and Susan F. Hannan, all materials attached to the declarations, the proposed orders lodged by the Commission and such other oral or written evidence as may be presented at the hearing.

DATED:  June 21, 2012                    Respectfully submitted,

/s/ John B. Bulgozdy
John B. Bulgozdy
Susan F. Hannan
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION