1  Mark P. Fickes, Esq. (SBN: 178570)
      fickes@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
      hagey@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   220 Sansome Street, Second Floor
4  San Francisco, CA 94104
   Telephone:  (415) 599-0210
5  Facsimile:  (415) 276-1808

6  ATTORNEYS FOR DEFENDANT
   MARK FEATHERS
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION,          | )<br>)<br>) | Case No. 5:12-cv-03237-EDJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | )<br>) | **EX PARTE ADMINISTRATIVE MOTION TO FILE UNREDACTED DECLARATION OF MARK FEATHERS AND UNREDACTED EXHIBITS ATTACHED THERETO UNDER SEAL [LOCAL RULES 7-11 AND 79-5]** |
| SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC, | )<br>)<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

Defendant Mark Feathers applies *ex parte* for an order authorizing the filing under seal of the unredacted declaration of Mark Feathers and the exhibits attached thereto ("Feathers Declaration").  Mr. Feathers seeks leave of the Court to file the unredacted Feathers Declaration under seal pursuant to Local Rule 79-5(a) and (b).

Case No.  5:12-cv-03237-EJD
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  On July 10, 2012, the Court entered a Preliminary Injunction and Orders: (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Requiring Accountings; and (4) Appointing a Permanent Receiver (the "PI Order"). (Dkt. No. 10.) Pursuant to Paragraph XVI of the PI Order, Mr. Feathers is required to prepare and deliver to Plaintiff Securities and Exchange Commission ("SEC"), and file with the Court, a detailed and complete schedule of all of his personal assets, including all real and personal property exceeding $5,000 in value, and all bank, securities, futures and other accounts identified by institution, branch address and account number.

On July 13, 2012, Mr. Feathers delivered via e-mail the Feathers Declaration which provided information about his personal assets as required by the PI Order to counsel for the SEC, the Receiver and the Receiver's counsel. The Feathers Declaration contains information that is protected from disclosure to the public pursuant to Federal Rule of Civil Procedure 5.2, including bank account numbers for him, his children, and his wife, personal identifying information, and personal financial information. Consequently, Mr. Feathers seeks an order from this Court directing that the Feathers Declaration be filed under seal.

Dated: July 16, 2012                BRAUNHAGEY & BORDEN LLP

                                    By:   /s/
                                          Mark P. Fickes

                                    Attorneys for Defendant Mark Feathers