1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>Defendants. | Case No. CV12-03237<br><br>[PROPOSED] ORDER APPROVING RECEIVER'S THIRD INTERIM REPORT AND PETITION FOR INSTRUCTIONS<br><br>Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |
|---|---|

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

793417.01/SD

Case No. CV12-03237
[PROPOSED] ORDER APPROVING
RECEIVER'S THIRD INTERIM REPORT

The Court having considered the Third Interim Report and Petition for Instructions ("Report") of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Small Business Capital Corp. ("SB Capital"), Investors Prime Fund, LLC ("IPF"), SBC Portfolio Fund, LLC ("SPF"), and their subsidiaries and affiliates (collectively, the "Receivership Entities"), and good cause appearing therefor, hereby orders as follows:

1. The Report is approved;

2. The receivership shall continue pursuant to the Permanent Injunction Order entered on July 10, 2012, and additional orders of the Court; and

3. The Receiver's Fourth Interim Report shall be filed on or before January 15, 2013.

Dated: November 6, 2012

_____
Hon. Edward J. Davila
Judge, United States District Court