1
2
3
4
5
6

**United States District Court**
For the Northern District of California

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10   SECURITIES AND EXCHANGE                CASE NO. 5:12-cv-03237 EJD
     COMMISSION,
11                                          **ORDER RE: DEFENDANT MARK
                                            FEATHERS' PENDING MOTIONS**
12                  Plaintiff(s),
          v.
13
     SMALL BUSINESS CAPITAL CORP., et.      [Docket Item No(s). 92, 93, 94, 96, 102, 103,
14   al.,                                   104, 105]

15
                    Defendant(s).
16   _____/

17        Presently before the court are eight motions, all filed by *pro se* Defendant Mark Feathers

18   ("Defendant").  See Docket Item Nos. 92-94, 96, 102-105.  In four of the motions, Defendant seeks

19   relief under Federal Rule of Civil Procedure 12.  See Docket Item Nos. 92-94, 96.  In the remaining

20   four, Defendant seeks certain modifications to the preliminary injunction and order establishing a

21   temporary receivership.  See Docket Item Nos. 102-105.  All eight of the motions were filed by

22   Defendant on an *ex parte* basis.

23        Civil Local Rule 7-10 states:

24             Unless otherwise ordered by the assigned Judge, a party may file an ex
               parte motion, that is, a motion filed without notice to opposing party,
25             *only if a statute, Federal Rule, local rule or Standing Order authorizes
               the filing of an ex parte motion in the circumstances* and the party has
26             complied with the applicable provisions allowing the party to
               approach the Court on an ex parte basis. *The motion must include a
27             citation to the statute, rule or order which permits the use of an ex
               parte motion to obtain the relief sought.*
28

                                          1

CASE NO. 5:12-cv-03237 EJD
ORDER RE: DEFENDANT MARK FEATHERS' PENDING MOTIONS

United States District Court

For the Northern District of California

1        Having reviewed the Defendant's motions, the court is unable to find reference to the statute,

2   Federal Rule, local rule or standing order which allows for *ex parte* treatment of the relief requested.

3   Indeed, the four motions which arise under Federal Rule of Civil Procedure 12 can only be heard

4   after regular notice, and much of the relief Defendant seeks in the requests to modify the preliminary

5   injunction are similarly unsuited for *ex parte* review.

6        Accordingly, all *ex parte* relief requested in Defendant's eight pending motions is DENIED.

7   The court instructs the clerk to schedule the motions under Federal Rule of Civil Procedure 12

8   (Docket Item Nos. 92-94, 96) for hearing on the next available civil motion calendar.  Briefing on

9   those motions shall occur according to the deadlines provided by Civil Local Rule 7.  Defendant

10   may re-file the remaining four motions (Docket Item Nos. 102-105) as regularly noticed motions

11   pursuant to Civil Local Rule 7-2.  Defendant is advised that, although he is proceeding *pro se*, he is

12   nonetheless "expected to abide by the rules of the court in which he litigates."  <u>Carter v. Comm'r of</u>

13   <u>Internal Revenue</u>, 784 F.2d 1006, 1008 (9th Cir. 1986).  This requires observance of all Federal

14   Rules of Civil Procedure, Civil Local Rules, standing orders applicable to this court, as well as the

15   requirement that all parties obtain a hearing date from the undersigned's Courtroom Deputy *before*

16   filing a motion.  <u>See</u> Standing Order Regarding Case Management in Civil Cases (San Jose Judges'

17   Standing Order), available at www.cand.uscourts.gov.  Failure to do so may result in the imposition

18   of sanctions.

19   **IT IS SO ORDERED.**

20

21   Dated:  November 13, 2012

                                  _____

22                                 EDWARD J. DAVILA

                                 United States District Judge

23

24

25

26

27

28

CASE NO. 5:12-cv-03237 EJD
ORDER RE: DEFENDANT MARK FEATHERS' PENDING MOTIONS