IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br>v.<br><br>SMALL BUSINESS CAPITAL CORP., et. al.,<br><br>Defendant(s). | CASE NO. 5:12-cv-03237 EJD<br><br>**ORDER VACATING REFERRAL TO MEDIATION** |

As the court finds this case presently unsuitable for referral to an ADR process, the prior order referring the case to mediation (see Docket Item No. 76) is VACATED.

**IT IS SO ORDERED.**

Dated: November 14, 2012

EDWARD J. DAVILA
United States District Judge