1  DAVID R. ZARO (BAR NO. 124334)
   LORAINE L. PEDOWITZ (BAR NO. 120614)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone: (213) 622-5555
   Fax: (213) 620-8816
5  E-Mail: dzaro@allenmatkins.com
           lpedowitz@allenmatkins.com
6  Attorneys for Thomas A. Seaman,
   Receiver

**IT IS SO ORDERED**
Judge Edward J. Davila
11/28/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIOS, LCC,<br><br>          Defendants. | Case No. CV12-03237 EJD<br><br>**STIPULATION BETWEEN RECEIVER AND THE SMALL BUSINESS ADMINISTRATION TO MODIFY THE RECEIVER'S ADMINISTRATIVE RELIEF MOTION RE SETTING A CLAIMS BAR DATE AND APPROVING CLAIM FORMS**<br><br>Ctrm:   4 - 5th Floor<br>Judge:  Hon. Edward J. Davila |

Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Small Business Capital Corp. ("SB Capital"), Investors Prime Fund, LLC ("IPF"), SBC Portfolio Fund, LLC ("SPF") and their subsidiaries and affiliates (collectively, the "Receivership Entities") filed a Motion for Administrative Relief to set a claims bar date and obtain approval of proof of claim forms on November 19, 2012, as Docket No. 116. The Receiver and the Small Business Administration ("SBA"), by and through their counsel, have since conferred over the relief requested by the Receiver. Due to the fact that the Receivership Entities participated in several SBA programs and multiple loans are involved, the SBA has requested additional time to prepare its proof of claim or claims. The Receiver is agreeable to accommodating the SBA request provided that it does not delay the administration of the receivership estate. Accordingly, the Receiver and the SBA, by and through counsel, stipulate as follows:

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

945553.01/LA

Case No. CV12-03237
STIPULATION TO MODIFY REQUEST RE
CLAIMS BAR DATE

provided that it does not delay the administration of the receivership estate. Accordingly, the Receiver and the SBA, by and through counsel, stipulate as follows:

1. The SBA may have an additional 30 days beyond the proof of claim bar date set by the Court to submit its proof of claim to the Receiver.

2. The SBA may also request an additional and further 60-day extension of the bar date to submit its proof of claim. The Receiver will give due consideration to that request and will agree the extension if it does not delay the administration of the Receivership Estate.

3. Nothing in this Stipulation shall preclude the SBA from seeking other or further relief from the Court.

IT IS SO STIPULATED.

Dated: November 21, 2012

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
DAVID R. ZARO
Attorneys for Thomas A. Seaman, Receiver

Dated: November 21, 2012

By: _____
ERIC BENDERSON
Associate General Counsel for Litigation
Small Business Administration
LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case No. CV12-03237
STIPULATION BETWEEN RECEIVER AND
SBA TO MODIFY REQUEST RE CLAIMS
BAR DATE

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On November 27, 2012, I served the within document(s) described as:

**STIPULATION BETWEEN RECEIVER AND THE SMALL BUSINESS ADMINISTRATION TO MODIFY THE RECEIVER'S ADMINISTRATIVE RELIEF MOTION RE SETTING A CLAIMS BAR DATE AND APPROVING CLAIM FORMS**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on and in accordance with a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date. My electronic notification address is mlyons@allenmatkins.com. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

☒ **BY E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☒ **BY OVERNIGHT DELIVERY:** I deposited in a box or other facility regularly maintained by FedEx, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed as indicated above on the above-mentioned date, with fees for overnight delivery paid or provided for.

Via Email and FedEx
Mark Feathers
1520 Grant Road
Los Altos, CA 94024
Email: markfeathers@sbcglobal.net

Via FedEx
Hon. Edward J. Davila
U.S. District Court
280 South 1st Street, Room 4
San Jose, CA 95113

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on November 27, 2012, at Los Angeles, California.

_____Marcella Lyons_____       _____/s/ Marcella Lyons_____
(Type or print name)                     (Signature of Declarant)