United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 5:12-cv-03237 EJD |
| Plaintiff(s), | **ORDER DENYING DEFENDANT'S REQUEST TO DEFER DISCOVERY** |
| v. | |
| SMALL BUSINESS CAPITAL CORP., | [Docket Item No(s). 276, 286] |
| Defendant(s). | |

Defendant Mark Feathers' request to defer discovery (Docket Item Nos. 276, 286) is DENIED.

**IT IS SO ORDERED.**

Dated: March 5, 2013

EDWARD J. DAVILA
United States District Judge