IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 5:12-cv-03237 EJD |
|---|---|
| Plaintiff(s), | **ORDER STRIKING IMPROPERLY FILED PLEADINGS** |
| v. | |
| SMALL BUSINESS CAPITAL CORP., et. al., | [Docket Item No(s). 365, 366, 367, 368, 369, 370] |
| Defendant(s). | |

On April 12, 2013, several Oppositions were filed in this action. See Docket Item Nos. 365-370. These Oppositions, each of which are curiously identical, were filed by non-parties to this litigation without leave of court. Accordingly, they are STRICKEN.

The clerk shall not file any additional similar documents presented by non-parties. Instead, the clerk shall designate such documents as received in the same manner as a letter.

**IT IS SO ORDERED.**

Dated: April 12, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-03237 EJD
ORDER STRIKING IMPROPERLY FILED DOCUMENTS