**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | Case No.: 5:12-CV-03237 EJD |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) ) | **[Docket Item Nos. 177, 275, 419]** |
| SMALL BUSINESS CAPITAL CORP. et al., ) ) | |
| Defendants. ) ) | |

Pursuant to the Court's statements on the record at a hearing on May 10, 2013, the Court hereby orders the following:

- Receiver Thomas Seaman's Motion for Order Instructing Defendant Mark Feathers to Terminate Insurance Policy and Turn Over Cash Value (Docket Item No. 177) is GRANTED;

- Defendant Mark Feathers' Second Amended Motion to Dismiss and Motion for Sanctions (Docket Item No. 275) is DENIED; and

- Receiver Thomas Seaman's Motion for Authorization to Sell Properties (Docket Item No. 419) is GRANTED.

**IT IS SO ORDERED.**

Dated: May 10, 2013

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-03237 EJD
ORDER