IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff(s),

v.

SMALL BUSINESS CAPITAL CORP., et. al.,

         Defendant(s).

CASE NO. 5:12-cv-03237 EJD

**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE**

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Nathanael Cousins for a settlement conference to occur **no later than June 26, 2013.** The parties are instructed to contact Judge Cousins' Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: May 13, 2013

EDWARD J. DAVILA
United States District Judge