# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>    v.<br><br>SMALL BUSINESS CAPITAL CORPORATION, et al.,<br><br>              Defendants. | Case No. 5:12-cv-03237 EJD (NC)<br><br>**ORDER ALLOWING TELEPHONIC APPEARANCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The receiver, Thomas A. Seaman, and his counsel should be available by telephone but do not to be physically present at the settlement conference scheduled for June 13, 2013.

IT IS SO ORDERED.

DATED: June 10, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 5:12-cv-03237 EJD (nc)
ORDER ALLOWING TELEPHONIC APPEARANCE