IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br>v.<br><br>SMALL BUSINESS CAPITAL CORP., et. al.,<br><br>Defendant(s). | CASE NO. 5:12-cv-03237 EJD<br><br>**ORDER RE: DEFENDANT'S MOTION FOR CONTINUATION OF LIVING EXPENSES**<br><br>[Docket Item No(s). 527] |

On June 11, 2013, Defendant Mark Feathers ("Defendant") filed a document entitled "Motion to Request a Ninety Day Continuation of Amendment to the Order and Injunction for Living Expenses for Defendant." See Docket Item No. 527. According to the motion, Defendant requests "the court allocate $15,000 from the assets of the receivership estate for a ninety day continuance of [Defendant's] living expenses."

Although Defendant noticed the motion before Magistrate Judge Paul S. Grewal, the relief requested renders it properly directed toward the undersigned. Accordingly, the hearing before Judge Grewal scheduled for July 15, 2013, is VACATED. This court will decide the matter, and finds it suitable for decision without a hearing pursuant to Civil Local Rule 7-1(b). Defendant's motion will be deemed submitted for decision upon conclusion of the briefing.

**IT IS SO ORDERED.**

Dated: June 26, 2013

EDWARD J. DAVILA
United States District Judge