# EXHIBIT A

Thomas Seaman, Receiver for SB Capital
Summary Level Sources and Uses of Funds by Activity
(Funds only, Manager excluded)

| | IPF | SBC, LLC | SPF | SCMF | Total |
|---|---:|---:|---:|---:|---:|
| Beginning Cash | 56,289.10 | - | - | - | 56,289.10 |
| | | | | | |
| Money Raising | | | | | - |
| Principal invested prior to 1/1/2007 | 3,608,212.66 | | | | 3,608,212.66 |
| Principal invested | 39,508,827.38 | - | 11,271,550.39 | 2,910,305.41 | 53,690,683.18 |
| Interest paid to investors | (2,668,447.12) | - | (967,053.94) | (33,452.96) | (3,668,954.02) |
| Principal returned | (10,766,545.17) | - | (2,751,219.98) | - | (13,517,765.15) |
| Total Money Raising | 26,073,835.09 | - | 7,553,276.47 | 2,876,852.45 | 36,503,964.01 |
| | | | | | |
| Money Lending and Investing | (25,044,119.11) | | | | |
| Funds Advanced prior to 1/1/07 | (3,954,852.39) | | | | |
| Funds advanced to borrowers | (21,089,266.72) | (43,374,464.73) | (26,950,938.65) | (866,058.75) | (92,280,728.85) |
| Loan sales | 10,705,663.86 | 35,085,905.54 | 3,667,144.46 | 1,309,910.97 | 50,768,624.83 |
| Funds repaid by borrowers | 15,035,791.38 | 822,555.55 | 8,137,411.68 | 256,269.08 | 24,252,027.69 |
| Loan origination income | - | 72,393.00 | 477,748.67 | 50,187.00 | 600,328.67 |
| Interest income | 2,205,332.11 | 475,741.44 | 1,050,739.62 | 54,240.62 | 3,786,053.79 |
| Loan premium income | 819,473.36 | 2,800,621.48 | - | 13,099.11 | 3,633,193.95 |
| Servicing income | 68,495.74 | 383,606.25 | 89,407.49 | 37,047.87 | 578,557.35 |
| Other loan income | 10,754.31 | 29,217.63 | 75,102.03 | 8,675.50 | 123,749.47 |
| Operating expenses | (1,622,243.81) | (2,422,691.24) | (561,459.01) | (145,088.13) | (4,751,482.19) |
| SBA License | | (750,000.00) | | | (750,000.00) |
| Investment in CBB stock | (990,000.00) | | | | (990,000.00) |
| Borrower deposits and loan pmt holding | | 119,495.00 | (2,245.30) | - | 117,249.70 |
| Loan pmt holding account corp | (34,586.92) | (300.00) | 523.40 | - | (34,363.52) |
| Loan pmt holding account LLC | | 252,647.20 | | | 252,647.20 |
| Total money lending | 5,109,413.31 | (6,505,272.88) | (14,016,565.61) | 718,283.27 | (14,694,141.91) |
| | | | | | |
| Intercompany Activity | | | | | |
| Loans transferred to other Funds | 8,352,642.00 | | 15,641,720.43 | 2,188,995.24 | 26,183,357.67 |
| Loans received from other Funds | (14,825,798.75) | | (5,686,411.73) | (5,671,147.19) | (26,183,357.67) |
| Loans transferred to Manager | (4,504,250.00) | | (250,000.00) | | (4,754,250.00) |
| Loans received from Manager | 889,250.00 | | 250,000.00 | | 1,139,250.00 |
| Payments to Coast Capital | (366,880.17) | - | - | | (366,880.17) |
| Payments to other Funds | (13,773,089.23) | (2,803,881.71) | (2,717,679.48) | - | (19,294,650.42) |
| Received from other Funds | 5,446,933.25 | 12,701,750.00 | 1,145,967.17 | - | 19,294,650.42 |
| Gains/(losses) on intercompany loan transfers | (692,245.74) | - | 1,078,304.31 | (386,058.57) | - |
| Investor funds transferred to other funds | (4,621,720.27) | - | (2,289,831.43) | - | (6,911,551.70) |
| Investor funds paid by Manager | 157,549.17 | | 5,000.00 | 8,000.00 | 170,549.17 |
| Investor funds transferred from other funds | 2,279,456.46 | | 3,845,970.27 | 786,124.97 | 6,911,551.70 |
| Paid to manager | (6,392,503.35) | (295,146.66) | (2,276,107.50) | (276,088.00) | (9,239,845.51) |
| Received from manager | 1,347,097.70 | 200.00 | 425,574.91 | - | 1,772,872.61 |
| Payments to or on behalf of Defendant | (182,662.72) | (101,000.00) | 25,394.00 | - | (258,268.72) |
| Total intercompany | (26,886,221.65) | 9,501,921.63 | 9,197,900.95 | (3,350,173.55) | (11,536,572.62) |
| | | | | | |
| Cash Balance | 4,353,315.85 | 2,996,648.75 | 2,734,611.81 | 244,962.17 | 10,329,538.58 |