UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>SMALL BUSINESS CAPITAL CORP. et al.,<br><br>       Defendants. | Case No.: 5:12-CV-03237 EJD<br><br>**ORDER**<br><br>**[Docket Item No. 295]** |

Pursuant to the Court's statements on the record at a hearing on June 28, 2013, the Court hereby orders that Defendant Mark Feathers' Motion for Enjoinder of Parties or Dismissal of Action (Docket Item No. 295) is DENIED.

**IT IS SO ORDERED.**

Dated: June 28, 2013

                                                                        _____
                                                                        EDWARD J. DAVILA
                                                                        United States District Judge

Case No.: 5:12-CV-03237 EJD
ORDER

1