**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | Case No.: 5:12-CV-03237 EJD |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | **[Docket Item No. 295]** |
| SMALL BUSINESS CAPITAL CORP. et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's statements on the record at a hearing on June 28, 2013, the Court hereby orders that Defendant Mark Feathers' Motion for Enjoinder of Parties or Dismissal of Action (Docket Item No. 295) is DENIED.

**IT IS SO ORDERED.**

Dated: June 28, 2013

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-03237 EJD
ORDER