**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 5:12-cv-03237 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| SMALL BUSINESS CAPITAL CORP., et. al., | |
| Defendant(s). _____/ | |

As previously mentioned at the motion hearing on June 28, 2013, and good cause appearing therefor, the Preliminary Pretrial Conference currently scheduled for July 26, 2013, is CONTINUED to **September 13, 2013, at 11:00 a.m.**

The parties shall file a Joint Preliminary Pretrial Conference Statement, or separate statements as appropriate, on or before **September 3, 2013.**  The prior order requiring submission of pretrial conference statements on or before July 16, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated:  July 15, 2013

_____
EDWARD J. DAVILA
United States District Judge

1