**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 5:12-cv-03237 EJD |
| Plaintiff(s), | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| SMALL BUSINESS CAPITAL CORP., et. al., | |
| Defendant(s). | |

In light of the order filed August 16, 2013, granting Plaintiff's Motion for Summary Judgment and denying Defendant's Motion for Summary Judgment (see Docket Item No. 591), the court finds that a pretrial conference is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference scheduled for September 13, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated: August 30, 2013

EDWARD J. DAVILA
United States District Judge