# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>    Defendants. | Case No. CV12-03237<br><br>**[PROPOSED] ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS**<br><br>Date:  April 25, 2013<br>Time:  9:00 a.m.<br>Ctrm:  4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

1  The Motion to Approve Omnibus and Specific Claim Objections ("Motion") of Thomas A.
2  Seaman ("Receiver"), Court-appointed permanent receiver for Small Business Capital Corp.,
3  Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates, came
4  before the Court. The Court, having received and read the Motion and all papers in support
5  thereof or opposition thereto, and being so advised in the matter and finding good cause, orders as
6  follows:

**IT IS ORDERED:**

1. The Motion is granted;
2. The omnibus and specific objections to claims in the Motion are sustained; and
3. The claim amounts listed in Exhibit A for Investors and Exhibit B for Non-Investor Claimants to the Declaration of Thomas A. Seaman in Support of the Motion are approved.

Dated: February 20, 2014

Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

812199.01/SD

Case No. CV12-03237
[PROPOSED] ORDER