1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

| 11 | SECURITIES AND EXCHANGE COMMISSION, | Case No. CV12-03237 |
|---|---|---|
| 12 | | ~~[PROPOSED]~~ **ORDER APPROVING DISTRIBUTION PLAN AND AUTHORIZING INTERIM DISTRIBUTIONS** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC, | Date:   April 25, 2013<br>Time:   9:00 a.m.<br>Ctrm:   4 - 5th Floor<br>Judge:  Hon. Edward J. Davila |
| 16 | | |
| 17 | Defendants. | |

1  The Motion for Approval of Distribution Plan and Authorization to Make Interim
2  Distributions ("Motion") of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver
3  for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and
4  their subsidiaries and affiliates, came before the Court.  The Court, having received and read the
5  Motion and all papers in support thereof or opposition thereto, and hearing from the parties, and being so advised in the matter
6  and finding good cause, orders as follows:

7  **IT IS ORDERED:**

8  1.  The Motion is granted;

9  2.  The Distribution Plan attached to the Motion as Exhibit A is approved;

10 3.  The rising tide method of calculating distributions as outlined in the Motion and
11 Distribution Plan are approved;

12 4.  The Receiver is authorized to make an initial round of distributions totaling
13 $15 ~~$19~~ million; ($4 million being reserved to settle the claim with the Small Business Administration);

14 5.  The Receiver is authorized to make subsequent interim distributions in his
15 discretion, with notice to and approval of the Securities and Exchange Commission; and

16 6.  Any and all claims submitted to the Receiver after February 24, 2014 ~~September 25, 2013~~, are
17 automatically disallowed.  This does not include claims submitted by identified investors, whom
18 the Receiver has already accounted for in the distribution calculations.

19 Dated: February 20, 2014

_____
Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

812335.01/SD

Case No. CV12-03237
~~[PROPOSED]~~ ORDER