# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>     Defendants. | Case No. CV12-03237<br><br>**AMENDED [PROPOSED] ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS**<br><br>Date:  February 14, 2014<br>Time:  10:00 a.m.<br>Ctrm:  4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

1  The Motion to Approve Omnibus and Specific Claim Objections, Dkt. No. 626, ("Motion")
2  of Thomas A. Seaman ("Receiver"), Court-appointed Receiver for Small Business Capital Corp.,
3  Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates, came
4  before the Court. The Court, having received and read the Motion and all papers in support
5  thereof or opposition thereto, and being so advised in the matter and finding good cause, orders as
6  follows   after hearing from the parties, other representatives, and individual investors:

**IT IS ORDERED:**

1. The Motion is granted;
2. The opposition to the Motion filed by California Business Bank is withdrawn;
3. The omnibus and specific objections to claims in the Motion are sustained, other than as to the claim of the U.S. Small Business Administration ("SBA");
4. The Stipulation between the Receiver and the SBA attached hereto as Exhibit A is approved; and
5. The claim amounts listed in Exhibit B hereto for Investors and Non-Investor Claimants (other than the SBA) are approved.
6. The prior order entered on the Motion (Docket No. 710) is vacated.

Dated: February 26, 2014

_____
Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

815162.01/SD

Case No. CV12-03237
AMENDED [PROPOSED] ORDER

# EXHIBIT A

DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
KIM A. BUI (BAR NO. 274113)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         tfates@allenmatkins.com
         kbui@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>    Defendants. | Case No. CV12-03237<br><br>**STIPULATION REGARDING OBJECTION OF U.S. SMALL BUSINESS ADMINISTRATION TO CLAIMS MOTION AND DISTRIBUTION MOTION**<br><br>Ctrm:   4 - 5th Floor<br>Judge:  Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
813998 02/SD

Case No. CV12-03237
STIPULATION RE OBJ. OF SBA TO CLAIMS
AND DISTRIBUTION PLAN MOTIONS

Exhibit A, Page 1 of 5

THIS STIPULATION is between Thomas A Seaman ("Receiver"), Court-appointed permanent Receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates (collectively, the "Receivership Entities"), and the U.S. Small Business Administration ("SBA"), by their undersigned counsel, and is made with respect to the following facts:

## **RECITALS**

A. The SBA submitted a claim to the Receiver prior to the Court-approved May 10, 2013 deadline to submit claims against the receivership estate ("SBA Claim"). The SBA Claim, which is contingent in nature, totals $24,181,665.40.

B. On November 15, 2013, the Receiver filed his Motion to Approve Omnibus and Specific Claim Objections ("Claims Motion"). Docket No. 626. In the Claims Motion, the Receiver objects to the SBA Claim.

B. On November 19, 2013, the Receiver filed his Motion for Approval of Distribution Plan and Authorization to Make Interim Distributions ("Distribution Motion"). Docket No. 628. The Distribution Motion seeks permission to make an interim distribution totaling $19,000,000 to holders of allowed claims and reserve the remaining cash in the receivership estate, the continuing loan and servicing income, and the proceeds of sales of the remaining assets of the receivership entities.

C. On November 21, 2013, the Receiver filed his Administrative Motion for Order Shortening Time on the Claims Motion and Distribution Motion ("Administrative Motion"). Docket No. 630.

D. On November 26, 2013, the Court granted the Administrative Motion and set the Claims Motion and Distribution Motion for hearing on January 31, 2014. Docket No. 631.

E. On November 27, 2013, the SBA filed oppositions to the Claims Motion and Distribution Motion. Docket Nos. 632 and 634.

F. On December 6, 2013, the Receiver filed his Reply to Responses to the Claims Motion. Docket No. 655.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

813998 02/SD

Case No. CV12-03237
STIPULATION RE OBJ. OF SBA TO CLAIMS
AND DISTRIBUTION PLAN MOTIONS

Exhibit A, Page 2 of 5

1     G.    On December 10, 2013, the Receiver filed his Reply to Responses to the

2 Distribution Motion. Docket No. 657.

3     H.    The Receiver and the SBA desire to defer the Court's ruling on the Claims Motion

4 as it pertains to the SBA's claim and resolve the SBA's opposition to the Distribution Motion.

**AGREEMENT**

6     Subject to Court approval of this Stipulation, the Receiver and the SBA, through their

7 respective counsel, agree as follows:

8     1.    The Receiver amends the Distribution Motion and reduces his proposed interim

9 distribution to a total of $15,000,000.

10     2.    The SBA withdraws its opposition to the Distribution Motion.

11     3.    The Court's ruling on the Claims Motion as it pertains to the SBA Claim shall be

12 deferred until such time as final approval of a sale of the SBA 7(a) and/or SBA 504 loan interests

13 and SBLC lending authority held by the Receivership Entities is sought or at such other time as

14 may be ordered by the Court.

15     4.    The Receiver will set aside a reserve of $4,000,000 to address the SBA's claim.

16 The Receiver acknowledges that, to the extent the SBA has an allowed claim against the

17 receivership estate, if any, such claim is entitled to priority over all other non-administrative

18 allowed claims as it pertains to $4,000,000 being reserved pursuant hereto. The Receiver will

19 maintain this $4,000,000 reserve until final approval and completion of the sale of assets described

20 in paragraph 3 above, or until an order allowing for the release of the reserve is entered by the

21 Court.

22     5.    The Receiver and SBA agree that within 60 calendar days, respectively, of sale of

23 the SBA 7(a) loan interests, the SBA 504 loan interests and the SBLC lending authority, SBA

24 shall amend its contingent claim to reflect the impact of the purchaser's assumption of liability

25 with respect to the SBA loans sold by the Receiver in accordance with SBA's regulations and loan

26 program requirements.

27     6.    The SBA hereby waives any and all claims against the Receiver in his capacity as a

28 federal equity receiver and otherwise arising out of or related to the distributions made pursuant to

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

813998 02/SD

-2-

Case No. CV12-03237
STIPULATION RE OBJ. OF SBA TO CLAIMS
AND DISTRIBUTION PLAN MOTIONS

Exhibit A, Page 3 of 5

1  the Distribution Motion, including but not limited to those related to the alleged priority of the
2  SBA Claim pursuant to 31 U.S.C. § 3713.  By entering into this agreement, the SBA is not
3  waiving any priority claim it may have against any subsequent distribution(s) made, or proposed
4  to be made, in the future by the Receiver or from the receivership estate.

6  Dated:  February 11, 2014                    ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP

8                                               By:       /s/ Ted Fates
                                                   TED FATES
9                                                  Attorneys for Receiver
                                                   THOMAS A. SEAMAN

11 I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for
   U.S. Small Business Administration.

13 Dated:  February_____, 2014                 UNITED STATES OF AMERICA, on behalf of
                                                its agency, U.S. SMALL BUSINESS
14                                              ADMINISTRATION

16                                              By: _____
                                                   ERIC J. ADAMS
17                                                 Special Assistant United States Attorney
                                                   U.S. Small Business Administration
18                                                 455 Market Street, Suite 600
                                                   San Francisco, CA 94105
19                                                 Telephone: (415) 744-8440
                                                   Facsimile: (415) 744-6812
20                                                 eric.adams@sba.gov

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

813998 02/SD

-3-

Case No.  CV12-03237
STIPULATION RE OBJ. OF SBA TO CLAIMS
AND DISTRIBUTION PLAN MOTIONS

Exhibit A, Page 4 of 5

the Distribution Motion, including but not limited to those related to the alleged priority of the SBA Claim pursuant to 31 U.S.C. § 3713. By entering into this agreement, the SBA is not waiving any priority claim it may have against any subsequent distribution(s) made, or proposed to be made, in the future by the Receiver or from the receivership estate.

