1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA**

10    **SAN JOSE DIVISION**

11   SECURITIES AND EXCHANGE            Case No. CV12-03237
     COMMISSION,

12                                      **AMENDED [PROPOSED] ORDER**
                 Plaintiff,             **APPROVING DISTRIBUTION PLAN AND**
13                                      **AUTHORIZING INTERIM**
           v.                           **DISTRIBUTIONS**
14
                                        Date:     February 14, 2014
15   SMALL BUSINESS CAPITAL CORP.;      Time:     9:00 a.m.
     MARK FEATHERS; INVESTORS PRIME     Ctrm:     4 - 5th Floor
     FUND, LLC; and SBC PORTFOLIO       Judge:    Hon. Edward J. Davila
16   FUND, LLC,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

812335 01/SD                                          Case No.  CV12-03237
                                                AMENDED [PROPOSED] ORDER

1      The Motion for Approval of Distribution Plan and Authorization to Make Interim

2   Distributions, Dkt. No. 628, ("Motion") of Thomas A. Seaman ("Receiver"), Court-appointed

3   Receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC,

4   and their subsidiaries and affiliates, came before the Court.  The Court, having received and read

5   the Motion and all papers in support thereof or opposition thereto, and being so advised in the

6   matter and finding good cause, orders as follows  after hearing from the parties, other representatives,
    and individual investors:

7          **IT IS ORDERED:**

8          1.      The Motion is granted;

9          2.      The Distribution Plan attached to the Motion as Exhibit A is approved;

10         3.      The rising tide method of calculating distributions as outlined in the Motion and

11   Distribution Plan is approved;

12         4.      Pursuant to the Motion and Court-approved Stipulation between the Receiver and

13   the U.S. Small Business Administration ("Stipulation"), the Receiver is authorized and directed to

14   make an initial round of distributions totaling $15 million;

15         5.      Pursuant to the Stipulation, $4 million in receivership estate funds shall be set aside

16   pending further order of the Court;

17         6.      The remaining cash reserve of approximately $1.8 million as of the time of this

18   order is approved;

19         7.      Pursuant to the terms of the Motion and Distribution Plan, the Receiver is authorized

20   to make subsequent interim distributions, in his discretion, with notice to and approval of the

21   Securities and Exchange Commission; and

22         8.      Any and all claims submitted to the Receiver after February 24, 2014 (*i.e.*, 10 days

23   after the February 14, 2014 hearing) are automatically disallowed.

24         9.      The limited opposition to the Motion filed by California Business Bank is

25   withdrawn.

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

812335 01/SD

Case No.  CV12-03237
AMENDED [PROPOSED] ORDER

1        10.     The prior order entered on the Motion (Docket No. 711) is vacated.

2

3    Dated: February 26, 2014                          _____
                                                       Hon. Edward J. Davila
4                                                      Judge, United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

812335 01/SD

-2-

Case No.  CV12-03237
AMENDED [PROPOSED] ORDER