UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>　　　　Defendants. | Case No. 5:12-CV-03237-EJD<br><br>**ORDER DENYING MOTION FOR COURT HEARING TO DISCUSS A REORGANIZATION OF INVESTORS PRIME FUND, LLC, AND RELATED ENTITIES**<br><br>[Re: Docket Item No. 684] |

Presently before the Court is Defendant Mark Feathers' Motion for Court Hearing to Discuss a Reorganization of Investors Prime Fund, LLC and Related Entities. Having fully reviewed the parties' papers and after hearing oral argument, the Court will DENY Defendant's motion.

**IT IS SO ORDERED**

Dated: May 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge