UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:12-CV-03237-EJD |
| Plaintiff, | **ORDER GRANTING APPROVAL OF SALE PROCEDURES FOR LOAN PORTFOLIOS AND 7(a) LICENSE; AUTHORIZING ENGAGEMENT OF VOIT REAL ESTATE SERVICES LP AS BROKER** |
| v. | |
| SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC, | |
| Defendants. | **[Re: Docket Item No. 762]** |

Presently before the Court is Receiver Thomas A. Seaman's Motion for (A) Approval of Sales Procedures for Loan Portfolios and 7(a) License and (B) Authority to Engage Voit Real Estate Services LP as Broker. Having fully reviewed the parties' pleadings and after hearing oral argument, the Court orders as follows:

1. The Motion is GRANTED;

2. The procedures for the sales of the 7(a) Loans and SBLC Lending License, and the 504 Loans and Non-SBA Loans laid out in the Motion and exhibits thereto are approved;

3. The requirements of 28 U.S.C. § 2004 are waived for such sales;

4. The Receiver is authorized to engage Voit Real Estate Services LP ("Voit") as broker for the sales on the terms and conditions as specified in the Listing Agreement attached as

1

Case No. 5:12-CV-03237-EJD
ORDER GRANTING APPROVAL OF SALE PROCEDURES FOR LOAN PORTFOLIOS AND 7(a) LICENSE; AUTHORIZING ENGAGEMENT OF VOIT REAL ESTATE SERVICES LP AS BROKER

1  Exhibit A to the Declaration of Thomas Seaman in Support of the Motion, subject to Court
2  approval of the final commission to be paid to Voit.

**IT IS SO ORDERED**

Dated: May 9, 2014

_____
EDWARD J. DAVILA
United States District Judge

2
Case No. 5:12-CV-03237-EJD
ORDER GRANTING APPROVAL OF SALE PROCEDURES FOR LOAN PORTFOLIOS AND 7(a) LICENSE; AUTHORIZING ENGAGEMENT OF VOIT REAL ESTATE SERVICES LP AS BROKER