FILED

JUL 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MARK FEATHERS, <br><br> Defendant - Appellant, <br><br> THOMAS A. SEAMAN, <br><br> Receiver - Appellee. | No. 14-15894 <br><br> D.C. No. 5:12-cv-03237-EJD <br> Northern District of California, San Jose <br><br> ORDER |

Before: KOZINSKI, Chief Judge, and HAWKINS, Circuit Judge.

Appellant's May 12, 2014 request "to issue a temporary stay order or a temporary injunction" is denied. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

The briefing schedule established previously remains in effect.

KS/MOATT