<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

1
2
3
4               UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA
6
7  SEC,                                        No. 5:12-cv-03237 EJD
8         Plaintiff(s),
                                               CLERK'S NOTICE TAKING MOTION
9      v.                                      UNDER SUBMISSION WITHOUT ORAL
                                               ARGUMENT
10 SMALL BUSINESS CAPITAL CORP. et al,
11        Defendant(s).
12 _____/
13 TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
16 YOU ARE NOTIFIED THAT the Motion to Intervene (Docket Item No. 704) before Judge Edward
17 J. Davila previously noticed for July 11, 2014 at 9:00 AM has been taken under submission without
   oral argument pursuant to Civ. L.R. 7-1(b).  The July 11, 2014 hearing is VACATED.  The Court to
18 issue further Order on the submitted motion.
19 Dated:  July 8, 2014
20
                                               FOR THE COURT,
21
                                               Richard W. Wieking, Clerk
22
23
24
25                                       by: *Elizabeth C. Garcia*
26                                             Elizabeth C. Garcia
27                                             Courtroom Deputy
28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SEC | Case Number: CV12-03237 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |  |
| SMALL BUSINESS CAPITAL CORP. et al, |  |
| Defendant. |  |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Feathers

1520 Grant Road

Los Altos, CA 94024

Dated: July 8, 2014

Richard W. Wieking, Clerk

/s/ By: Elizabeth Garcia, Deputy Clerk

2