Dated: February _____, 2014

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
TED FATES
Attorneys for Receiver
THOMAS A. SEAMAN

I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for U.S. Small Business Administration.

Dated: February 10, 2014

UNITED STATES OF AMERICA, on behalf of its agency, U.S. SMALL BUSINESS ADMINISTRATION

By: _____
ERIC J. ADAMS
Special Assistant United States Attorney
U.S. Small Business Administration
455 Market Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 744-8440
Facsimile: (415) 744-6812
eric.adams@sba.gov

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
813998.02/SD
-3-
Case No. CV12-03237
STIPULATION RE OBJ. OF SBA TO CLAIMS
AND DISTRIBUTION PLAN MOTIONS

Exhibit A, Page 5 of 5

# EXHIBIT B

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| 1985 Massung Living Trust | 70,000.00 | 45,255.25 | 24,744.75 | 65% |
| 1996 Sulman Family Trust | 50,000.00 | 1,629.67 | 48,370.33 | 3% |
| 2011 Steven E. Corcoran Trust | 125,000.00 | 782.30 | 124,217.70 | 1% |
| Abramson Family RevocableTrust | 250,000.00 | 14,159.35 | 235,840.65 | 6% |
| Actgent, Inc. | 50,000.00 | 50,000.00 | - | 100% |
| Akhila Gantayat | 25,000.00 | 1,510.39 | 23,489.61 | 6% |
| Alexander J. or Nancy J. Traficanti TTEES, Traficanti Trust u/a dtd | 25,000.00 | 155.71 | 24,844.29 | 1% |
| Ali Tabatabaian | 50,000.00 | 1,490.55 | 48,509.45 | 3% |
| Allan Leibof | 75,000.00 | 820.80 | 74,179.20 | 1% |
| Allen Barbieri | 115,000.00 | 26,479.51 | 88,520.49 | 23% |
| Amir H. Sohrabi and Louise F. Sohrabi Trust | 150,000.00 | 4,597.18 | 145,402.82 | 3% |
| Amrodi Trust | 75,000.00 | 13,603.37 | 61,396.63 | 18% |
| Amy Jo Fillin | 140,000.00 | 163,819.53 | (23,819.53) | 117% |
| An Nian Zhang | 90,000.00 | 621.13 | 89,378.87 | 1% |
| Ana Lucia Davidson | 50,471.91 | 11,661.46 | 38,810.45 | 23% |
| Anders Bjorkman and Bo Jiang | 65,000.00 | 500.26 | 64,499.74 | 1% |
| Andre Luthard | 186,000.00 | 3,905.68 | 182,094.32 | 2% |
| Andrew Kin Lui | 100,000.00 | 8,770.97 | 91,229.03 | 9% |
| Angelina Marie Landi | 2,000.00 | 12.61 | 1,987.39 | 1% |
| Angie J. Smith | 25,000.00 | - | 25,000.00 | 0% |
| Anthony Gee | 65,000.00 | 296.10 | 64,703.90 | 0% |
| Anthony Lok | 100,000.00 | 113,481.12 | (13,481.12) | 113% |
| Antonio G. Palumbo | 141,000.00 | 1,499.73 | 139,500.27 | 1% |
| Asesbes Family Trust | 50,000.00 | 55,448.98 | (5,448.98) | 111% |
| Ashok & Nisha Kapoor | 200,000.00 | 1,623.73 | 198,376.27 | 1% |
| Aure C. Silva and Hyung S. Ham | 25,000.00 | 511.74 | 24,488.26 | 2% |
| Barbara Bushee | 25,000.00 | 2,523.95 | 22,476.05 | 10% |
| Barbara Kuang | 50,000.00 | 378.88 | 49,621.12 | 1% |
| Barbara M. Van Thillo | 11,195.39 | 71.04 | 11,124.35 | 1% |
| Baugh Trust | 25,000.00 | 26,258.43 | (1,258.43) | 105% |
| Becky H. McVittie | 68,846.48 | 34,626.64 | 34,219.84 | 50% |
| Beetlestone Family Trust | 106,000.00 | 20,758.98 | 85,241.02 | 20% |
| Bernard & Helen Rubin Trust | 155,000.00 | 29,036.83 | 125,963.17 | 19% |
| BIA Financial Group | 25,000.00 | 28,447.57 | (3,447.57) | 114% |
| Bonnie Benson | 200,500.00 | 61,567.88 | 138,932.12 | 31% |
| Boyar Naito | 260,000.00 | 47,062.58 | 212,937.42 | 18% |
| Bradfield Family Trust | 300,000.00 | 130,406.97 | 169,593.03 | 43% |
| Brenda Joynson | 25,000.00 | 26,214.08 | (1,214.08) | 105% |
| Bronco Enterprises, Inc EPSP&T | 50,000.00 | 317.03 | 49,682.97 | 1% |
| Brown or Rosalia Taylor | 25,000.00 | 164.17 | 24,835.83 | 1% |
| Candy R. Neal & Anna V. Cowles | 95,000.00 | 104,504.74 | (9,504.74) | 110% |
| Carl A. Wolfe | 25,000.00 | 161.30 | 24,838.70 | 1% |
| Carol Staley | 125,000.00 | 810.88 | 124,189.12 | 1% |
| Carrie Chin | 27,913.95 | 28,466.74 | (552.79) | 102% |
| Charlene A. Cordoni, Trustee of The Charlene A. Cordoni Trust | 350,000.00 | 266,858.76 | 83,141.24 | 76% |
| Charles Poulter | 25,000.00 | 4,597.44 | 20,402.56 | 18% |
| Charlotte Wu | 80,000.00 | 1,147.52 | 78,852.48 | 1% |
| Chaudy Sotoudeh | 5,800.00 | 41.60 | 5,758.40 | 1% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

1 of 10

Exhibit B, Page 1 of 10

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| Chris Doyle | 118,832.68 | 50,421.48 | 68,411.20 | 42.43% |
| Chris T. Mabanta | 150,000.00 | 13,041.95 | 136,958.05 | 9% |
| Christiana G. Schanda | 82,000.00 | 605.87 | 81,394.13 | 1% |
| Christopher Alonge | 175,000.00 | 5,251.68 | 169,748.32 | 3% |
| Conrad G. Bergman | 60,000.00 | 3,954.97 | 56,045.03 | 7% |
| Cramer Revocable Trust | 148,232.80 | 171,007.17 | (22,774.37) | 115% |
| Creswell A. Morris | 25,000.00 | 25,029.81 | (29.81) | 100% |
| Dan D. Barron & Patricia M. Barron, JTWROS | 50,000.00 | 258.36 | 49,741.64 | 1% |
| Dan L. Silva | 60,000.00 | 430.60 | 59,569.40 | 1% |
| Daniel & Katherine Lau | 150,000.00 | 3,885.80 | 146,114.20 | 3% |
| David and Denice Kesterson | 255,000.00 | 91,731.95 | 163,268.05 | 36% |
| David R. & Beverly S. Linders | 54,690.93 | - | 54,690.93 | 0% |
| David R. Hernandez | 172,274.00 | 164,682.18 | 7,591.82 | 96% |
| Dennis Banks & Richard J. Foglia | 50,000.00 | 55,540.34 | (5,540.34) | 111% |
| Dennis Goldwater/Susan Goldwater | 30,000.00 | 34,146.77 | (4,146.77) | 114% |
| Diane Wright | 30,000.00 | 30,628.22 | (628.22) | 102% |
| Don L. Marchman | 1,710,737.71 | 130,011.26 | 1,580,726.45 | 8% |
| Don R Castleman Accountancy Corp Defined Benefit Plan | 50,000.00 | 675.72 | 49,324.28 | 1% |
| Donald & Marguerite Klaiss Living Trust | 250,000.00 | - | 250,000.00 | 0% |
| Donald J. Scherl Revocable Trust | 100,000.00 | 117,503.41 | (17,503.41) | 118% |
| Donna B. Pattillo | 50,000.00 | - | 50,000.00 | 0% |
| Donna Fang Lui | 150,000.00 | 59,830.94 | 90,169.06 | 40% |
| Doris T. Moore | 100,000.00 | 314.03 | 99,685.97 | 0% |
| Dorothy Lubliner Living Trust | 125,000.00 | 143,922.10 | (18,922.10) | 115% |
| Edward & Mariam Bell | 75,000.00 | 4,800.85 | 70,199.15 | 6% |
| Edward Minasian | 180,000.00 | 1,294.83 | 178,705.17 | 1% |
| Edward T. Minasian | 85,000.00 | 637.34 | 84,362.66 | 1% |
| Edwin A. Laurence Trust | 100,008.00 | 5,362.03 | 94,645.97 | 5% |
| Elgie L. & Arlene E. Armour, TTEES Armour Family Trust | 25,000.00 | 164.63 | 24,835.37 | 1% |
| Elisabeth H. McClintock and/or F. Michael Woods | 75,000.00 | 472.06 | 74,527.94 | 1% |
| Elizabeth and Jeffrey Cullamco | 25,000.00 | 25,564.02 | (564.02) | 102% |
| Elizabeth M. Cehovec | 124,124.00 | 16,446.41 | 107,677.59 | 13% |
| Elliot C. Mercer | 100,223.82 | 633.02 | 99,590.80 | 1% |
| Elsie M. Napoli | 112,000.00 | 10,243.75 | 101,756.25 | 9% |
| Equity Trust Company FBO Manuel Y Ochoa IRA | 100,000.00 | 620.63 | 99,379.37 | 1% |
| Equity Trust Company, Cust FBO Dennis Banks | 150,000.00 | 166,750.75 | (16,750.75) | 111% |
| Estate of Joel W. Goodman | 25,000.00 | 170.20 | 24,829.80 | 1% |
| Estate of John R. Wilkinson | 48,149.40 | 54,863.34 | (6,713.94) | 114% |
| Eva Bansner Exemption Trust, Horst G. Bansner | 75,000.00 | 598.24 | 74,401.76 | 1% |
| Fadia Damon | 307,000.00 | 56,022.42 | 250,977.58 | 18% |
| Fadia Damon, Custodian for Bradley Damon | 45,000.00 | 12,259.55 | 32,740.45 | 27% |
| Fadia Damon, Custodian for Sahara Damon | 45,000.00 | 12,259.55 | 32,740.45 | 27% |
| Fanny Fung-Yi Pan | 55,000.00 | 15,303.79 | 39,696.21 | 28% |
| Farideh and Farzaneh Kashef | 61,000.00 | 65,459.88 | (4,459.88) | 107% |
| Farnam Johnson Corp. | 25,000.00 | 155.06 | 24,844.94 | 1% |
| Felix Charitable Remainder Unitrust | 40,000.00 | 9,060.57 | 30,939.43 | 23% |
| First West Capital Corp of Nevada | 800,000.00 | 58,143.70 | 741,856.30 | 7% |
| Floyd J. and Annetta J. Purdy | 55,500.00 | 385.75 | 55,114.25 | 1% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

2 of 10

Exhibit B, Page 2 of 10

Case 5:12-cv-03237-EJD   Document 714   Filed 02/26/14   Page 12 of 19

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| Frances and Augustine Sheng | 175,000.00 | 17,131.60 | 157,868.40 | 10% |
| Frank E. Allen | 917,000.00 | 270,293.82 | 646,706.18 | 29% |
| Frank J. Napoli | 175,000.00 | 60,996.00 | 114,004.00 | 35% |
| Fred and Dorathy Schwehr | 35,000.00 | 260.67 | 34,739.33 | 1% |
| Freda Goldstein Trustee of the Goldstein Family Trust | 125,000.00 | 913.24 | 124,086.76 | 1% |
| Frederick V. Schwalbach | 25,000.00 | 154.88 | 24,845.12 | 1% |
| Fredrick & Sandra Runnerstrum Living Trust | 25,000.00 | 988.72 | 24,011.28 | 4% |
| Fusimalohi Kefu | 25,000.00 | 26,152.25 | (1,152.25) | 105% |
| Gaby Neely | 25,000.00 | 25,791.10 | (791.10) | 103% |
| Gary J. Heil | 25,000.00 | 165.42 | 24,834.58 | 1% |
| Geng Geng Wang | 25,000.00 | 1,028.04 | 23,971.96 | 4% |
| Gerald K. Schofield | 25,000.00 | 2,823.44 | 22,176.56 | 11% |
| Gerald O. Chapman | 50,000.00 | - | 50,000.00 | 0% |
| Gladys D. McDowell | 75,000.00 | 6,762.63 | 68,237.37 | 9% |
| Glenda Beratlis | 25,000.00 | 2,459.36 | 22,540.64 | 10% |
| Grace W. Franks | 25,000.00 | 1,619.70 | 23,380.30 | 6% |
| Gracella Lenhart | 30,000.00 | 188.58 | 29,811.42 | 1% |
| Great America Living Trust | 25,000.00 | 216.56 | 24,783.44 | 1% |
| Gregory & Ann Fisher | 65,000.00 | 6,265.77 | 58,734.23 | 10% |
| Guido E. Van Thillo | 20,476.97 | 129.94 | 20,347.03 | 1% |
| Gulab & Nimmi Gidwani | 50,000.00 | 1,598.53 | 48,401.47 | 3% |
| Gwen L. Turner TTEE Turner Trust | 25,000.00 | 155.90 | 24,844.10 | 1% |
| Hanqiu Song and Jifeng Mao | 50,000.00 | 264.25 | 49,735.75 | 1% |
| Hanson Family Trust dtd 1992 | 250,000.00 | 30,928.13 | 219,071.87 | 12% |
| Hantao & Sylvia Yang Family Trust | 50,000.00 | - | 50,000.00 | 0% |
| Hellier Living Trust | 50,000.00 | 8,399.59 | 41,600.41 | 17% |
| Helmut Vogler | 25,000.00 | 26,909.58 | (1,909.58) | 108% |
| Henry S. Teng | 160,000.00 | 3,737.76 | 156,262.24 | 2% |
| Herbert Hoglan | 190,435.28 | 120,549.87 | 69,885.41 | 63% |
| Hossein Shadzi | 25,000.00 | 28,765.52 | (3,765.52) | 115% |
| Howard Gottlieb | 50,000.00 | 380.52 | 49,619.48 | 1% |
| Hsin-Shen Tai | 110,000.00 | 1,601.01 | 108,398.99 | 1% |
| Hsiu Feng and Jimmy Yi-Fu Wang | 500,000.00 | 20,505.55 | 479,494.45 | 4% |
| Huazhen Deng | 140,000.00 | 109,982.92 | 30,017.08 | 79% |
| Hung Chih Liao and Lily Huang | 50,000.00 | 794.96 | 49,205.04 | 2% |
| Hutchinson Trust | 75,000.00 | 75,000.00 | - | 100% |
| Indian Muslim Relief & Charities | 1,250,000.00 | 629,919.63 | 620,080.37 | 50% |
| Ingle & Kay Paik JTWROS | 225,000.00 | 476.20 | 224,523.80 | 0% |
| IRA Services FBO Anair, April | 25,718.77 | 26,184.22 | (465.45) | 102% |
| IRA Services FBO Bagwell, Joseph A. | 190,028.48 | 3,179.98 | 186,848.50 | 2% |
| IRA Services FBO Barbieri, Allen | 75,324.22 | 517.69 | 74,806.53 | 1% |
| IRA Services FBO Barney, Philip C. | 99,740.42 | 621.11 | 99,119.31 | 1% |
| IRA Services FBO Bird, Michael R. | 159,100.00 | 7,807.16 | 151,292.84 | 5% |
| IRA Services FBO Blagof, Lisa Marie | 60,984.96 | 382.94 | 60,602.02 | 1% |
| IRA Services FBO Cehovec, Elizabeth | 328,681.61 | 3,346.04 | 325,335.57 | 1% |
| IRA Services FBO Cehovec, Elizabeth M. Roth | 36,940.00 | 312.23 | 36,627.77 | 1% |
| IRA Services FBO Cohen, Carol Berman | 223,953.40 | 308,451.40 | (84,498.00) | 138% |
| IRA Services FBO Cooper, Harry G | 41,894.73 | - | 41,894.73 | 0% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

3 of 10

Exhibit B, Page 3 of 10

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| IRA Services FBO Cooper, Nola B. | 40,028.39 | - | 40,028.39 | 0% |
| IRA Services FBO Damon, Donald Larry | 100,000.00 | 661.25 | 99,338.75 | 1% |
| IRA Services FBO Davis, Shirley J. | 100,000.00 | 10,880.24 | 89,119.76 | 11% |
| IRA Services FBO Deng, Huazhen | 66,000.00 | 432.21 | 65,567.79 | 1% |
| IRA Services FBO Dowd, M.A. | 140,000.00 | 152,105.83 | (12,105.83) | 109% |
| IRA Services FBO Felix, Marie A. | 40,500.00 | 332.00 | 40,168.00 | 1% |
| IRA Services FBO Felix, Michael W. | 34,000.00 | 421.43 | 33,578.57 | 1% |
| IRA Services FBO Gallaway, Marilyn | 72,059.72 | 81,536.24 | (9,476.52) | 113% |
| IRA Services FBO Graeve, Egbert | 45,685.87 | 284.27 | 45,401.60 | 1% |
| IRA Services FBO Hoglan, Alice A. | 61,592.43 | - | 61,592.43 | 0% |
| IRA Services FBO Jiang, Bo | 56,694.04 | 470.66 | 56,223.38 | 1% |
| IRA Services FBO Lee, Tyson T. | 36,000.78 | 237.02 | 35,763.76 | 1% |
| IRA Services FBO Linders, David R. | 5,700.00 | 38.23 | 5,661.77 | 1% |
| IRA Services FBO Lynch, Milton Terrence | 49,710.17 | 314.44 | 49,395.73 | 1% |
| IRA Services FBO Mao, Jifeng | 29,740.13 | 183.81 | 29,556.32 | 1% |
| IRA Services FBO McPhun, Victor | 30,000.00 | 10,175.16 | 19,824.84 | 34% |
| IRA Services FBO Moison, Jerry E. | 71,983.10 | 455.33 | 71,527.77 | 1% |
| IRA Services FBO Morris, Robert | 80,000.00 | 664.48 | 79,335.52 | 1% |
| IRA Services FBO Nicholas Cabell | 175,715.03 | 993.09 | 174,721.94 | 1% |
| IRA Services FBO Parkin, Glenda | 33,498.16 | 36,446.60 | (2,948.44) | 109% |
| IRA Services FBO Patz, Kurt F.A. | 24,700.00 | 166.04 | 24,533.96 | 1% |
| IRA Services FBO Pesner, Florence Louise | 25,150.70 | 156.94 | 24,993.76 | 1% |
| IRA Services FBO Pesner, Samuel | 61,982.45 | 388.34 | 61,594.11 | 1% |
| IRA Services FBO Petersen, Judith | 796,069.80 | 65,830.53 | 730,239.27 | 8% |
| IRA Services FBO Petersen, Pete | 313,703.84 | 10,324.69 | 303,379.15 | 3% |
| IRA Services FBO Poulter, Charles Duncan IRA #209405 | 40,132.41 | 267.53 | 39,864.88 | 1% |
| IRA Services FBO Prevedello, Robert Virgil | 55,873.86 | 473.51 | 55,400.35 | 1% |
| IRA Services FBO Raineri, Syd J. | 141,986.54 | 1,460.83 | 140,525.71 | 1% |
| IRA Services FBO Roe, John Ryan | 25,000.00 | 155.90 | 24,844.10 | 1% |
| IRA Services FBO Seidman, Lawrence P. | 25,000.00 | 157.95 | 24,842.05 | 1% |
| IRA Services FBO Sih, Peter IRA#277824 | 101,500.00 | 675.64 | 100,824.36 | 1% |
| IRA Services FBO Smith, Karl Jay | 200,000.00 | 1,469.11 | 198,530.89 | 1% |
| IRA Services FBO Steier, Steven Alan | 50,000.00 | 162.33 | 49,837.67 | 0% |
| IRA Services FBO Steil, Jon | 26,419.86 | 4,802.67 | 21,617.19 | 18% |
| IRA Services FBO Stewart, Carol | 47,381.07 | 293.89 | 47,087.18 | 1% |
| IRA Services FBO Strelzin, Leonard | 103,043.74 | 1,658.80 | 101,384.94 | 2% |
| IRA Services FBO Urman, Jeffrey D. | 245,000.00 | 1,051.34 | 243,948.66 | 0% |
| IRA Services FBO Vahid Sotoudeh | 45,959.00 | 319.90 | 45,639.10 | 1% |
| IRA Services FBO Van Senten, Gerarda Maria | 122,000.00 | 5,794.68 | 116,205.32 | 5% |
| IRA Services FBO Varnell, Gilbert Acct # 202356 | 99,907.07 | 663.17 | 99,243.90 | 1% |
| IRA Services FBO Varnell, Gilbert Lynn Acct# 279778 | 200,074.83 | - | 200,074.83 | 0% |
| IRA Services FBO Wakeman, William Act#177581 | 25,890.46 | 181.45 | 25,709.01 | 1% |
| IRA Services Sepideh Sotoudeh | 21,945.27 | 150.74 | 21,794.53 | 1% |
| Ivy and Allen Yu | 200,000.00 | 206,509.36 | (6,509.36) | 103% |
| Ivy To | 50,000.00 | 2,683.00 | 47,317.00 | 5% |
| J.B. Yang Family Trust | 50,000.00 | 275.19 | 49,724.81 | 1% |
| Jack Buchman | 50,000.00 | 2,394.70 | 47,605.30 | 5% |
| Jacob Lesov | 30,000.00 | 188.38 | 29,811.62 | 1% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

4 of 10

Exhibit B, Page 4 of 10

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---:|---:|---:|---:|
| James Chiang | 40,000.00 | 263.73 | 39,736.27 | 1% |
| James K. Barron | 75,000.00 | 4,072.76 | 70,927.24 | 5% |
| James Kern | 165,609.99 | 30,943.04 | 134,666.95 | 19% |
| James M. Sagorac Jr. | 300,000.00 | 323,003.20 | (23,003.20) | 108% |
| Jane Luthard Revocable Trust | 50,000.00 | 10,352.44 | 39,647.56 | 21% |
| Jeanette F. and Martin D. Lavoie | 200,000.00 | 2,029.18 | 197,970.82 | 1% |
| Jeff & Jane Shen Trust dtd 11/14/98 | 150,000.00 | 1,027.87 | 148,972.13 | 1% |
| Jeffrey R. Lai | 100,000.00 | 812.37 | 99,187.63 | 1% |
| Jeffrey Urman or Marian Urman | 55,000.00 | 535.41 | 54,464.59 | 1% |
| Jeffrey W. Abramson | 400,000.00 | 40,105.10 | 359,894.90 | 10% |
| Jenny D. Tang | 385,000.00 | 218,401.46 | 166,598.54 | 57% |
| Jerome Wiegert | 200,000.00 | 238,159.03 | (38,159.03) | 119% |
| Jim & Sue Van Blarigan | 510,000.00 | 198,004.13 | 311,995.87 | 39% |
| Jim and Sandy Bland | 145,000.00 | 278.84 | 144,721.16 | 0% |
| Jim Leong | 42,699.18 | 272.83 | 42,426.35 | 1% |
| Joan B. Cartal Revocable Trust | 100,000.00 | 121,289.66 | (21,289.66) | 121% |
| Joan C. Teng | 142,701.98 | 1,178.49 | 141,523.49 | 1% |
| Joanne Banks Living Trust | 40,000.00 | 49,148.37 | (9,148.37) | 123% |
| Joe and Paige Korich | 400,000.00 | 155,414.33 | 244,585.67 | 39% |
| Joe Segura | 35,000.00 | 5,634.22 | 29,365.78 | 16% |
| John and Lena King | 90,000.00 | - | 90,000.00 | 0% |
| John and Patricia Schuck | 100,000.00 | 4,333.30 | 95,666.70 | 4% |
| John Escobar and Maria Escobar | 30,000.00 | 12,297.93 | 17,702.07 | 41% |
| John McCarthy | 280,000.00 | 1,837.14 | 278,162.86 | 1% |
| John P. and Jeanne Atno | 25,000.00 | 164.92 | 24,835.08 | 1% |
| John P. and Jeanne Atno POD Elizabeth Hall and Emily Hall | 217,600.00 | 1,352.10 | 216,247.90 | 1% |
| John Woo & Cindy Ng | 100,000.00 | 656.38 | 99,343.62 | 1% |
| Johnson Chunsheng Chiang | 25,000.00 | 611.17 | 24,388.83 | 2% |
| Jon W. Steil | 125,000.00 | 68,044.65 | 56,955.35 | 54% |
| Jordan Mark Blanchard | 50,000.00 | - | 50,000.00 | 0% |
| Jorette Bugna | 100,000.00 | 3,521.27 | 96,478.73 | 4% |
| Joseph Lipovac & Joyce Lipovac Trustees | 200,000.00 | 1,787.85 | 198,212.15 | 1% |
| Joyce Ann Flint | 25,000.00 | 27,485.20 | (2,485.20) | 110% |
| Judith Abel | 130,000.00 | 968.66 | 129,031.34 | 1% |
| Judith Lamarre | 159,500.66 | 183,104.45 | (23,603.79) | 115% |
| Judy Stolte | 65,000.00 | 776.08 | 64,223.92 | 1% |
| Julia M. Williams | 75,000.00 | 85,457.22 | (10,457.22) | 114% |
| Junishi and Quingmin Wang | 680,000.00 | 718,955.87 | (38,955.87) | 106% |
| K.M. and Indira Krishnappa | 150,000.00 | 12,233.71 | 137,766.29 | 8% |
| Karen F.A. Fox | 140,000.00 | 6,872.42 | 133,127.58 | 5% |
| Karl J. Smith | 242,000.00 | 32,651.40 | 209,348.60 | 13% |
| Katherine Woo | 25,000.00 | 160.50 | 24,839.50 | 1% |
| Kathryn E. Brown, Inc | 100,000.00 | 104,279.48 | (4,279.48) | 104% |
| Kayvon Sotoudeh | 3,800.00 | 27.34 | 3,772.66 | 1% |
| Ke Rui Lei and Yi Qun Zhou | 129,200.00 | 874.03 | 128,325.97 | 1% |
| Kevin and Patty Turner | 84,148.19 | 98,722.43 | (14,574.24) | 117% |
| Khuzema A. Savai | 25,000.00 | 158.29 | 24,841.71 | 1% |
| Kim Nguyen | 143,000.00 | 111,639.25 | 31,360.75 | 78% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

5 of 10

Exhibit B, Page 5 of 10

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| Koji Raymond Habu | 2,000.00 | 13.61 | 1,986.39 | 1% |
| Krelle Family Trust | 25,000.00 | 35,329.36 | (10,329.36) | 141% |
| Krishna & Jennifer W. Bhola | 100,000.00 | 3,200.17 | 96,799.83 | 3% |
| Larry Minter | 155,000.00 | 1,067.27 | 153,932.73 | 1% |
| Lawrence A. & Frances E. Heaton | 116,000.00 | 7,636.10 | 108,363.90 | 7% |
| Le Felix Ventures | 245,633.43 | 82,226.94 | 163,406.49 | 33% |
| Lee V. Emerson Revocable Trust | 1,250,000.00 | 1,352,607.51 | (102,607.51) | 108% |
| Leo Family Trust | 100,000.00 | 627.67 | 99,372.33 | 1% |
| Leonard Strelzin | 200,000.00 | 8,339.13 | 191,660.87 | 4% |
| Levin Family Trust Childrens Trust | 50,000.00 | 40,134.94 | 9,865.06 | 80% |
| Lillian J. Napoli | 175,000.00 | 29,562.54 | 145,437.46 | 17% |
| Linda Espinoza | 25,000.00 | 30,403.47 | (5,403.47) | 122% |
| Linda S. Wilson | 50,000.00 | 53,739.02 | (3,739.02) | 107% |
| Lindner Family Trust | 85,300.00 | 690.01 | 84,609.99 | 1% |
| Lloyd E. Eater | 160,000.00 | 6,669.00 | 153,331.00 | 4% |
| Luna Family Trust | 25,000.00 | 30,534.93 | (5,534.93) | 122% |
| Lupe Hernandez | 25,000.00 | 27,923.78 | (2,923.78) | 112% |
| Lynn Zhu and Gao Liu | 52,351.60 | 57,646.78 | (5,295.18) | 110% |
| M.J. LaGrone Revocable Trust | 52,500.00 | 61,419.17 | (8,919.17) | 117% |
| Macan Singh | 141,000.00 | 38,891.95 | 102,108.05 | 28% |
| Madolyn Faye Uriu | 25,000.00 | 25,666.64 | (666.64) | 103% |
| Manigeh F. Nadimi | 200,000.00 | 37,286.76 | 162,713.24 | 19% |
| Marc A. Huysentruyt | 40,000.00 | 1,256.05 | 38,743.95 | 3% |
| Marcial Evan La Roque | 200,000.00 | 1,294.85 | 198,705.15 | 1% |
| Marco A. Tostado | 25,000.00 | 268.30 | 24,731.70 | 1% |
| Margaret M. Mosko | 75,000.00 | 601.65 | 74,398.35 | 1% |
| Marilou Heckman | 250,000.00 | 10,483.51 | 239,516.49 | 4% |
| Marilyn J. Anair/Amy Anair | 110,000.00 | 122,495.66 | (12,495.66) | 111% |
| Mark Dalrymple | 25,000.00 | 161.27 | 24,838.73 | 1% |
| Mark Murillo/Oralee Murillo | 50,000.00 | 58,390.98 | (8,390.98) | 117% |
| Mark Sun Lin | 25,000.00 | 157.92 | 24,842.08 | 1% |
| Martha Ferede | 105,220.00 | 70,500.00 | 34,720.00 | 67% |
| Mary Esther Di Pietro | 25,000.00 | 165.16 | 24,834.84 | 1% |
| Mary Jo Potter Trust Agreement | 50,000.00 | 280.87 | 49,719.13 | 1% |
| Mary Sung | 51,086.25 | 26,585.04 | 24,501.21 | 52% |
| Masayoshi & Sanae Habu | 82,000.00 | 564.93 | 81,435.07 | 1% |
| Mason Family Trust | 100,000.00 | 114,279.56 | (14,279.56) | 114% |
| Matthew A. & Stephaney J. Tunney 2001 Trust Dated October 12 | 200,000.00 | 681.68 | 199,318.32 | 0% |
| McDowell Trust dtd 6/27/00 | 230,000.00 | 2,128.13 | 227,871.87 | 1% |
| Mener G. Frades | 17,000.00 | 17,863.13 | (863.13) | 105% |
| Merrily G. Parker, Ttee Nathalie F. Gross Trust | 195,000.00 | 1,483.42 | 193,516.58 | 1% |
| Merville Shaw | 70,000.00 | 86,030.01 | (16,030.01) | 123% |
| Michael & Catherine Connors | 175,000.00 | 15,162.26 | 159,837.74 | 9% |
| Michael and Martha Renner | 100,000.00 | 35,119.20 | 64,880.80 | 35% |
| Michael Gagnon | 50,000.00 | 983.77 | 49,016.23 | 2% |
| Michael K. Griswold | 25,000.00 | 3,606.75 | 21,393.25 | 14% |
| Mike & Guity Mirza | 1,000,000.00 | 65,782.84 | 934,217.16 | 7% |
| Mikel S. Halliwell | 50,000.00 | - | 50,000.00 | 0% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| Millenium Trust Co. Cust FBO Equity Index Managed | 400,000.00 | - | 400,000.00 | 0% |
| Millennium Trust Company FBO Jon W. D'Alessio | 50,000.00 | 321.45 | 49,678.55 | 1% |
| Milton T. Lynch TTEE The Lynch Family Tr dtd 11/13/90 | 50,000.00 | 786.20 | 49,213.80 | 2% |
| Miu Ying Tsang | 25,000.00 | 3,518.51 | 21,481.49 | 14% |
| Mohamed Dhalla CPA Pension Trust | 50,000.00 | 1,381.24 | 48,618.76 | 3% |
| Monique Bjorndal | 484,209.44 | 58,039.52 | 426,169.92 | 12% |
| Moore Family Trust | 75,000.00 | 161.08 | 74,838.92 | 0% |
| Nabeel Ahmed | 55,000.00 | 561.23 | 54,438.77 | 1% |
| Naghmeh Sarkeshik | 75,000.00 | 36,410.46 | 38,589.54 | 49% |
| Natalie Taaffe Feathers, Custodian | 245.12 | 1.91 | 243.21 | 1% |
| Nicholas Cabell | 155,000.00 | 2,059.05 | 152,940.95 | 1% |
| Nicola Perrone | 140,000.00 | 14,038.78 | 125,961.22 | 10% |
| Nilendu Sekhar Bagchi | 35,000.00 | 226.95 | 34,773.05 | 1% |
| Nilo & Juduth Zaratan | 70,000.00 | 484.01 | 69,515.99 | 1% |
| Ning Sung | 121,111.24 | 16,778.40 | 104,332.84 | 14% |
| Nocera Rev Sep Prop Trust | 50,000.00 | 332.33 | 49,667.67 | 1% |
| Nyberg Revocable Trust | 25,000.00 | 163.91 | 24,836.09 | 1% |
| Olga and Carman Smith | 50,000.00 | 9,227.15 | 40,772.85 | 18% |
| Olivia S. Hone | 75,000.00 | - | 75,000.00 | 0% |
| Orlando Escobar | 120,000.00 | 941.36 | 119,058.64 | 1% |
| Ovadia Trust | 40,000.00 | 253.26 | 39,746.74 | 1% |
| Passman Family Revocable Trust | 50,000.00 | 9,955.64 | 40,044.36 | 20% |
| Patricia F. Pitts | 25,000.00 | - | 25,000.00 | 0% |
| Paula S. Klug Living Trust | 100,000.00 | 2,841.98 | 97,158.02 | 3% |
| Pauline Schwartz | 50,000.00 | 1,632.83 | 48,367.17 | 3% |
| PENSCO Trust FBO Cathryn A. Kirkland | 75,000.00 | 471.06 | 74,528.94 | 1% |
| PENSCO Trust FBO Cathryn A. Kirkland | 31,358.87 | 193.97 | 31,164.90 | 1% |
| PENSCO Trust FBO P.F. Anderson IRA | 15,113.50 | 19,376.00 | (4,262.50) | 128% |
| Perone Solo 401(k) | 25,000.00 | 172.78 | 24,827.22 | 1% |
| Pesner Family Revocable Trust dtd 08/03/20011 | 18,884.82 | 119.76 | 18,765.06 | 1% |
| Peter Haas | 25,000.00 | 26,657.84 | (1,657.84) | 107% |
| Peter N. Chumo II and/or Gloriana B. Chumo | 350,000.00 | 2,646.95 | 347,353.05 | 1% |
| Peter Sih beneficiary of Sih, Helen H. (deceased) IRA 280999 | 8,087.46 | 51.08 | 8,036.38 | 1% |
| Phillip Heller | 60,000.00 | 62,332.60 | (2,332.60) | 104% |
| Phillip J. & Joyce D. Bach | 65,000.00 | 7,064.03 | 57,935.97 | 11% |
| Phillip Tirey | 208,847.00 | 157,583.63 | 51,263.37 | 75% |
| Pingyu & Carolyn Liu | 585,876.44 | 4,017.06 | 581,859.38 | 1% |
| Provident Credit Union as Custodian FBO Richard White IRA | 50,000.00 | 54,876.87 | (4,876.87) | 110% |
| R. Peter Griffith Cust Laura C. Griffith UTMA CA | 29,850.06 | 257.33 | 29,592.73 | 1% |
| R. Peter Griffith Cust Linnea M. Griffith UTMA CA | 41,317.69 | 357.68 | 40,960.01 | 1% |
| R. Peter Griffith DDS Cash Balance Plan dated 01/01/07 | 240,000.00 | 2,236.00 | 237,764.00 | 1% |
| R. Peter Griffith DDS Profit Sharing 401(K) Plan | 350,801.32 | 2,956.46 | 347,844.86 | 1% |
| R.B. Williams, Inc. Defined Benefit Plan | 450,000.00 | 21,218.50 | 428,781.50 | 5% |
| Rachel Chen & Xing Zhao | 50,000.00 | 52,744.92 | (2,744.92) | 105% |
| Rahmatollah Kashef | 436,200.00 | 483,477.89 | (47,277.89) | 111% |
| Raineri 2001 Living Trust | 65,000.00 | 443.03 | 64,556.97 | 1% |
| Randall & Maile Williams Revocable Trust, dtd 12/7/00 | 50,000.00 | 6,349.86 | 43,650.14 | 13% |
| Ray and Juanita Johnson | 25,000.00 | 25,977.61 | (977.61) | 104% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| Raymond H. Trembath | 51,000.00 | 1,831.03 | 49,168.97 | 4% |
| Rhona Leibof | 100,000.00 | 817.59 | 99,182.41 | 1% |
| Richard A. and Linda G. Benson | 25,000.00 | 167.59 | 24,832.41 | 1% |
| Richard and Claudia Guzman | 114,232.10 | 119,294.66 | (5,062.56) | 104% |
| Richard J. Foglia | 100,000.00 | 106,892.25 | (6,892.25) | 107% |
| Richard L. and Margaret M. Jones | 60,000.00 | 545.57 | 59,454.43 | 1% |
| Richard M. Wilcox | 50,000.00 | 373.47 | 49,626.53 | 1% |
| Richey Survivors Trust | 211,000.00 | 229,032.92 | (18,032.92) | 109% |
| Rita L. Gilmore, TTEE | 75,000.00 | 492.10 | 74,507.90 | 1% |
| Robert A. Luenberger | 200,000.00 | - | 200,000.00 | 0% |
| Robert and Mary Prevedello | 25,000.00 | 159.65 | 24,840.35 | 1% |
| Robert Aulgur/Corrine Shelly Aulgur | 100,000.00 | 108,055.02 | (8,055.02) | 108% |
| Robert C. & Barbara M. Gilbeau | 75,000.00 | 80,019.86 | (5,019.86) | 107% |
| Robert L Dale & Patricia J Dale Living Trust as Amended | 25,000.00 | 155.90 | 24,844.10 | 1% |
| Robert L. Winters Liv Tr u/a dtd 3/7/89 | 25,000.00 | 357.72 | 24,642.28 | 1% |
| Robert Leef | 50,000.00 | 315.46 | 49,684.54 | 1% |
| Robert M. Lowen, M.D., Inc. | 256,965.54 | 299,360.47 | (42,394.93) | 116% |
| Robert Morris | 95,000.00 | 871.10 | 94,128.90 | 1% |
| Robert S. Ferguson, Jr. | 25,000.00 | - | 25,000.00 | 0% |
| Robert Swanbeck | 50,000.00 | 1,261.96 | 48,738.04 | 3% |
| Roger Wong Mulley c/o William Jordan Associates | 100,000.00 | 3,378.57 | 96,621.43 | 3% |
| Ron Gordon | 150,000.00 | 5,988.31 | 144,011.69 | 4% |
| Ron Gordon Rep Payee FBO Rebecca A. Berg | 25,000.00 | 157.42 | 24,842.58 | 1% |
| Ron Labetich Co., Inc., Profit Sharing Plan | 50,000.00 | 4,581.36 | 45,418.64 | 9% |
| Ronald A. Young | 45,000.00 | 288.64 | 44,711.36 | 1% |
| Ronald and Mary Pierceall | 65,000.00 | 17,400.00 | 47,600.00 | 27% |
| Ronald J. Thompson | 400,000.00 | 3,402.66 | 396,597.34 | 1% |
| Rosemary T. Rushka, Trustee Rushka Family Trust | 25,000.00 | 166.04 | 24,833.96 | 1% |
| Russell L. Varenkamp, Jr. and Colleen E. Varenkamp | 149,670.00 | 25,142.40 | 124,527.60 | 17% |
| Samuel B. Shueh & Lilie Shueh, Shueh Family Trust | 75,000.00 | 5,116.46 | 69,883.54 | 7% |
| Sandra Khoury | 25,000.00 | 157.29 | 24,842.71 | 1% |
| Sarwan Wason | 375,000.00 | 33,288.14 | 341,711.86 | 9% |
| Sauer Family Trust | 180,000.00 | 194,022.90 | (14,022.90) | 108% |
| Scott Hutchinson | 68,846.48 | 5,550.51 | 63,295.97 | 8% |
| Sebastian Gerner | 76,195.15 | 77,793.87 | (1,598.72) | 102% |
| Sharmila Mukherji | 30,699.30 | 195.04 | 30,504.26 | 1% |
| Sheets Family Trust | 150,000.00 | 164,171.36 | (14,171.36) | 109% |
| Sheila Mackay | 25,000.00 | 28,389.79 | (3,389.79) | 114% |
| Shiang-Meei Heh | 100,000.00 | 649.57 | 99,350.43 | 1% |
| Shohei Paul Habu | 2,000.00 | 13.61 | 1,986.39 | 1% |
| Shyam Subodh Toprani | 50,000.00 | - | 50,000.00 | 0% |
| Sidney & Lila Anderson Family Trust Dtd June 19, 2000 | 25,000.00 | 1,276.88 | 23,723.12 | 5% |
| Sih Revocable Trust | 124,700.00 | 987.36 | 123,712.64 | 1% |
| Sinclair Family Tr Dtd 7/8/88 | 30,000.00 | 188.68 | 29,811.32 | 1% |
| Solomon G. Haile | 52,043.66 | 52,954.51 | (910.85) | 102% |
| Stanley M. Johnson | 25,000.00 | 173.02 | 24,826.98 | 1% |
| Stanley M. Johnson & Ileana V. Johnson Familty Trust dtd 5/16/9 | 50,000.00 | 6,911.57 | 43,088.43 | 14% |
| Stella S.F. Liu | 43,000.00 | - | 43,000.00 | 0% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| Stephan Hengstler | 180,084.76 | 85,664.91 | 94,419.85 | 48% |
| Stephanie Dao | 123,496.43 | 30,915.94 | 92,580.49 | 25% |
| Stephen Blair | 25,000.00 | 179.75 | 24,820.25 | 1% |
| Stephen D. Pahl | 50,000.00 | - | 50,000.00 | 0% |
| Stephen J. St. Clair | 200,000.00 | 157,986.17 | 42,013.83 | 79% |
| Subodh Toprani | 950,000.00 | 24,134.25 | 925,865.75 | 3% |
| Sukumar Mukherji | 99,882.53 | 712.59 | 99,169.94 | 1% |
| Sukumar Mukherji & Sharmila Mukherji Revocable Trust | 30,000.00 | 203.07 | 29,796.93 | 1% |
| Susan B. Coffey | 80,000.00 | 4,518.32 | 75,481.68 | 6% |
| Syd & Joyce Raineri TTEES The Raineri Living Trust | 225,000.00 | 38,356.20 | 186,643.80 | 17% |
| Taylor Family Trust | 160,000.00 | 183,156.68 | (23,156.68) | 114% |
| TD Ameritrade - NSA Dept FBO-N. Feathers | 22,500.00 | 170.20 | 22,329.80 | 1% |
| TD Ameritrade - NSA Dept, FBO: M. Gallaway | 13,885.90 | 15,359.10 | (1,473.20) | 111% |
| TD Ameritrade - NSA Dept., FBO: James T. Cramer | 100,000.00 | 124,578.69 | (24,578.69) | 125% |
| TD Ameritrade FBO Levin, Stewart IRA | 90,000.00 | 560.56 | 89,439.44 | 1% |
| TD Ameritrade NSA Dept.,FBO Carmen J. Daulton | 75,000.00 | 94,394.96 | (19,394.96) | 126% |
| TD Ameritrade, Inc., NSA Dept. FBO T.L. Neal | 300,000.00 | 327,068.96 | (27,068.96) | 109% |
| Te Family Trust | 30,000.00 | 208.20 | 29,791.80 | 1% |
| Terence & Kathleen Lacey | 110,000.00 | 862.47 | 109,137.53 | 1% |
| Terese M. Dewing, TTEE The Hunsaker Family Trust | 322,379.09 | 3,270.93 | 319,108.16 | 1% |
| The Lauri E. Fried-Lee and Donald T. Lee 2008 Trust | 50,000.00 | 1,115.78 | 48,884.22 | 2% |
| The Levin Asset Trust, Cary Levin, Stewart Levin, TRUSTEES | 300,000.00 | 265,767.76 | 34,232.24 | 89% |
| The Mark Bingham Foundation | 71,577.85 | 528.80 | 71,049.05 | 1% |
| The Pete & Judith Petersen Living Trust | 89,401.00 | 77,728.90 | 11,672.10 | 87% |
| Thiagarajan Tangavelu & Pavany Periasamy | 52,000.00 | 354.69 | 51,645.31 | 1% |
| Thomas and Cathy Parkhurst | 100,000.00 | 101,517.76 | (1,517.76) | 102% |
| Thomas and Nancy Yang | 30,000.00 | 30,960.56 | (960.56) | 103% |
| Tianling Chen | 25,000.00 | 25,598.27 | (598.27) | 102% |
| Tiffany Woo | 25,000.00 | 160.50 | 24,839.50 | 1% |
| Tin Thi To | 150,000.00 | 160,302.50 | (10,302.50) | 107% |
| TMC Development Corp | 100,000.00 | 105,937.42 | (5,937.42) | 106% |
| Todd Petersen and Judith Petersen | 47,937.00 | 408.37 | 47,528.63 | 1% |
| Trust of Michael and Carol Cohen | 200,000.00 | 235,976.76 | (35,976.76) | 118% |
| Tsz-Kin Kwok | 369,839.88 | 223,027.13 | 146,812.75 | 60% |
| Tu D. or Hoan N. Vu | 180,000.00 | 192,078.17 | (12,078.17) | 107% |
| Tunberg Testementary Trust | 300,000.00 | 386,710.97 | (86,710.97) | 129% |
| Twila Allen Miller Trust | 55,000.00 | 59,337.99 | (4,337.99) | 108% |
| Vahid & Sepideh Sotoudeh | 51,800.00 | 10,847.61 | 40,952.39 | 21% |
| Valencia Family Trust | 135,000.00 | 140,270.13 | (5,270.13) | 104% |
| Vera Bogdan | 25,000.00 | 25,970.26 | (970.26) | 104% |
| Vern & Kathy Hansen | 150,000.00 | 153,526.04 | (3,526.04) | 102% |
| Victor J. Armbrust Living Trust | 250,000.00 | 22,531.64 | 227,468.36 | 9% |
| Vincent & Kenneth Turner, TTEE FT Turner Declaration of Tr Agr | 190,000.00 | 6,805.15 | 183,194.85 | 4% |
| Vincent C. Moyer | 25,000.00 | 163.68 | 24,836.32 | 1% |
| Virginia C. Barnes | 200,000.00 | 1,288.89 | 198,711.11 | 1% |
| Vivek Agarwal | 79,750.00 | 591.38 | 79,158.62 | 1% |
| W. Ronald Raecker | 240,000.00 | 35,309.33 | 204,690.67 | 15% |
| Wahid Tadros | 500,000.00 | - | 500,000.00 | 0% |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

Small Business Capital Receivership Investor Claims Revised

| Partner Name | Contributions | Net Distributions Received (1) | Net (Gain)/Loss | Percent Recovered |
|---|---|---|---|---|
| Walter & Grace Patapoff | 350,000.00 | 74,452.24 | 275,547.76 | 21% |
| Weisbart 1986 Family Trust | 75,000.00 | 720.42 | 74,279.58 | 1% |
| Wendi J. Dick | 80,000.00 | 508.40 | 79,491.60 | 1% |
| White Revocable Trust | 118,000.00 | 137,710.34 | (19,710.34) | 117% |
| Wiech Linving Trust Dtd 8/7/86 | 30,000.00 | 188.68 | 29,811.32 | 1% |
| Willard E. Fee, Jr. | 200,000.00 | 1,571.98 | 198,428.02 | 1% |
| William & Tracelene Moison Trust established May 5, 1998 | 100,000.00 | 6,783.29 | 93,216.71 | 7% |
| William C. & Karen L.S. Kao, Trustees | 233,837.22 | 11,737.70 | 222,099.52 | 5% |
| William C. & Victoria L. Wakeman, Sr. | 75,000.00 | 718.81 | 74,281.19 | 1% |
| WJA Secure Income Fund, LLC | 100,000.00 | 646.48 | 99,353.52 | 1% |
| Wm. C. & Sally S. Slocum, Trustees | 335,000.00 | 2,655.86 | 332,344.14 | 1% |
| Wong/Linn Family Trust | 30,000.00 | 34,239.95 | (4,239.95) | 114% |
| Xiao Qin (Charlie) Zha | 25,584.10 | 15,822.09 | 9,762.01 | 62% |
| Xiaodong Wang | 25,000.00 | 24,350.24 | 649.76 | 97% |
| Xinhong Huang & Datong Meng | 100,000.00 | 115,451.84 | (15,451.84) | 115% |
| Yan Cindy Kwok and Frank Xiaoguang Han | 25,000.00 | 158.11 | 24,841.89 | 1% |
| Yeh Family Trust | 355,000.00 | 350,330.07 | 4,669.93 | 99% |
| Yi Qun & Li Qun Zhou | 25,000.00 | 215.27 | 24,784.73 | 1% |
| Yi Qun Zhou | 107,999.24 | 371.11 | 107,628.13 | 0% |
| Yinge Qian and Grace Wu | 25,000.00 | 2,822.58 | 22,177.42 | 11% |
| Yoko Iriyama, Exectutrix for the Estate of Takeshi Omura | 200,000.00 | 11,356.67 | 188,643.33 | 6% |
| Yokuyo and Aaron K. Haugen | 1,380,000.00 | 8,749.93 | 1,371,250.07 | 1% |
| Younan Lu and Lijian Du | 50,000.00 | 32,210.04 | 17,789.96 | 64% |
| Ysabel and Barbara Kuang | 50,000.00 | 154.82 | 49,845.18 | 0% |
| Yu Family Trust dtd August 27, 1996 | 50,000.00 | 325.49 | 49,674.51 | 1% |
| Yuki Tuttle Trust dated 11/1/2010 | 100,000.00 | 3,485.42 | 96,514.58 | 3% |
| Zaheda Shaikh | 42,570.00 | 306.02 | 42,263.98 | 1% |
| Zhenglian Cai | 25,000.00 | 26,741.77 | (1,741.77) | 107% |
| Zhuo Ling | 96,000.00 | 717.39 | 95,282.61 | 1% |
| **Total Investor Claims** | **57,208,540.10** | **17,742,526.45** | **39,466,013.65** | |
| *BF Van Rijn & Associates* | *1,000.00* | *-* | *1,000.00* | *0%* |
| *Dun & Bradstreet* | *1,250.00* | *-* | *1,250.00* | *0%* |
| *Express Printing & Graphics* | *3,173.01* | *-* | *3,173.01* | *0%* |
| *Foley & Lardner* | *73,692.30* | *-* | *73,692.30* | *0%* |
| *Rain Defense, Inc.* | *764.42* | *-* | *764.42* | *0%* |
| *Robert French* | *4,050.00* | *-* | *4,050.00* | *0%* |
| *Spiegel Accountancy Corp.* | *8,405.00* | *-* | *8,405.00* | *0%* |
| *Young, Craig & Company* | *3,981.00* | *-* | *3,981.00* | *0%* |
| **Total Creditor Claims** | **96,315.73** | | **96,315.73** | |
| **Total All Claims** | **57,304,855.83** | **17,742,526.45** | **39,562,329.38** | |
| Total claims (not inc. net winners) | 47,090,193.33 | 6,375,361.98 | 40,714,831.35 | |

(1) This figure reflects all payments received by each investor and takes into accout distributions that were transferred between the Funds.

10 of 10

Exhibit B, Page 10 of 10