1  DAVID R. ZARO (BAR NO. 124334)
   TED FATES (BAR NO. 227809)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone:  (213) 622-5555
   Fax:  (213) 620-8816
5  E-Mail:  dzaro@allenmatkins.com
            tfates@allenmatkins.com
6

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SECURITIES AND EXCHANGE            Case No. CV12-03237
    COMMISSION,
12                                     **RECEIVER'S SIXTH INTERIM FEE**
                Plaintiff,             **APPLICATION**
13
          vs.                         Date:    August 22, 2014
14                                     Time:    9:00 a.m.
    SMALL BUSINESS CAPITAL CORP.;      Ctrm:    4 - 5th Floor
15  MARK FEATHERS; INVESTORS PRIME     Judge:   Hon. Edward J. Davila
    FUND, LLC; and SBC PORTFOLIO
16  FUND, LLC,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case No.  CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

Thomas A. Seaman (the "Receiver"), the court-appointed Permanent Receiver for Small Business Capital Corp. ("SB Capital"), Investors Prime Fund, LLC ("IPF"), SBC Portfolio Fund, LLC ("SPF") and their subsidiaries and affiliates (collectively, the "Receivership Entities"), submits this sixth interim application for approval and payment of fees.  This application covers the three-month period February 1, 2014, through April 30, 2014 (the "Sixth Application Period").

During the Sixth Application Period, the Receiver and his staff spent 1,475.2 hours (the equivalent of 2.8 people working full time) at a cost of $244,204.00 operating the Receivership Entities, administering the receivership estate and otherwise executing the duties set forth in the Temporary Restraining Order and Order Appointing Receiver) entered on June 26, 2012 ("TRO"); and the subsequent Preliminary Injunction entered on July 10, 2012 ("PI"), and subsequent orders of the Court.  Significant progress in all aspects of the case, as discussed in detail below, was made during the three month period of the fee application, including the $15 million distribution made to investors in March, 2014, as well as the ongoing cost of managing and servicing the loan portfolios in accordance with SBA and DRE requirements, preparation of tax returns, and proposing the sale process.

During this period the gross receipts from all sources were $1,051,559.85 while total disbursements were $16,388,539.92, which included the $15,000,000 first distribution to investors, payment of professional fees for the January through July 2013 time period, payments to loan participants, loans advanced on behalf of borrowers, and operating expenses of the estate.  The cash balance as of April 30, 2014, was $5,634,646.55.  The Receiver's fees as a percentage of the gross receipts during the Sixth Application Period are 23.2% and were 1.5% as a percentage of disbursements.  Inception-to-date[1], the Receiver's fees as a percentage of gross

---

[1] A time period of approximately 23 months

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

-1-

Case No.  CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

receipts are 4.3%, and 5.1% as a percentage of total disbursements.  The Receiver seeks approval of his fees in full and authority to pay 90% of the approved fees.

The Receiver notes that while the foregoing metrics indicate that the amount of the Receiver's fees is reasonable based on the size of the cash flow and the assets, many of the Receiver's activities which are necessary and properly incurred do not generate revenue to the estate.  These activities include supporting discovery requests of interested parties, quarterly reporting to the Court and interested parties, administration of claims, investor relations, and the interference of Feathers.  In particular during the Sixth Application Period, the Receiver distributed $15,000,000 and administered investors numerous investor inquiries about their distribution checks and related matters.   This work also included preparation of year end 2013 financial statements and the SBC LLC audit, year-end DRE reporting, preparation of the 2011 and 2012 tax returns for SB Capital Corporation, which could not be completed until the IRS issued its audit report for 2009 and 2010 that was concluded in December, 2013, preparation of 2013 Qualified Settlement Fund ("QSF") tax returns, and preparation for the sale of the remaining loan portfolios and Court approval of the process.

## **WORK PERFORMED BY THE RECEIVER**

During the Sixth Application Period the Receiver and his agents and counsel worked diligently to operate the Receivership Entities and administer the receivership estate.  Significant progress and completion of substantial requirements of the case have been achieved.  These duties are more specifically discussed below.

Manage Loan Portfolios and Loan Servicing

The Receiver and his staff manage the loan servicing operations of the Receivership Entities.   This work had previously been performed by certain employees of the Receivership Entities that the Receiver retained upon his appointment.   Now that these employees have all left, the Receiver fulfills the

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case No.  CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

-2-

servicing obligations imposed by the SBA on its lenders with the assistance of his staff which includes a CPA and SBA loan specialist with 30 years' experience servicing SBA loans.  The Receiver's staff collects loan payments and monitors payment status.  The Receiver also properly accounts for loan payments and makes the corresponding payments to participating lenders.  Management of the loan servicing operations also entails monitoring the credit status of borrowers and compliance with non-monetary covenants of the loans, including monitoring insurance coverage, status of property taxes, many of which have been found to be delinquent, and obtaining and reviewing borrower financial statements.

Management of the loan portfolios also requires resolving problem loans and enforcing the lender's rights.  As set forth in the Receiver's Ninth status report, there are now 9 loans that are on a watch list of potentially problem loans, either because of payment defaults, failure to pay property taxes, or other indicia of credit issues.  During the Sixth Application Period, the Receiver made significant positive progress with regard to several slow paying or otherwise impaired loans.  Only one borrower is in monetary default and a foreclosure action is pending.

Numerous borrowers have been in default of loan covenants in particular with regard to keeping property taxes current, submitting financial statements, maintaining adequate insurance and other technical defaults.   As set forth in the Receiver's Ninth Report, significant progress in curing these technical defaults, which if not properly administered in accordance with the SOP put the SBA guarantee at risk, has been made during the Sixth Application Period.  This progress can be summarized as follows.  With regard to secured Property taxes, following the December 10, 2013 due date, the Receiver's staff reviewed the status of property taxes.  Twenty two of the borrowers were delinquent on property taxes following the review.  The Receiver declared technical defaults and encouraged borrowers to cure the default either by making payment or entering into an installment plan with the tax collector.  As a result, twenty of the borrowers have cured the default.  The taxes

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

-3-

Case No. CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

1  were paid by the Receiver for the other two borrowers and added to the unpaid

2  balance accordingly.

3       The philosophy of the Receivership Entities loan servicing management

4  appears to be that they were unconcerned about unpaid property taxes because most

5  loans were overly secured and there was sufficient collateral in the event of a

6  property tax sale.  This ignores the fact that if a borrower is not paying property

7  taxes current, and willing to incur a 10% penalty and 18% annual interest, that there

8  are as a minimum borrower liquidity concerns.

9       Many borrowers were also behind on providing current financial statements.

10  All but three are in full compliance and partial current information has been

11  received from these three.

12       In addition, the Receiver has aggressively pursued collection of late fees and

13  has collected $35,855.27 since being appointed.  During the first six months of

14  2012, prior to the appointment of the Receiver, the Receivership Entities collected

15  $287.25.  More importantly, the aggressive collection of late fees has had the added

16  benefit of improving loan collections, which arguably preserves and increases the

17  quality of the loan portfolios.

18       The Receiver also monitors insurance on the loan collateral.

19       Finally, the SBA's SOP5057 and 504 FMLP Guidelines require the servicer

20  to conduct site visits either annually or in the event of a default.  During the Sixth

21  Application Period, every borrower was paid a site visit and the Receivership

22  Entities are in compliance with the SOP.

23       Management of the loan servicing operations also requires compliance with

24  SBA and DRE regulations and oversight.  The Receiver is in compliance with all

25  regulatory filing requirements.

26       <u>Sales and Liquidation of Assets</u>

27       The Receiver has also held extension protracted discussions with the SBA

28  relative to the claims it filed in the receivership estate as well as the regulatory

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

Case No.  CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

-4-

1   approval process if the Receiver is ordered to sell the SBA license and remaining
2   loan portfolios.  The Receiver has already received significant unsolicited interest in
3   the license and loan portfolios.   The Receiver developed a sales procedure for
4   consideration by the Court consistent with the SBA's requirements.   The Receiver's
5   motion for approval of his recommended sale process for the remaining loans SBA
6   license will be heard by the Court on April 25, 2014 and was approved on May 9,
7   2014.  The Receiver has begun the process and is currently uploading the loan files
8   and due diligence materials to an electronic platform that approved bidders may
9   access.  The expected time from of closing a sale is end of September, 2014 will
10  lead to a second significant distribution to investors, and conclusion of the
11  receivership.

12        Administration of the receivership estate

13        The Receiver supported the discovery requests of interested parties during the
14  Sixth Application Period.

15        The Receiver also prepared and filed detailed quarterly accounting and status
16  reports to the Court and the interested parties.  To date nine such reports have been
17  prepared and filed.  The Receiver believes his reports provide interested parties with
18  a complete assessment of the status of the receivership estate and its assets.

19        During the first quarter of 2014, the Receiver completed annual reviews of the
20  Brokers Trust Accounting for both 2012 and 2013, as required by the California
21  Department of Real Estate.  The reviews were conducted by Wertz & Co CPA's and
22  were filed with the California Department of Real Estate at the end of March.  The
23  Receiver also completed annual audited GAAP financial statements for SBC, LLC,
24  as required by the SBA.  The audit was also conducted by Wertz & Co CPA's.  The
25  audited financial statements were issued at the end of March 2014, and were sent to
26  the SBA.

27        The Receiver also worked on the 2011 and 2012 pre-receiver tax returns for
28  SB Capital Corporation.  These returns could not be completed until the IRS audit

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No. CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

-5-

1 report for 2009 and 2010 was reviewed and considered. The report was provided in
2 December, 2013 and the Receiver filed these returns in May 2014, with a significant
3 amount of the underlying accounting work performed in March and April, 2014.
4 The tax returns for all of the Receivership Entities, both pre and post receiver

5       Third Party Recoveries

6       The Receiver investigated possible claims against California Business Bank
7 and sought and was granted approval to bring litigation seeking damages for
8 misrepresentations and omissions in connection with the Receivership Entities'
9 investment of $990,000 in California Business Bank common stock, which promptly
10 plummeted to less than $43,000 after the purchase. The Receiver managed the
11 litigation during the Sixth Application Period, including participating in a mediation
12 which did not result in a settlement.

13       Investor Claims and Distribution Plan

14       The Receiver made a distribution of $15,000,000 to approximately 350
15 investors during March, 2014.

16       The Receiver also maintained the www.sbcapitalreceiver.com website with
17 reports and significant developments of the case for efficient investor
18 communications. During the Sixth Application Period, the Receiver updated the
19 website seven times. Each time an email informing investors of the update was sent
20 automatically to all subscribers of the receivership's website.

21       The Receiver and his agents responded to numerous investor inquiries, many
22 of whom were misled or un-necessarily alarmed by Mr. Feathers' campaign of
23 harassing and disparaging the Receiver. Despite the constant flow of
24 inappropriately disrespectful emails from Mr. Feathers to the Receiver and his
25 counsel, the Receiver has largely ignored Mr. Feathers' attacks and limited his
26 responses to those required by the Court in connection with motions and other
27 petitions for administrative relief.

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

-6-

Case No. CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

The Receiver's fees incurred by month, and broken down into unnecessary work related to Mr. Feathers, the forensic accounting, and the cost of running the Receivership entities and administering the estate, are as follows:

| First Fee App | Defendant - Related | Forensic Accounting | Managing Business | Totals |
|---|---|---|---|---|
| Jun-12 | $0.00 | $0.00 | $42,496.50 | $42,496.50 |
| Jul-12 | $0.00 | $0.00 | $92,326.50 | $92,326.50 |
| Aug-12 | $350.00 | $1,460.00 | $64,564.50 | $66,374.50 |
| Sep-12 | $0.00 | $630.00 | $40,099.50 | $40,729.50 |
| Subtotal | $350.00 | $2,090.00 | $239,487.00 | $241,927.00 |

| Second Fee App | Defendant - Related | Forensic Accounting | Managing Business | Totals |
|---|---|---|---|---|
| Oct-12 | $0.00 | $8,642.50 | $55,170.50 | $63,813.00 |
| Nov-12 | $8,385.50 | $19,615.00 | $44,033.50 | $72,034.00 |
| Dec-12 | $6,426.50 | $14,650.00 | $38,356.00 | $59,432.50 |
| Subtotal | $14,812.00 | $42,907.50 | $137,560.00 | $195,279.50 |

| Third Fee App | Defendant - Related | Forensic Accounting | Managing Business | Totals |
|---|---|---|---|---|
| Jan-13 | $11,500.50 | $27,902.50 | $47,050.50 | $86,453.50 |
| Feb-13 | $11,314.50 | $6,533.00 | $54,766.00 | $72,613.50 |
| Mar-13 | $4,599.50 | $5,095.50 | $86,953.50 | $96,648.50 |
| Apr-13 | $5,910.50 | $5,587.50 | $82,358.00 | $93,856.00 |
| May-13 | $1,580.00 | $67,130.00 | $45,232.50 | $113,942.50 |
| Jun-13 | $262.50 | $63,109.00 | $29,458.00 | $92,829.50 |
| Jul-13 | $1,050.00 | $616.00 | $42,134.00 | $43,800.00 |
| Subtotal | $36,217.50 | $175,973.50 | $387,952.50 | $600,143.50 |

| Fourth Fee App | Defendant - Related | Forensic Accounting | Managing Business | Totals |
|---|---|---|---|---|
| Aug-13 | $1,200.00 | $0.00 | $38,579.00 | $39,779.00 |
| Sep-13 | $413.00 | $0.00 | $39,973.50 | $40,386.50 |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

-7-

Case No. CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

| | | | | |
|---|---|---|---|---|
| Oct-13 | $675.00 | $0.00 | $86,424.00 | $87,099.00 |
| Subtotal | $2,288.00 | $0.00 | $164,976.50 | $167,264.50 |

| Fifth Fee App | Defendant - Related | Forensic Accounting | Managing Business | Totals |
|---|---|---|---|---|
| Nov-13 | $375.00 | $0.00 | $54,347.00 | $54,722.00 |
| Dec-13 | $1,595.00 | $0.00 | $48,464.00 | $50,059.00 |
| Jan-14 | $1,017.50 | $0.00 | $77,601.00 | $78,618.50 |
| Subtotal | $2,987.50 | $0.00 | $180,412.00 | $183,399.50 |

| Sixth Fee App | Defendant - Related | Forensic Accounting | Managing Business | Totals |
|---|---|---|---|---|
| Feb-14 | $1,275.00 | $0.00 | $81,650.00 | $82,925.00 |
| Mar-14 | $4,175.00 | $0.00 | $75,141.50 | $79,316.50 |
| Apr-14 | $2,280.00 | $0.00 | $79,682.50 | $81,962.50 |
| Subtotal | $7,730.00 | $0.00 | $236,474.00 | $244,204.00 |

| ALL FEE APPS | $64,385.00 | $220,971.00 | $1,346,862.00 | $1,632,218.00 |
|---|---|---|---|---|

The Receiver significantly reduced operating costs of the Receivership Entities.  Prior to the appointment of a receiver, the payroll expenses alone were approximately $253,000 per month, and the Receivership Entities were hemorrhaging cash in excess of $490,000 per month, vastly more than the Receiver's fees in any month and including the forensic accounting work.  The cost cutting was achieved by laying off 24 of the 28 employees and closing the office and getting a very small office in Irvine.  The Receiver retained accounting and loan servicing personnel.  As time progressed, these employees have all left and the Receiver's staff absorbed the loan servicing functions and gave up the small Irvine office.  The payroll expense is now zero.  The rent expense and related office expenses are now also zero and space is provided by the Receiver at his offices without additional charge.  The Servicing income is not free money.  It is built into

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

-8-

Case No.  CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

1   the SBA's loan program to compensate SBA lenders for servicing the loans and
2   abiding by regulations set forth in SOP 5050, essentially the SBA's standard
3   operating procedures.  The Receiver now fulfills all of these requirements and 59%
4   of the fees for which the Receiver seeks approval herewith were incurred servicing
5   the loans.  It does not appear to the Receiver that the Court fully understands the
6   complexity and work required to abide by the SBAs SOP.  During the fee
7   application period, the loan servicing revenue was $251,163.49, the Receiver's fees
8   for servicing the loans was $146,186.50 and the estate therefore earned a profit of
9   $104,976.99.

10          The Receiver had previously considered outsourcing the servicing function,
11  however the cost was vastly higher than the Receiver's cost of doing so, and are less
12  efficient in that there is an extra layer of management which the Receiver
13  determined was not necessary for managing and servicing a relatively small loan
14  portfolio of now only $15.6 million.  More specifically, the Receiver obtained
15  quotes from loan servicers ranging from $28,000 to $80,000 per month, which
16  would still have required supervision and involvement (and cost) of the Receiver.
17  During the Sixth Application Period, the Receiver fees attributable to loan servicing
18  were $146,186.50, or $48,728 per month.

19          The total average cost to operate the Receivership Entities and administer the
20  receivership estate was approximately $70,966.00 per month over the life of the
21  receivership and increased to $81,401.33 per month for the Sixth Application
22  Period.

23          Exhibit A provides a detailed listing of each and every time entry comprising
24  the Receiver's fees. In order to assist the Court in its review and analysis of the
25  Receiver's fees, the Receiver has prepared two separate analyses.  The first is a
26  breakdown by timekeeper setting forth the amount of time spent by the Receiver and
27  his agents at their respective hourly rate.  The next summary is a breakdown of work
28  by functional area including accounting and reporting, administration, bookkeeping,

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

-9-

Case No. CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

1   financial analysis, investor relations, litigation and support, loan servicing, project

2   management, Receiver services, receivership administration and the selling and

3   liquidation of assets.

4   **<u>Charges by Timekeeper</u>**

5       Exhibit B provides a breakdown by timekeeper setting forth the amount of

6   time spent by the Receiver and his agents at their respective hourly rates. The

7   Receiver personally expended 88.9 hours (29.6 hours per month, or less than 19% of

8   his time) for the Sixth Application Period for a total cost of $32,650.00. In order to

9   manage the Receivership in a cost effective manner, the Receiver delegates some

10  assignments to agents who are billed at hourly rates ranging from $60 to $195 per

11  hour. These agents perform accounting, bookkeeping, financial analysis, business

12  management, investor relations and claims management, debt collection, litigation

13  support, loan servicing, management of asset disposition, paralegal and other

14  services required by the receivership estate. During the Sixth Application Period,

15  the Receiver's agents expended 1,386.3 hours at an average hourly rate of $153 per

16  hour. The Receiver expects the number of hours necessary to administer the

17  receivership estate to decrease now that the first distribution has been made, all year

18  end reporting concluded, he tax work has been completed and the servicing of the

19  loan portfolios is stable.

20      By using qualified agents at significantly lower hourly rates than the

21  Receiver, the Receiver was able to achieve a weighted average hourly (blended) rate

22  of $166 per hour for the Sixth Application Period.

23      Prior to the Receiver being nominated to serve as receiver in this matter, the

24  Receiver agreed to discount his normal hourly rate from $400 to $375, as well as

25  making an additional discount related to the Receiver's phone calls held directly

26  with investors, this resulted in costs savings of $2,910.00 during the Sixth

27  Application Period. In order to further conserve assets of the receivership estate, the

28  Receiver agreed to not bill for travel time which normally would be billed at 50% of

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No. CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

-10-

the timekeeper's rate. This resulted in additional cost savings of $956.25 in fees and $1,437.03 of travel expenses during the Sixth Application Period. Finally, the Receiver did not charge for the cost to prepare fee applications which resulted in additional savings of $3,024.00. The sum of the aforementioned discounts is $8,327.28. The Receiver believes that the hourly rates charged by the Receiver are appropriate given the requirements of the receivership estate and the total fees for which the Receiver seeks approval are fair and reasonable.

**Charges by Task**

Exhibit C provides a monthly breakdown by tasks performed by the Receiver and his agents, including total costs for each task by month, and a pie chart of all tasks for the entire Sixth Application Period. The total hours and cost by task for the billing period are as follows:

| Task | Hours | Rate | Amount |
|---|---|---|---|
| A/R and other Debt Collections | 32.4 | $60 | $1,944.00 |
| Accounting and Reporting | 156.2 | $138 | $21,567.00 |
| Administration | 42.9 | $65 | $2,776.50 |
| Bookkeeping | 11.8 | $93 | $1,093.00 |
| Books & Records Administration | 8.1 | $60 | $486.00 |
| Financial Analysis | 1.4 | $60 | $84.00 |
| Investor Relations | 113.1 | $172 | $19,486.50 |
| Loan Servicing | 910.7 | $161 | $146,186.50 |
| Project Management | 10.6 | $199 | $2,110.00 |
| Receiver | 87.1 | $367 | $31,975.00 |
| Receivership Administration | 50.7 | $130 | $6,598.50 |
| Sell Liquidate Assets | 50.2 | $197 | $9,897.00 |
| Totals | 1,475.2 | $166 | $244,204.00 |

The Receiver believes his fees are fair and reasonable in view of the circumstances encountered by the Receiver. The Receiver has worked diligently to perform his duties in an efficient and cost effective manner. Therefore, the Receiver respectfully requests an order:

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

-11-

1  Approving fees totaling $244,204.00 for the Sixth Application Period;
2  Authorizing the Receiver to pay 90% of such sum, or $219,783.60, out of assets of
3  the receivership estate; and for other and further relief as the Court may deem
4  appropriate.

5

6  **FEATHERS HARASSMENT OF THE RECEIVER**

7  Mr. Feathers' harassment of the Receiver continued during the fee application
8  period. Mr. Feathers regularly peppers the Receiver with emails which attack,
9  threaten, or harass the Receiver, his counsel, the SEC, investors and the Court.
10  Copies of the 37 emails received during the fee application period are provided in
11  Exhibit D. Mr. Feathers stated objective is to bankrupt the receiver by running up
12  the Receiver's fees, and then objecting to the payment of any reasonable fees. In an
13  effort to control costs, the Receiver generally does not respond to Mr. Feathers'
14  harassing emails. Nonetheless, the Receiver and his counsel are required to review
15  Mr. Feathers' emails to determine if they raise any issue, which increases the costs
16  of the administration of the estate to the detriment of the defrauded investors. Mr.
17  Feathers' conduct demonstrates his disregard for the best interests of the investors.

18

19  **CONCLUSION.**

20  The Receiver believes his fees are fair and reasonable in view of the
21  circumstances encountered by the Receiver. The Receiver has worked diligently to
22  perform his duties in an efficient and cost effective manner. Therefore, the Receiver
23  respectfully requests an order:

24  Approving fees totaling $244,204.00 for the Sixth Application Period;
25  Authorizing the Receiver to pay 90% of such sum, or $219,783.60, out of assets of
26  the receivership estate; and for other and further relief as the Court may deem
27  appropriate.

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

-12-

1     I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct. Executed this 8th day of July, 2014, at Irvine,

3  California.

4

5                              _____

6                                 THOMAS A. SEAMAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case No. CV12-03237
RECEIVER'S SIXTH INTERIM FEE
APPLICATION

-13-

# EXHIBIT A

Thomas Seaman Company
3 Park Plaza
Suite 550
Irvine, CA  92614


Invoice submitted to:
Thomas Seaman, Receiver for SBC
3 Park Plaza
Suite 550
Irvine, CA 92614


May 21, 2014


Invoice #11157


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | A/R and other debt Collections | | |
| 2/20/2014 | MRF | A/R and other debt Collections<br>Deposited loan payments received and made accompanying entries to Quickbooks. | 4.10<br>60.00/hr | 246.00 |
| 2/24/2014 | MRF | A/R and other debt Collections<br>Deposited monthly payment checks received from borrowers and made entries into Quickbooks. | 1.10<br>60.00/hr | 66.00 |
| 2/26/2014 | MRF | A/R and other debt Collections<br>Deposited payments from borrowers, input to Quickbooks, and filed backup. | 0.20<br>60.00/hr | 12.00 |
| | | SUBTOTAL: | [      5.40 | 324.00] |
| | | Accounting & Reporting | | |
| 2/28/2014 | AJ | Accounting & Reporting<br>Prepare, print and mail 1099 forms and 1096 to IRS. Take to post office. | 0.40<br>175.00/hr | 70.00 |
| 2/5/2014 | KJ | Accounting & Reporting<br>Bank reconciliations and entering transactions to account for Jan cash flow. | 1.00<br>135.00/hr | 135.00 |

Thomas Seaman, Receiver for SBC

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/6/2014 KJ | Accounting & Reporting<br>Cut checks. | 0.20<br>135.00/hr | 27.00 |
| 2/7/2014 KJ | Accounting & Reporting<br>Made clean-up transfers, made transfers to close out 3 accounts, merging into operating account. | 1.50<br>135.00/hr | 202.50 |
| 2/12/2014 KJ | Accounting & Reporting<br>Prepared and sent over info to Crowe for 2013 QSF tax return. | 0.50<br>135.00/hr | 67.50 |
| 2/14/2014 KJ | Accounting & Reporting<br>Working on SBC LLC auditor request list for the 2013 audit. | 1.00<br>135.00/hr | 135.00 |
| 2/17/2014 KJ | Accounting & Reporting<br>Cut checks, researched difference in opening equity and prior year retained earnings for the 2013 QSF tax return. Worked on year-end accounting for SBC LLC's books. | 4.70<br>135.00/hr | 634.50 |
| 2/18/2014 KJ | Accounting & Reporting<br>Cut checks, set up bank account at RaboBank for distributions, taught Matthew how to book loan entries in SBC LLC's books, worked on year-end close for the upcoming audit of SBC LLC. | 3.00<br>135.00/hr | 405.00 |
| 2/19/2014 KJ | Accounting & Reporting<br>Cut check, worked updating workpapers/schedules for the 2013 SBC LLC audit, cleaned them up and added documentation so they were clear and auditable. | 7.10<br>135.00/hr | 958.50 |
| 2/20/2014 KJ | Accounting & Reporting<br>Cut check, worked updating workpapers/schedules for the 2013 SBC LLC audit, cleaned them up and added documentation so they were clear and auditable. | 5.50<br>135.00/hr | 742.50 |
| 2/21/2014 KJ | Accounting & Reporting<br>Cut check, worked updating workpapers/schedules for the 2013 SBC LLC audit, cleaned them up and added documentation so they were clear and auditable, and entered transactions for Jan to close month, tied out trust accounting, etc. | 6.00<br>135.00/hr | 810.00 |
| 2/24/2014 KJ | Accounting & Reporting<br>Cut checks. | 0.40<br>135.00/hr | 54.00 |
| 2/25/2014 KJ | Accounting & Reporting<br>Entered payments in SBC LLC's books for Jan, and completed the Jan 2014 bank recons. | 4.00<br>135.00/hr | 540.00 |
| 2/26/2014 KJ | Accounting & Reporting<br>Chatted w/ Alison & Tom about upcoming brokers trust CPA reviews for 2012 & 2013, and the SBC LLC audit for 2013, talked to auditor about timing, and getting audit selections, initialed wire to | 1.00<br>135.00/hr | 135.00 |

Thomas Seaman, Receiver for SBC                                                    Page       3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

RaboBank.

| 2/27/2014 KJ | Accounting & Reporting<br>Cut check | 0.10<br>135.00/hr | 13.50 |
|---|---|---|---|
| 2/28/2014 KJ | Accounting & Reporting<br>Auditor out at office for SBC LLC fieldwork; pulled info needed/sample selections, schedules, files, etc, completed and sent out audit confirms, contacted Colson to try and confirm premiums on 7A loans sold into secondary market. | 7.00<br>135.00/hr | 945.00 |
| 2/27/2014 RVG | Accounting & Reporting<br>Meeting with Kristen J. to discuss re: Sunshine Hospitality's possible loan payoff and borrowers' request for 1098 information; Discuss the loan file audit by Wertz & Company on various SBA loans. | 1.20<br>195.00/hr | 234.00 |
| 2/28/2014 RVG | Accounting & Reporting<br>Reviewed again various SBA loan files in preparation for an audit review by Wertz & Company pursuant to the SBA SOP 50 57's mandates/requirements. | 1.40<br>195.00/hr | 273.00 |
| 2/3/2014 TM | Accounting & Reporting<br>Preparations to spreadsheet and narrative of future fee app. | 0.20<br>175.00/hr | NO CHARGE |
| 2/7/2014 TM | Accounting & Reporting<br>Checking timeslips. | 0.20<br>175.00/hr | NO CHARGE |
| 2/10/2014 TM | Accounting & Reporting<br>Checking timeslips. Ran reports for Tom for review. | 0.60<br>175.00/hr | NO CHARGE |
| 2/11/2014 TM | Accounting & Reporting<br>Direction from Tom re fee app. Checking timeslips. | 1.70<br>175.00/hr | NO CHARGE |
| 2/12/2014 TM | Accounting & Reporting<br>Checked timeslips for grammar, punctuation, etc. | 1.20<br>175.00/hr | NO CHARGE |
| 2/14/2014 TM | Accounting & Reporting<br>Call from Crowe Horwath re fee app needs. Searched for requested documents, and email to Tom re same. | 0.80<br>175.00/hr | NO CHARGE |
| 2/18/2014 TM | Accounting & Reporting<br>Checked timeslips and made spreadsheets for Tom re upcoming fee app. | 1.50<br>175.00/hr | NO CHARGE |
| 2/26/2014 TM | Accounting & Reporting<br>Edits to fee app narrative. Checked timeslips and made printouts for review by Tom. | 1.00<br>175.00/hr | NO CHARGE |

Thomas Seaman, Receiver for SBC                                                                    Page      4

|            |     |                                                                                          | Hrs/Rate           | Amount     |
|------------|-----|------------------------------------------------------------------------------------------|--------------------|------------|
| 2/27/2014  | TM  | Accounting & Reporting<br>Made reports for Tom and edits to narrative.                    | 0.50<br>175.00/hr  | NO CHARGE  |
|            |     | SUBTOTAL:                                                                                 | [     53.70        | 6,382.00]  |

Bookkeeping

|            |     |                                                                                                                                                                                              | Hrs/Rate          | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 2/6/2014   | MRF | Bookkeeping<br>Input and cut check to reimburse Thomas Seaman Company for Fedex charges paid on behalf of Small Business Capital.                                                              | 0.30<br>60.00/hr  | 18.00   |
| 2/18/2014  | MRF | Bookkeeping<br>Made deposit for loan payments received and input to Quickbooks. Received directions from Kristen Janulewicz on making Quickbooks entries to GAAP books for SB Capital.         | 1.40<br>60.00/hr  | 84.00   |
| 2/24/2014  | MRF | Bookkeeping<br>Updated SB Capital LLC GAAP Quickbooks starting 1/1/14 so principal repayment is recognized correctly, received directions from Kristen Janulewicz.                            | 1.00<br>60.00/hr  | 60.00   |
| 2/3/2014   | WJH | Bookkeeping<br>Phone call with FTB and left message with agent.  Input of checks received into Quickbooks and desktop deposit system.  Review of SBC LLC financial statements.  Update receivers Quickbooks. | 3.00<br>110.00/hr | 330.00  |
|            | WJH | Bookkeeping<br>Conferred with Rafael regarding loan loss reserve analysis. Updated loans with respect to specific borrower and triggering of additional guarantor to loan.                   | 0.60<br>110.00/hr | 66.00   |
| 2/5/2014   | WJH | Bookkeeping<br>Review with Rafael loan guarantee for borrower due to change in equity position on EPC.  Input of multiple checks received into Quickbooks and desktop deposit system.  Review with Rafael 7a loan accounting per request from Susan Vavak.  Update LLC Quickbooks for deposits received. | 3.60<br>110.00/hr | 396.00  |
| 2/7/2014   | WJH | Bookkeeping<br>Input of checks received into Quickbooks and desktop deposit system.  Review of procedures on ALLL provision with Rafael.     | 0.50<br>110.00/hr | 55.00   |
|            |     | SUBTOTAL:                                                                                                                                                                                     | [     10.40       | 1,009.00] |

Thomas Seaman, Receiver for SBC                                              Page      5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

Investor Relations

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2014 | AJ | Investor Relations<br>Calls with Investors re claims, and case status | 0.60<br>175.00/hr | 105.00 |
| 2/13/2014 | AJ | Investor Relations<br>Email Tom email and voice mail from investor re claims questions.<br>Work with Tom on updating the claims list for hearing.  Make all<br>corrections, etc. | 1.50<br>175.00/hr | 262.50 |
| 2/3/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to  Alison Juroe. | 0.20<br>125.00/hr | 25.00 |
| 2/4/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to  Alison Juroe. | 0.20<br>125.00/hr | 25.00 |
| 2/5/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to  Alison Juroe. | 0.20<br>125.00/hr | 25.00 |
| 2/12/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to Alison Juroe. | 0.20<br>125.00/hr | 25.00 |
| 2/13/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to Alison Juroe. | 0.20<br>125.00/hr | 25.00 |
| 2/14/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to Alison Juroe. | 0.20<br>125.00/hr | 25.00 |
| 2/17/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to  Alison Juroe. | 0.40<br>125.00/hr | 50.00 |
| 2/18/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to  Alison Juroe. | 0.30<br>125.00/hr | 37.50 |
| 2/19/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to  Alison Juroe. | 0.20<br>125.00/hr | 25.00 |
| 2/20/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to  Alison Juroe. | 0.20<br>125.00/hr | 25.00 |

Thomas Seaman, Receiver for SBC                                                    Page      6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to Alison Juroe. | 0.40<br>125.00/hr | 50.00 |
| 2/25/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to Alison Juroe. | 0.10<br>125.00/hr | 12.50 |
| 2/26/2014 | DC | Investor Relations<br>Transcribe voice mail messages received through email;<br>summarize and forward to Alison Juroe. | 0.10<br>125.00/hr | 12.50 |
|  | MRF | Investor Relations<br>Responded to multiple calls from investors regarding latest court<br>filings and future distribution for SB Capital. | 0.30<br>60.00/hr | 18.00 |
| 2/19/2014 | TM | Investor Relations<br>Request by Alison to determine if various investors have ever<br>contacted the receivership by email. Searched emails and reported<br>back. Made mail merge document for investors on the list that had<br>not sent in info. Checked spreadsheets for any inconsistencies and<br>verified amounts. | 2.20<br>175.00/hr | 385.00 |
| 2/24/2014 | TM | Investor Relations<br>Calls from investors re information needed from creditors. | 0.10<br>175.00/hr | 17.50 |
| 2/28/2014 | TM | Investor Relations<br>Posted update to website re omnibus claims objections and<br>distribution. Sent email. | 1.10<br>175.00/hr | 192.50 |

SUBTOTAL:                                                    [      8.70        1,343.00]

Loan Servicing

| 2/4/2014 | DC | Loan Servicing<br>Research additional loan files and schedule site inspections | 0.70<br>125.00/hr | 87.50 |
|---|---|---|---|---|
| 2/3/2014 | KJ | Loan Servicing<br>Posted loan payments, correspondence with borrowers, did<br>month-end reconciliation, cleared out register, wired Colson Jan<br>2014 payments. | 5.20<br>135.00/hr | 702.00 |
| 2/4/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant<br>reports, worked on borrower financial reviews, correspondence<br>with borrowers, touched base with Rafael on pending matters. | 5.00<br>135.00/hr | 675.00 |
| 2/5/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant<br>reports, worked on borrower financial reviews, correspondence | 4.00<br>135.00/hr | 540.00 |

Thomas Seaman, Receiver for SBC

Page 7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | with borrowers, touched base with Rafael on pending matters. | | |
| 2/6/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 6.70<br>135.00/hr | 904.50 |
| 2/7/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 4.00<br>135.00/hr | 540.00 |
| 2/10/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 5.00<br>135.00/hr | 675.00 |
| 2/11/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 5.70<br>135.00/hr | 769.50 |
| 2/12/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 5.30<br>135.00/hr | 715.50 |
| 2/13/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 7.50<br>135.00/hr | 1,012.50 |
| 2/14/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 4.00<br>135.00/hr | 540.00 |
| 2/17/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 2/18/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 2/19/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence | 0.30<br>135.00/hr | 40.50 |

Thomas Seaman, Receiver for SBC                                                    Page    8

|            |                                                                      | Hrs/Rate | Amount |
|------------|----------------------------------------------------------------------|----------|--------|
|            | with borrowers, touched base with Rafael on pending matters.         |          |        |
| 2/20/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 2/21/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 0.50<br>135.00/hr | 67.50 |
| 2/24/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 4.50<br>135.00/hr | 607.50 |
| 2/25/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 3.50<br>135.00/hr | 472.50 |
| 2/26/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 4.90<br>135.00/hr | 661.50 |
| 2/27/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 4.70<br>135.00/hr | 634.50 |
| 2/28/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 1.00<br>135.00/hr | 135.00 |
| 2/3/2014 MRF | Loan Servicing<br>Rechecked county tax sites to update property tax spreadsheet for Rafael on borrowers who still have unpaid property taxes. | 2.00<br>60.00/hr | 120.00 |
| 2/4/2014 MRF | Loan Servicing<br>Followed up with borrowers who are missing financial statements due for annual reviews.  Updated financial statement tracking sheet for Rafael. | 5.30<br>60.00/hr | 318.00 |
| 2/5/2014 MRF | Loan Servicing<br>Filed financial statements received from borrowers via email. Updated tracking spreadsheet with statements received. | 1.50<br>60.00/hr | 90.00 |

Thomas Seaman, Receiver for SBC                                                    Page        9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

Followed-up with borrowers missing statements.

| 2/6/2014 MRF | Loan Servicing<br>Prepared & sent technical default letters to White Walls & Sunshine Hospitality via Fedex.  Discussed possible sale of Teddy Bear Hauling with Rafael Garcia and replied to owners with documentation they will need if sold.  Filed receipts for default letters sent previously.  Communicated with borrowers in regards to financial statements received and those still missing. | 6.00<br>60.00/hr | 360.00 |
| 2/7/2014 MRF | Loan Servicing<br>Prepared Fedex package for 3AM Foreclosure & Clover default letter.  Searched for original SBA Authorization for 3AM loan.  Filed default notices that have been tracked.  Redacted document and sent to attorney at direction of Rafael Garcia. | 3.60<br>60.00/hr | 216.00 |
| 2/10/2014 MRF | Loan Servicing<br>Printed loan/legal documents for Rafael to review & sign.  Prepared package and sent default letter to Bragato via Fedex.  Deposited and accounted for payments received from loan borrowers.  Tracked previous Fedex shipments and financial statements missing.  Received mail related to SBC.  Communicated with Teddy Bear Hauling in regards to possible sale of business. | 5.20<br>60.00/hr | 312.00 |
| 2/11/2014 MRF | Loan Servicing<br>Reviewed letters & prepared Fedex shipments of default letters for: Pitts Power Brake, 8098 Professional Bldg, Z&H Happy Hands, JV Mattress, & Meyers Castle.  Deposited & made entry to Quickbooks for loan payments received. | 3.20<br>60.00/hr | 192.00 |
| 2/12/2014 MRF | Loan Servicing<br>Filed documentation for default letters received by borrowers.  Called borrowers who are missing February's loan payment.  Emailed documents to attorneys and received/sorted mail related to Small Business Capital. | 1.00<br>60.00/hr | 60.00 |
| 2/13/2014 MRF | Loan Servicing<br>Reviewed and filed financial statements received.  Prepared and shipped default letter to JV Mattress.  Communicated with Bragato in regards to delinquent property taxes and financial statements.  Deposited, made entry into Quickbooks, and filed loan payments received from borrowers. | 6.50<br>60.00/hr | 390.00 |
| 2/18/2014 MRF | Loan Servicing<br>Filed financial statements received from borrowers and communicated with borrowers still missing financial statements.  Prepared and sent Fedex package regarding Edge Partners.  Filed loan/credit documents related to borrowers into their individual files. | 1.20<br>60.00/hr | 72.00 |

Thomas Seaman, Receiver for SBC                                                    Page      10

|              |     |                    | Hrs/Rate | Amount |
|--------------|-----|--------------------|----------|--------|

**2/19/2014 MRF**   Loan Servicing
Filed financial statements received from borrowers and updated
tracking sheet. Communicated with borrowers missing statements.
Prepared list of borrowers who did not respond to property tax
default letters sent and another list for borrowers who are still
missing financial statements for Rafael.  Discussed lists and further
action to take with Rafael Garcia.  Prepared Fedex packages for
Meyers Castle & JV Mattress default letters.
                                                                6.60        396.00
                                                              60.00/hr

**2/20/2014 MRF**   Loan Servicing
Sorted/filed financial statements received from borrowers, followed
up with borrowers missing statements, and prepared/shipped
technical default letters via Fedex.
                                                                1.80        108.00
                                                              60.00/hr

**2/21/2014 MRF**   Loan Servicing
Sorted/filed financial statements received from borrowers, followed
up with borrowers missing statements, and updated tracking
spreadsheet for financial statements outstanding.
                                                                2.70        162.00
                                                              60.00/hr

**2/24/2014 MRF**   Loan Servicing
Updated financial statement tracking sheet for Rafael Garcia to
show which borrowers are still missing financial statements
requested.  Filed financials received via email for 2/24.
                                                                0.50         30.00
                                                              60.00/hr

**2/25/2014 MRF**   Loan Servicing
Met with Rafael for update on borrowers who need to be sent
technical default letters and those who have not responded to
previous default letters sent.
                                                                1.00         60.00
                                                              60.00/hr

**MRF**   Loan Servicing
Prepared and Fedexed default letters to multiple borrowers.
Followed up with borrowers missing financial statements.  Called
county tax collector for inquiry into unpaid property taxes on a
secured property.
                                                                2.20        132.00
                                                              60.00/hr

**2/26/2014 MRF**   Loan Servicing
Communicated with borrowers in regards to financial statements
and delinquent property tax payments.  Sorted and filed financial
statements received.  Updated tracking spreadsheet and lists for
Rafael Garcia.
                                                                2.30        138.00
                                                              60.00/hr

**2/27/2014 MRF**   Loan Servicing
Reviewed financial statements received and communicated with
borrowers in regards to missing financial statements.
                                                                0.60         36.00
                                                              60.00/hr

**2/3/2014 RVG**   Loan Servicing
Review and analysis of the loan documentation as well as reconcile
the sequence of events re: Aung Solvang, LLC.  Collateral
impairment and valuation analysis. Draft technical default demand
letter. Formulate a strategy and prepare the response for the SBA
Claim for possible Repair/Denial of Guaranty.
                                                                4.40        858.00
                                                             195.00/hr

Thomas Seaman, Receiver for SBC                                    Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 2/3/2014 | RVG | Loan Servicing<br>Telephone call to borrower (Mr. Aung Oo) requesting loan covenant requirements information re: Aung Solvang, LLC. | 0.60<br>195.00/hr | 117.00 |
|  | RVG | Loan Servicing<br>Meeting with Wesley Hatem re: Edge Partners, LLC's servicing issues. | 0.50<br>195.00/hr | 97.50 |
|  | RVG | Loan Servicing<br>Review and analysis of the loan documentation as well as collateral impairment and valuation analysis re: 3 AM, LLC. Gathered original loan documents for legal counsel re: Judicial Foreclosure proceedings on the real property collateral. Formulate a strategy and prepare the response for the SBA Claim for possible Repair/Denial of Guaranty. | 2.80<br>195.00/hr | 546.00 |
| 2/4/2014 | RVG | Loan Servicing<br>Researched, gathered, answered and prepared documents and information response to the SBA's Proof of Monetary Claim dated 06/06/2013 and pursuant to the SBA's Questions Regarding 504 Loan Files Letter dated 01/22/2014, respectively, on multiple loans in question. | 3.50<br>195.00/hr | 682.50 |
|  | RVG | Loan Servicing<br>Reviewed the loan documents; drafted and prepared a Deed of Reconveyance for Thomas Seaman's signature and execution re: Peninsula Air Conditioning's sale of real property collateral. | 0.60<br>195.00/hr | 117.00 |
|  | RVG | Loan Servicing<br>Reviewed and prepared Affidavit Certifying Ownership of Debt Instrument for Thomas Seaman's signature and execution re: 3 AM, LLC's Judicial Foreclosure. | 0.60<br>195.00/hr | 117.00 |
|  | RVG | Loan Servicing<br>Reviewed and analyzed the Loan Portfolio Management Report, Delinquent Property Taxes Report, Fire/Hazard/Liability Insurance Exception Report, Delinquency (1502) Report, Financial Information Exception Report, UCC-1 Exception Report, etc. Drafted and prepared Monetary/Technical Defaults Demand Letters to various SBC 7(a)/504 borrowers. | 4.90<br>195.00/hr | 955.50 |
| 2/5/2014 | RVG | Loan Servicing<br>Gathered and made copies of pertinent and relevant documents on several loans, all of which are to be submitted by legal counsel to the SBA as an Exhibit of SBA's Memo and/or Questionnaire Letter. Organized subject files to make it reader friendly/perspicuous | 2.30<br>195.00/hr | 448.50 |

Thomas Seaman, Receiver for SBC                                              Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | (comprehensive). |  |  |
| 2/5/2014 | RVG | Loan Servicing<br>Drafted, Prepared and sent Demand Letters (Technical Defaults) to seven 504 Loan Borrowers. | 3.10<br>195.00/hr | 604.50 |
|  | RVG | Loan Servicing<br>Met with Wesley Hatem to discuss Edge Partners, LLC's servicing issues. | 0.30<br>195.00/hr | 58.50 |
|  | RVG | Loan Servicing<br>Review loan files for covenant violation exceptions; Prepared, drafted and sent Technical Defaults Demand Letters to several borrowers. | 1.90<br>195.00/hr | 370.50 |
|  | RVG | Loan Servicing<br>Met with Thomas Seaman re: Peninsula Air Conditioning's Real Property Reconveyance; 3 AM, LLC's Judicial Foreclosure Affidavit; Response to SBA Questions Regarding 504 Loan Files; and obtained Tom's approval re:  the Technical Default Demand Letter prior to sending to the borrowers. | 0.30<br>195.00/hr | 58.50 |
|  | RVG | Loan Servicing<br>Prepared, drafted and sent Technical Defaults Demand Letters to several borrowers. | 1.80<br>195.00/hr | 351.00 |
| 2/6/2014 | RVG | Loan Servicing<br>Review loan files for covenant violation exceptions; Prepared, drafted and sent Technical Defaults Demand Letters to various SBC 504 borrowers. | 6.00<br>195.00/hr | 1,170.00 |
|  | RVG | Loan Servicing<br>Met with Kristen Janulewicz/Matthew Flahive to discuss SBA Servicing issues on various loans. | 0.50<br>195.00/hr | 97.50 |
|  | RVG | Loan Servicing<br>Met with Tom Seaman and Notary Public re: Notarized Tom Seaman's signature on Peninsula Air Conditioning's Deed of Reconveyance. | 0.30<br>195.00/hr | 58.50 |
| 2/7/2014 | RVG | Loan Servicing<br>Review loan files for covenant violation exceptions; Prepared, drafted and sent Technical Defaults Demand Letters to various SBC 504 borrowers. | 1.20<br>195.00/hr | 234.00 |
|  | RVG | Loan Servicing<br>Researched, gathered, reviewed, drafted, reconcile/calculate reinstatement amount for CDC and send to the SBA, CDC & legal counsel re: 3AM, LLC's Third Party Lender Agreement Notification/Reinstatement Letter -  & Affidavit of Ownership | 3.70<br>195.00/hr | 721.50 |

Thomas Seaman, Receiver for SBC                                                    Page    13

|            |     |                                                                                                                                                                                                                                                                                                    | Hrs/Rate           | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
|            |     | notarized & fully executed by Thomas Seaman, Receiver.                                                                                                                                                                                                                                             |                    |        |
| 2/7/2014   | RVG | Loan Servicing<br>Reviewed, finalized and send to Title re: Deed of Reconveyance, signed/executed by Thomas Seaman,, properly notarized.                                                                                                                                                             | 0.30<br>195.00/hr  | 58.50  |
|            | RVG | Loan Servicing<br>Phone call made to Mr. Justin Giarla  re: Curing the Technical Defaults (Delinquent Property Taxes/Stale Financial Statements).                                                                                                                                                   | 0.20<br>195.00/hr  | 39.00  |
|            | RVG | Loan Servicing<br>Gathered, and reconcile loan payment history, costs/expenses, etc. Finalized and sent the Third Party Lender Agreement Notification Letter to both CDC/SBA.                                                                                                                        | 2.40<br>195.00/hr  | 468.00 |
|            | RVG | Loan Servicing<br>Reviewed and analyzed loan documents as well as extract excerpts of SBA SOP on Servicing Issues re: Sale of Business/assets, application of sales proceeds, security lien filings, covenant violation requirements (technical Defaults), etc., on Teddy Bear Hauling/Scott Deamer Dunn. | 1.40<br>195.00/hr  | 273.00 |
| 2/10/2014  | RVG | Loan Servicing<br>Gathered, research, reviewed, prepared and reconciled sequence of events and chain of title (real/personal property) as well as addressed/respond (via internal memo) to SBA's claim re: 3 AM, LLC, Edge Partners, LLC, Aung Solvang, LLC, Focus Hospitality, LLC and Sunshine Group, LLC's security lien position on Real/Personal Property Collateral; Telephone calls to Lenders re: the above referenced loans. | 4.10<br>195.00/hr  | 799.50 |
|            | RVG | Loan Servicing<br>Sent email to David Zaro in preparation for the telephone conference re: Sales' Agreement and Security Lien Position on Real/Personal Property Collateral: Meeting and Telephone Conference with Tom Seaman/David Zaro re: Sale Agreements and Security Lien Position on Real/Personal Property Collateral. | 0.80<br>195.00/hr  | 156.00 |
|            | RVG | Loan Servicing<br>Telephone Conference with Tom Seaman, David Zaro and the SBA San Francisco District Office re: SBC Capital Loan Portfolio Sales and Servicing Issues on re: Sunshine Hospitality, LLC and 3 AM, LLC.                                                                                | 0.90<br>195.00/hr  | 175.50 |
|            | RVG | Loan Servicing<br>Reviewed loan files for covenant requirement violations/exception, servicing issues (release for consideration, substitution of collateral, etc.) as well as reconciled the sequence of events; drafted and prepared Technical Default Demand Letters for Delinquent Property Taxes, Hazard/Liability Insurance, Financial | 3.80<br>195.00/hr  | 741.00 |

Thomas Seaman, Receiver for SBC                                                                    Page    14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Statements, etc., on several SBA 7(A) Loans. | | |
| 2/11/2014 | RVG | Loan Servicing<br>Reviewed loan documentation files; Reviewed all exception reports for covenant violation; Prepared, finalized and sent technical default (delinquent property taxes, cancelled insurance, stale financial statements, etc.)demand letters to several SBA 7(A) loan borrowers. | 6.30<br>195.00/hr | 1,228.50 |
| | RVG | Loan Servicing<br>Telephone call from borrowers' Larry & Amy Murdock re: Servicing Issues - Technical Default Demand Letter (Delinquent Property Taxes, etc.).  Discussed alternatives to refinance or payoff SBC's loan. | 0.80<br>195.00/hr | 156.00 |
| | RVG | Loan Servicing<br>Telephone call from John/Penny Bichler of Teddy Bear Hauling, re: Servicing issues (Release for Consideration, Substitution of Collateral, Sale of business/assets, re-open a new business, etc.); Discussed alternatives (CAL-CAP loan) for the purpose of paying off SBC's loan. | 0.70<br>195.00/hr | 136.50 |
| | RVG | Loan Servicing<br>Reviewed and analyzed loan documentation files including covenant requirements violation/exceptions (Monetary/Technical Defaults) as well as reconciled the sequence of events on title vestings/transfers on foreclosure proceedings re: Current loan transfers from Susan Vavak to Rafael Garcia. | 1.30<br>195.00/hr | 253.50 |
| 2/12/2014 | RVG | Loan Servicing<br>Telephone call from borrowers Mardock/Pitts re: Technical Defaults Demand Letters (Delinquent Property Taxes & Stale Financial Statements.  Both borrowers promised to cure the defaults by deadline 02/18/14. | 0.40<br>195.00/hr | 78.00 |
| 2/13/2014 | RVG | Loan Servicing<br>Telephone call from borrowers' Bragato/Kaladjian (Bragato Paving/Z&H Happy Hands) re: Technical Defaults Demand Letters (Delinquent Property Taxes & Stale Financial Statements.  Both borrowers promised to cure the defaults by deadline 02/18/14. | 0.60<br>195.00/hr | 117.00 |
| 2/14/2014 | RVG | Loan Servicing<br>Meeting with Kristen Janulewicz re: Roberta Sanchez/Z & H Happy Hands servicing issues/request for Release for Consideration of real property collateral. | 0.40<br>195.00/hr | 78.00 |
| 2/17/2014 | RVG | Loan Servicing<br>Received email from Legal Counsel (Catherine Hopkin) re: proposed Litigation Plan/Legal Fees Budget on 3 AM, LLC; Reviewed, approved and emailed back response to legal counsel | 0.30<br>195.00/hr | 58.50 |

Thomas Seaman, Receiver for SBC                                                    Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

regarding same.

| 2/18/2014 | RVG | Loan Servicing<br>Received phone call from borrower Z&H Happy Hands Car Wash re: Servicing issues (release for consideration) and technical defaults (delinquent property taxes/stale financial information). | 0.40<br>195.00/hr | 78.00 |
|  | RVG | Loan Servicing<br>Met with Kristen Janulewicz re: Servicing issues (subordination, f/s analysis, releases, doc discrepancies, etc.) on Z&H Happy Hands Car Wash/Sunshine Hospitality/Devon Dental. | 0.30<br>195.00/hr | 58.50 |
|  | RVG | Loan Servicing<br>Meeting with borrowers/conduct site visit inspection of the real/personal property collateral on Z&H Happy Hands Car Wash re: Servicing issues/Technical Defaults. | 1.10<br>195.00/hr | 214.50 |
|  | RVG | Loan Servicing<br>Travel time at 50% of time to Z&H Happy Hands. | 0.30<br>195.00/hr | 58.50 |
| 2/19/2014 | RVG | Loan Servicing<br>Responded to borrowers email messages re: various servicing issues/technical defaults. | 0.30<br>195.00/hr | 58.50 |
|  | RVG | Loan Servicing<br>Rectified, mitigated, amended and corrected servicing issues, exceptions, technical defaults, documentation discrepancies/deficiencies, etc., on various SBA 7(a)/504 loans, by virtue of a 327 Action (Memo to File) & notification Letters to CDC/junior Lien Holders on real/personal property collateral. | 8.20<br>195.00/hr | 1,599.00 |
|  | RVG | Loan Servicing<br>Met with Mathew re: servicing issues, technical default issues, demand letters, site visit issues, etc. on various SBA 7(a)/504 loans. | 1.20<br>195.00/hr | 234.00 |
|  | RVG | Loan Servicing<br>Drafted, prepared, finalized and sent Final Technical Default Demand Letters to various SBA 7(a)/504 loan borrowers. | 0.60<br>195.00/hr | 117.00 |
| 2/20/2014 | RVG | Loan Servicing<br>Drafted, prepared and sent out the Follow-Up (Final) Technical Default Demand Letters to various SBA 7(a)/504 borrowers. | 4.20<br>195.00/hr | 819.00 |
|  | RVG | Loan Servicing<br>Meeting with Kristen re: UCC-1, 2 & Searches & Reconveyance (Chain of Title) issues. | 0.30<br>195.00/hr | 58.50 |
|  | RVG | Loan Servicing<br>Collection Meetings with Borrowers/Conduct Site Visit Inspections of Collateral re: JV Mattress, Alexis Readinger, Happy Hands & | 3.60<br>195.00/hr | 702.00 |

Thomas Seaman, Receiver for SBC                                                        Page    16

|            |     |                                                                                                                                                                                              | Hrs/Rate          | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
|            |     | Sun-Fax Arco in the Greater Los Angeles Metropolitan area.                                                                                                                                    |                   |          |
| 2/20/2014  | RVG | Loan Servicing<br>Travel time at 50% of time to site visits in Greater Los Angeles Metro Area.                                                                                                | 2.00<br>195.00/hr | 390.00   |
| 2/21/2014  | RVG | Loan Servicing<br>Drafted, prepared and sent out the Follow-Up (Final) Technical Default Demand Letters to various SBA 7(a)/504 borrowers.                                                     | 4.60<br>195.00/hr | 897.00   |
|            | RVG | Loan Servicing<br>Telephone call to borrower (Sunshine Hospitality) with a follow up email to borrower re: Servicing issues/Technical defaults.                                               | 0.60<br>195.00/hr | 117.00   |
|            | RVG | Loan Servicing<br>Created, devised, formulated, prepared and completed the Site Visit Reports on various SBA borrowers.                                                                        | 5.20<br>195.00/hr | 1,014.00 |
| 2/24/2014  | RVG | Loan Servicing<br>Responded to borrowers' phone calls/emails re: Servicing Issues/Technical Default Letters; Sent technical default letters to various SBA borrowers; Completed the site visit inspection reports on various SBA borrowers. | 3.60<br>195.00/hr | 702.00   |
|            | RVG | Loan Servicing<br>Collection Meetings with Borrowers/Conduct Site Visit Inspections of Collateral on various SBA borrowers in the Greater San Diego/Orange County Metropolitan area.           | 4.10<br>195.00/hr | 799.50   |
|            | RVG | Loan Servicing<br>Travel time at 50% of time to borrowers in Greater San Diego Metro Area.                                                                                                    | 1.30<br>195.00/hr | 253.50   |
| 2/25/2014  | RVG | Loan Servicing<br>Responded to borrowers/legal counsel's emails & phone messages on various SBA loans re: Foreclosure Proceedings, Forbearance Agreement, Servicing Requests/Issues, Technical Default letters, etc. | 1.20<br>195.00/hr | 234.00   |
|            | RVG | Loan Servicing<br>Meeting with Mathew J. to discuss re: Financial Statement, Property Taxes, Insurance Coverage, Late Charges and Delinquency Reports; Discuss follow-up Technical Default letters sent to various SBA borrowers & orchestrate collection strategies. | 0.70<br>195.00/hr | 136.50   |
|            | RVG | Loan Servicing<br>Prepared and sent follow -up technical default letters and notification letters to various SBA borrowers; Completed the Site Visit Reports for the Loan Files on various SBA borrowers; Prepared and filed the SBA 327 Action (Memo to File) on various | 5.70<br>195.00/hr | 1,111.50 |

Thomas Seaman, Receiver for SBC                                                      Page    17

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | SBA borrowers. |  |  |
| 2/25/2014 | RVG | Loan Servicing<br>Meeting with Thomas Seaman re: Current/Updated Status Report of all the SBA 7(a)/504 Borrowers with Servicing Issues/Technical-Monetary Defaults. | 0.60<br>195.00/hr | 117.00 |
| 2/26/2014 | RVG | Loan Servicing<br>Responded to borrowers' phone messages/emails re: Servicing Issues/Technical Default Letters; Sent Follow-Up/Final Technical Default letters to various SBA borrowers; Completed the site visit inspection reports on various SBA borrowers. | 3.40<br>195.00/hr | 663.00 |
|  | RVG | Loan Servicing<br>Collection Meetings with Borrowers/Conducted Site Visit Inspections of Collateral/Obtained Loan Agreement Covenant Requirements information re: Servicing Request issues (Release for Consideration, Refinances, etc.) on various SBA borrowers in the Greater Los Angeles County (Simi Valley, Sherman Oaks, Burbank & Downtown LA (Chinatown) Metropolitan area. | 5.90<br>195.00/hr | 1,150.50 |
|  | RVG | Loan Servicing<br>Travel time at 50% of time to LA and OC regarding collection meetings. | 1.00<br>195.00/hr | 195.00 |
| 2/27/2014 | RVG | Loan Servicing<br>Responded to borrowers/legal counsel's emails & phone call messages on various SBA loans re; Foreclosure Proceedings, Forbearance Agreement, Servicing Requests/Issues, Technical Default letters, etc. | 1.60<br>195.00/hr | 312.00 |
|  | RVG | Loan Servicing<br>Prepared and sent follow -up technical default letters and notification letters to various SBA borrowers; Completed the Site Visit Reports for the Loan Files on various SBA borrowers; Prepared and filed the SBA 327 Action (Memo to File) on various SBA borrowers.  Orchestrated a collection/site visit inspection strategy for the up-coming site visit inspections on the loan collateral. | 8.80<br>195.00/hr | 1,716.00 |
| 2/28/2014 | RVG | Loan Servicing<br>Responded to borrowers/legal counsel's emails & phone call messages on various SBA loans re; Foreclosure Proceedings, Forbearance Agreement, Servicing Requests/Issues (Refinances, Pay-offs, Substitution of Collateral/Release for Consideration, Technical Default letters follow-ups, etc.; Meeting with Kristen J. re: Pre-Payment Penalties, collection of late charges, costs/expenses, Colson loan premiums etc.; Responded to Participant Banks/Lenders emails re: Intervention 911's Pre-Payment Penalties/Payoff; Completed the site visit inspections on SBA Loan Borrowers; Drafted and prepared Technical Default Demand | 5.90<br>195.00/hr | 1,150.50 |

Thomas Seaman, Receiver for SBC                                                          Page     18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

(Collection) Letter re: Late Charges, Costs/Expenses, etc.

| 2/28/2014 | RVG | Loan Servicing<br>Collection Meetings with Borrowers/Conducted Site Visit Inspections of Collateral/Obtained Loan Agreement Covenant Requirements information re: Servicing Issues (51% occupancy - owner user, Release for Consideration, Refinances, etc.) on various SBA borrowers in the Greater Orange County Metropolitan area. | 1.90<br>195.00/hr | 370.50 |
|  | RVG | Loan Servicing<br>Travel time at 50% of time to Orange County borrowers. | 0.50<br>195.00/hr | 97.50 |
| 2/3/2014 | SV | Loan Servicing<br>Call with borrower Babu Rampur regarding receipt of additional insurance proceeds and turnover of same.  Review file for amount still owed to ATI.  Call to Stacy Haro at ATI to obtain the amount still owed for restoration of Mr. Rampur's building.  Send email to Mr. Rampur regarding sending payment to ATI. | 0.30<br>325.00/hr | 97.50 |
|  | SV | Loan Servicing<br>Review and reply to email from SBA accounting regarding no receipt of attached SBA quarterly report.  Send email with attachments again. | 0.10<br>325.00/hr | 32.50 |
|  | SV | Loan Servicing<br>Review and reply to email from Cate Hopkin at Tydings Rosenberg regarding documents for foreclosure filing on 3AM. | 0.10<br>325.00/hr | 32.50 |
|  | SV | Loan Servicing<br>Discuss and review contact, insurance, tax and UCC ticklers, site inspection reports, and status of 3AM, Deamer Dunn, and Teddy Bear Hauling loans with Rafael.  Also discuss status of SBA claim. | 1.70<br>325.00/hr | 552.50 |
|  | SV | Loan Servicing<br>Call with Matthew to discuss loan documents for 3AM foreclosure filing. | 0.10<br>325.00/hr | 32.50 |
|  | SV | Loan Servicing<br>Call with Rafael to discuss documents for 3AM foreclosure. | 0.10<br>325.00/hr | 32.50 |
| 2/4/2014 | SV | Loan Servicing<br>Review email correspondence from Cate Hopkin at Tydings Rosenberg and Rafael regarding 3AM foreclosure documents. | 0.10<br>325.00/hr | 32.50 |
|  | SV | Loan Servicing<br>Call with Rafael to discuss 3AM foreclosure, review of property tax tickler and sending default and demand letters to borrowers with delinquent property taxes. | 0.20<br>325.00/hr | 65.00 |

Thomas Seaman, Receiver for SBC                                                    Page    19

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

| 2/5/2014 SV | Loan Servicing<br>Call with Wes to discuss reporting requirements and discussion<br>with Rafael regarding same. | 0.20<br>325.00/hr | 65.00 |
| SV | Loan Servicing<br>Review and reply to email from Sasha Canon of First American<br>Title regarding postponing foreclosure sale for Kallappa Rampur<br>and future correspondence with Rafael. | 0.10<br>325.00/hr | 32.50 |
| 2/11/2014 SV | Loan Servicing<br>Review filed UCC termination for Strawberry Petroleum.  Scan<br>termination and send via email to borrower Amin Salkhi. | 0.20<br>325.00/hr | 65.00 |
| SV | Loan Servicing<br>Review all open items regarding loans and send multiple emails to<br>Rafael with updates on status. | 0.50<br>325.00/hr | 162.50 |
| SV | Loan Servicing<br>Discuss status of Z&H Happy Hands, Dr. Kim, White Walls, and<br>Kallappa Rampur loans with Rafael. | 0.60<br>325.00/hr | 195.00 |
| 2/12/2014 SV | Loan Servicing<br>Review emails from Carla Hickey of South County Bank regarding<br>KV Equity loan.  Forward email with comment to Rafael. | 0.10<br>325.00/hr | 32.50 |
| 2/14/2014 SV | Loan Servicing<br>Correspond via email with Darren regarding forwarding Jason<br>Parson's email to Rafael for loan servicing. | 0.10<br>325.00/hr | 32.50 |
| 2/16/2014 SV | Loan Servicing<br>Voice mail from Alpesh Patel of 3AM regarding notice of<br>foreclosure suit.  Send email to Rafael with voice mail information<br>and request to call Alpesh. | 0.10<br>325.00/hr | 32.50 |
| SV | Loan Servicing<br>Voice mail from Justin Giarla of White Walls regarding loan.  Send<br>email to Rafael with information and request to call. | 0.10<br>325.00/hr | 32.50 |
| 2/3/2014 TM | Loan Servicing<br>Calls, emails and faxes to insurance agents re insurance cert<br>requests. | 4.00<br>175.00/hr | 700.00 |
| 2/4/2014 TM | Loan Servicing<br>Sent out requests to insurance agents.  Emails from agents and<br>entered edits onto spreadsheet. Made pdfs of new certs and<br>evidences. | 4.20<br>175.00/hr | 735.00 |
| 2/5/2014 TM | Loan Servicing<br>Received numerous emails and faxes from insurance companies.<br>Entered changes of coverages to spreadsheet. Sent out requests | 4.50<br>175.00/hr | 787.50 |

Thomas Seaman, Receiver for SBC                                      Page     20

|                      |                                                                                                                                                                                                                 | Hrs/Rate         | Amount |
|----------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
|                      | to insurance agents. Made pdfs of new certs and evidences.                                                                                                                                                       |                  |        |
| 2/6/2014  TM         | Loan Servicing<br>Calls to Maryland agency. Received numerous emails and faxes from insurance companies. Entered changes of coverages to spreadsheet. Sent out requests to insurance agents. Made pdfs of new certs and evidences. | 4.30<br>175.00/hr | 752.50 |
| 2/7/2014  TM         | Loan Servicing<br>Emails from insurers, edits to spreadsheet. Replies to information sent by insurers. Checked files for DBA names, etc., for additional request inf. Sent out requests to insurance agents. Made pdfs of new certs and evidences. | 3.00<br>175.00/hr | 525.00 |
| 2/10/2014  TM        | Loan Servicing<br>Checked files for DBA names, etc., for additional request info. Sent out requests to insurance agents.                                                                                         | 3.20<br>175.00/hr | 560.00 |
| 2/11/2014  TM        | Loan Servicing<br>Questions from Rafael re insurance issues and showed coverages.                                                                                                                                | 0.10<br>175.00/hr | 17.50  |
| 2/12/2014  TM        | Loan Servicing<br>Sent requests to insurance agents re certs.                                                                                                                                                    | 2.50<br>175.00/hr | 437.50 |
| 2/13/2014  TM        | Loan Servicing<br>Requests to insurance agents, edits to spreadsheet re insurance coverage. Request re life insurance, call to insurance re same. Faxed receivership order and request.                           | 3.30<br>175.00/hr | 577.50 |
| 2/14/2014  TM        | Loan Servicing<br>Received certs re SO2 loan. Checked for problems, email to agent re same. Saved items and made pdf of needed changes. Requests to insurance agents, edits to spreadsheet re insurance coverage. Call to Complete Senior Living for insurance info, call to agents. | 3.20<br>175.00/hr | 560.00 |
| 2/17/2014  TM        | Loan Servicing<br>Received emails re certs. Checked for corrections, edits to spreadsheet. Emails to agents.                                                                                                     | 2.50<br>175.00/hr | 437.50 |
| 2/18/2014  TM        | Loan Servicing<br>Received insurance info and edited spreadsheet.                                                                                                                                                | 1.00<br>175.00/hr | 175.00 |
| 2/19/2014  TM        | Loan Servicing<br>Sent requests to multiple insurance agents re changes needed to insurance. Edited Agreements to Provide Insurance re address changes, names of insured, etc.                                   | 1.70<br>175.00/hr | 297.50 |
| 2/20/2014  TM        | Loan Servicing<br>Sent requests to multiple insurance agents re changes needed to insurance. Edited Agreements to Provide Insurance re address                                                                   | 0.50<br>175.00/hr | 87.50  |

Thomas Seaman, Receiver for SBC                                                    Page    21

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | changes, names of insured, etc. | | |
| 2/21/2014 | TM | Loan Servicing | 2.80 | 490.00 |
| | | Call to agent re Meyer's Castle insurance. Sent requests to multiple insurance agents re changes needed to insurance. Edited Agreements to Provide Insurance re address changes, names of insured, etc. | 175.00/hr | |
| 2/24/2014 | TM | Loan Servicing | 3.10 | 542.50 |
| | | Call to agents, sent requests re Tamasebi, Sanai, etc. Discussed with Rafael the situation with Tamasebi, made notes to file. Edited Agreements to Provide Insurance re address changes, names of insured, etc. | 175.00/hr | |
| | TM | Loan Servicing | 0.20 | 35.00 |
| | | Received batch of insurance info and edits to spreadsheet. | 175.00/hr | |
| 2/25/2014 | TM | Loan Servicing | 0.10 | 17.50 |
| | | Call to agent re cancellation notice, confirmed payment made and withdrawal program established for client. | 175.00/hr | |
| | TM | Loan Servicing | 3.50 | 612.50 |
| | | Calls with Tamasebi re insurance needs. Sent fax of item sent to insurance agent. Sent other requests to other agents. | 175.00/hr | |
| 2/26/2014 | TM | Loan Servicing | 1.50 | 262.50 |
| | | Sent requests to agents re changes to names of the insured on several accounts. Revised several Agreements to Provide Insurance and made notations of needed revisions to several pdfs of certs and evidences. Call from insurance agent from Mardock re need for documentation and reviewed loan files. | 175.00/hr | |
| 2/27/2014 | TM | Loan Servicing | 0.40 | 70.00 |
| | | Sent info to Mardock insurance agent. Made pdf with edits and explanation. | 175.00/hr | |
| | | SUBTOTAL: | [    330.10 | 52,029.50] |
| | | Receiver | | |
| 2/5/2014 | TAS | Receiver | 0.50 | 187.50 |
| | | Telephone call with upset investor, concerned re Feathers' communications, vulture fund looking to purchase her claim, research claims. mf | 375.00/hr | |
| | TAS | Receiver | 0.10 | 37.50 |
| | | Sign bank verification authorization. | 375.00/hr | |

Thomas Seaman, Receiver for SBC                                                                 Page     22

|           |     |                                                                                                                                                                                                         | Hrs/Rate          | Amount |
|-----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 2/5/2014  | TAS | Receiver<br>Conferred with Rafael re documents for SBA loans in question for reserve negotiation, Peninsula reconveyance, affidavit on Virginia borrower, other, Telephone call with Ted re SBA memo, Telephone call with Susan Vavak re same. | 0.60<br>375.00/hr | 225.00 |
| 2/6/2014  | TAS | Receiver<br>Review emails from Mark Feathers re party soliciting claims assignments. Telephone call with David Zaro re same.<br>mf | 0.20<br>375.00/hr | 75.00 |
|           | TAS | Receiver<br>Telephone call with Brent Ciurlino re stipulation, sale, answers to questions re six loans of concern to SBA, etc. | 0.40<br>375.00/hr | 150.00 |
|           | TAS | Receiver<br>Telephone call with Ted Fates re memo to SBA on six loans of concern to them. | 0.30<br>375.00/hr | 112.50 |
| 2/8/2014  | TAS | Receiver<br>Review email from SBA re UCC statements and searches, call to Rafael re same, Telephone call with David re same, loans are oversecured, forward emails to Rafael and instruct to get documents or order if needed. | 0.80<br>375.00/hr | 300.00 |
|           | TAS | Receiver<br>Read Feathers' pleadings re opposition to Receiver's report number 8.  Telephone call with counsel re no need to respond given.<br>mf | 0.50<br>375.00/hr | 187.50 |
| 2/10/2014 | TAS | Receiver<br>Meet with Rafael re UCC Statements and searches, summarize status of loans, Telephone call with David re same in preparation for conference call; go over status of servicing with Rafael. | 0.80<br>375.00/hr | 300.00 |
|           | TAS | Receiver<br>Prepare for conference call with SBA, print notes. | 0.40<br>375.00/hr | 150.00 |
|           | TAS | Receiver<br>Conference call with SBA re stipulation, security interests, UCCs, sales process, participation of certain loans now paid off, sales motion, etc; follow up call with David Zaro. | 1.20<br>375.00/hr | 450.00 |
|           | TAS | Receiver<br>Conferred with Rafael re Teddy Bear Hauling request for release of lien of personal property for consideration. | 0.20<br>375.00/hr | 75.00 |

Thomas Seaman, Receiver for SBC                                                                          Page    23

|            |     |                                                                                                                                                                          | Hrs/Rate            | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|-----------|
| 2/11/2014  | TAS | Receiver<br>Telephone call with investor re 2013 K-1, won't be one, solicitation by Argo, concerns re Feathers.                                                            | 0.20<br>375.00/hr   | 75.00     |
| 2/13/2014  | TAS | Receiver<br>Assemble documents, print, prepare for hearings, review cash, reexamine reserve, confirm $15 million, pull revised claims direct Alison re incorporation of changes, prepare updated rising tide worksheet. | 3.10<br>375.00/hr   | 1,162.50  |
|            | TAS | Receiver<br>Travel time at 50% of time to  SJ for hearings.                                                                                                                | 1.90<br>375.00/hr   | NO CHARGE |
|            | TAS | Receiver<br>Meet with counsel and prepare for hearing.                                                                                                                     | 1.80<br>375.00/hr   | 675.00    |
| 2/14/2014  | TAS | Receiver<br>Attend hearing re plan, objections and fees.                                                                                                                   | 3.80<br>375.00/hr   | 1,425.00  |
|            | TAS | Receiver<br>Travel from San Jose.                                                                                                                                          | 1.90<br>375.00/hr   | NO CHARGE |
| 2/15/2014  | TAS | Receiver<br>Emails to investors re outcome of hearing.                                                                                                                     | 0.60<br>375.00/hr   | 225.00    |
| 2/17/2014  | TAS | Receiver<br>Revise distribution worksheet, fully reconcile for input to draft motion.                                                                                      | 1.30<br>375.00/hr   | 487.50    |
|            | TAS | Receiver<br>Make comments to draft purchase & sale agreement.                                                                                                              | 0.70<br>375.00/hr   | 262.50    |
| 2/21/2014  | TAS | Receiver<br>Review draft declaration in support of motion for approval of sale procedures, review draft instructions to bidders, make redline comments. Telephone call with David Zaro re revisions and terms. | 1.30<br>375.00/hr   | 487.50    |
| 2/24/2014  | TAS | Receiver<br>Telephone call with John Bulgozdy re sale motion, case status, proposed orders.                                                                                | 0.30<br>375.00/hr   | 112.50    |
|            | TAS | Receiver<br>Receive email from Feathers sent Davd Zaro re tombstone saying CPA Telephone call with  David re same and mf                                                    | 0.30<br>375.00/hr   | 112.50    |
|            | TAS | Receiver<br>Conferred with Alison re missing claims.                                                                                                                       | 0.20<br>375.00/hr   | 75.00     |

Thomas Seaman, Receiver for SBC

Page    24

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2014 | TAS | Receiver<br>Meet with Rafael re technical defaults, site visits, property taxes, financials, forbearance, etc. | 0.60<br>375.00/hr | 225.00 |
| | TAS | Receiver<br>Researched prior Receivership news, prepare draft email to Feathers.<br>mf | 1.40<br>375.00/hr | 525.00 |
| 2/26/2014 | TAS | Receiver<br>Review emails from SBA re latest comments to sale process motion, prepare for call, Telephone call with David re same; conference call with SBA. | 0.70<br>375.00/hr | 262.50 |
| | TAS | Receiver<br>Review cash position give direction re transfers of cash to investor distribution account, sign letter of instruction  telephone call with Karen at Merrill re wire transfer authorization. | 0.30<br>375.00/hr | 112.50 |
| 2/28/2014 | TAS | Receiver<br>Telephone call with David Zaro re sale procedure motion, Feathers' emails, etc. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Received email from Mrs. Feathers.<br>mf | 0.10<br>375.00/hr | 37.50 |

SUBTOTAL:                                          [    26.80         8,625.00]

Receivership Administration

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2014 | AJ | Receivership Administration<br>Email and call with Rafael re response to Bank requesting loan info on borrower. | 0.20<br>175.00/hr | 35.00 |
| 2/3/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Worked on UCCs to assist Rafael Garcia.  Contacted Lexis Nexis regarding new user for UCC site.  Sent contact info to Rick Coble for Rafael Garcia.  Sent website info to Rafael Garcia and talked with him about the UCC site and gave all login and contact info to him. | 0.70<br>125.00/hr | 87.50 |
| 2/4/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |

Thomas Seaman, Receiver for SBC

Page   25

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| 2/6/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website.  Printed most recent order;<br>passed to Tom Seaman and Tim McDonnell for possible posting to<br>website. | 0.20<br>125.00/hr | 25.00 |
| 2/7/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website. Read recent filing by Mark<br>Feathers and pass to Tom Seaman with initial comments.<br>mf | 0.40<br>125.00/hr | 50.00 |
| | DC | Receivership Administration<br>Drove to off site server hosting to replace physical backup tape.<br>Ran additional backup to portable drive.  Returned past week's<br>back up to office.  40 minute round trip drive billed at half.  Tape<br>swap and backup to portable drive billed at half. | 0.50<br>125.00/hr | 62.50 |
| 2/10/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Contacted Univoip regarding phone and data bill for SB Capital.<br>Reviewed current contract and made adjustments to save money. | 0.40<br>125.00/hr | 50.00 |
| 2/11/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Took over Insurance file from Susan Vavak.  Met regarding E&O<br>application.  Created new files for insurance as Rafael Garcia took<br>over Susan Vavak's office for loan servicing. | 0.50<br>125.00/hr | 62.50 |
| 2/12/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Work on Rafael's relocation and moving Susan's computer to make<br>sure she still has remote access,  tested accordingly.  Listen to and | 0.70<br>125.00/hr | 87.50 |

Thomas Seaman, Receiver for SBC                                                    Page    26

|            |    | | Hrs/Rate | Amount |
|------------|----|-|----------|--------|
| | | forward investor voice mails with instruction re replies applications for SBC loan servicing on Rafael's machine.  Verified remote access for Susan Vavak. | | |
| 2/12/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website. | 0.30<br>125.00/hr | 37.50 |
| 2/13/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| 2/14/2014 | DC | Receivership Administration<br>Verify backup.  Change tape at remote location. | 0.60<br>125.00/hr | 75.00 |
| | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website. | 0.10<br>125.00/hr | 12.50 |
| 2/17/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| 2/18/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| 2/19/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Reviewed response, made notes and passed to Tom Seaman.<br>mf | 0.40<br>125.00/hr | 50.00 |
| | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| 2/20/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| 2/21/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Reviewed response, made notes and passed to Tom Seaman.<br>mf | 0.40<br>125.00/hr | 50.00 |
| | DC | Receivership Administration<br>Verify backup.  Change tape at remote location. | 0.60<br>125.00/hr | 75.00 |
| 2/24/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Reviewed and passed to Tom Seaman. | 0.40<br>125.00/hr | 50.00 |

Thomas Seaman, Receiver for SBC                                                          Page    27

|            |     |                                                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 2/25/2014  | DC  | Receivership Administration<br>Change backup tape and verify backup.                                                                         | 0.10<br>125.00/hr | 12.50  |
|            | DC  | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Reviewed and passed to Tom Seaman. | 0.60<br>125.00/hr | 75.00  |
| 2/26/2014  | DC  | Receivership Administration<br>Change backup tape and verify backup.                                                                         | 0.10<br>125.00/hr | 12.50  |
| 2/27/2014  | DC  | Receivership Administration<br>Change backup tape and verify backup.                                                                         | 0.10<br>125.00/hr | 12.50  |
|            | DC  | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.     | 0.50<br>125.00/hr | 62.50  |
| 2/28/2014  | DC  | Receivership Administration<br>Change backup tape and verify backup.  Change remote tape at Santa Ana Office.                                | 0.70<br>125.00/hr | 87.50  |
|            | DC  | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.     | 0.10<br>125.00/hr | 12.50  |
|            | DC  | Receivership Administration<br>Arrange time with IT specialist to down servers for planned power outage on Saturday March 1, 2014.           | 0.10<br>125.00/hr | 12.50  |
| 2/3/2014   | MRF | Receivership Administration<br>Copied loan files for 3AM foreclosure and prepared documents that need to be sent to lawyers.  Received direction from Rafael. | 3.10<br>60.00/hr  | 186.00 |
| 2/5/2014   | MRF | Receivership Administration<br>Scanned and emailed loan documents in question to Ted Fates at Rafael's direction.  Additionally, prepared & mailed Mardock technical default notice via Fedex. | 1.50<br>60.00/hr  | 90.00  |
| 2/6/2014   | MRF | Receivership Administration<br>Prepared, mailed, and filed accounts payable checks related to Small Business Capital.                        | 0.30<br>60.00/hr  | 18.00  |
| 2/11/2014  | MRF | Receivership Administration<br>Searched through bank statements and made copies of all checks paid to Mark Feathers from Small Business Capital in 2009. | 3.60<br>60.00/hr  | 216.00 |

Thomas Seaman, Receiver for SBC

Page   28

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/12/2014 | MRF | Receivership Administration<br>Sorted and filed accounts payable backups and deposit proofs related to Small Business Capital. | 2.80<br>60.00/hr | 168.00 |
| 2/14/2014 | MRF | Receivership Administration<br>Input remaining deposits into Quickbooks.  Filed deposit proofs and default letter tracking. | 0.80<br>60.00/hr | 48.00 |
| 2/17/2014 | MRF | Receivership Administration<br>Compiled spreadsheet of investors who did not submit a claim form to SBC for lost principal investment. | 1.40<br>60.00/hr | 84.00 |
| 2/19/2014 | MRF | Receivership Administration<br>Prepared, stamped, and mailed loan payment stubs for March to borrowers.  Also, filed deposit backups related to SB Capital. | 1.20<br>60.00/hr | 72.00 |
| | MRF | Receivership Administration<br>Scanned & labeled court filing papers of investor claims related to SB Capital for Alison Juroe. | 0.40<br>60.00/hr | 24.00 |
| 2/20/2014 | MRF | Receivership Administration<br>Received mail, responded to emails for information, and filed accounts payable related to SB Capital. | 0.40<br>60.00/hr | 24.00 |
| 2/24/2014 | MRF | Receivership Administration<br>Received and sorted mail relating to SB Capital. | 0.10<br>60.00/hr | 6.00 |
| 2/25/2014 | MRF | Receivership Administration<br>Prepared mailings and filed backups for accounts payable checks being sent.  Also, received day's mail relating to SB Capital. | 1.20<br>60.00/hr | 72.00 |
| 2/27/2014 | MRF | Receivership Administration<br>Assisted Rafael Garcia in mapping and directions to site visits of borrowers in Northern California for his upcoming trip.  Also, prepared Fedex shipment to legal counsel for matter relating to SB Capital. | 5.50<br>60.00/hr | 330.00 |
| 2/3/2014 | SV | Receivership Administration<br>Call with Tom regarding information needed relating to SBA claim.  Call with Rafael to discuss same. | 0.20<br>325.00/hr | 65.00 |
| 2/4/2014 | SV | Receivership Administration<br>Call with Rafael to discuss progress on gathering information about certain loans to send to SBA.  Review letter completed by Rafael and reply with comments via email. | 0.20<br>325.00/hr | 65.00 |
| 2/5/2014 | SV | Receivership Administration<br>Review emails from Ted Fates of Allen Matkins and Rafael regarding response to SBA claim. | 0.10<br>325.00/hr | 32.50 |

Thomas Seaman, Receiver for SBC                                                    Page   29

|            |    |                                                                                              | Hrs/Rate          | Amount    |
|------------|----|----------------------------------------------------------------------------------------------|-------------------|-----------|
| 2/5/2014   | SV | Receivership Administration<br>Send email to Rafael requesting copy of DOT in order to locate the assignment of DOT for SBA claim. | 0.10<br>325.00/hr | 32.50     |
| 2/7/2014   | SV | Receivership Administration<br>Call with Darren to discuss response to E&O insurance underwriter's questions.  Review applications in preparation for response. | 0.20<br>325.00/hr | 65.00     |
| 2/11/2014  | SV | Receivership Administration<br>Call with Joe Breakfield at Willis to discuss questions posed by insurance underwriter regarding E&O renewal. | 0.30<br>325.00/hr | 97.50     |
|            | SV | Receivership Administration<br>Discuss status of E&O insurance renewal with Darren. | 0.10<br>325.00/hr | 32.50     |
| 2/13/2014  | SV | Receivership Administration<br>Correspond via email with Joe Breakfield of Willis Insurance and Darren regarding underwriter's question about SEC suit. | 0.10<br>325.00/hr | 32.50     |
| 2/18/2014  | TM | Receivership Administration<br>Made export list of subscriber names for Alison. | 0.20<br>175.00/hr | 35.00     |
|            | TM | Receivership Administration<br>Call to Crowe Horwath re bill. | 0.10<br>175.00/hr | 17.50     |
| 2/19/2014  | TM | Receivership Administration<br>Email to Crowe Horwath, received reply. Forward to Tom re bill. | 0.10<br>175.00/hr | 17.50     |
| 2/24/2014  | TM | Receivership Administration<br>Discussed requirements of accountants with Tom, sent email request to accountant and LM with accountant re same. | 0.30<br>175.00/hr | 52.50     |
| 2/25/2014  | TM | Receivership Administration<br>Received accountant raw bill and printed for Receiver. Reviewed. | 1.00<br>175.00/hr | 175.00    |
| 2/27/2014  | TM | Receivership Administration<br>Email to and from Pamela at Crowe Horwath. Updated Tom re need for direction. | 0.10<br>175.00/hr | 17.50     |

|  | SUBTOTAL: | [   35.50 | 3,348.00] |
|--|-----------|-----------|-----------|

Sell Property/Liquidate Assets

| 2/17/2014 | DC | Sell Property/Liquidate Assets<br>Discuss loan file progress with Rafael and scanning options and timelines.  Lined out items for Tom Seaman. | 0.50<br>125.00/hr | 62.50 |
|-----------|----|---|---|---|

Thomas Seaman, Receiver for SBC

Page     30

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2014 | RVG | Sell Property/Liquidate Assets<br>Telephone conference with Penny Brake of Mercantile re: Payoff Information on Participation Loans; Formulate and sent email to SBA, Tom Seaman and David Zaro re: Mercantile Capital Corporation participation Loans relative to SBAs claim and sale process. | 0.60<br>195.00/hr | 117.00 |
| 2/12/2014 | RVG | Sell Property/Liquidate Assets<br>Reviewed, analyzed and re-organized the credit/documentation loan files (504/7(A) loans) for servicing issues (technical defaults, discrepancies, deficiencies, exceptions, etc,) in preparation to scan the loan portfolio files/documents for the upcoming sale. | 10.20<br>195.00/hr | 1,989.00 |
| 2/13/2014 | RVG | Sell Property/Liquidate Assets<br>Reviewed, analyzed and re-organized the credit/documentation loan files (504/7(A) loans) for servicing issues (technical defaults, discrepancies, deficiencies, exceptions, etc,) in preparation to scan the loan portfolio files/documents for the upcoming sale. | 9.80<br>195.00/hr | 1,911.00 |
| 2/14/2014 | RVG | Sell Property/Liquidate Assets<br>Reviewed, analyzed and re-organized the credit/documentation loan files (504/7(A) loans) for servicing issues (technical defaults, discrepancies, deficiencies, exceptions, etc,) in preparation to scan the loan portfolio files/documents for the upcoming sale. | 9.70<br>195.00/hr | 1,891.50 |
| 2/17/2014 | RVG | Sell Property/Liquidate Assets<br>Reviewed, analyzed and re-organized the credit/documentation loan files (504/7(A) loans) for servicing issues (technical defaults, discrepancies, deficiencies, exceptions, etc,) in preparation to scan the loan portfolio files/documents for the upcoming sale. | 7.20<br>195.00/hr | 1,404.00 |
| | RVG | Sell Property/Liquidate Assets<br>Search and locate pertinent documents that's missing from the loan documentation file; Cured exceptions on several SBA 7(A) loan documentation files, in order to avoid/prevent any SBA repair/denial of guaranty issue as well as in preparation to scan the loan files for the upcoming sale. | 2.70<br>195.00/hr | 526.50 |
| 2/18/2014 | RVG | Sell Property/Liquidate Assets<br>Search and locate pertinent documents that's missing from the loan documentation file; Cured exceptions on several SBA 7(A)/504 loan documentation files portfolio, in order to avoid/prevent any SBA repair/denial of guaranty issue as well as in preparation to scan the loan files for the upcoming sale and due diligence group. | 8.40<br>195.00/hr | 1,638.00 |
| 2/3/2014 | SV | Sell Property/Liquidate Assets<br>Review and reply to email from Danyale Breckenridge at Voit regarding cost of print ads in WSJ for sale. | 0.10<br>325.00/hr | 32.50 |

Thomas Seaman, Receiver for SBC                                                    Page     31

|          |     |                                                                                      | Hrs/Rate           | Amount     |
|----------|-----|--------------------------------------------------------------------------------------|--------------------|------------|
| 2/3/2014 | SV  | Sell Property/Liquidate Assets<br>Voice mail from and call to Kevin Sullivan of Mid-Ocean Bank regarding status of sale of loans and license. | 0.10<br>325.00/hr  | 32.50      |
| 2/4/2014 | SV  | Sell Property/Liquidate Assets<br>Review email from Pete Beauchamp of Voit with his comments regarding purchase agreement form.  Forward email to Ted Fates at Allen Matkins. | 0.10<br>325.00/hr  | 32.50      |
| 2/6/2014 | SV  | Sell Property/Liquidate Assets<br>Correspond via email with Ted Fates of Allen Matkins regarding purchase agreement review.  Correspond via email with Pete Beauchamp of Voit regarding advertising costs. | 0.20<br>325.00/hr  | 65.00      |
| 2/7/2014 | SV  | Sell Property/Liquidate Assets<br>Review and reply to email from Pete Beauchamp of Voit regarding WSJ ad and possible nominal fee to charge buyers. | 0.10<br>325.00/hr  | 32.50      |
| 2/11/2014| SV  | Sell Property/Liquidate Assets<br>Discuss scanning procedure for all files for loan sale with Rafael. | 0.10<br>325.00/hr  | 32.50      |
|          | SV  | Sell Property/Liquidate Assets<br>Discuss status of sale with Tom and turnover file. | 0.20<br>325.00/hr  | 65.00      |
| 2/25/2014| SV  | Sell Property/Liquidate Assets<br>Correspond via email with Jim Ely of Stultz Financial regarding information needed on Intervention 911 loan.  Forward email to Rafael with comment. | 0.10<br>325.00/hr  | 32.50      |

|                                   |       | Hrs/Rate    | Amount       |
|-----------------------------------|-------|-------------|--------------|
| SUBTOTAL:                         | [     | 50.10       | 9,864.50]    |
| For professional services rendered|       | 520.70      | $82,925.00   |
| Balance due                       |       |             | $82,925.00   |

Thomas Seaman Company
3 Park Plaza
Suite 550
Irvine, CA  92614


Invoice submitted to:
Thomas Seaman, Receiver for SBC
3 Park Plaza
Suite 550
Irvine, CA 92614


May 14, 2014


Invoice #11157


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| **A/R and other debt Collections** | | |
| 3/4/2014 MRF   A/R and other debt Collections<br>Deposited payments received from borrowers into trust accounts.<br>Input deposits and journal entries into Quickbooks to account for<br>payments received.  Includes allocation of principal, interest, and<br>fees. | 2.00<br>60.00/hr | 120.00 |
| 3/6/2014 MRF   A/R and other debt Collections<br>Deposited payments received from borrowers and made<br>accompanying entry to Quickbooks. | 2.10<br>60.00/hr | 126.00 |
| 3/10/2014 MRF   A/R and other debt Collections<br>Deposited monthly payments received from borrowers and<br>accounted for each in Quickbooks. | 2.80<br>60.00/hr | 168.00 |
| 3/14/2014 MRF   A/R and other debt Collections<br>Deposited multiple checks received from borrowers and made<br>bookkeeping entries to Quickbooks. | 1.10<br>60.00/hr | 66.00 |
| 3/19/2014 MRF   A/R and other debt Collections<br>Made desktop deposits for multiple loan payment checks received.<br>Input payments and ACHs into Quickbooks. | 1.10<br>60.00/hr | 66.00 |
| 3/25/2014 MRF   A/R and other debt Collections<br>Deposited payments received via desktop deposit and made<br>accompanying entries to Quickbooks. | 0.90<br>60.00/hr | 54.00 |

Thomas Seaman, Receiver for SBC                                              Page      2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2014 | MRF | A/R and other debt Collections<br>Deposited multiple borrower loan payments and made<br>accompanying entries to Quickbooks. | 0.60<br>60.00/hr | 36.00 |
| 3/28/2014 | MRF | A/R and other debt Collections<br>Deposited borrower payments received and made accompanying<br>entries to Quickbooks for multiple payments. | 1.10<br>60.00/hr | 66.00 |

SUBTOTAL:                                                   [      11.70           702.00]

Accounting & Reporting

| 3/28/2014 | AJ | Accounting & Reporting<br>Conferred with Kristen re reports for DRE, print info on broker<br>license | 0.30<br>175.00/hr | 52.50 |
|---|---|---|---|---|
| 3/31/2014 | AJ | Accounting & Reporting<br>Met with Kristen and Tom to review audit report, etc  Locate and<br>print previous audit report, etc. Discuss email address with Kristen<br>for sending the audit to the SBA | 0.70<br>175.00/hr | 122.50 |
| 3/4/2014 | KJ | Accounting & Reporting<br>Cut checks. | 0.50<br>135.00/hr | 67.50 |
| 3/5/2014 | KJ | Accounting & Reporting<br>Auditor out at office for SBC LLC fieldwork; pulled info<br>needed/sample selections, schedules, files, etc, completed and<br>sent out audit confirms, discussed with Auditor, and pulled info<br>needed for the 2012 & 2013 brokers trust account reviews. | 3.60<br>135.00/hr | 486.00 |
| 3/6/2014 | KJ | Accounting & Reporting<br>Worked on wrapping up final info needed to complete the 2013<br>QSF tax return, entered transactions, pulled info from fee<br>applications and made schedule of receiver and legal fees payable<br>for the QSF at 12/31/13 for the tax return. | 3.00<br>135.00/hr | 405.00 |
| 3/10/2014 | KJ | Accounting & Reporting<br>Cut checks. | 0.10<br>135.00/hr | 13.50 |
| 3/11/2014 | KJ | Accounting & Reporting<br>Cut checks. | 0.50<br>135.00/hr | 67.50 |
| 3/12/2014 | KJ | Accounting & Reporting<br>SBC LLC and brokers trust auditor requests, reconciled LLC trust<br>account for Jan, updated SBC LLC financials, and made bank<br>transfers. | 4.50<br>135.00/hr | 607.50 |

Thomas Seaman, Receiver for SBC                                                    Page      3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/14/2014 KJ | Accounting & Reporting<br>Cut checks, made bank transfer. | 0.40<br>135.00/hr | 54.00 |
| 3/15/2014 KJ | Accounting & Reporting<br>Cut check, reviewed 2013 tax trial balance, set up EFTPS account<br>to pay Fed income taxes. | 1.10<br>135.00/hr | 148.50 |
| 3/17/2014 KJ | Accounting & Reporting<br>Reviewed tax extension with Tom, sent out extension and<br>estimated payments. | 2.00<br>135.00/hr | 270.00 |
| 3/18/2014 KJ | Accounting & Reporting<br>Cut checks, reviewed 2011 tax trial balance from Crowe Horwath<br>for SBC Corp. | 1.50<br>135.00/hr | 202.50 |
| 3/19/2014 KJ | Accounting & Reporting<br>Auditor out at office for fieldwork for the 2013 SBC LLC audit, and<br>2012/2013 brokers trust accounting review; pulled info, answered<br>questions, etc. | 3.10<br>135.00/hr | 418.50 |
| 3/20/2014 KJ | Accounting & Reporting<br>Sent form to cancel workers comp insurance, called and inquired<br>about the necessity to renew the business policy. | 0.60<br>135.00/hr | 81.00 |
| 3/21/2014 KJ | Accounting & Reporting<br>Finished bank recons. | 0.20<br>135.00/hr | 27.00 |
| 3/24/2014 KJ | Accounting & Reporting<br>Cuts checks. | 0.30<br>135.00/hr | 40.50 |
| 3/25/2014 KJ | Accounting & Reporting<br>Cut check, reviewed CPA reviewed brokers trust account financial<br>drafts for 2012 & 2013, emailed Kyle at CPA firm regarding his<br>inquiries to finalize. | 1.20<br>135.00/hr | 162.00 |
| 3/26/2014 KJ | Accounting & Reporting<br>SBC LLC 2013 audit wrap up; trying to resolved/reconciled prepaid<br>liability remaining on books. | 8.00<br>135.00/hr | 1,080.00 |
| 3/27/2014 KJ | Accounting & Reporting<br>SBC LLC 2013 audit wrap up; trying to resolved/reconciled prepaid<br>liability remaining on books, and fixed, reviewed DRE financial<br>statement drafts and journal entries for 2012 & 2013, cut checks. | 5.50<br>135.00/hr | 742.50 |
| 3/28/2014 KJ | Accounting & Reporting<br>Worked on audited financial statement statement wrap up (for both<br>SBC LLC and brokers trust reviews), talked ot David at Crowe<br>regarding amended K-1 for an IPF investor. | 4.00<br>135.00/hr | 540.00 |

Thomas Seaman, Receiver for SBC                                                    Page      4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/31/2014 KJ | Accounting & Reporting<br>Did final reviews of the audited financial statements for SBC LLC, and brokers trust reviews, signed management rep letters, etc, financial statements were issued by CPA firm and forwarded to SBA and DRE. | 4.00<br>135.00/hr | 540.00 |
| 3/3/2014 TM | Accounting & Reporting<br>Downloaded timeslip material and added to spreadsheets of exhibits. Made pdfs of exhibits. | 1.90<br>175.00/hr | NO CHARGE |
| 3/4/2014 TM | Accounting & Reporting<br>Edits to narrative and added timeslip material and prepared for Quickbooks material. | 2.20<br>175.00/hr | NO CHARGE |
| 3/5/2014 TM | Accounting & Reporting<br>Checked for completion of reconciliation of financials in preparation of entering onto fee app. | 0.10<br>175.00/hr | NO CHARGE |
| 3/11/2014 TM | Accounting & Reporting<br>Edits to fee app. Entered narrative items and timeslip data. | 1.50<br>175.00/hr | NO CHARGE |
| 3/26/2014 TM | Accounting & Reporting<br>Review of narrative for fee app. Checked on reconciliation of financials. | 0.40<br>175.00/hr | NO CHARGE |
|  | SUBTOTAL: | [     51.20 | 6,128.50] |

Administration

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/3/2014 MRF | Administration<br>Finished mapping site visits in San Francisco and preparing final itinerary.  Pulled site visit photos of the secured properties and business assets from Rafael's camera to our company's computer system. | 4.40<br>60.00/hr | 264.00 |
| 3/4/2014 MRF | Administration<br>Finalized trip with alternative site visits schedule for Rafael Garcia. Included exceptions with technical defaults to discuss with borrowers during visits. | 1.20<br>60.00/hr | 72.00 |
| 3/10/2014 MRF | Administration<br>Received mail relating to SB Capital and responded to calls from investors inquiring about upcoming distribution and latest court events. | 0.30<br>60.00/hr | 18.00 |
| 3/12/2014 MRF | Administration<br>Began mapping itineraries for site visit trips to Bakersfield and Santa Barbara areas for Rafael Garcia. | 1.00<br>60.00/hr | 60.00 |

Thomas Seaman, Receiver for SBC                                                          Page      5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2014 | MRF | Administration<br>Coordinated with Rafael Garcia to book flights and site visit schedule for Arizona and Sacramento. | 1.00<br>60.00/hr | 60.00 |
|  | MRF | Administration<br>Prepared mailings for accounts payable checks, prepared back-ups for checks, and filed back-ups for payables related to SB Capital. | 0.60<br>60.00/hr | 36.00 |
| 3/14/2014 | MRF | Administration<br>Received mail, prepared shipment of investor address labels to SEC, and responded to calls from investors regarding upcoming distribution. | 0.60<br>60.00/hr | 36.00 |
| 3/17/2014 | MRF | Administration<br>Prepared certified mailing of corporate tax returns and went to post office to drop off mailings.  Related to SB Capital. | 0.60<br>60.00/hr | 36.00 |
| 3/24/2014 | MRF | Administration<br>Scanned and printed documents for Rafael.  Prepared and sent email to borrower regarding information received. | 0.30<br>60.00/hr | 18.00 |
| 3/27/2014 | MRF | Administration<br>Filed multiple borrower loan documents into each applicable document or credit file in preparation to scan files. | 2.30<br>60.00/hr | 138.00 |
|  | MRF | Administration<br>Prepared, mailed, and filed backups for accounts payable checks relating to SB Capital. | 0.50<br>60.00/hr | 30.00 |
| 3/28/2014 | MRF | Administration<br>Filed multiple borrower loan documents into each applicable document or credit file in preparation to scan files. | 0.30<br>60.00/hr | 18.00 |
|  | MRF | Administration<br>Prepared, mailed, and filed backups for accounts payable checks relating to SB Capital. | 0.20<br>60.00/hr | 12.00 |
| 3/31/2014 | MRF | Administration<br>Received and sorted mail relating to SB Capital. | 0.10<br>60.00/hr | 6.00 |

SUBTOTAL:                                                      [      13.40          804.00]

Bookkeeping

|  |  |  |  |  |
|---|---|---|---|---|
| 3/6/2014 | MRF | Bookkeeping<br>Reimburse Thomas Seaman Company for Fedex charges related to SB Capital. | 1.00<br>60.00/hr | 60.00 |

Thomas Seaman, Receiver for SBC                                                Page      6

|  | | Hrs/Rate | Amount |
|---|---|---|---|

SUBTOTAL:                                              [      1.00          60.00]

Financial Analysis

| 3/20/2014 MRF | Financial Analysis<br>Prepared a Loan Servicing budget for Thomas Seaman to forecast upcoming hours attributable to Loan Servicing for SB Capital's portfolio. | 1.40<br>60.00/hr | 84.00 |

SUBTOTAL:                                              [      1.40          84.00]

Investor Relations

| 3/3/2014 AJ | Investor Relations<br>Work on claims list for importing into distribution database, adding and updating addresses, etc. | 2.00<br>175.00/hr | 350.00 |
| 3/4/2014 AJ | Investor Relations<br>Conferred with Tom re Feathers' claims, need to remove prior to importing to distribution database. Discuss previous filing and need to revise. | 0.30<br>175.00/hr | 52.50 |
| AJ | Investor Relations<br>Continue to work on claims list for importing to Trustworks. Email David and Loraine for updated info. | 2.20<br>175.00/hr | 385.00 |
| 3/5/2014 AJ | Investor Relations<br>Revise claims list for filing. Conferred with Tom and Ted re same. Send final to Ted. | 0.60<br>175.00/hr | 105.00 |
| AJ | Investor Relations<br>Work on finalizing claims report for distribution database. Conferred with Tom re same.  Email to BMS. | 3.50<br>175.00/hr | 612.50 |
| 3/12/2014 AJ | Investor Relations<br>Calls with investors re distribution. Address verifications, updates etc. Forward K-1 inquiry to Kristen.  Call wtih Morgan re update on SBC claims uploading. | 1.70<br>175.00/hr | 297.50 |
| 3/13/2014 AJ | Investor Relations<br>Follow up call with Morgan re timing on getting claims imported. Conferred with Tom re same. Send email to Morgan re same. | 0.30<br>175.00/hr | 52.50 |
| 3/14/2014 AJ | Investor Relations<br>Call with Tom re distribution for SBC. Calls and emails with Morgan re questions on claims data.  Discuss possibility of running checks in house with Tom. Discuss logistics with Kristen. Run a test on Quickbooks list of distribution checks and review importing | 1.60<br>175.00/hr | 280.00 |

Thomas Seaman, Receiver for SBC                                                                Page        7

|            |    |                                                                                                                                                | Hrs/Rate       | Amount |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------|----------------|--------|
|            |    | procedure.  Calls with Tom, Kristen and Morgan.                                                                                                 |                |        |
| 3/14/2014  | AJ | Investor Relations<br>Call with Tom re mailing list for SBC.  Update list and prepare a mail merge onto mailing labels, call with Matthew re same and sending to SEC. | 0.70<br>175.00/hr | 122.50 |
| 3/17/2014  | AJ | Investor Relations<br>Run proposed distribution in Trustworks, conferred with Tom re same.  Finalize addresses and reserve info. Run final distribution and call with Morgan re cutting checks. Calls with Tom re language for letter with checks. | 2.80<br>175.00/hr | 490.00 |
| 3/18/2014  | AJ | Investor Relations<br>Calls and email with investors re distribution calculation. | 1.30<br>175.00/hr | 227.50 |
| 3/19/2014  | AJ | Investor Relations<br>Calls and emails with investors re distribution checks. | 2.80<br>175.00/hr | 490.00 |
| 3/20/2014  | AJ | Investor Relations<br>Calls with investors re distribution checks, calculation questions, etc. | 1.50<br>175.00/hr | 262.50 |
| 3/21/2014  | AJ | Investor Relations<br>Calls and emails with investors with questions on checks. Call with Morgan re confirmation on date checks mailed. | 2.30<br>175.00/hr | 402.50 |
| 3/24/2014  | AJ | Investor Relations<br>Calls and emails with investors with questions on checks, address mailed to, calculation etc | 2.00<br>175.00/hr | 350.00 |
| 3/25/2014  | AJ | Investor Relations<br>Reviewed voicemails and emails, calls with investors and responded to emails requesting info on distribution. | 1.60<br>175.00/hr | 280.00 |
| 3/26/2014  | AJ | Investor Relations<br>Review messages, and calls with investors re checks, and calculations. | 2.40<br>175.00/hr | 420.00 |
| 3/27/2014  | AJ | Investor Relations<br>Review messages, emails and calls with investors, re distribution checks, calculations, etc.   Prepare reports with detail on pre-receiver payments, etc. | 2.60<br>175.00/hr | 455.00 |
|            | AJ | Investor Relations<br>Calls and emails with investors requesting status on checks, update address, reissue requests, etc. | 2.20<br>175.00/hr | 385.00 |

Thomas Seaman, Receiver for SBC                                                    Page      8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2014 | AJ | Investor Relations<br>Review messages, calls and email investors re checks, calculation questions, etc. | 1.50<br>175.00/hr | 262.50 |
| 3/31/2014 | AJ | Investor Relations<br>Calls with investors re calculations for distribution checks. Prepare reports showing detail on pre-receiver distributions.  Work on updating database, etc. | 1.80<br>175.00/hr | 315.00 |
| 3/21/2014 | MRF | Investor Relations<br>Answered and directed calls received from Small Business Capital Investors in regards to recent distribution. | 0.40<br>60.00/hr | 24.00 |
| 3/28/2014 | MRF | Investor Relations<br>Received and forwarded multiple calls from investors regarding the recent principal distribution. | 0.20<br>60.00/hr | 12.00 |
| 3/4/2014 | TM | Investor Relations<br>Call from Alison re language used for email subscription directions. Printed off for review. Exported list of contacts for her review and cross-referencing. | 0.50<br>175.00/hr | 87.50 |
| 3/5/2014 | TM | Investor Relations<br>Inserted language onto website re chaning addresses of investors. | 1.20<br>175.00/hr | 210.00 |
| 3/14/2014 | TM | Investor Relations<br>Discussed questions regarding distribution with investor who came by the office. Took contact info. | 0.20<br>175.00/hr | 35.00 |
| 3/17/2014 | TM | Investor Relations<br>Email from Batiste with motion to post to website re sale motion for license and portfolio. Wrote narrative and posted to website. Sent email to subscribers. | 1.00<br>175.00/hr | 175.00 |
|  | TM | Investor Relations<br>Sent items to people on mailing list re recent Court filings. | 0.70<br>175.00/hr | 122.50 |
| 3/18/2014 | TM | Investor Relations<br>Update for website re initial distribution checks. | 1.00<br>175.00/hr | 175.00 |
| 3/26/2014 | TM | Investor Relations<br>Calls from investors re distribution checks, forwarded to Alison. | 0.10<br>175.00/hr | 17.50 |
| 3/28/2014 | TM | Investor Relations<br>Directed to check if item posted to website. Reviewed and determined it was previously posted. | 0.20<br>175.00/hr | 35.00 |

SUBTOTAL:                                                            [      43.20          7,491.00]

Thomas Seaman, Receiver for SBC

Page     9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

<u>Loan Servicing</u>

| 3/4/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 6.00<br>135.00/hr | 810.00 |
| 3/5/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 3.00<br>135.00/hr | 405.00 |
| 3/6/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 3/7/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 3.00<br>135.00/hr | 405.00 |
| 3/10/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 6.00<br>135.00/hr | 810.00 |
| 3/11/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 4.50<br>135.00/hr | 607.50 |
| 3/12/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.40<br>135.00/hr | 324.00 |
| 3/14/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 3/15/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 3/17/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence | 1.00<br>135.00/hr | 135.00 |

Thomas Seaman, Receiver for SBC

Page    10

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | with borrowers, touched base with Rafael on pending matters. | | |
| 3/18/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 3/19/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 3/20/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 3.20<br>135.00/hr | 432.00 |
| 3/21/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 3.50<br>135.00/hr | 472.50 |
| 3/24/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 3/25/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 4.00<br>135.00/hr | 540.00 |
| 3/27/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 0.60<br>135.00/hr | 81.00 |
| 3/28/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 1.50<br>135.00/hr | 202.50 |
| 3/31/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 3.50<br>135.00/hr | 472.50 |

Thomas Seaman, Receiver for SBC                                                    Page    11

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

| 3/3/2014 MRF | Loan Servicing<br>Responded to emails from borrowers, filed financial statements received, and prepared Fedex for technical default letter to Preen. | 1.20<br>60.00/hr | 72.00 |
| MRF | Loan Servicing<br>Met with Rafael to discuss servicing requests from borrowers, updated him on other issues with borrowers, and discussed upcoming site visits in the San Francisco area. | 0.60<br>60.00/hr | 36.00 |
| 3/4/2014 MRF | Loan Servicing<br>Responded to servicing requests from borrowers.  Reviewed & filed financial statements received from borrowers.  Updated tracking spreadsheets including missing property taxes.  Communicated with borrowers missing financial statements. | 4.20<br>60.00/hr | 252.00 |
| 3/5/2014 MRF | Loan Servicing<br>Met with Rafael to discuss upcoming trip, potential concerns with borrowers, and alternative options.  Responded to servicing requests from borrowers and site visit issue from 47300 Kato. | 3.50<br>60.00/hr | 210.00 |
| 3/6/2014 MRF | Loan Servicing<br>Responded to emails from borrowers in regards to financial statements and updated tracking sheet for financial statements received. | 0.20<br>60.00/hr | 12.00 |
| 3/11/2014 MRF | Loan Servicing<br>Discussed site visits in the San Francisco/San Jose area with Rafael Garcia and imported pictures of the secured properties and business assets.  Also discussed upcoming site visit trips in Chicago area and Maryland. | 0.50<br>60.00/hr | 30.00 |
| 3/12/2014 MRF | Loan Servicing<br>Met with Rafael Garcia to discuss upcoming site visits and tentative itineraries for the trips.  Discussed borrowers who have outstanding property taxes and missing financial statements.  Forwarded financial statements to California Business Bank.  Prepared Fedex shipment of technical default letter. | 3.20<br>60.00/hr | 192.00 |
| 3/13/2014 MRF | Loan Servicing<br>Responded to servicing issues with borrowers, prepared Fedex of technical default to VS Investments, and prepared list of site visits that still need to be made. | 1.10<br>60.00/hr | 66.00 |
| 3/14/2014 MRF | Loan Servicing<br>Reviewed VS Investments financial statements & site visit with Rafael Garcia.  Discussed VS Investment's technical default with the borrower and requested documents to cure default.  Filed financial statements and updated tracking spreadsheet. | 2.60<br>60.00/hr | 156.00 |

Thomas Seaman, Receiver for SBC                                      Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

3/17/2014 MRF  Loan Servicing                                        0.50      30.00
               Responded to a few email requests from borrowers and followed    60.00/hr
               up with other borrowers in regards to financial statements and
               technical defaults.

3/18/2014 MRF  Loan Servicing                                        1.40      84.00
               Prepared and mailed monthly loan payment statements for the April   60.00/hr
               1st due date to borrowers.

          MRF  Loan Servicing                                        2.00     120.00
               Prepared site visit itineraries and directions to the destinations for   60.00/hr
               upcoming trips to Chicago, Sacramento, and Phoenix.  Received
               directions from Rafael Garcia.

          MRF  Loan Servicing                                        1.70     102.00
               Followed up with remaining borrowers missing financial   60.00/hr
               statements.  Updated tracking spreadsheet for property taxes and
               financial statements outstanding.  Also, scanned and filed
               statements received.

3/19/2014 MRF  Loan Servicing                                        1.00      60.00
               Called the county tax collector and emailed borrower in regards to   60.00/hr
               unpaid property taxes for the Strawberry Inn.  Also, spoke with
               Rafael Garcia about issues needing attention while he was
               conducting site visits and updated exceptions lists.

3/20/2014 MRF  Loan Servicing                                        2.70     162.00
               Met with Rafael Garcia to discuss site visits conducted, future site   60.00/hr
               visits required, and borrowers issues that arose.  Located and
               scanned documents needed by Mr. Garcia to service Park Blvd 76
               & 3AM.

3/21/2014 MRF  Loan Servicing                                        4.00     240.00
               Emailed borrower with outstanding financial statements and   60.00/hr
               property taxes due.  Discussed technical default on VS Investment
               Group with Rafael and communicated to borrower.  Filed
               statements and information received from borrowers into
               appropriate folder.  Sent financial statements to contact at
               California Business Bank to comply with reporting covenants.

3/25/2014 MRF  Loan Servicing                                        1.70     102.00
               Scanned and printed borrower documents for Rafael's upcoming   60.00/hr
               site visits in Chicago.  Reviewed and filed financial statements
               received from the Strawberry Inn.  Emailed a borrower to acquire
               corporate tax returns.  Met with Rafael to discuss various servicing
               issues with borrowers.

Thomas Seaman, Receiver for SBC                                                     Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 3/25/2014 | MRF | Loan Servicing<br>Received training on Lienguard system to order UCC filings on loan borrowers related to SB Capital. | 0.50<br>60.00/hr | 30.00 |
| 3/26/2014 | MRF | Loan Servicing<br>Prepared and Fedexed technical default letter to the Strawberry Inn.  Sent financial statements to California Business Bank.  Filed financial statements in the credit files to prepare files to be scanned.  Met with Rafael to review default letter and discuss follow-ups for borrowers with delinquent property taxes. | 3.60<br>60.00/hr | 216.00 |
| 3/28/2014 | MRF | Loan Servicing<br>Followed up with borrowers who have not submitted financial statements, received tracking update on default letter to borrower, and spoke with Rafael Garcia in regards to his site visits and issues in Chicago. | 1.20<br>60.00/hr | 72.00 |
| 3/31/2014 | MRF | Loan Servicing<br>Responded to multiple servicing issues from borrowers, updated borrower contact info in tracking spreadsheet, and corresponded with borrowers in regards to financial statements required.  Additionally, performed a UCC filing on King David Tech's business asset collateral. | 3.80<br>60.00/hr | 228.00 |
| 3/3/2014 | RVG | Loan Servicing<br>Responded to borrowers/legal counsel's/participants emails & phone call messages on various SBA loans re; Foreclosure Proceedings, Forbearance Agreement, Servicing Requests/Issues, Technical Default letters, 327 Actions (Memo to File), Pre-Payment Penalty issues, etc.; Prepared and sent follow up (final demand) technical default letters to various SBA borrowers. | 3.20<br>195.00/hr | 624.00 |
|  | RVG | Loan Servicing<br>Attended Collection Meeting/conducted site visit inspection in Palm Springs, California re: SBA 7(a) loan - Intervention 911. | 2.00<br>195.00/hr | 390.00 |
|  | RVG | Loan Servicing<br>Meeting with Matthew K. re: Road map of the site visit inspections of various SBA loan borrowers in San Jose/San Francisco/Oakland; Responded to borrowers emails re: Pre-payment penalties & made copies of loan documents per borrowers' request; Prepared and completed the site visit inspection report on SBA 7(a) loan (Intervention 911). | 1.70<br>195.00/hr | 331.50 |
|  | RVG | Loan Servicing<br>Travel time at 50% of time to Palm Springs for Intervention 911 site visit. | 1.80<br>195.00/hr | 351.00 |
| 3/4/2014 | RVG | Loan Servicing<br>Responded by phone/email to borrowers/legal counsel's/participants emails & phone call messages on various | 4.30<br>195.00/hr | 838.50 |

Thomas Seaman, Receiver for SBC                                    Page    14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

SBA loans re; Foreclosure Proceedings Strategies, Forbearance Agreement, Servicing Requests/Issues, Technical Default letters follow-up, 327 Actions (Memo to File), Pre-Payment Penalty issues, Refinance issues, request for copies of loan documents, etc.; Prepared and sent follow up (final demand) technical default letters to various SBA borrowers; Completed and amended site visit reports on various loans; Meeting with Matthew K. re: Status Update on Technical Default issues (Delinquent Property Taxes/Financial Statements) on various loans; Discuss the Site Visit Road maps on various loans in Northern California.

3/4/2014 RVG   Loan Servicing                                    5.40      1,053.00
Gathered, collected and collated the loan document information   195.00/hr
(SBA Authorization/Credit Approval Memo) on multiple SBA
7(a)/504 loans, in preparation for conducting a collection meetings
with borrowers/site visit inspections of loan collateral in the greater
Northern California Metropolitan area; Made telephone calls to
the multiple SBA borrowers informing them of the site visit inspections;
Meeting with Matthew K. to finalize the site visit road map & follow
up on the servicing/technical default issues during the site visit
inspections.

3/5/2014 RVG   Loan Servicing                                    6.90      1,345.50
Responded by phone/email to borrowers/legal                     195.00/hr
counsel's/participants/vendors emails & phone call messages on
various SBA loans re; Foreclosure Proceedings Strategies,
Forbearance Agreement, Servicing Requests/Issues, Technical
Default letters follow-up, 327 Actions (Memo to File), Pre-Payment
Penalty issues, Refinance issues, Request for copies of loan
documents, etc.; Prepared and sent follow up (final demand)
technical default letters to various SBA borrowers; Completed and
amended site visit reports on various loans in Southern California;
Meeting with Matthew K. re: Status Update on Technical Default
issues (Delinquent Property Taxes/Financial Statements) to
discussed w/ borrowers during the site visit inspections on various
loans; Amend the Site Visit Road maps on various loans in
Northern California due to borrowers requests; Explained/educated
multiple borrowers re: Site visit inspection requirements/mandates
pursuant to the SBA SOP 50 57; Meeting with Kristen J. re: SBA
Accounting Procedures on application of proceeds/expenses;
Drafted, prepared and sent to Kristen J., copy to Tom the SBA
Accounting Procedures on application of escrow proceeds and
costs/expenses. Drafted, prepared and finalized Demand Letter to
borrowers re: Collection of Costs/Expenses, Late Charges, Legal
Fees, etc.

        RVG   Loan Servicing                                    3.30      643.50
Telephone conference/email response with Sasha Cannon/David     195.00/hr
Bark of First American Title Insurance Company re:
Postponement/republishing the Foreclosure/Trustee Sale on
Kallappa Rampur loan; Reviewed, and analyzed the

Thomas Seaman, Receiver for SBC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | documentation/credit files of Kallappa Rampur; Reconciled the sequence of the foreclosure proceedings and reviewed the Notices/TSG; Prepared, drafted and finalized the Impairment Analysis of the loan collateral on Kallappa Rampur re: Shortfall/Deficiencies/Exposure on the loan as well as for Bidding purposes for the Trustee's Sale; Gathered, collected and collated loan documents in preparation for a site visit inspection of the real/personal property collateral on Kallappa Rampur. | | |
| 3/6/2014 | RVG | Loan Servicing<br>Conducted collection meetings with multiple borrowers re: Servicing Issues/Technical Default Issues as well as conducted site visit inspections of loan collateral for care/preservation pursuant to the SBA SOPs in the Greater San Jose/Santa Clara Metropolitan Area. | 11.60<br>195.00/hr | 2,262.00 |
| | RVG | Loan Servicing<br>1.2 hours travel time to site visits in the Greater San Jose/Santa Clara Metropolitan Area; at half pay. | 0.60<br>195.00/hr | 117.00 |
| 3/7/2014 | RVG | Loan Servicing<br>Conducted collection meetings with multiple borrowers re: Servicing Issues/Technical Default Issues as well as conducted site visit inspections of loan collateral for care/preservation pursuant to the SBA SOPs in the Greater San Francisco/Oakland Metropolitan Area. | 12.90<br>195.00/hr | 2,515.50 |
| | RVG | Loan Servicing<br>1.4 hours travel time to site visits in Greater San Francisco/Oakland Metropolitan Area; at half pay. | 0.70<br>195.00/hr | 136.50 |
| 3/10/2014 | RVG | Loan Servicing<br>Responded to borrowers/legal counsel/participants emails & phone call messages on various SBA loans re; Foreclosure Proceedings, Forbearance Agreement, Servicing Requests/Issues, Technical Default letters, 327 Actions (Memo to File), Pre-Payment Penalty issues, etc.; Prepared and sent Notification (demand) technical default letters to various SBA borrowers re; Un-sanctioned Sale of the Business/ assets based on the Site Visit Inspections' results. Re-filed extracted documents for the site visit inspections. | 4.60<br>195.00/hr | 897.00 |
| | RVG | Loan Servicing<br>Prepared, drafted and finalized the Site Visit Reports on various SBA borrowers and filed in its corresponding doc/credit files; Prepared and drafted the Technical Default (Un-sanctioned) business/assets sale, owner/occupied (user) 51% occupancy rule; Non-compliance letter for care/preservation of collateral. | 5.30<br>195.00/hr | 1,033.50 |

Thomas Seaman, Receiver for SBC                                                                      Page    16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 3/10/2014 | RVG | Loan Servicing<br>Meeting with Kristen J. on various loans re: loan payments, collection of late charges/expenses & application procedures. | 0.60<br>195.00/hr | 117.00 |
| 3/11/2014 | RVG | Loan Servicing<br>Responded to borrowers/legal counsel/participants emails & phone call messages on various SBA loans re; Foreclosure Sale Dates, Release for Consideration (Forbearance Agreement), Servicing Requests/Issues, Technical Defaults (Insurance Coverage), Refinance Pre-Payment Penalty issues, Participant's Audit Information Request, etc. | 2.40<br>195.00/hr | 468.00 |
|  | RVG | Loan Servicing<br>Prepared, drafted and finalized the Site Visit Reports on various SBA borrowers and filed in its corresponding doc/credit files; Extracted and filed site visit pictures into its corresponding credit files; Prepared and drafted the Technical Default (Un-sanctioned) business/assets sale, owner/occupied (user) 51% occupancy rule; Non-compliance letter for care/preservation of collateral. | 7.80<br>195.00/hr | 1,521.00 |
| 3/12/2014 | RVG | Loan Servicing<br>Responded to borrowers/legal counsel/participants emails & phone call messages on various SBA loans re; Foreclosure Sale Dates, Release for Consideration (Forbearance Agreement), Servicing Requests/Issues, Technical Defaults (Delinquent Property Taxes, Insurance Coverage, etc.), Refinance Pre-Payment Penalty issues, Participant's Audit Information Request, etc. | 2.20<br>195.00/hr | 429.00 |
|  | RVG | Loan Servicing<br>Responded telephonically to borrowers' (Lighthouse Worldwide Solution/SO2, LLC) email/phone messages re: SBA's Mandatory Site Visits Inspection/Servicing Issues (Technical Default-Unsanctioned Sale); Met with Kyle Johnson of Wertz & Company re: SBA's rudimentary accounting practices/servicing functions. | 1.30<br>195.00/hr | 253.50 |
|  | RVG | Loan Servicing<br>Meeting with Matthew F. re: Updated Status of Borrowers with Technical defaults (Property Taxes, F/S, etc.) issues & its follow up. Orchestrated/Created a road map for the up-coming Out of Town/State Site Visit Inspection on various loans. | 1.10<br>195.00/hr | 214.50 |
|  | RVG | Loan Servicing<br>Prepared, drafted, finalized and sent the Technical Default Demand Letter (Un-sanctioned Business Sale/Closure) on various SBA Loans; Prepared, drafted, finalized and filed the Site Visit Inspection Reports on various SBA loans. | 5.50<br>195.00/hr | 1,072.50 |
| 3/13/2014 | RVG | Loan Servicing<br>Responded to borrowers/legal counsel/participants' emails & phone call messages on various SBA loans re; Foreclosure Sale | 4.90<br>195.00/hr | 955.50 |

Thomas Seaman, Receiver for SBC                                    Page    17

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | Dates/Opening-Final Bid Instruction, Deficiency Balance Budget; Sale Postponement Reinstatement-Forbearance Agreement;, Servicing Requests/Issues, Technical Defaults (Delinquent Property Taxes, Insurance Coverage, etc.), Release for Consideration /Refinance Pre-Payment Penalty issues; Participant's confirmation of Trust Deed Lien; Prepared/arranged accommodation (Hotel, Car Rental, airfare, etc.) for upcoming Site Visit Inspections in the Bakersfield, Ventura County & San Luis Obispo area; Reviewed and analyzed 3 AM loan documentation & foreclosure notices, trustee's sale guarantee (Litigation Guarantee) & auctioneer's sale's agreement; Ordered required updated appraisal telephonically on 3 AM; Recommended Liquidation Plan of Action to Thomas Seaman on 3 AM. |  |  |
| 3/13/2014 RVG | Loan Servicing<br>Met with Matthew F. re: Technical Default issues to be discussed with and cured by borrowers during the upcoming site visit inspections on various SBA/504 loans; Met with Kristen J. re: Application of loan payments/late charges on Bob's Iron. | 0.90<br>195.00/hr | 175.50 |
| RVG | Loan Servicing<br>Prepared, drafted, finalized and sent the Technical Default Demand Letter re: Servicing issues, Un-sanctioned Business Sale/Closure) on various SBA Loans; Prepared, drafted, finalized and filed the Site Visit Inspection Reports on various SBA loans; Prepared and drafted the Technical Default Demand Letter re: Collection of Expenses/Costs. | 4.40<br>195.00/hr | 858.00 |
| 3/14/2014 RVG | Loan Servicing<br>Responded to borrowers/legal counsel/participants/vendors' emails & phone call messages on various SBA loans re: Real/Personal Property Appraisals, Reviewed/Clarified Engagement Letters, Foreclosure Sale Dates/Opening-Final Bid Instruction, Deficiency Balance Budget; Sale Postponement Reinstatement-Forbearance Agreement;, Servicing Requests/Issues, Technical Defaults (Delinquent Property Taxes, Insurance Coverage, etc.), Release for Consideration /Refinance Pre-Payment Penalty issues; Participant's confirmation of Trust Deed Lien; Reviewed, analyzed and telephone discussion with legal counsel re: 3 AM loan documentation & foreclosure notices, trustee's sale guarantee (Litigation Guarantee) & auctioneer's sale's agreement, potential lender liability claims issues; Followed up with appraiser re: required updated appraisal by phone/email on 3 AM; Formulated an Impairment/Market Analysis on 3 AM; Recommended/submitted Impairment Analysis/Foreclosure Action Plan to Thomas Seaman on 3 AM.  Telephone call to SBA re: 1st lien Position Foreclosure proceedings, application of COLPUR proceeds/funds, Third party Lender's Agreement rules/regulations, Collection of subordinated Late Charges/Pre-payment penalties, Research and printed 504/1st Lien Position Loan Pool Servicing/Liquidation (Foreclosure) | 5.50<br>195.00/hr | 1,072.50 |

Thomas Seaman, Receiver for SBC                                                    Page    18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

mandates/requirements pursuant to 13CFR120.

| 3/14/2014 | RVG | Loan Servicing | 5.10 | 994.50 |
|---|---|---|---|---|

Prepared, drafted, finalized and filed the Site Visit Inspection
Reports on various SBA 7(a)/504 loans; Extracted, copied and filed
the site visit inspection pictures on various borrowers; Follow up
Technical Default Demand Letter (Un-sanctioned Business
Sale/Closure) sent to borrower (VS Investment); Met with Kristen J.
re: Application of payoff amount & waiver of pre-payment
penalty/late charges on 1st Lien Position 504 Loan Pool,
foreclosure requirements, etc.; Met with Matthew F, re: Discussed
& orchestrate our strategies to cure the technical default
(Un-sanctioned sale) on VS Investment.

195.00/hr

| 3/17/2014 | RVG | Loan Servicing | 6.90 | 1,345.50 |
|---|---|---|---|---|

Responded to borrowers/legal counsel/participants/vendors' emails
& phone call messages on various SBA loans re; Follow-up with
Appraiser on Real/Personal Property Appraisals,
Reviewed/Clarified Engagement Letters, Foreclosure Sale
Dates/Opening-Final Bid Instruction, Deficiency Balance Budget;
Sale Postponement Reinstatement-Forbearance Agreement; Title
Issues on 3 AM, Servicing Requests/Issues, Technical Defaults
(Delinquent Property Taxes, Insurance Coverage, etc.), Release
for Consideration /Refinance Pre-Payment Penalty issues;
Participant's confirmation of Trust Deed Lien; Responded to legal
counsel re: 3 AM loan documentation & foreclosure notices,
trustee's sale guarantee (Litigation Guarantee) & auctioneer's
sale's agreement, potential lender liability claims issues, title
issues; Followed up with appraiser re: required updated appraisal
by phone/email on 3 AM; Formulated an Impairment/Market
Analysis on 3 AM; Telephone call from SBA re: 1st lien Position
Foreclosure proceedings, 504 Servicing/liquidation requirements,
application of COLPUR proceeds/funds, Third party Lender's
Agreement rules/regulations, SBA/CDC claims on subordinated
Late Charges/Pre-payment penalties w/o making protective Bid,
Gathered, compiled & sent to participant via email  requested
information on 3 AM, LLC.; Gathered and collated loan documents
as well as notify borrowers or the upcoming site visits inspection;
Finalized and filed site visit inspections report on various SBA/504
borrowers; Extracted, copied and filed site visit inspection pictures
on various borrowers. Drafted letter to collect late charges and
expenses.

195.00/hr

| 3/18/2014 | RVG | Loan Servicing | 1.70 | 331.50 |
|---|---|---|---|---|

Responded to borrowers/legal counsel/participants emails & phone
call messages on various SBA loans re; Foreclosure Sale Dates,
Release for Consideration (Forbearance Agreement), Servicing
Requests/Issues, Technical Defaults (Insurance Coverage/Property
Taxes), Waiver of Pre-Payment Penalty on Payoffs, Participant's

195.00/hr

Thomas Seaman, Receiver for SBC                                                    Page    19

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | request for information/docs on 3 AM foreclosure. | | |
| 3/18/2014 | RVG | Loan Servicing<br>Travel time at 50% of time to Bakersfield, California to conduct an annual site visit inspection, pursuant to the SBA SOP 50 51 2(B)/50 57 (Half Pay Travel Time). | 3.60<br>195.00/hr | 702.00 |
| | RVG | Loan Servicing<br>Meeting with borrower/conducted an annual site visit inspection of the real/personal property collateral & collected, discussed the requested information (business operation, business assets/inventory list, etc.), took pictures of real/personal property collateral, pursuant to the SBA SOP 50 51 2(A)/50 57.  Prepared the site visit inspection report on Auto Spa Car Wash. | 1.90<br>195.00/hr | 370.50 |
| 3/19/2014 | RVG | Loan Servicing<br>Travel time at 50% of time to San Luis Obispo, California to conduct annual site visit inspections, pursuant to the SBA SOP 50 51 2(A)/50 57 (Half Pay Travel Time). | 3.30<br>195.00/hr | 643.50 |
| | RVG | Loan Servicing<br>Meeting with borrowers/conducted an annual site visit inspection of the real/personal property collateral;  Collected, discussed the requested information (business operation, business assets/inventory list, Hotel Survey Report, Occupancy/Daily Rate Reports, etc.), took pictures of real/personal property collateral, pursuant to the SBA SOP 50 51 2(A)/50 57.  Prepared the site visit inspection report on San Luis Creek Lodge/Simple Fast Time. | 2.90<br>195.00/hr | 565.50 |
| | RVG | Loan Servicing<br>Telephone conference with legal counsel/trustee-auctioneer re: 3 AM's subject property description notice/advertisement requirements, foreclosure notice to borrower & sale date publication; Phone call from participant/investor to discuss re: Purchase of Note/Deed of Trust by virtue of an Assignment prior to 3 AM's foreclosure sale. | 1.60<br>195.00/hr | 312.00 |
| 3/20/2014 | RVG | Loan Servicing<br>Travel time at 50% of time to San Luis Obispo to Solvang & Camarillo, California to conduct annual site visit inspections, pursuant to the SBA SOP 50 51 2(A)/50 57 (Half Pay Travel Time). | 2.80<br>195.00/hr | 546.00 |
| | RVG | Loan Servicing<br>Meeting with borrowers/conducted an annual site visit inspection of the real/personal property collateral;  Collected, discussed the requested information (business operation, business assets/inventory list, Hotel Survey Report, Occupancy/Daily Rate Reports, etc.), took pictures of real/personal property collateral, pursuant to the SBA SOP 50 51 2(A)/50 57.  Prepared the site visit inspection report on Solvang Lodge/KV Equity; Searched & sent legal counsel/trustee-auctioneer copy of subject site description for | 4.80<br>195.00/hr | 936.00 |

Thomas Seaman, Receiver for SBC                                         Page    20

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

3 AM's foreclosure notice;  Prepared an Impairment Analysis on Kallappa Rampur's real property collateral; Met with Thomas Seaman & recommended, discussed & orchestrated our foreclosure strategies & restructure (re-amortized) the loan. Met with Matthew F. re: Follow-up of borrowers technical defaults (Delinquent property taxes, financial statement, Insurances, etc.) for the upcoming site visit inspection on various SBA/504 loans. Phone call from Kristen J. re: Kallappa Rampur's ACH's NSF pmt/foreclosure proceedings.

**3/21/2014 RVG   Loan Servicing**                            2.60           507.00
Responded to borrowers/legal counsel/participants/re    195.00/hr
brokers/auctioneers/SBA Herndon emails & phone call messages on various SBA loans re; Foreclosure Sale Dates, 504 Loan Pool Foreclosure Sale Policies/Procedures, Release for Consideration (Forbearance Agreement), Servicing Requests/Issues, Technical Defaults (Insurance Coverage/Property Taxes), Site visit inspections' follow-up calls on requested info/docs; Waiver of Pre-Payment Penalty on Payoffs, Subject Site description/improvements information; Participant's request for additional information/docs on 3 AM foreclosure.

**RVG   Loan Servicing**                                      4.50           877.50
Finalized and filed the Site Visit Inspection Reports on various   195.00/hr
SBA/504 loans; Phone discussion with borrower (Kallappa Rampur) re: Monetary default (ACH NSF PMT), Delinquent Property Taxes, Foreclosure Proceedings Status and Re-amortization of loan; Revised Impairment Analysis on Rampur; Email borrower Rampur memorializing the phone conversation regarding the above; Phone call to borrower Jose Sanchez re: Personal Property/Business Hazard/Liability Insurance Coverage.

**3/24/2014 RVG   Loan Servicing**                            5.90         1,150.50
Responded to Legal Counsel's email/phone messages re: 3 AM   195.00/hr
upcoming foreclosure sale; Discussed with Counsel the foreclosure notices to borrowers, more importantly, the Maryland's foreclosure law requirement notification; responded/email borrower's requested information re: payment history, 2013 interest paid on various loans; Followed up with Mr. Kallappa Rampur re: Delinquent loan/property taxes payment. Discussed with borrower property taxes payment, installment plan, re-amortization of loan, forbearance agreement; Finalized and filed the site visit report on various SBA/504 loans; Prepared/drafted Kallappa Rampur's Loan Structure by virtue of a Forbearance Agreement; Met with Kristen J. to discuss re: Kallappa Rampur's payment amortization schedule & 3 AM Foreclosure expenses.

**3/25/2014 RVG   Loan Servicing**                            4.60           897.00
Finalized and filed the Site Visit Inspection Reports on various   195.00/hr
SBA/504 loans; Responded to Legal Counsel's request/inquiry re: 3 AM Foreclosure Sale Date/Notification to

Thomas Seaman, Receiver for SBC                                                              Page     21

|  | | Hrs/Rate | Amount |
|---|---|---|---|

borrower/obligors/guarantors; Further phone discussion with borrower (Kallappa Rampur) re: Payment replacement (Cashier's Check) on an ACH NSF PMT, Delinquent Property Taxes, Foreclosure Proceedings Status and Re-amortization of loan thru a forbearance agreement; Revised Impairment Analysis on Rampur; Met with Matthew F. re: Summertime Servicing/Technical Default Issues; Demand Letter (Technical Default) sent to borrower; Met with Kristen J. re: Kallappa Rampur's re-amortization/re-structure of the loan by a forbearance agreement and various SBA/504 loans' expenses monitoring; Drafted/prepared the Technical Default (Collection of Expenses) Letter on various SBA/504 loans; Prepared/drafted the Forbearance Agreement on Kallappa Rampur.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2014 | RVG | Loan Servicing<br>Finalizing Kallappa Rampur's Forbearance Agreement; Finalized/sent Demand Letter Technical Defaults (late Charges) on various SBA 7(a)/504 loans; Met with Matthew F. re: Servicing/Technical Default issues updates & status on Delinquent Property Taxes, Required Financial Statements, Insurance Coverage, etc.; responded to SBA's email re: 3 AM Foreclosure Sale and Liquidation Procedure Requirements; Reviewed SBA FMLP Policies/Procedures. Responded to Participant's (SBA/CDC) request for 3 AM's foreclosure information & documentation. Gathered, researched and responded to legal counsel's request for information re: 3 AM's foreclosure notifications to junior lien holders. | 5.60<br>195.00/hr | 1,092.00 |
| 3/27/2014 | RVG | Loan Servicing<br>Travel time at 50% of time to Indiana/Illinois to conduct an annual site visit inspections, pursuant to the SBA SOP 50 51 2(A)/50 57 (Half Pay Travel Time). | 2.90<br>195.00/hr | 565.50 |
| | RVG | Loan Servicing<br>Meeting with borrower/conducted an annual site visit inspection of the real/personal property collateral; Collected, discussed the requested information (business operation, business assets/inventory list, Property Taxes payment receipts), took pictures of real/personal property collateral, pursuant to the SBA SOP 50 51 2(A)/50 57. Also, discussed borrowers options re: paying off loan thru refinance; Prepared the site visit inspection report on Meyer's Castle; Drafted, & prepared 3 AM's Liquidation Plan & other SBA Foreclosure requirements on 3 AM LLC; Responded to legal counsel email/phone message re: 3 AM's appraisal of the subject real/personal property & retention of the appraiser. Responded to borrower Solvang Garden Lodge re: Refinance of real property & payoff of the SBC Capital loans; Discussed the waiver of pre-payment penalty. | 5.20<br>195.00/hr | 1,014.00 |

Thomas Seaman, Receiver for SBC                                                    Page    22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2014 | RVG | Loan Servicing<br>Responded to legal counsel's phone messages/email re; 3 AM LLC's appraisals & notices; phone call from potential appraiser to discuss the appraisal of 3 AM w/in 2 to 3 week period; Conducted collection meetings/site visit inspections in the greater Chicago/Indiana Metropolitan area on various SBA 7(a)/504 loans; Spoke to Kristen J. re: Kallappa Rampur's Forbearance Agreement Outstanding Balance & expenses; Finalized forbearance agreement on Rampur. Drafted & prepared the site visit inspection form on various SBA loans. | 5.90<br>195.00/hr | 1,150.50 |
| | RVG | Loan Servicing<br>6.8 hours traveled from Indiana/Illinois to Orange County Airport; Additionally, traveled the Greater Chicago Metropolitan area, to conduct an annual site visit inspections on various loans, pursuant to the SBA SOP 50 51 3/50 57 (Half Pay Travel Time). | 3.40<br>195.00/hr | 663.00 |
| 3/31/2014 | RVG | Loan Servicing<br>Responded to legal counsel/participants phone messages/emails re: 3 AM foreclosure proceeding & SBA liquidation/foreclosure requirements; Research, gathered and finalized the SBA FMLP Servicing/Liquidation Procedures (Liquidation/Litigation Plans, Appraisals, Foreclosure Letters/Notices; Site Visit Reports/pictures, etc.); Discussed by phone/email with two potential appraisers (HVS Evaluation Services/Valbridge Property Advisors) re: Appraisal of 3 AM LLC property collateral; Discussed with appraisers the timeline/deadline of the appraisal report; Also discussed the appraisal fees; Met with Thomas Seaman to recommend & execute the Appraisal Engagement Letter on 3 AM LLC's property collateral; Reviewed/faxed the fully executed Engagement Letter (Appraisal) to HVS. Amended & input pertinent information on Kallappa Rampur's Forbearance Agreement. | 8.30<br>195.00/hr | 1,618.50 |
| 3/3/2014 | SV | Loan Servicing<br>Review email regarding ABS invoice and forward to Kristen. | 0.10<br>325.00/hr | 32.50 |
| 3/11/2014 | TAS | Loan Servicing<br>Reviewed collections. | 0.40<br>375.00/hr | 150.00 |
| 3/21/2014 | TAS | Loan Servicing<br>Reviewed collections, Rampur ACH bounced, direct re resolution. | 0.30<br>375.00/hr | 112.50 |
| 3/24/2014 | TAS | Loan Servicing<br>Confered with Rafael re having Rampur send cashier's check to replace bounced ACH, defaulted property taxes, restructure terms. | 0.30<br>375.00/hr | 112.50 |
| 3/5/2014 | TM | Loan Servicing<br>Reviewed insurance docs sent to Receiver on various loans. Review of previous emails for insurance project and filed | 0.60<br>175.00/hr | 105.00 |

Thomas Seaman, Receiver for SBC

Page    23

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | electronically with other documents. |  |  |
| 3/6/2014  TM | Loan Servicing<br>Review of insurance docs for several loans. Sent requests to agents for edits to policies. | 2.00<br>175.00/hr | 350.00 |
| 3/10/2014  TM | Loan Servicing<br>Call from life insurer re change of assignee address. Confirmed and asked for document. Received and filed with case. | 0.20<br>175.00/hr | 35.00 |
| 3/13/2014  TM | Loan Servicing<br>Reviewed Mardock insurance certs and evidences sent by agent. Determined all issues dealt with and filed. Reviewed other files and previously sent item re Meyer's Castle properties. | 1.60<br>175.00/hr | 280.00 |
| 3/14/2014  TM | Loan Servicing<br>Scanned numerous recently received insurance docs. Entered items onto spreadsheet and checked insurable values of Meyer's Castle buildings. | 3.50<br>175.00/hr | 612.50 |
| 3/17/2014  TM | Loan Servicing<br>Calls to insurance agent and edits to Agreement To Provide Insurance. Sent requests to agents. | 2.10<br>175.00/hr | 367.50 |
| 3/18/2014  TM | Loan Servicing<br>Calls to insurance agents and edits to Agreement To Provide Insurance for several properties to reflect change of lender information and need to have all borrowers listed on the insurance certs and evidences.  Sent requests to agents re Bob's Iron and other agents re upcoming expirations of insurances. | 3.50<br>175.00/hr | 612.50 |
| 3/19/2014  TM | Loan Servicing<br>Calls, emails, review of insurance issues. Notified Matthew of lack of BPP insurance on Mattress. | 1.50<br>175.00/hr | 262.50 |
| 3/20/2014  TM | Loan Servicing<br>Calls, emails, review of insurance issues. Notified Rafael of lack of BPP insurance on Mattress. Prepared letter. Reviewed O'Brien information sent to us and edited spreadsheet. | 1.00<br>175.00/hr | 175.00 |
| 3/21/2014  TM | Loan Servicing<br>Calls, emails, review of insurance issues. Edits to spreadsheet. Gathered new certs, notified agents of impending deadlines. Discussed non-renewal of Strawberry Inn due to brushline requirements. Notified Rafael re same and Matthew. | 2.10<br>175.00/hr | 367.50 |
| 3/24/2014  TM | Loan Servicing<br>Emails and calls to insurers re certs which are expiring in the next month. | 1.00<br>175.00/hr | 175.00 |

Thomas Seaman, Receiver for SBC                                                    Page    24

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/25/2014 TM | Loan Servicing<br>Received certs, reviewed, found incorrect items and sent to<br>insurance agent for replacement. | 0.40<br>175.00/hr | 70.00 |
| 3/26/2014 TM | Loan Servicing<br>Edits to spreadsheet re insurance, emails from agent with five<br>different certificates, some containing additional errors. Received<br>several other certs re other borrowers. | 1.70<br>175.00/hr | 297.50 |
| 3/27/2014 TM | Loan Servicing<br>Review of previous emails and completed actions on same. | 0.20<br>175.00/hr | 35.00 |
| | SUBTOTAL: | [    303.80 | 50,102.00] |

Project Management

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/4/2014 AJ | Project Management<br>Call with Tom re reporting requirements for DRE and SBA. Need to<br>have Wes provide specifics to Rafael.  Conferred with Susan re<br>same. | 0.20<br>175.00/hr | 35.00 |
| 3/10/2014 AJ | Project Management<br>Call with accountants re outstanding bills. Locate and email<br>information requested. Call with Tim and request bill copies.<br>Review same. Call with Tom re bill payment, etc. | 0.40<br>175.00/hr | 70.00 |
| 3/11/2014 AJ | Project Management<br>Call from Tom re loans report.  Conferred with Kristen re same.<br>Review and approve. | 0.40<br>175.00/hr | 70.00 |
| 3/24/2014 AJ | Project Management<br>Conferred with Tom re Subpoena received, email to Huron re data<br>requested. | 0.30<br>175.00/hr | 52.50 |
| 3/25/2014 AJ | Project Management<br>Email Huron re subpoena. | 0.20<br>175.00/hr | 35.00 |
| 3/26/2014 AJ | Project Management<br>Emails and Conference call with Huron re data collection and files<br>need for response to subpoena. | 0.30<br>175.00/hr | 52.50 |
| 3/14/2014 SV | Project Management<br>Telephone call with Tom Seaman re bids for servicing and sale<br>matrix. | 0.40<br>325.00/hr | 130.00 |
| 3/10/2014 TM | Project Management<br>Call from Alison re SB Capital bill re Crowe Horwath. Forwarded<br>raw bill for her review. | 0.10<br>175.00/hr | 17.50 |

Thomas Seaman, Receiver for SBC                                                      Page      25

|            |     |                                                                                       | Hrs/Rate     | Amount |
|------------|-----|---------------------------------------------------------------------------------------|--------------|--------|
| 3/11/2014  | TM  | Project Management<br>Prepared info re Crowe Horwath for Tom.                          | 0.10<br>175.00/hr | 17.50 |
| 3/17/2014  | TM  | Project Management<br>Edits to bill for Crowe Horwath and gave direction for payment to<br>Kristen. | 0.40<br>175.00/hr | 70.00 |
|            |     | SUBTOTAL:                                                                              | [   2.80     | 550.00] |

Receiver

|            |     |                                                                                                                                 | Hrs/Rate          | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 3/3/2014   | TAS | Receiver<br>Telephone call with Ted Fates re need to revise table of loans and<br>loan values, filing motion.                    | 0.20<br>375.00/hr  | 75.00  |
| 3/4/2014   | TAS | Receiver<br>Review claims exhibit which contained Mrs. Feathers' claim and<br>researched error. Telephone call with SEC and counsel re same. | 0.50<br>375.00/hr  | 187.50 |
| 3/5/2014   | TAS | Receiver<br>Review Feathers' pleadings filed. Telephone call with counsel re<br>same.<br>mf                                      | 0.80<br>375.00/hr  | 300.00 |
|            | TAS | Receiver<br>Review and comment on declaration, sign.                                                                             | 0.40<br>375.00/hr  | 150.00 |
|            | TAS | Receiver<br>Review and revise rising tide calculations without Natalie Feathers'<br>claim.                                       | 0.60<br>375.00/hr  | 225.00 |
|            | TAS | Receiver<br>Review draft sales procedure motion, had summary updated  and<br>reviewed same.                                      | 0.70<br>375.00/hr  | 262.50 |
|            | TAS | Receiver<br>Review rising tide calculations re revised schedule for order,<br>reallocated Mrs. Feathers' distribution to all other investors, tie out<br>worksheet. | 1.10<br>375.00/hr  | 412.50 |
| 3/10/2014  | TAS | Receiver<br>Took investor call and provided information regarding amount of<br>checks.                                           | 0.30<br>100.00/hr  | 30.00  |
|            | TAS | Receiver<br>Read email from investor re Feathers' letter.<br>mf                                                                  | 0.20<br>375.00/hr  | 75.00  |

Thomas Seaman, Receiver for SBC                                                    Page    26

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2014 | TAS | Receiver<br>Review and analyze Crowe Horwath bill for tax and K-1s, identified travel time and discount. Telephone call with David Agler re same. | 0.60<br>375.00/hr | 225.00 |
| 3/11/2014 | TAS | Receiver<br>Reviewed more of Feathers' pleadings. Telephone call with David re replies.<br>mf | 0.60<br>375.00/hr | 225.00 |
| | TAS | Receiver<br>Telephone call with Ted Fates re exhibit for sales process motion, directed Kristen re same; followed-up and had Alison check balance sheet, finalized and had forwarded. | 0.60<br>375.00/hr | 225.00 |
| | TAS | Receiver<br>Telephone call with David Zaro re Feathers' motions; reply re reorganization and delay of distribution.<br>mf | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Review SEC's comments to sale process approval motion, got data for reply; telephone call with John Bulgozdy re same. | 0.60<br>375.00/hr | 225.00 |
| | TAS | Receiver<br>Emails with investor re Feathers' efforts to stop distribution and timing of checks.<br>mf | 0.20<br>375.00/hr | 75.00 |
| | TAS | Receiver<br>Reviewed email from investor re communications from Feathers.<br>mf | 0.20<br>375.00/hr | 75.00 |
| 3/12/2014 | TAS | Receiver<br>Telephone call with Ted Fates re draft sale process approval motion. | 0.40<br>375.00/hr | 150.00 |
| | TAS | Receiver<br>Edited motion to approve sale process, Telephone call with Ted re same. | 1.20<br>375.00/hr | 450.00 |
| | TAS | Receiver<br>Read Feathers' ex parte motion for reconsideration  and SEC's reply.<br>mf | 0.40<br>375.00/hr | 150.00 |
| | TAS | Receiver<br>Email investor re question re remaining assets. | 0.20<br>100.00/hr | 20.00 |

Thomas Seaman, Receiver for SBC                                              Page    27

|            |     |                                                                                                                              | Hrs/Rate        | Amount  |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 3/13/2014  | TAS | Receiver<br>Confered with Rafael re 3AM foreclosure.                                                                          | 0.20<br>375.00/hr | 75.00   |
| 3/16/2014  | TAS | Receiver<br>Telephone call with Kristen re draft QSF tax returns and tax liability.                                           | 0.50<br>375.00/hr | 187.50  |
| 3/17/2014  | TAS | Receiver<br>Confered with Kristen re taxable income calculations for 2013 QSF return, direct re payments.                     | 0.40<br>375.00/hr | 150.00  |
|            | TAS | Receiver<br>Telephone call with investor re check amount and sale motion.                                                     | 0.20<br>100.00/hr | 20.00   |
|            | TAS | Receiver<br>Prepare cover letter for distribution checks.                                                                     | 0.40<br>375.00/hr | 150.00  |
|            | TAS | Receiver<br>Review incoming Time Schedule Order from Ninth Circuit Appeals Court.  Noted that I am an appellee. Telephone call with David Zaro re same.<br>mf | 0.40<br>375.00/hr | 150.00  |
|            | TAS | Receiver<br>Review draft check run, conferred with Alison re same, reconciled, approved.                                      | 0.80<br>375.00/hr | 300.00  |
|            | TAS | Receiver<br>Prepare cover letter for investor distribution checks, conferred re mail merge, etc.                              | 0.70<br>375.00/hr | 262.50  |
|            | TAS | Receiver<br>Paid income taxes.                                                                                                | 0.30<br>375.00/hr | 112.50  |
|            | TAS | Receiver<br>Telephone call with investor's CPA re K-1 and distribution.                                                       | 0.20<br>375.00/hr | 75.00   |
|            | TAS | Receiver<br>Confered with Rafael re site visits and collections, compliance.                                                  | 0.30<br>375.00/hr | 112.50  |
|            | TAS | Receiver<br>Confered with Rafael re SBA SOP and servicing requirements, start outline for pleading.                           | 0.90<br>375.00/hr | 337.50  |
|            | TAS | Receiver<br>Confered with Alison re question on payee of claimant check.                                                      | 0.10<br>375.00/hr | 37.50   |
|            | TAS | Receiver<br>Review PACER email from appeals court. Telephone call with David Zaro re same, also re distribution checks sent today, will be | 0.40<br>375.00/hr | 150.00  |

Thomas Seaman, Receiver for SBC                                              Page    28

|            |     |                                                                                                                    | Hrs/Rate           | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|--------------------|--------|
|            |     | completed tomorrow, outline re petition.<br>mf                                                                      |                    |        |
| 3/18/2014  | TAS | Receiver<br>Telephone call with David Zaro re audit letter.                                                         | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Reviewed email from investor re more communications from Feathers, have printed forward to SEC and counsel.<br>mf | 0.40<br>375.00/hr  | 150.00 |
|            | TAS | Receiver<br>Telephone call with Ted Fates re opposition to Feathers' stay motion.<br>mf                             | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Prepare website update re distribution checks being mailed.                                             | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Prepare email to investors with questions re latest Feathers' communications to them.<br>mf             | 0.40<br>375.00/hr  | 150.00 |
| 3/19/2014  | TAS | Receiver<br>Read Feathers' email and pleading accusing me of misconduct.<br>mf                                      | 0.50<br>375.00/hr  | 187.50 |
|            | TAS | Receiver<br>Telephone call with Rafael re site visits.                                                              | 0.20<br>375.00/hr  | 75.00  |
| 3/20/2014  | TAS | Receiver<br>Telephone call with reporter for local newspaper.                                                       | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Telephone call with Ted Fates re servicing budget, servicing requirements.                              | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Confered with Rafael re Kallappa Rampur loan, payment default, collection call needed; developed restructure terms, prepared worksheet re same. | 0.70<br>375.00/hr  | 262.50 |
|            | TAS | Receiver<br>Reviewed subpoena.                                                                                      | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Forwarded investor voice mails.<br>mf                                                                   | 0.40<br>375.00/hr  | 150.00 |

Thomas Seaman, Receiver for SBC                                              Page    29

|            |     |                                                                                                                                                                      | Hrs/Rate           | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 3/20/2014  | TAS | Receiver<br>Read email from investor, who wants to know why opportunity costs are not factored into claim, reply that consequential damages were specifically excluded from the plan approved by the Court, and that he had notice and an opportunity to object at that time. | 0.20<br>375.00/hr  | 75.00  |
| 3/21/2014  | TAS | Receiver<br>Telephone calls with Howard Gottlieb re check not received, confirmed address; have Alison contact vendor, batch of checks did not sent until Wednesday, follow up with Howard re same. | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Read another email from investor, extremely misinformed, inappropriately personal in nature, reply. | 0.30<br>375.00/hr  | 112.50 |
|            | TAS | Receiver<br>Read another email from investor, extremely derogatory and inappropriately disrespectful, false accusations, no rational basis, send reply | 0.50<br>375.00/hr  | 187.50 |
|            | TAS | Receiver<br>Forward investor inquiries. | 0.30<br>100.00/hr  | 30.00  |
| 3/25/2014  | TAS | Receiver<br>Telephone call with David Zaro re Kallapa Rampur restructure. | 0.30<br>375.00/hr  | 112.50 |
| 3/26/2014  | TAS | Receiver<br>Reviewed email from SBA re 3 AM foreclosure, concern re prior approval not sought, review notice we provided, conferred with Rafael re same  and re liquidation plan completion. Telephone call with David Zaro re same. | 0.50<br>375.00/hr  | 187.50 |
|            | TAS | Receiver<br>Telephone call with Elsi Napoli re amount of distribution and future distributions, status of case, next distribution. | 0.30<br>100.00/hr  | 30.00  |
|            | TAS | Receiver<br>Research Mr. Patapoff's claim, he says it is incorrect, get numbers leave voice mail re same. | 0.20<br>100.00/hr  | 20.00  |
|            | TAS | Receiver<br>Forward large volume of voice mails to staff for reply. | 0.50<br>100.00/hr  | 50.00  |
|            | TAS | Receiver<br>Several calls and emails re audit letter for SBC LLC audit, conferred with Kyle from Wertz re same, Telephone call with David re finalizing and time deadline. | 0.30<br>375.00/hr  | 112.50 |

Thomas Seaman, Receiver for SBC                                                                    Page    30

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2014 | TAS | Receiver<br>Telephone call with David Zaro re subpoena, 4/25 hearing, SEC reply to Feathers' opposition to sale process motion.<br>mf | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Difficult call with investor re rising tide calculations, claims his withdrawal was a rollover to another fund, it was not. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Review SEC response to Feathers' objections to sale motion.<br>mf | 0.20<br>375.00/hr | 75.00 |
| | TAS | Receiver<br>Read Feathers' opposition of my motion for approval of the sale process.<br>mf | 0.40<br>375.00/hr | 150.00 |
| | TAS | Receiver<br>Several investor calls with investors with greater than 42.8% but less than 100% recovery, explain rationale behind court's use of rising tide method. | 0.90<br>375.00/hr | 337.50 |
| | TAS | Receiver<br>Reply to investor's email re questions re Feathers' objection to sales motion, forward orders.<br>mf | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Conferred with Kristen re loan loss reserves for audit report. | 0.40<br>375.00/hr | 150.00 |
| | TAS | Receiver<br>Confered with Kristen re audit reports, DRE reports, etc. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Work on narrative for fee application. | 1.10<br>375.00/hr | NO CHARGE |
| 3/28/2014 | TAS | Receiver<br>Telephone call with investor re did not receive claim on father's claim, research same, had already received greater than 42.8%, will likely participate in second distribution. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Forward orders investor per her request. | 0.20<br>375.00/hr | 75.00 |
| 3/31/2014 | TAS | Receiver<br>Direct David re need to reply to Feathers' opposition; review Ted Fates draft, calculation current income as function of loan balance and investors' principal; prepare narrative re same, make redline | 2.30<br>375.00/hr | 862.50 |

Thomas Seaman, Receiver for SBC

Page   31

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | | comments, forward to Ted.<br>mf | | |
| 3/31/2014 | TAS | Receiver<br>Review and analyze draft financials and report of independent auditor, approve same. | 1.10<br>375.00/hr | 412.50 |
|  | | SUBTOTAL: | [   32.10 | 11,075.00] |

Receivership Administration

| 3/1/2014 | DC | Receivership Administration<br>Work with Dan Pryor to take down servers at Santa Ana for planned power outage. | 1.50<br>125.00/hr | 187.50 |
|---|---|---|---|---|
| 3/2/2014 | DC | Receivership Administration<br>Work with Dan Pryor to bring servers back up after Santa Ana for planned power outage.  Started new back up.  Went to office to confirm remote access established. | 0.70<br>125.00/hr | 87.50 |
| 3/3/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Scan and send signed copy of sale procedure motion to Ted Fates. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Printed and reviewed recent filings by Mark Feathers.  Made notes and passed to Tom Seaman.<br>mf | 0.80<br>125.00/hr | 100.00 |
|  | DC | Receivership Administration<br>Review details of E&O insurance with Joe Breakfield from Willis.  Confirmed that coverage was bound with no increase in premium.<br>mf | 0.20<br>125.00/hr | 25.00 |
| 3/4/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Print and pass to Tom Seaman for review. | 0.30<br>125.00/hr | 37.50 |
| 3/5/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |

Thomas Seaman, Receiver for SBC                                                    Page    32

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.<br>mf | 0.30<br>125.00/hr | 37.50 |
|  | DC | Receivership Administration<br>Download additional documents off Pacer for receiver's files.<br>Printed response to Mrs. Feathers' Motion to Intervene, reviewed and passed to Tom Seaman.<br>mf | 0.40<br>125.00/hr | 50.00 |
|  | DC | Receivership Administration<br>Received declaration from Ted Fates re Feathers motion for certain motion hearing dates and leave to seek reconsideration.  Printed, reviewed, obtained signature from Tom Seaman, scanned and emailed back to Ted Fates.<br>mf | 0.20<br>125.00/hr | 25.00 |
|  | DC | Receivership Administration<br>Redirect forwarding of Jason Parsons emails to Rafael Garcia instead of Susan Vavak as some borrowers are still contacting Jason.  Review Jason's email account and test with Rafael Garcia. | 0.20<br>125.00/hr | 25.00 |
|  | DC | Receivership Administration<br>Receive and review invoice from Applied Business Software.  Print and pass to Kristen Janulewicz. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Contact Applied Business Software to change contact information for billing. | 0.10<br>125.00/hr | 12.50 |
| 3/6/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.<br>mf | 0.20<br>125.00/hr | 25.00 |
|  | DC | Receivership Administration<br>Receive policy for E&O Insurance.  Review and save in receiver's files. | 0.30<br>125.00/hr | 37.50 |
| 3/7/2014 | DC | Receivership Administration<br>Change backup tape at remote location | 0.60<br>125.00/hr | 75.00 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website. | 0.40<br>125.00/hr | 50.00 |

Thomas Seaman, Receiver for SBC                                                          Page    33

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/7/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website. | 0.60<br>125.00/hr | 75.00 |
| 3/10/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website. | 0.20<br>125.00/hr | 25.00 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website.<br>mf | 0.30<br>125.00/hr | 37.50 |
|  | DC | Receivership Administration<br>Receive invoice for E&O Insurance.  Print scan and instruct Kristen<br>Janulewicz to pay. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Contact Willis and had them change insurance contact from Susan<br>Vavak to me. | 0.10<br>125.00/hr | 12.50 |
| 3/11/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website.  Reviewed documents filed by<br>Natalie Feathers and Mark Feathers.  Printed off and passed to<br>Tom Seaman.<br>mf | 0.90<br>125.00/hr | 112.50 |
| 3/12/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Research issues with old SBC numbers.  Contact Univoip via<br>phone and email.  Test dial all numbers on account.  Create list of<br>numbers to delete and which number to forward (and which<br>number to forward it to), and pass to Kristen with a history detailing<br>the communication with Univoip.  Create online access account<br>with Univoip and research number usage for past six months.<br>Determine which numbers to disconnect and schedule conference<br>call for tomorrow. | 0.60<br>125.00/hr | 75.00 |

Thomas Seaman, Receiver for SBC                                                           Page    34

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 3/12/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website. | 0.30<br>125.00/hr | 37.50 |
| 3/13/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Review filing by Mark Feathers.  Pass to Tom Seaman.<br>mf | 0.30<br>125.00/hr | 37.50 |
|  | DC | Receivership Administration<br>Email correspondence with Vincent Jesse regarding changes to Univoip account. | 0.20<br>125.00/hr | 25.00 |
| 3/14/2014 | DC | Receivership Administration<br>Verify backup.  Change backup tape at remote location | 0.70<br>125.00/hr | 87.50 |
| 3/15/2014 | DC | Receivership Administration<br>Learned mortgage backup software.  Inspected prior backups and ran new ones. | 0.50<br>125.00/hr | 62.50 |
| 3/17/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Printed and reviewed for Tom Seaman. | 0.90<br>125.00/hr | 112.50 |
| 3/18/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.<br>mf | 0.20<br>125.00/hr | 25.00 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.<br>mf | 0.20<br>125.00/hr | 25.00 |
| 3/19/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Read documents and passed | 0.60<br>125.00/hr | 75.00 |

Thomas Seaman, Receiver for SBC                                                              Page    35

|            |     |                                                                 | Hrs/Rate    | Amount   |
|------------|-----|-----------------------------------------------------------------|-------------|----------|
|            |     | to Tom Seaman.<br>mf                                            |             |          |
| 3/20/2014  | DC  | Receivership Administration<br>Verify backup.                   | 0.10<br>125.00/hr | 12.50 |
| 3/21/2014  | DC  | Receivership Administration<br>Verify backup.                   | 0.10<br>125.00/hr | 12.50 |
| 3/22/2014  | DC  | Receivership Administration<br>Change backup tape at remote location. | 0.70<br>125.00/hr | 87.50 |
| 3/24/2014  | DC  | Receivership Administration<br>Verify backup.                   | 0.10<br>125.00/hr | 12.50 |
| 3/25/2014  | DC  | Receivership Administration<br>Verify backup.                   | 0.10<br>125.00/hr | 12.50 |
| 3/26/2014  | DC  | Receivership Administration<br>Verify backup.                   | 0.10<br>125.00/hr | 12.50 |
| 3/27/2014  | DC  | Receivership Administration<br>Verify backup.                   | 0.10<br>125.00/hr | 12.50 |
|            | DC  | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Read recent filings by Mark Feathers and John Bulgozdy, printed and passed to Tom Seaman with comments.<br>mf | 1.20<br>125.00/hr | 150.00 |
|            | DC  | Receivership Administration<br>Review activity for past 30 days on Univoip numbers.  Forward data to Kristen Janulewicz and instruct her to cancel service on all but 1 line. | 0.20<br>125.00/hr | 25.00 |
| 3/28/2014  | DC  | Receivership Administration<br>Changed backup tape at remote server location. | 0.70<br>125.00/hr | 87.50 |
| 3/31/2014  | DC  | Receivership Administration<br>Verify backup.                   | 0.10<br>125.00/hr | 12.50 |
|            | DC  | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.<br>mf | 0.60<br>125.00/hr | 75.00 |

SUBTOTAL:                                                                   [    18.30        2,287.50]

Thomas Seaman, Receiver for SBC

Page    36

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | **Sell Property/Liquidate Assets** | | |
| 3/12/2014 SV | Sell Property/Liquidate Assets<br>Call with Tom to discuss chart comparing broker fees. | 0.10<br>325.00/hr | 32.50 |
| | SUBTOTAL: | [        0.10 | 32.50] |
| | For professional services rendered | 479.00 | $79,316.50 |
| | Balance due | | $79,316.50 |

Thomas Seaman Company
3 Park Plaza
Suite 550
Irvine, CA  92614

Invoice submitted to:
Thomas Seaman, Receiver for SBC
3 Park Plaza
Suite 550
Irvine, CA 92614

May 14, 2014

Invoice #11157

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **A/R and other debt Collections** | | |
| 4/1/2014 MRF   A/R and other debt Collections<br>Deposited multiple borrower payments received and made<br>accompanying entries to Quickbooks. | 2.10<br>60.00/hr | 126.00 |
| 4/2/2014 MRF   A/R and other debt Collections<br>Deposited multiple borrower payments received and made<br>accompanying entries to Quickbooks. | 1.00<br>60.00/hr | 60.00 |
| 4/3/2014 MRF   A/R and other debt Collections<br>Deposited multiple borrower payments received and made<br>accompanying entries to Quickbooks. | 0.90<br>60.00/hr | 54.00 |
| 4/4/2014 MRF   A/R and other debt Collections<br>Deposited borrower payments received and made accompanying<br>entries to Quickbooks. | 1.00<br>60.00/hr | 60.00 |
| 4/7/2014 MRF   A/R and other debt Collections<br>Deposited borrower payment checks received and made<br>accompanying bookkeeping entries. | 1.40<br>60.00/hr | 84.00 |
| 4/8/2014 MRF   A/R and other debt Collections<br>Deposited borrower payments received and made accompanying<br>entries to Quickbooks. | 0.60<br>60.00/hr | 36.00 |

Thomas Seaman, Receiver for SBC                                                    Page      2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2014 MRF | A/R and other debt Collections | Deposited borrower payments received and made accompanying entries to Quickbooks. | 1.40 60.00/hr | 84.00 |
| 4/10/2014 MRF | A/R and other debt Collections | Deposited borrower payments received and made accompanying entries to Quickbooks. | 1.20 60.00/hr | 72.00 |
| 4/14/2014 MRF | A/R and other debt Collections | Deposited borrower payments received and made accompanying entries to Quickbooks. | 0.90 60.00/hr | 54.00 |
| 4/18/2014 MRF | A/R and other debt Collections | Made accounting entries for ACH payments received from SBA 504 loans. | 0.50 60.00/hr | 30.00 |
| 4/21/2014 MRF | A/R and other debt Collections | Deposited late fee payments received and made entries to Quickbooks. | 0.20 60.00/hr | 12.00 |
| 4/23/2014 MRF | A/R and other debt Collections | Made journal entries for payment received, fixed Quickbooks entry for miscalculated payment breakdown, and filed backups. | 0.50 60.00/hr | 30.00 |
| 4/24/2014 MRF | A/R and other debt Collections | Deposited checks received from 3AM to delay foreclosure and made accompanying entries to Quickbooks to properly accounts for funds received and future liability. | 0.50 60.00/hr | 30.00 |
| 4/28/2014 MRF | A/R and other debt Collections | Deposited multiple payments received from borrowers for May 1st due date and made accompanying entries to Quickbooks.  Filed backup copies. | 2.20 60.00/hr | 132.00 |
| 4/29/2014 MRF | A/R and other debt Collections | Deposited payments received from borrowers and made accounting entries to Quickbooks. | 0.60 60.00/hr | 36.00 |
| 4/30/2014 MRF | A/R and other debt Collections | Deposited check received from borrower and made accompanying entries to Quickbooks. | 0.30 60.00/hr | 18.00 |

SUBTOTAL:                                                              [     15.30          918.00]

Thomas Seaman, Receiver for SBC                                                        Page      3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

**Accounting & Reporting**

| 4/7/2014 | AJ | Accounting & Reporting<br>Meet with Tom and Kristen re draft trial balances, audit report,<br>review accounting and emails re same | 1.10<br>175.00/hr | 192.50 |
| 4/8/2014 | AJ | Accounting & Reporting<br>Meet with Tom and Kristen re tax returns | 0.80<br>175.00/hr | 140.00 |
| 4/9/2014 | AJ | Accounting & Reporting<br>Call with Todd Hein, Tom and Kristen re taxes | 0.50<br>175.00/hr | 87.50 |
| 4/21/2014 | AJ | Accounting & Reporting<br>Review quarterly financials.  Conferred with Kristen re same.<br>Provide Kristen with detail on the distribution totals for making the<br>Quickbooks entries. | 0.70<br>175.00/hr | 122.50 |
| 4/22/2014 | AJ | Accounting & Reporting<br>Work on quarterly financials and report for Tom.  Complete and<br>leave on chair. | 2.00<br>175.00/hr | 350.00 |
| 4/23/2014 | AJ | Accounting & Reporting<br>Review financials, conferred with Kristen re trust accounts. | 0.30<br>175.00/hr | 52.50 |
| 4/29/2014 | AJ | Accounting & Reporting<br>Review tax issues with Tom and Krsiten.  Run reports and<br>reconcile amounts by year. Conferred with Kristen re same. | 1.30<br>175.00/hr | 227.50 |
| 4/1/2014 | KJ | Accounting & Reporting<br>Closing SBC LLC books for Q1 2014, rolled forward/completed<br>FAS 166 amortization schedule over to 2014, completed other<br>schedules for Q1 2014 compiled financial statements by CPA. | 4.00<br>135.00/hr | 540.00 |
| 4/2/2014 | KJ | Accounting & Reporting<br>Cut checks, spoke with several employees at CA DRE to get<br>instructions on changing the broker of record for SBC and renewing<br>their licence. | 3.30<br>135.00/hr | 445.50 |
| 4/3/2014 | KJ | Accounting & Reporting<br>Drafted tax trial balance to calculate Q1 2014 estimated taxes, and<br>sent to Crowe to prepare voucher. | 2.00<br>135.00/hr | 270.00 |
| 4/4/2014 | KJ | Accounting & Reporting<br>Closing Q1 2014 books for CPA compiled financial statements. | 3.50<br>135.00/hr | 472.50 |
| 4/7/2014 | KJ | Accounting & Reporting<br>Cut checks, discussing income tax accounting treatment w/ Alison<br>for SBC Corp, performed cash/assets analysis on defendant's<br>QuickBooks to try to analyze cash flow, and use of cash for each | 3.50<br>135.00/hr | 472.50 |

Thomas Seaman, Receiver for SBC                                    Page      4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | year. |  |  |
| 4/8/2014 KJ | Accounting & Reporting<br>Cut checks, finished cash analysis on SBC Corp defendant's QuickBooks, and discussed with Tom & Alison.  Called Todd at Crowe to discuss tax treatment for final 2012 SBC Corp return; concluding the entity was insolvent, and therefore did not have to pick up the discharge of debt to funds as taxable income. | 3.00<br>135.00/hr | 405.00 |
| 4/9/2014 KJ | Accounting & Reporting<br>Working on estimated tax calculation for Q1, re-worked tax trial balance and sent to Crowe, using the management fee income per the defendant's books for the 2011 & 2012 tax returns. | 2.50<br>135.00/hr | 337.50 |
| 4/10/2014 KJ | Accounting & Reporting<br>Finished Q1 LLC books and sent to Kyle at Wertz for the compiled financials, did bank recons for LLC and corp, entered transactions into Quickbooks. | 3.00<br>135.00/hr | 405.00 |
| 4/14/2014 KJ | Accounting & Reporting<br>Cut checks, finalized LLC tax return, made transfers schedule for Feb & March from check registers to close out month. | 2.40<br>135.00/hr | 324.00 |
| 4/15/2014 KJ | Accounting & Reporting<br>Made transfers for Feb & Mar, entered monthly transactions for both months in QuickBooks to close monthly accounting in both Corp and LLC books. | 3.00<br>135.00/hr | 405.00 |
| 4/16/2014 KJ | Accounting & Reporting<br>Finalized entries to close books for Feb & March in the Corp's books. | 2.00<br>135.00/hr | 270.00 |
| 4/17/2014 KJ | Accounting & Reporting<br>Cut checks, did bank recons, and P&L clean-up. | 1.50<br>135.00/hr | 202.50 |
| 4/18/2014 KJ | Accounting & Reporting<br>Cut checks, overnighted check for 3AM appraisal, faxed and mailed DRE reports for Q1 2014. | 1.50<br>135.00/hr | 202.50 |
| 4/21/2014 KJ | Accounting & Reporting<br>Cut checks, sent amended K-1 to McClintock w/ email explanation, entered 1st round distributons for March & April into Quickbooks. | 2.00<br>135.00/hr | 270.00 |
| 4/22/2014 KJ | Accounting & Reporting<br>Entered transactions, reconciled cash flow for trust accounting from Nov 2013 through March 2014, by month,  made corrections. | 5.30<br>135.00/hr | 715.50 |
| 4/23/2014 KJ | Accounting & Reporting<br>Reviewed draft TR's for 2013 SBC QSF and 2011/2012 Corp, emailed questions back to accountants, researched January addition/subtraction from the LLC TR account. Called borrower with | 2.50<br>135.00/hr | 337.50 |

Thomas Seaman, Receiver for SBC                                                        Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | addition to TR and applied to principal per their instruction. |  |  |
| 4/24/2014 | KJ | Accounting & Reporting<br>Finalizing tax returns for QSF 2013, and 2011/2012 corp, cut checks. | 2.40<br>135.00/hr | 324.00 |
| 4/25/2014 | KJ | Accounting & Reporting<br>Finalizing tax returns for QSF 2013 & 2011/2012 corp, cut checks. | 3.00<br>135.00/hr | 405.00 |
| 4/28/2014 | KJ | Accounting & Reporting<br>Printed tax returns, and K-1's, for review, cut checks. | 2.50<br>135.00/hr | 337.50 |
| 4/29/2014 | KJ | Accounting & Reporting<br>Fixed trial balances for SBC Corp tax returns to true-up/fix credit card balances issue and adjust to actual, fixed journal entries in tax trial balance for 2011 & 2012, sent changes to Crowe, walked tax preparer through changes on phone. | 3.00<br>135.00/hr | 405.00 |
| 4/30/2014 | KJ | Accounting & Reporting<br>Cut checks, wired 3AM property taxes to attorney to pay, updated 3AM cost summary, called to get delinquent property tax payoff through May for Kallappa Rampur, closing month of April in Corp and LLC books. | 2.50<br>135.00/hr | 337.50 |
| 4/14/2014 | TM | Accounting & Reporting<br>Question from Tom re previous fee app filing, researched and called Tom back with | 0.10<br>175.00/hr | NO CHARGE |
| 4/21/2014 | TM | Accounting & Reporting<br>Edits to upcoming fee app narrative document changing footers, correcting dates and application number. Prepared document for edits to narrative. | 0.40<br>175.00/hr | NO CHARGE |
| 4/30/2014 | TM | Accounting & Reporting<br>Direction from Tom re new fee app on SB Capital. Email to Alison, discussed with Kristen, Rafael, Matthew. | 0.10<br>175.00/hr | NO CHARGE |
|  | SUBTOTAL: |  | [    65.70 | 9,056.50] |
|  | Administration |  |  |  |
| 4/2/2014 | MRF | Administration<br>Prepared backups and mailed payables relating to Small Business Capital. | 0.80<br>60.00/hr | 48.00 |
| 4/8/2014 | MRF | Administration<br>Went through register of investors who had a claim against the estate to correct errors in names and addresses. | 1.80<br>60.00/hr | 108.00 |

Thomas Seaman, Receiver for SBC                                                    Page        6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2014 | MRF | Administration<br>Amended Rafael G.'s timekeeping entries to properly reflect time allocated to travel, site visits, and interactions with borrowers. | 1.00<br>60.00/hr | 60.00 |
|  | MRF | Administration<br>Prepared backup copies and mailings for accounts payable checks being sent out. | 0.30<br>60.00/hr | 18.00 |
| 4/15/2014 | MRF | Administration<br>Prepared certified mailing and went to the post office to mail payment to Franchise Tax Board for SB Capital's tax liability due. | 0.70<br>60.00/hr | 42.00 |
|  | MRF | Administration<br>Prepared mailings and filed backups for accounts payable checks related to SB Capital. | 0.30<br>60.00/hr | 18.00 |
| 4/24/2014 | MRF | Administration<br>Prepared, mailed, and filed backups of accounts payable checks to vendors. | 0.30<br>60.00/hr | 18.00 |
| 4/30/2014 | MRF | Administration<br>Prepared mailings for accounts payable and filed backup copies. | 0.50<br>60.00/hr | 30.00 |
| 4/2/2014 | RVG | Administration<br>Met & discussed with SBA District Legal Counsel re: SBA 504 FMPL Servicing/Liquidation Policies & Procedures pursuant to 13 CFR 120; Obtained forms from the SBA District Office re: SBA 504 FMLP loans; Solicited SBA's legal counsel for Receivership needs & sell/disposition of SBA's repossessed assets. | 1.50<br>195.00/hr | 292.50 |
|  |  | SUBTOTAL: | [        7.20 | 634.50] |

Bookkeeping

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/8/2014 | MRF | Bookkeeping<br>Calculated Fedex fees owed to Thomas Seaman Company for March and cut reimbursement check. | 0.40<br>60.00/hr | 24.00 |
|  |  | SUBTOTAL: | [        0.40 | 24.00] |

Books & Records Adminstration

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2014 | MRF | Books & Records Adminstration<br>Filed financial statements, annual reviews, and a variety of documents in the applicable borrower file to prepare documents to be scanned. | 4.60<br>60.00/hr | 276.00 |

Thomas Seaman, Receiver for SBC                                                    Page      7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2014 | MRF | Books & Records Adminstration<br>Filed financial statements, annual reviews, and a variety of documents in the applicable borrower file to prepare documents to be scanned. | 2.20<br>60.00/hr | 132.00 |
| 4/25/2014 | MRF | Books & Records Adminstration<br>Filed financial statements, annual reviews, and a variety of documents in the applicable borrower file to prepare documents to be scanned. | 1.30<br>60.00/hr | 78.00 |
| | | SUBTOTAL: | [      8.10 | 486.00] |

Investor Relations

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2014 | AJ | Investor Relations<br>Calls and emails with investors, discuss distribution calculation, etc. | 1.80<br>175.00/hr | 315.00 |
| 4/2/2014 | AJ | Investor Relations<br>Work on distribution check reissues, calls with investors re distribution calculations, etc.  Emails with Morgan re printing and mailing checks. | 2.00<br>175.00/hr | 350.00 |
| 4/3/2014 | AJ | Investor Relations<br>Calls and emails with investors re distribution check calculations, address changes, case status, etc. | 2.40<br>175.00/hr | 420.00 |
| 4/4/2014 | AJ | Investor Relations<br>Met with investor that came in with questions on the case, and distribution. | 0.30<br>175.00/hr | 52.50 |
| 4/7/2014 | AJ | Investor Relations<br>Calls with investors re distributions, review voice mails re same. | 0.70<br>175.00/hr | 122.50 |
| 4/9/2014 | AJ | Investor Relations<br>Review voicemails from investors. | 0.60<br>175.00/hr | 105.00 |
| | AJ | Investor Relations<br>Call with investor re distributions. | 0.20<br>175.00/hr | 35.00 |
| | AJ | Investor Relations<br>Call with Noteholder re distributions. | 0.40<br>175.00/hr | 70.00 |
| 4/10/2014 | AJ | Investor Relations<br>Conferred withTom re corrections to be made on investor claim. | 0.20<br>175.00/hr | 35.00 |
| | AJ | Investor Relations<br>Calls re distribution and claim questions. Case status, etc. | 0.90<br>175.00/hr | 157.50 |

Thomas Seaman, Receiver for SBC                                                      Page      8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2014 | AJ | Investor Relations<br>Calls and emails with investors.  Process voids, stops, reissues, etc.  Email to Kristen re finding needed.  Email Morgan re printing and mailing new checks. | 1.90<br>175.00/hr | 332.50 |
| 4/14/2014 | AJ | Investor Relations<br>Calls with investors with questions on distribution calculations, IRA issues, etc.  Ran reports showing disbursements. | 1.70<br>175.00/hr | 297.50 |
| 4/15/2014 | AJ | Investor Relations<br>Calls with Investors re check issues. | 0.80<br>175.00/hr | 140.00 |
| 4/16/2014 | AJ | Investor Relations<br>Review correspondence from investors and prepare responses to the claim and distribution questions. | 1.50<br>175.00/hr | 262.50 |
| 4/17/2014 | AJ | Investor Relations<br>Calls with investors, discuss distribution calculations, amount of disbursements and run reports re same. etc.  Call with family of deceased investor, discuss treatment of check, IRA, etc. | 1.70<br>175.00/hr | 297.50 |
| 4/21/2014 | AJ | Investor Relations<br>Calls with investors re check issues, discuss calculations, etc.  Advise checks can be issued to IRA custodians if needed, etc. | 0.60<br>175.00/hr | 105.00 |
| 4/22/2014 | AJ | Investor Relations<br>Calls and emails with investors re recent postings to website.  Conferred with Tom and Tim re same and review postings. | 1.40<br>175.00/hr | 245.00 |
| 4/23/2014 | AJ | Investor Relations<br>Calls with investors, questions re recent website postings. | 0.80<br>175.00/hr | 140.00 |
| 4/28/2014 | AJ | Investor Relations<br>Calls with investors re recent postings, info on hearing and questions on distribution. | 1.10<br>175.00/hr | 192.50 |
| 4/30/2014 | AJ | Investor Relations<br>Conferred with Cindy re investor message, provide direction re response. | 0.20<br>175.00/hr | 35.00 |
|  |  | Investor Relations<br>Called investor regarding vm left on x521, needs stop payment and reissue of check because it was lost in the mail when the investor forwarded the check to their IRA company. Emailed Alison all the details to proceed with stop payment and reissue. | 0.20<br>60.00/hr | 12.00 |
| 4/14/2014 | MRF | Investor Relations<br>Received phone call from an investor requesting his 2012 K-1, located document, and faxed to his tax accountant. | 0.30<br>60.00/hr | 18.00 |

Thomas Seaman, Receiver for SBC                                                    Page      9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2014 | TM | Investor Relations<br>Posting large  number of documents related to the Receiver's motion to sell loan portfolio, the SEC's response, and the Defendant's opposition. Re-named file names to allow for saving in pubdocs. Wrote narrative, posted to website. Discussed with Tom. Combined pdf of Defendant's objections and exhibits into one document and re posted. Sent out email. | 4.90<br>175.00/hr | 857.50 |
| 4/4/2014 | TM | Investor Relations<br>Email to group re posting re Receiver's Reply to Feathers' Opposition.<br>mf | 0.10<br>175.00/hr | 17.50 |
|  | TM | Investor Relations<br>Sent items to people on mailing list re yesterday's posting on website re Receiver's Reply to Feathers' Opposition. | 0.70<br>175.00/hr | 122.50 |
| 4/15/2014 | TM | Investor Relations<br>Email from Fates to post item re approval of Amended Objections. Discussed with Tom and updated website. Problems related to website uploads. Calls to NS re same. | 1.50<br>175.00/hr | 262.50 |
|  | TM | Investor Relations<br>Checking website for potential blackhat seo. | 0.50<br>175.00/hr | 87.50 |
| 4/16/2014 | TM | Investor Relations<br>Worked on website to determine if any improper scripts were interfering with the site. | 0.30<br>175.00/hr | 52.50 |
| 4/17/2014 | TM | Investor Relations<br>Loaded posting to website re amended order. Saved, checked links, did significant re-formatting as all postings had become indented by significant margin. Re-worked. Noticed links not working and two calls to Network Solutions re same to have them re-populate server to restore links. | 2.50<br>175.00/hr | 437.50 |
| 4/18/2014 | TM | Investor Relations<br>Call to Network Solutions re problems with links and informed links are lost but last entry is good. Attempts to prepare Constant Contact email. Updated website. Could not send email yet. | 2.50<br>175.00/hr | 437.50 |
| 4/19/2014 | TM | Investor Relations<br>Fixed links, multiple publications of website. Several calls to Network Solutions re multiple problems and links not working. Email from Tom re same. Responded re efforts to fix and links that do work. Posted item and sent email to subscribers. | 4.60<br>175.00/hr | 805.00 |
| 4/20/2014 | TM | Investor Relations<br>Call from Tom re posting requiring removal. Removed. Gathered info on documents for next posting for Tom. Reviewed suggested posting for Tom and gave info on documents fro PACER. Searched | 2.70<br>175.00/hr | 472.50 |

Thomas Seaman, Receiver for SBC                                                                    Page      10

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | PACER for any other documents. Uploaded documents for future posting. | | |
| 4/21/2014 TM | Investor Relations<br>Restored 20 links onto Case Documents page, saved and published. Attempted edit to link through direct edit but would not allow. Researched FTP link to see if any incorrect scripts are in evidence. | 0.50<br>175.00/hr | 87.50 |
| TM | Investor Relations<br>Made posting re Feathers' motions which were denied. Posted.<br>mf | 1.90<br>175.00/hr | 332.50 |
| 4/22/2014 TM | Investor Relations<br>Call to Network Solutions re links problem on pages of website and discussed need for engineer to copy and paste correct info into link to save time. | 0.50<br>175.00/hr | 87.50 |
| TM | Investor Relations<br>Question from Tom and Alison re declarations in documents of Feathers' motions which were ruled on. Printed for Alison.<br>mf | 0.10<br>175.00/hr | 17.50 |
| TM | Investor Relations<br>Sent email to subscribers of yesterday's posting. | 0.40<br>175.00/hr | 70.00 |
| 4/23/2014 TM | Investor Relations<br>Calls to Network Solutions re repair request, told no solution available. Set up FTP and manually removed improper links and replaced in correct links on home page and case documents pages. Checked and uploaded. Made additional change to correct how some links uploaded. Problem re-occurred. Replaced links a second time using mass replace for two incorrect forms of links. | 5.70<br>175.00/hr | 997.50 |
| 4/24/2014 TM | Investor Relations<br>Made edits to code to correct improper linking to 5 links and to page navigation and uploaded. Review of areas of website with improper editing buttons showing which could cause problems, copied code for replacement | 1.10<br>175.00/hr | 192.50 |
| TM | Investor Relations<br>Multiple edits to website pages to restore links which were broken twice during the day. Made backups several times, reloaded website several times. Checked links extensively. | 4.10<br>175.00/hr | 717.50 |
| 4/25/2014 TM | Investor Relations<br>Made update to website to insert posting from earlier this week from Case Documents page to home page, checked links, improperly loading pdfs, fixed and made backups. | 1.60<br>175.00/hr | 280.00 |

Thomas Seaman, Receiver for SBC                                                    Page    11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2014 | TM | Investor Relations<br>Printed numerous documents for sending to several investors.<br>Printed previous postings, sent to investors. | 0.90<br>175.00/hr | 157.50 |
| | TM | Investor Relations<br>Researched potential items for posting for review by Receiver re<br>request by defendant for monies for accounting. Redacted item<br>requested by Defendant in document downloaded from PACER. | 0.50<br>175.00/hr | 87.50 |
| 4/28/2014 | TM | Investor Relations<br>Printed items for potential posting. | 0.10<br>175.00/hr | 17.50 |
| | TM | Investor Relations<br>Updates to website re fixing formatting. | 1.70<br>175.00/hr | 297.50 |
| 4/30/2014 | TM | Investor Relations<br>Checked SB Capital website to determine if any malicious code<br>found. | 0.10<br>175.00/hr | 17.50 |

SUBTOTAL:                                                          [     61.20        10,652.50]

Loan Servicing

| | | | | |
|---|---|---|---|---|
| 4/1/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant<br>reports, worked on borrower financial reviews, correspondence<br>with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 4/2/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant<br>reports, worked on borrower financial reviews, correspondence<br>with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 4/3/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant<br>reports, worked on borrower financial reviews, correspondence<br>with borrowers, touched base with Rafael on pending matters. | 1.50<br>135.00/hr | 202.50 |
| 4/4/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant<br>reports, worked on borrower financial reviews, correspondence<br>with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 4/7/2014 | KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant<br>reports, worked on borrower financial reviews, correspondence<br>with borrowers, touched base with Rafael on pending matters. | 3.00<br>135.00/hr | 405.00 |

Thomas Seaman, Receiver for SBC                                    Page    12

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/8/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. Updated re-amortization schedule for Kallappa Rampur. | 2.00<br>135.00/hr | 270.00 |
| 4/9/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 4/10/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 4/11/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. Requested 3AM info from Wells Fargo SBA Services and provided to SBA, as per their request. | 3.50<br>135.00/hr | 472.50 |
| 4/14/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. Made schedule summary for 3AM arrearages and payoff. | 2.30<br>135.00/hr | 310.50 |
| 4/15/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. Updated schedule for 3AM arrearages & payoff. | 2.00<br>135.00/hr | 270.00 |
| 4/16/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 4/17/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 4/18/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |

Thomas Seaman, Receiver for SBC                                             Page    13

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/21/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 4/22/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 1.00<br>135.00/hr | 135.00 |
| 4/23/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 4/24/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 4/25/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 4/28/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.50<br>135.00/hr | 337.50 |
| 4/29/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. | 2.00<br>135.00/hr | 270.00 |
| 4/30/2014 KJ | Loan Servicing<br>Posted loan payments, updated 1502 & other loan participant reports, worked on borrower financial reviews, correspondence with borrowers, touched base with Rafael on pending matters. Closed out month of April (cleared out registers, sent wires/emails, ties out reports, etc). | 3.00<br>135.00/hr | 405.00 |
| 4/1/2014 MRF | Loan Servicing<br>Discussed defaults of JV Mattress, the Strawberry Inn, and #AM foreclosure with Rafael Garcia.  Prepared Fedex of documents relating to the 3AM foreclosure.  Communicated with JV Mattress and other borrowers with servicing issues. | 3.30<br>60.00/hr | 198.00 |

Thomas Seaman, Receiver for SBC                                                    Page     14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2014 MRF | Loan Servicing Communicated with borrowers and a loan pool participant for compliance documents required. | | 0.80 60.00/hr | 48.00 |
| 4/3/2014 MRF | Loan Servicing Met with Rafael Garcia to discuss technical defaults and action need going forward.  Prepared and sent multiple default letters via Fedex.  Communicated with borrowers in regards to inadequate insurance exceptions. | | 3.60 60.00/hr | 216.00 |
| 4/4/2014 MRF | Loan Servicing Prepared and sent multiple default letters to borrowers.  Scanned and emailed documents relating to the 3AM foreclosure for Rafael Garcia.  Worked with Mr. Garcia to clear up borrower defaults. | | 1.80 60.00/hr | 108.00 |
| 4/7/2014 MRF | Loan Servicing Prepared and sent additional default letters to borrowers to collect late charges.  Filed tracking confirmations for default letters received by borrowers.  Downloaded and filed site visit photos from recent visits. | | 2.20 60.00/hr | 132.00 |
| 4/8/2014 MRF | Loan Servicing Prepared more technical default letters to borrowers with outstanding late fees.  Reviewed borrowers payment histories to verify late fees incurred. | | 2.80 60.00/hr | 168.00 |
| 4/9/2014 MRF | Loan Servicing Worked with Rafael G. & Kristen J. on various servicing issues including late fees outstanding, inadequate insurances, and 3AM Foreclosure. | | 3.10 60.00/hr | 186.00 |
| 4/14/2014 MRF | Loan Servicing Discussed Phoenix site visits and upcoming events that will require action.  Assisted in preparation of letter to SBA for the 3AM foreclosure. | | 0.60 60.00/hr | 36.00 |
| 4/15/2014 MRF | Loan Servicing Met with Rafael G. and dealt with various servicing issues including outstanding property taxes, outstanding borrower late fees, White Walls' tax liability, and the next round of financial statement acquisitions. | | 3.70 60.00/hr | 222.00 |
| 4/16/2014 MRF | Loan Servicing Began checking county tax sites to ensure that borrowers are current on their property taxes as required in their loan covenants. | | 2.50 60.00/hr | 150.00 |
| 4/17/2014 MRF | Loan Servicing Completed check of county tax sites to ensure that borrowers are current on their property taxes.  Prepared list of borrowers who are delinquent on their property taxes.  Discussed results with Rafael G. and prepared to send default letters to those with outstanding | | 5.50 60.00/hr | 330.00 |

Thomas Seaman, Receiver for SBC

Page    15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

property taxes.

| 4/17/2014 MRF | Loan Servicing | | 0.70 | 42.00 |
|---|---|---|---|---|

Prepared and mailed account statements and payment stubs to
borrowers for 5/1/14 payment date. | | 60.00/hr

| 4/18/2014 MRF | Loan Servicing | | 1.80 | 108.00 |

Reviewed default letters for errors and prepared Fedex shipments
of multiple default letters to borrowers with delinquent property
taxes. | | 60.00/hr

| 4/21/2014 MRF | Loan Servicing | | 2.00 | 120.00 |

Reviewed default letters and prepared Fedex shipments to
borrowers for outstanding property taxes.  Reviewed the Sherwin's
504 file for accuracy. | | 60.00/hr

| 4/23/2014 MRF | Loan Servicing | | 1.30 | 78.00 |

Handled various servicing issues, including a conversation with
Rafael G. in regards to the 3AM foreclosure, emailed counsel
regarding outstanding items related to 3AM, and filed Fedex
delivery confirmations for unpaid property tax default letters to
borrowers. | | 60.00/hr

| 4/24/2014 MRF | Loan Servicing | | 3.50 | 210.00 |

Met with Rafael G. to discuss 3AM foreclosure, his meetings with
the borrower and prospective buyers in Baltimore and action
required going forward.  Updated Rafael G. on technical defaults
due to outstanding property taxes and missing financial statements.
Sent documents to counsel and another secured party to correct
loan documentation errors.  Filed delivery confirmations for
technical default letters to borrowers with unpaid property taxes. | | 60.00/hr

| 4/25/2014 MRF | Loan Servicing | | 2.10 | 126.00 |

Discussed multiple borrower responses to demand letter for unpaid
property taxes and outstanding financials with Rafael G.  Received
and filed Advant Mortgage's correction to 3AM's Allonge.  Prepared
and sent demand letter to additional borrowers for unpaid property
taxes. | | 60.00/hr

| 4/28/2014 MRF | Loan Servicing | | 1.10 | 66.00 |

Discussed current exceptions with Rafael G.  Prepared worksheet
on outstanding property taxes for Kallappa Rampur.  Filed delivery
confirmations for technical default letters sent and dealt with other
various servicing issues. | | 60.00/hr

| 4/29/2014 MRF | Loan Servicing | | 3.90 | 234.00 |

Prepared list of borrower exceptions needing to be rectified, met
with Rafael to discuss same.  Dealt with various servicing issues,
including the Strawberry Inn & Focus Hospitality unpaid property | | 60.00/hr

Thomas Seaman, Receiver for SBC

Page     16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

taxes, 3AM's pending foreclosure, and past due late fees collected.

| 4/30/2014 MRF | Loan Servicing | 2.30 | 138.00 |
|---|---|---|---|

Met with Rafael to discuss status of 3AM foreclosure and upcoming action required.  Additionally discussed demand letter follow-ups for outstanding exceptions.  Updated tracking for exceptions that have been cured.  Prepared and sent demand letters to multiple borrowers.  Spoke with Meyer's Castle in regards to recent property taxes paid.

60.00/hr

| 4/1/2014 RVG | Loan Servicing | 8.20 | 1,599.00 |
|---|---|---|---|

Reviewed, finalized & provided via email the SBA's requested pertinent documents (Liquidation Plan, Litigation Plan/Legal Fees Budget, Foreclosure Letters/Notices, Foreclosure Pleadings, Original Appraisal Report, Site Visit Inspection Report & Proposed Engagement Letter Updated Appraisal Report re: 3 AM LLC's real property collateral foreclosure proceedings; Assembled & emailed requested documents/information to the SBA re: 3 AM LLC's foreclosure; Telephone call/email from TSC's legal counsel Cate Hopkin to discussed re: 3 AM LLC's SBA Liquidation requirements; Discussed possible work-out (Forbearance Agreement) with Borrowers counsel/Cate Hopkin; Provided/emailed Appraiser HVS additional information & discussed the time frame for the appraisal report; Met with Kristen J. re: Cut a check for Initial Payment to Appraiser per agreement; Emailed Appraiser copy of the Check (Appraisal fees) per agreement; Met with Matthew F. re: Jose De Jesus's insurance liability (business assets) coverage; Reviewed, finalized & sent final version copy of Forbearance Agreement to Thomas Seaman for execution/approval re" Kallappa Rampur's Loan Re-Structure/Amortization;  Phone call from Kallappa Rampur to discussed the terms & conditions of the Forbearance Agreement.

195.00/hr

| 4/2/2014 RVG | Loan Servicing | 7.40 | 1,443.00 |
|---|---|---|---|

Responded & discussed legal counsel/SBA's email/phone messages re: 3 AM Foreclosure/liquidation of the real property collateral, SBA's FMLP Liquidation Procedures, Foreclosure's Opening/Final Bid & post foreclosure servicing/liquidation of COLPUR; Researched & provided the SBA's the requested additional documents/information re: 3 AM LLC's COLPUR (Real Estate Property) collateral; Responded & discussed Appraiser's email/phone messages at length re: 3 AM's property access/contact, scope of appraisal & time table and 3 AM's operating statement; Responded & discussed with borrower's legal counsel re: 3 AM LLC's possible Forbearance (work-out) Agreement; Researched Hotel Franchisors (Flags) re: Hotel Management, Maintenance & Operations of 3 AM LLC; Spoke to Carlson Rezidor Hotel Group's (FLAG) Management/Operations Dept re: Management/Operation of 3 AM LLC's Country Inn & Suites; Finalized & filed site visit reports on various SBA 7(a)/504

195.00/hr

Thomas Seaman, Receiver for SBC                                    Page     17

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

loans.

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2014 | RVG | Loan Servicing<br>Conferred via email/telephone with S. Park, SBA Arkansas Servicing Center re: 3 AM LLC's Real Property Appraisal, foreclosure proceedings, Receiver's Unilateral/limits of Authority & responsibilities & SBA's Concurrence/Approval on submitted Liquidation/Litigation Plan; Finalized & filed the site visit reports on various SBA loans; Responded/concurred to legal counsel's phone/email messages re: 3 AM LLC's amended/revised Foreclosure Notice-eliminating the Flag name. Met with Matthew F. to discuss the Exception Report (Delinquent Property Taxes, Insurance Coverage, Late Charges, etc.); Finalized & sent multiple Technical Default Demand Letters to various SBA 7(a)/504 borrowers re: collection of late charges;  Gathered & assembled loan documents in preparation for the upcoming site visit inspection in the Greater Arizona area. | 7.80<br>195.00/hr | 1,521.00 |
| 4/4/2014 | RVG | Loan Servicing<br>Phone call from real estate appraiser (HVS) to discussed re: Appraiser's site visit inspection of the hotel; requested current financial information (operating statement/occupancy rate) of the hotel; Phone call to borrower requesting current financial information, occupancy/daily rate, STR/Flag Survey, etc.; to complete appraisal; Followed up email to borrower re: requested current financial information, occupancy/daily rate, STR/Flag Survey, etc.; Responded & spoke to borrower's legal counsel re: 3 AM LLC's possible Work-out and/or Forbearance Agreement, Note Purchase by an Assignment/discount of balance and possible Chapter 11 Bankruptcy filing; Conferred with our legal counsel re: Borrower's attorney's proposal for a work-out plan, purchase of the Note at a discount and possible bankruptcy 11 filing if work-out doesn't materializes; Finalized & sent technical default demand letters to various SBA borrowers re: Collection of Late Charges. | 4.40<br>195.00/hr | 858.00 |
| 4/7/2014 | RVG | Loan Servicing<br>Responded to borrower via email/phone re: Kallappa Rampur's Delinquent Property Taxes/Forbearance Agreement;  Conferred with legal counsel re: 3 AM LLC's listing brokers/management companies/potential note purchaser; Called both potential purchaser (Troy Metha/Anthony Hughes) re: Purchase of Note at Par, no discount or purchase of property at foreclosure; Followed up with borrower (Alpesh Patel) re: Hotel's Operating Statement/Occupancy rate for updated appraisal; Follow-up calls to inform SBA borrowers of the upcoming site visit inspections in Arizona; Emailed borrowers the confirmation of conducting a site visit inspection on the real/personal property collateral; Finalized & filed the technical default demand letters (collection of late charges) on numerous SBA 7(a)/504 loans; Extracted & filed the site visit | 8.40<br>195.00/hr | 1,638.00 |

Thomas Seaman, Receiver for SBC                                                              Page    18

|            |     |                                                                                  | Hrs/Rate | Amount |
|------------|-----|----------------------------------------------------------------------------------|----------|--------|
|            |     | inspection pictures to its corresponding loan files.                             |          |        |
| 4/8/2014   | RVG | Loan Servicing<br>Conferred & discussed with legal counsel (C. Hopkin) re: 3 AM LLC's foreclosure postponement/rescheduled unified sale/potential note purchasers/care & preservation of collateral (Receivership)/appraisal/valuation of property for Credit Bids; Responded & discussed with potential note purchaser telephonically re: 3 AM LLC's Sale of Note/Trust Deed; Reviewed & analyzed the Recordable Instruments for the rescheduled Unified Foreclosure Sale (real/personal property); Reviewed & forwarded Kallappa Rampur's delinquent property taxes information to Kristen J. re: re-amortizing the forbearance agreement principal balance/monthly payments; Met with Kristen J. re: Kallappa Rampur's new re-amortization schedule & collection of late charges on various SBA 7(a)/504 loans; Finalized & sent the Technical Default Demand letters (collection of late charges) on various SBA borrowers; Extracted & filed the site visit inspection pictures to its corresponding loan files; Assisted Tim M. on Insurance issues re: Airport Blvd. Realty LLC; Conferred with Kristen/Matthew & responded to borrowers' inquiries re: Late Charges. | 6.20<br>195.00/hr | 1,209.00 |
| 4/9/2014   | RVG | Loan Servicing<br>Responded to re appraiser's email re: 3 AM LLC's operating statements/occupancy rate; Reviewed, discussed & concurred with legal counsel re: Verification/authentication of SBC Capital's senior lien position on 3 AM LLC's UCC-1 Filing on personal property (business assets); Discussed & orchestrated foreclosure strategies to maximize recovery & minimize loss on 3 AM's real property collateral; Met with Matthew F. re: Follow up with borrowers on the collection of late charges; Follow up phone calls to borrowers re: Collection of Late Charges; Discussed with borrowers an Installment Payment Plan to retire the Late Charges; Prepared, drafted, finalized and sent the follow-up letters on several borrowers re: Collection of Late Charges; Extracted & filed to its corresponding loan docs/credit files the site visit inspection reports on various SBA loans. | 6.70<br>195.00/hr | 1,306.50 |
| 4/10/2014  | RVG | Loan Servicing<br>3.2 hours travel to Sedona, Scottsdale & Phoenix, Arizona to conduct annual site visit inspections, pursuant to the SBA SOP 50 51 2(A)/50 57 (Half Pay Travel Time). | 3.20<br>195.00/hr | 624.00 |
|            | RVG | Loan Servicing<br>Meeting with borrower/conducted an annual site visit inspection of the real/personal property collateral & collected, discussed the requested information (business operation, business assets/inventory list, etc.), took pictures of real/personal property collateral, pursuant to the SBA SOP 50 51 2(A)/50 57. Prepared & drafted the site visit inspection reports on various SBA 7(a)/504 loans; Discussed & conferred with C. Hopkin, legal counsel re: 3 | 5.30<br>195.00/hr | 1,033.50 |

Thomas Seaman, Receiver for SBC                                           Page    19

|            |     |                                                                                       | Hrs/Rate        | Amount |
|------------|-----|---------------------------------------------------------------------------------------|-----------------|--------|
|            |     | AM LLC's foreclosure postponement/re-scheduling of Trustee's Sale; Discussed with potential Listing Hotel Broker re: 3 AM LLC's sale/management/care-preservation of real/personal properties; Followed up with re appraiser re: 3 AM LLC's appraisal report status; Followed up with borrower A. Patel to provide requested information to Appraiser re: 3AM LLC's appraisal. | | |
| 4/11/2014 | RVG | Loan Servicing<br>Responded to SBA's request for payoff/reinstatement information on 3 AM LLC's loan; Followed up with appraiser re: 3 AM LLC's April 16th Appraisal Report Deadline; Responded & discussed with legal counsel recommendations re: 3 AM LLC's Sale postponement/Litigation Plan-Legal fees Budget; Conferred with potential hotel broker with management company re: Sale/management of hotel & care/preservation of property. | 1.70<br>195.00/hr | 331.50 |
|            | RVG | Loan Servicing<br> Drafted & prepared the site visit inspection on various SBA (Lodge of Sedona, TB Insurance & One Stop Nutrition) loans; Responded to several borrowers (One World Inns, Iguanas, Kevin Pham & Thrifty Rooter re: Payment of the Late Charges/extending deadline for payment; Drafted & prepared an amended letter to 8098 Professional Bldg./Hyo Kim re: Collection of Late Charges. Followed up calls to SBA borrowers (Iguanas, Wok Star, Bob's Iron, Kevin Pham, Thrifty Rooter, Valley Produce, Teddy Bear Hauling, etc.) re: Payment of Late Charges. | 2.40<br>195.00/hr | 468.00 |
| 4/14/2014 | RVG | Loan Servicing<br>Conferred with appraiser re: 3 AM LLC's appraisal report deadline/status; Called 3 AM borrower re: Requested financial information/cooperation with appraiser to meet deadline; Reviewed, changed & finalized the Litigation Plan/Legal Fees Budget for SBA's approval for additional fees; Sent to SBA re: 3 AM LLC's Request for Additional Legal Fees Approval; Notified SBA of Legal Counsel recommendations re: 3 AM LLC's postponement & rescheduled of Sale Date/foreclosure strategies; Responded & discussed with potential note purchaser re: 3 AM LLC's Sale of the Note/Foreclosure Sale. | 4.30<br>195.00/hr | 838.50 |
|            | RVG | Loan Servicing<br>Extracted from report, prepared & formulated a memo to Thomas Seaman re: List of Site Visits Inspection conducted on SBA 7(a)/504 FMLP loans;  Printed, scanned & copied on (P) Pubdocs Drive the List of Site Visit Inspections Memo. | 2.50<br>195.00/hr | 487.50 |
|            | RVG | Loan Servicing<br>Met with Kristen J. re: Loan payoff & waiver of pre-payment penalty on Aung Solvang/Aung San, LLC; Discussed with Kristen J. the follow up/updated status of the Late Charges collection; Discussed with Kristen J. the late charges payment of One World Inns, LLC; Met with Matthew F. re: Orchestrating the strategies to cure | 1.80<br>195.00/hr | 351.00 |

Thomas Seaman, Receiver for SBC                                    Page    20

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

technical defaults/covenant violations (Delinquent Property Taxes/Financial Statements, etc.); Conferred with Tim M. re: Northwood Inns Fire/Hazard Insurance Coverage Amount.

| 4/15/2014 RVG | Loan Servicing | 1.70 195.00/hr | 331.50 |
|---|---|---|---|

Conferred & discussed with re appraiser re: 3 AM LLC's collateral appraisal/deadline; Discussed borrower's broken promises/un-cooperative posture re: Providing operating statements/occupancy rates information to complete appraisal of subject property; Conferred & discussed with SBA re: 3 AM LLC's Foreclosure Sale Postponement & Request for Additional Legal Fees per Updated Liquidation/Litigation Plan-Legal Fees Budget; Confirmed with legal counsel re: 3 AM LLC's Foreclosure Sale Date; Discussed with legal counsel the justification & request for additional legal fees on 3 AM. Responded & discussed with borrower's legal counsel (S.Solomon) re: 3 AM LLC's Purchase of the Note/Reinstatement of the loan.

|  RVG | Loan Servicing | 3.30 195.00/hr | 643.50 |
|---|---|---|---|

Finalized & sent Technical Default (follow-up) Demand Letter to Hyo Kim/8098 Professional Blvd., Ltd re: Amended Late Charges Amount; Follow-up letter to Bragato Paving re: Incremental Monthly Payments to retire Late Charges; Finalized the Site Visit Reports on One Stop Nutrition/TB Insurance/Lodge of Sedona; Met with Matthew F. re: Reviewed/followed-up of various SBA borrowers with Technical Default issues (Delinquent Property Taxes, Financial Statements, Late Charges/Expenses, etc.). Assisted & concurred with Tim M re: Lillie Alexander/Airport Blvd. Realty's Insurance Coverage Amount.

| 4/16/2014 RVG | Loan Servicing | 5.60 195.00/hr | 1,092.00 |
|---|---|---|---|

Conferred & discussed with Appraiser re: 3 AM LLC's appraisal's on-going concern value based on projections; Spoke & discussed with A. Hughes (Investor) re: Purchase of the Note/Reinstatement of the Loan/Postponement of the Foreclosure Sale/Property Appraisal; Discussed further (numerous times) with A. Hughes (Investor) re: Obtaining copies of 3 AM's Operating Statements/STR Survey Report (Occupancy Rate);  Spoke & discussed with S. Solomon, Atty (numerous times) for Investors re: 3 AM LLC's Reinstatement and/or Payoff of the loan; Postponement of  Foreclosure Sale; & Purchase of the Note; Emailed & discussed further with Appraiser re: 3 AM LLC's appraisal based on actual operating statements/occupancy rate; Spoke & discussed with K. Hill (Investor) re: 3 AM LLC's Reinstatement and/or Payoff of the loan; Postponement of Foreclosure Sale; & Purchase of the Note; Conferred & discussed with legal counsel C. Hopkin (numerous time) re: 3 AM LLC's foreclosure strategies (postponement of sale/sell of note); Discussed & concurred with legal counsel (numerous times) re: Confidentiality Agreement, Borrow's Authorization to Negotiate Loan & Letter Agreement Waiver (Lender Liability issues)

Thomas Seaman, Receiver for SBC                                           Page    21

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

Discussed, informed & followed-up with S. Park (SBA Loan Specialist-Arkansas Servicing Center) re: 3 AM LLC's Foreclosure postponement, strategies, reinstatement and/or payoff of loan; purchase of Note/TD, appraisal of re collateral; Meeting with Kristen J. re: Formulate an excel spread sheet for payoff/reinstatement amount on 3 AM LLC; Reviewed, amended & finalized (numerous times) with Kristen re 3 AM LLC's payoff/reinstatement summary spread sheet; Again, spoke, updated, informed & provide re appraiser re: 3 AM LLC's Operating Statement/Occupancy Rate (STR Report). Again, responded, discussed & emailed Investor's atty re: Confirmation Receiver accepts pmts to postpone the foreclosure sale re: 3 AM LLC's loan Reinstatement/Payoff; Foreclosure Sale Postponement & Purchase of the Note.

| 4/16/2014 RVG | Loan Servicing | 1.90 | 370.50 |

Amended, corrected, finalized & filed the Site Visit Inspection Report on One Stop Nutrition, TB Insurance & Lodge; Extracted, printed & filed the Site Visit Inspection pictures on One Stop Nutrition, TB Insurance, Lodge at Sedona, Z&H Happy Hands Car Wash, Miramar Hotel, etc. Spoke & discussed the Forbearance Agreement with Kallappa Rampur.

195.00/hr

| 4/17/2014 RVG | Loan Servicing | 5.70 | 1,111.50 |

Responded & conferred with Note Purchaser's (S. Solomon) phone/email messages (numerous times) re: 3 AM LLC's payoff/reinstatement amount, confidentiality agreement/borrower's authorization to negotiate & postponement of foreclosure sale; Discussed & concurred with Legal Counsel (C. Hopkin) (numerous times)re: 3 AM LLC's Borrower Consent Letter for Reinstatement of the Loan/postponement of Sale; Discussed & provided legal counsel re: 3 AM LLC's loan payoff/reinstatement amount summary, names of investors & incurred legal/foreclosure fees; Followed-Up & discussed with Investor (A. Hughes) (numerous times) re: Providing the requested 3 AM LLC's operating statements/occupancy rate to complete appraisal; Discussed with Mr. Hughes the Confidentiality Agreement/Borrower's Authorization & Consent Letter Agreement; Conferred & discussed with re appraiser (numerous times) re: 3 AM LLC's Summary Appraisal based on projections/actual NOI & requested operating statements/occupancy rates information; Met conferred & recommended adjustments/additions with Kristen J. (several times) per legal counsel's advised re: 3 AM LLC's Payoff/Reinstatement Summary Report on Legal/Foreclosure Fees; Informed & discussed with the SBA re: 3AM LLC's terms/ conditions of the loan reinstatement/note purchase/sale postponement; Provided potential Note Purchaser (S. Solomon) the amount to postpone/extend 3 AM LLC's foreclosure sale for 30 days; Researched & reconciled per legal counsel's request re: 3 AM LLC's original 1st Trust Deed Holder contact information for purposes of correcting/rectifying a documentation deficiency

195.00/hr

Thomas Seaman, Receiver for SBC                                                      Page     22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

(Promissory Note Allonge).

| 4/17/2014 | RVG | Loan Servicing | 1.80 | 351.00 |
|---|---|---|---|---|

Conferred & discussed with the Borrower (J. Giarla/White Walls) re: resolved & cured the Technical Defaults issues (Reinstatement of Delinquent Property Taxes, provide current financial information & late charges payment);  Responded & discussed with Kallappa Rampur re: Forbearance Agreement's Terms/Conditions; Meeting with Matthew F. re: Follow-up for resolution of borrowers' technical default issues (Delinquent Property Taxes, Stale Financial Statements, Late Charges, etc.); Conferred with Tim M. re: Aung Solvang Lodge Insurance Coverage.

| 4/18/2014 | RVG | Loan Servicing | 5.10 | 994.50 |
|---|---|---|---|---|

Conferred & discussed with re appraiser re: 3 AM LLC's completion of the subject property appraisal, payment of the fees & verbal/hard copy appraisal value; Reviewed, discussed & suggested inputs with legal counsel (C. Hopkin) re: Foreclosure Sale Continuance Letter's terms/conditions; Finalized & amended thru Legal Counsel re: 3 AM LLC's Foreclosure Continuance Agreement Letter; Phone call from Mr. Patel (Investor/buyer) & discussed re: 3 AM LLC's foreclosure sale bidding procedures, purchase of note/td, purchase of OREO from Receiver & requested 3 AM's financial information; Phone call from A. Hughes (Investor/buyer) & discussed re: 3 AM LLC's foreclosure sale proceedings, request for postponement, purchase of note/td, purchase of OREO from foreclosure sale.

|  | RVG | Loan Servicing | 1.10 | 214.50 |
|---|---|---|---|---|

195.00/hr for rows above.

Met with Kristen J. re: 3 AM LLC's final version of the Reinstatement/Payoff Summary Report & payment of appraisal fees on the real property collateral; Met & discussed with Matthew F. re: Follow-up Demand Letters on numerous borrowers with Technical Defaults (Delinquent Property Taxes, Stale Financial Information, Late Charges, etc.) Met & assisted Tim M. re: Strawberry Inn's Insurance Coverage amount.

| 4/21/2014 | RVG | Loan Servicing | 4.60 | 897.00 |
|---|---|---|---|---|

Discussed & emailed SBA Steve Park re: 3 AM LLC's application of funds/proceeds postponement fees to interest first then principal; Discussed with S. Park (SBA) re: Purchase of the Note/TD by potential Buyers/Bidders of property collateral; Conferred, discussed & finalized the appraisal report with re appraiser re: 3 AM LLC's appraised value of the Hotel; Reviewed & discussed the Foreclosure Continuance Letter re: 3 AM LLC's Foreclosure Sale postponement of the real property collateral; Conferred, discussed & agreed with legal counsel re: 3 AM LLC's payee's on the Cashier's Check/foreclosure final bid disclosure; Conferred & discussed with legal counsel re: Meetings with potential buyers/purchaser of Note/TD & postponement of sale;  Finalized, concurred & emailed to potential note purchaser/bidders; Finalized, concurred & emailed thru legal counsel the Foreclosure

Thomas Seaman, Receiver for SBC                                                      Page    23

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | Hrs/Rate          | Amount   |
|--------------|-----|--------------|--------------|----------|
|              |     | Continuance Letter re: 3 AM LLC's Foreclosure Sale postponement of the real property collateral in exchange for some monetary consideration; |                   |          |
| 4/21/2014    | RVG | Loan Servicing<br>Amended, corrected, finalized & sent to numerous borrowers (Meyer's Castle, Strawberry Inn, Complete Senior Living, Valley Produce, Inc., Edge Partners & Focus Hospitality & Palo Alto Lodge) re: Followed up 1st Technical Default DMD Letter (Delinquent Property Taxes). | 2.30<br>195.00/hr | 448.50   |
| 4/22/2014    | RVG | Loan Servicing<br>3.2 hours travel to Baltimore, Maryland to attend a Trustee's Sale w/ Legal Counsel, Meetings with Borrowers/legal counsels, Foreclosure Bidders, Note Purchasers, SBA & Hotel Brokers; conduct the mandatory site visit inspections, pursuant to the SBA SOP 50 51 2(A)/50 57 re: 3 AM LLC. (Half Pay Travel Time). | 3.20<br>195.00/hr | 624.00   |
|              | RVG | Loan Servicing<br>Attended the Strategy (Trustee's Sale) meeting with Legal Counsel, re: 3 AM LLC foreclosure proceedings, postponement of sale & sale of note; Met with potential investor K. Hill re: 3 AM LLC's Note/Trust Deed purchase prior to sale; Responded to foreclosure Bidders inquiries re: 3 AM LLC foreclosure sale & opening/final bids;  Confirmed telephonically with borrowers & its attorney re: 3 AM LLC's meeting to postpone sale/discuss payoff of the loan; Discussed telephonically with A. Hughes (investor) re: Reinstatement of property taxes/payoff of loan. | 2.60<br>195.00/hr | 507.00   |
|              | RVG | Loan Servicing<br>Responded to borrowers' (D. Sherwin/Kallappa Rampur phone/email messages re: Loan Refinance, Payoff & Forbearance Agreement; Responded to SBA's inquiry re: 3 AM LLC's foreclosure proceedings' status & sale postponement justification. | 2.40<br>195.00/hr | 468.00   |
| 4/23/2014    | RVG | Loan Servicing<br>Attended meeting with legal counsel, borrowers & its attorney re: 3 AM LLC's foreclosure sale postponement, 2 loan payments to extend sale & payoff of loan by virtue of a refinance or purchase of the Note/TD; Attended the foreclosure sale with legal counsel re: 3 AM LLC's foreclosure sale & postponement;; Met with various potential buyers/bidders/purchasers of note/td at the sale with legal counsel & borrowers' legal counsel re: 3 AM LLC's foreclosure sale bidding instructions (bid amounts) & postponement, sale of note/td at no discount & payment of delinquent property taxes & possible discount; Conducted the required & overdue site visit inspection re: 3 AM LLC's real property collateral; Met with potential re hotel brokers re: 3 AM LLC's possible management /operation  of the hotel. | 5.30<br>195.00/hr | 1,033.50 |

Thomas Seaman, Receiver for SBC                                                    Page    24

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

4/23/2014 RVG  Loan Servicing
Responded to borrowers' email/phone messages & sent follow up
Demand Letters to borrowers' (Aung Solvang, Kallappa Rampur,
Complete Senior Living, Bragato Paving, Lodge at Sedona, Meyers
Castle, etc.) re: Servicing/Technical Defaults issues (Refinances,
Delinquent Property Taxes, Stale Financial Information,
Pre-Payment Penalties Waivers, etc.)

                                                                1.70     331.50
 195.00/hr

RVG  Loan Servicing
3.3 hours travel to Baltimore, Maryland to attend 3 AM LLC's
Trustee's Sale w/ Legal Counsel, Meetings with Borrowers/legal
counsels, Foreclosure Bidders, Note Purchasers, SBA & Hotel
Brokers re: 3 AM LLC; Conduct the mandatory site visit
inspections, pursuant to the SBA SOP 50 51 2(A)/50 57 re: 3 AM
LLC. (Half Pay Travel Time).
         3.30     643.50
 195.00/hr

4/24/2014 RVG  Loan Servicing
Phone call from A. Hughes (investor) & discussed re: 3 AM LLC's
loan reinstatement and/or payoff; Also discussed the execution of
the Confidentiality/Continuance Agreement; Conferred & discussed
with legal counsel re: Amendment/revision of 3 AM LLC's
Promissory Note.'s Allonge, Foreclosure Sale Postponement,
Delinquent Property Taxes's Sale date & sale/purchase of the
Note/TD; Researched & sent to legal counsel re: Advant/Vesting
Mortgage information to amend Allonge; Spoke & discussed with
Jennifer of Advant Mortgage re: 3 AM LLC's Promissory Note
Allonge amendment & correction; Responded & concurred with
SBA (Steve Park) re: 3 AM LLC's revision of the Litigation Plan for
additional legal fees; Sent Steve Park of SBA Arkansas Service
Center re: 3 AM LLC's Final Version of Appraisal;  Prepared &
drafted 3 AM LLC's Site Visit Inspection Report; Met with Thomas
Seaman/Kristen J. re: 3 AM LLC's Cashier's Checks
endorsement/application of funds, Updated Thomas Seaman of 3
AM LLC's Foreclosure Status; Prepared a 327 Action (Memo to
File) memorializing 3 AM LLC's foreclosure proceedings pursuant
to SBA SOP 50 57/FMLP Guidelines.
         5.30   1,033.50
 195.00/hr

RVG  Loan Servicing
Met with Kristen J. re: 3 AM LLC's proceeds (postponement)
application of expenses, accrued interest & principal balance to the
loan; Met with Matthew F. & discussed re: Follow up/update on the
SBA 7(a)/504 borrowers: Servicing/technical defaults issues
(Delinquent Property Taxes, Financial Statements, Late Charges,
Insurance, etc.); Assisted Tim M. on insurance coverage issue for
JV Mattress. Prepared & drafted the Demand Letter to borrower
(JV Mattress) re: Personal Property Hazard Insurance Coverage.
Prepared & drafted follow up Demand Letters (Technical Defaults)
on various borrowers (Strawberry Inn, Justin Giarla, Valley
Produce, Edge Partners, Focus Hospitality, Palo Alto Lodge, etc.)
         3.90     760.50
 195.00/hr

Thomas Seaman, Receiver for SBC

Page   25

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2014 | RVG | Loan Servicing<br>Phone Call from A. Hughes (Investor) & discussed re: 3 AM LLC's Reinstatement of Property Taxes/Note Purchase; Conferred & discussed with legal counsel re: Investor's plan to reinstate property taxes/purchase note prior to 2nd sale; Also, discussed with legal counsel if taxes not current w/in 3 business days, Receiver to advance money through legal counsel's; Finalized & filed Site Visit Inspection Report re: 3 AM LLC; Extracted, printed & filed Site Visit Pictures re: 3 AM LLC. | 2.40<br>195.00/hr | 468.00 |
| | RVG | Loan Servicing<br>Phone call from J. Dougherty (Edge Partners) & discussed the reinstatement of delinquent property taxes & cure of technical defaults by deadline; Finalized & sent follow up Demand Letter to numerous borrowers (Palo Alto Lodge, Focus Hospitality, Valley Produce, White Walls, Sedona Lodge, etc.) | 2.30<br>195.00/hr | 448.50 |
| 4/28/2014 | RVG | Loan Servicing<br>Responded & discussed with legal counsel's email re: 3 AM LLC's Delinquent Property Taxes payment prior to County Certificate Sale, Note/Trust Deed Purchase, Foreclosure Sale Postponement & Payment of Invoices; Reviewed & concurred with legal counsel re: 3 AM LLC's new Notice of Sale Publication; Responded & discussed W/D. Patel (La Quinta Inn) phone call messages re: Purchase of the Note/TD prior to sale and/or purchase of the real property collateral at the Trustee's Sale;  Responded & discussed with A. Hughes (Investor)  re: Deadline to pay property taxes, purchase of the note, assignment of foreclosure & providing current financial statement; Met with Kristen J. re: 3 AM LLC's Property Taxes Wiring Instruction to legal counsel office. | 2.90<br>195.00/hr | 565.50 |
| | RVG | Loan Servicing<br>Responded & discussed with borrower Focus Hospitality the technical default issues re: Delinquent Property Taxes, Payment deadline & Installment plan; Responded & discussed with borrower's (Complete Senior Living) Bank (Heritage Bank of Commerce) re: Refinance and/or payoff of the SBA Loan; Spoke & discussed with borrowers (David/Shema Sherwin) re: Refinance and/or payoff of SBA loans, Referrals to other Banks & payment of delinquent property taxes;  Sent follow-up technical default letter to Palo Alto Lodge re: Delinquent Property Taxes; Extracted & copied site visit inspection pictures on various SBA/504 loans. Assisted Tim M. on Insurance issues re: Strawberry Inn; Informed & discussed with Kallappa Rampur (borrower) re: Forbearance Agreement Terms/Conditions of Repayment Schedule. | 4.40<br>195.00/hr | 858.00 |
| | RVG | Loan Servicing<br>Met with Thomas Seaman to discuss re: Kallappa Rampur's Forbearance Agreement & SBA's Loan Portfolio Audit Findings by the SBA Audit Group;  Reviewed, corrected & amended Kallappa Rampur's Forbearance Agreement; Reviewed & analyzed the | 2.80<br>195.00/hr | 546.00 |

Thomas Seaman, Receiver for SBC                                                     Page     26

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

SBA's Loan Portfolio Audit Findings Report on SB Capital LLC.

| 4/30/2014 | RVG | Loan Servicing | 4.90 | 955.50 |
|---|---|---|---|---|
|  |  | Conferred & discussed with legal counsel (C. Hopkin) re: 3 AM LLC's wiring/payment of property taxes, borrower's substitution of attorney & scheduled foreclosure sale; Phone call to borrower/investor re: 3 AM LLC's reinstatement of loan/property taxes; Phone call from Investor re: 3 AM LLC's foreclosure sale, reinstatement of loan/property taxes by potential bankruptcy proceedings; Met & conferred with Kristen K. re: 3 AM LLC's Wire transfer Funds & Payment of legal fees & Kallappa Rampur's payment of delinquent property taxes; Met & discussed with Matthew F. re: Technical Defaults issues on various loans; Finalized & sent Technical Defaults Demand Letters on Valley Produce, Justin Giarla, Palo Alto Lodge, Wok Start, One World Inn, Meyers Castle, etc.); Follow up phone call to various SBA 7(a)/504 borrowers (Sherwins, Bragato, Strawberry Inn, Dr. Kim, etc.); Spoke & discussed with Strawberry Inn/Meyers Castle/Shema Sherwin re: Payment of the property taxes, installment plan, providing financial statements & late charges payment. | 195.00/hr |  |

| 4/10/2014 | TAS | Loan Servicing | 0.40 | 150.00 |
|---|---|---|---|---|
|  |  | Reviewed collections. | 375.00/hr |  |

| 4/30/2014 | TAS | Loan Servicing | 0.40 | 150.00 |
|---|---|---|---|---|
|  |  | Reviewed collections. | 375.00/hr |  |

| 4/1/2014 | TM | Loan Servicing | 0.10 | 17.50 |
|---|---|---|---|---|
|  |  | Email to Kristen and checked on and gathered check from CalTrans re sewer line damage. | 175.00/hr |  |

|  | TM | Loan Servicing | 1.90 | 332.50 |
|---|---|---|---|---|
|  |  | Calls and emails to agents re new certs needed for insurance of loans. Initial calls to agents to track down insurance holder re cancellation notices that came in for loans which may have previously terminated. Gathered contact info. | 175.00/hr |  |

|  | TM | Loan Servicing | 0.10 | 17.50 |
|---|---|---|---|---|
|  |  | Call from Tamasebi re insurance issues. | 175.00/hr |  |

|  | TM | Loan Servicing | 1.80 | 315.00 |
|---|---|---|---|---|
|  |  | Calls and emails to agents re Bianchi, Sanai, Iguanas, Bragato loans. Checked on JV Mattress BPP insurance. | 175.00/hr |  |

| 4/2/2014 | TM | Loan Servicing | 2.90 | 507.50 |
|---|---|---|---|---|
|  |  | Searched for information on second property requiring insurance for Z&H. Call to Farmers. Checking on insurance docs for other borrowers and made calls to agents. Calls on Sanai loan insurance, Bragato. Received other certs and entered info onto | 175.00/hr |  |

Thomas Seaman, Receiver for SBC                                              Page    27

|            |    |                                                                                                                                                                                                                                                                                                                                      | Hrs/Rate | Amount |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|            |    | spreadsheet and Outlook for followup.                                                                                                                                                                                                                                                                                                 |          |        |
| 4/3/2014   | TM | Loan Servicing<br>Call from borrower re getting loan statement. Email to Matthew re same.                                                                                                                                                                                                                                             | 0.10<br>175.00/hr | 17.50 |
|            | TM | Loan Servicing<br>Received Happy Hands insurance info. Saved to files, printed and reviewed for accuracy. Edits to ATPI pdf and spreadsheets re insurance info received today and Z&H info.                                                                                                                                            | 0.40<br>175.00/hr | 70.00 |
| 4/4/2014   | TM | Loan Servicing<br>Review of documents sent from insurance agents. Sent requests to agents re upcoming renewals.                                                                                                                                                                                                                       | 0.20<br>175.00/hr | 35.00 |
|            | TM | Loan Servicing<br>Discussion with Rafael re insurance needs of Ferchoff Sedona property. Investigated needs and reviewed status for Rafael.                                                                                                                                                                                            | 0.10<br>175.00/hr | 17.50 |
| 4/7/2014   | TM | Loan Servicing<br>Review of insurance docs sent to me and researched if some were for closed loans. Updated spreadsheet of insurance info.                                                                                                                                                                                            | 1.50<br>175.00/hr | 262.50 |
| 4/8/2014   | TM | Loan Servicing<br>Received insurance cancellation notices for two properties, investigated in the files of several properties to determine if these properties were part of active loans. Emails to the borrowers re same.  Calls, emails to agents re other insurances for loans. Updates to spreadsheet. Reviewed Aung Solvang insurance needs and edits to spreadsheet. Prepared letter to send if info not received. | 2.40<br>175.00/hr | 420.00 |
|            | TM | Loan Servicing<br>Review of 4 loans which have insurance expiring within next 15 days and prepared letters to agents re needs.  Updated spreadsheet re same.                                                                                                                                                                           | 1.00<br>175.00/hr | 175.00 |
| 4/9/2014   | TM | Loan Servicing<br>Email to borrower re need for payment on policy.  Review of other policies, requests to agencies.                                                                                                                                                                                                                   | 1.00<br>175.00/hr | 175.00 |
| 4/11/2014  | TM | Loan Servicing<br>Received email with certs and evidences. Checked against needs, saved to pubocs. Calls and emails to agents re similar items.                                                                                                                                                                                        | 2.50<br>175.00/hr | 437.50 |
|            | TM | Loan Servicing<br>Call from borrower, gave email address for contact purposes re loan.                                                                                                                                                                                                                                                | 0.10<br>175.00/hr | 17.50 |

Thomas Seaman, Receiver for SBC                                                        Page    28

|              |    |                                                                                                                                                                                    | Hrs/Rate            | Amount  |
|--------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|---------|
| 4/14/2014    | TM | Loan Servicing<br>Sent followup email to Bianchi insurance agent as previous email was revoked by server. Received call re same, sent additional info. Received certs, checked for problems. Sent request re problems. | 0.60<br>175.00/hr   | 105.00  |
|              | TM | Loan Servicing<br>Follow up call to Sanai insurance agent re need for Evidence of Property Insurance and other issues previously sent to agent. | 0.30<br>175.00/hr   | 52.50   |
|              | TM | Loan Servicing<br>Call from agent / advisor to Mr. Hu re outstanding loan. Email to Kristen re same. | 0.10<br>175.00/hr   | 17.50   |
|              | TM | Loan Servicing<br>Email reply to Tom re issues regarding insurance needs of borrowers. | 0.20<br>175.00/hr   | 35.00   |
|              | TM | Loan Servicing<br>Email from Sherwin re account statement. Email to Kristen re same. | 0.10<br>175.00/hr   | 17.50   |
|              | TM | Loan Servicing<br>Received certs for Lillie Alexander loan and checked against previous, made edits to spreadsheet re changes to BPP, Workers Comp, Property insurance. | 0.30<br>175.00/hr   | 52.50   |
|              | TM | Loan Servicing<br>Called and talked with Wendy Bentley who says they will send out a revised Evidence today.  Received Evid and Cert.  Checked against requested info and edits to spreadsheet. | 0.40<br>175.00/hr   | 70.00   |
|              | TM | Loan Servicing<br>Review of items to gather for Edge Partners, Airport Blvd Realty, Z&H, 3AM, Focus Hospitality. Filed some previous documents into original files. | 0.40<br>175.00/hr   | 70.00   |
| 4/15/2014    | TM | Loan Servicing<br>Reviewed appraisal to determine if insurance covers value of property for Lillie Alexander loan. | 0.50<br>175.00/hr   | 87.50   |
|              | TM | Loan Servicing<br>Call from agent for Z&H. Replied re request. Received new evidence in mail and reviewed. | 0.60<br>175.00/hr   | 105.00  |
| 4/16/2014    | TM | Loan Servicing<br>Received cancellation notice re Vaitys, Strawberry Inn. Review of account. | 0.10<br>175.00/hr   | 17.50   |
| 4/17/2014    | TM | Loan Servicing<br>Review of account Vaitys, Strawberry Inn, call to agent re cancellation. Discussed notice of default to be sent out by Rafael re | 0.20<br>175.00/hr   | 35.00   |

Thomas Seaman, Receiver for SBC                                                                    Page      29

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | prop taxes and insurance issues. |  |  |
| 4/17/2014 | TM | Loan Servicing<br>Called and LM with agent for JV Mattress re BPP insurance. | 0.20<br>175.00/hr | 35.00 |
|  | TM | Loan Servicing<br>Call, LM with agent for Aung Solvang re cancellation notice. | 0.10<br>175.00/hr | 17.50 |
|  | TM | Loan Servicing<br>Updates to insurance spreadsheet reflecting changes to account info. | 0.30<br>175.00/hr | 52.50 |
| 4/18/2014 | TM | Loan Servicing<br>Call to insurance agent for Strawberry Inn requesting letter from Receiver that the deductible must not exceed $2,500. Wrote letter for Tom's signature. Updates to spreadsheet with other insurance information. | 0.50<br>175.00/hr | 87.50 |
| 4/21/2014 | TM | Loan Servicing<br>Email from insurance agent re Strawberry Inn with news that insurance company will accept lower deductible per our request. Made pdf and saved. | 0.10<br>175.00/hr | 17.50 |
|  | TM | Loan Servicing<br>Received insurance certs, made pdfs of same, entered onto spreadsheet and reviewed items for the week. | 1.10<br>175.00/hr | 192.50 |
| 4/24/2014 | TM | Loan Servicing<br>Received new policy declarations and certs for Kellerman, scanned, input onto spreadsheet changes and checked against requests. Filed. | 0.20<br>175.00/hr | 35.00 |
|  | TM | Loan Servicing<br>Discussion with Matthew and Rafael re JV Mattress need for BPP insurance. Call to agent requesting quotes. | 0.40<br>175.00/hr | 70.00 |
| 4/25/2014 | TM | Loan Servicing<br>Call and email to agent for JV Mattress re need for BPP insurance and requested proposal. | 0.30<br>175.00/hr | 52.50 |
| 4/28/2014 | TM | Loan Servicing<br>Received insurance docs and reviewed for changes. Edits to spreadsheet, made pdfs and filed. | 0.20<br>175.00/hr | 35.00 |
|  | TM | Loan Servicing<br>Email to insurance agent re getting proposal for BPP Insurance for JV Mattress. | 0.20<br>175.00/hr | 35.00 |
|  | TM | Loan Servicing<br>Calls to agents re Lillie Alexander needed certs for BPP and for Workers Comp. Received emails, scanned documents, revision to | 0.50<br>175.00/hr | 87.50 |

Thomas Seaman, Receiver for SBC                                                    Page    30

|            |    |                                                                              | Hrs/Rate   | Amount |
|------------|----|------------------------------------------------------------------------------|------------|--------|
|            |    | Agreements to Provide Insurance for future use.                              |            |        |
| 4/28/2014  | TM | Loan Servicing<br>Email to agent for Nina Sanai re repeated requests. Reviewed file to determine any changes needed. | 0.20<br>175.00/hr | 35.00  |
|            | TM | Loan Servicing<br>Call to Valley Produce insurance agent re need for renewal. Told that renewal payment had not been paid as of yet. Notified Rafael. | 0.20<br>175.00/hr | 35.00  |
|            | TM | Loan Servicing<br>Call to agent for Iguanas.                                 | 0.20<br>175.00/hr | 35.00  |
| 4/29/2014  | TM | Loan Servicing<br>Email and call to JV Mattress insurance agent re need for proposal or evidence of insurance re BPP. | 0.20<br>175.00/hr | 35.00  |
|            | TM | Loan Servicing<br>Call to insurance agent for Sanai re evidence.            | 0.20<br>175.00/hr | 35.00  |
|            | TM | Loan Servicing<br>Received endorsement and updated spreadsheet for Northwoods. Made pdf. Call to agent and LM re incorrect address of Loss Payee. | 0.20<br>175.00/hr | 35.00  |
|            | TM | Loan Servicing<br>LM with agent for Iguanas re need for cert.               | 0.10<br>175.00/hr | 17.50  |
|            | TM | Loan Servicing<br>Received evidence of deductible change to $2500. Made pdf and checked against requirements. | 0.10<br>175.00/hr | 17.50  |
|            | TM | Loan Servicing<br>Call to agent for Valley Produce re renewal payment.      | 0.10<br>175.00/hr | 17.50  |
|            | TM | Loan Servicing<br>LM with agent for Bob's Iron re renewal papers. Received new evidence of insurance and checked against requirements, edits to spreadsheet, saved. | 0.30<br>175.00/hr | 52.50  |
|            | TM | Loan Servicing<br>Review of Bragato insurances for both properties. Call to agent. Review of loan files and sorted documents for files. | 0.40<br>175.00/hr | 70.00  |
|            | TM | Loan Servicing<br>Updated email and contact info of several insurance agents. | 0.20<br>175.00/hr | 35.00  |
| 4/30/2014  | TM | Loan Servicing<br>Email to agent for JV Mattress requesting proposal for third time. | 0.10<br>175.00/hr | 17.50  |

Thomas Seaman, Receiver for SBC                                                    Page    31

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/30/2014 | TM | Loan Servicing<br>Letter to agent for Northwoods Inn and sent via facsimile with required revisions to policy. Call to agent for Northwoods Inn and LM re changing address listed on Loss Payee portion of policy as it is correct with the Mortgagee listing. | 0.40<br>175.00/hr | 70.00 |
| | TM | Loan Servicing<br>Review of Bob's Iron evidence of insurance, email to agent re need to list all borrowers. | 0.40<br>175.00/hr | 70.00 |
| | | SUBTOTAL: | [    276.80 | 44,055.00] |

Project Management

| | | | | |
|---|---|---|---|---|
| 4/1/2014 | AJ | Project Management<br>Work on collecting information requested by the DOJ. Conferred with Tom and Kristen re same. | 0.70<br>175.00/hr | 122.50 |
| | AJ | Project Management<br>Follow up with Dan re file copying for DOJ. | 0.20<br>175.00/hr | 35.00 |
| 4/3/2014 | AJ | Project Management<br>Work on reports for the DOJ. | 1.40<br>175.00/hr | 245.00 |
| 4/4/2014 | AJ | Project Management<br>Review data from Huron that is for the DOJ.  Prepare and fed ex to agent pursuant to subpoena. | 0.80<br>175.00/hr | 140.00 |
| 4/8/2014 | AJ | Project Management<br>Export investor address list from Trustworks, compare to original import list.  Send both reports to Matthew with instructions to see me for direction. | 0.20<br>175.00/hr | 35.00 |
| 4/18/2014 | AJ | Project Management<br>Calls with Tom re Feathers' request for records.  Emails with Huron legal re getting copies of Quickbooks files sent to David Zaro. Follow up with Tom re same.  Emails to/ from Darielle, Geoff, Tom, etc. | 0.70<br>175.00/hr | 122.50 |
| 4/22/2014 | AJ | Project Management<br>Received email from Huron re Quickbooks files requested, review files and respond. | 0.20<br>175.00/hr | 35.00 |
| 4/28/2014 | AJ | Project Management<br>Calls with David Zaro re Quickbooks files from Huron. | 0.20<br>175.00/hr | 35.00 |
| | AJ | Project Management<br>Call with David Zaro re Quickbooks files. | 0.10<br>175.00/hr | 17.50 |

Thomas Seaman, Receiver for SBC                                              Page    32

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | SUBTOTAL: |  | [    4.50 | 787.50] |

Receiver _____

| 4/1/2014 | TAS | Receiver<br>Review draft litigation plan on 3 AM loan, conferred with Rafael re revisions needed. | 0.30<br>375.00/hr | 112.50 |
| 4/2/2014 | TAS | Receiver<br>Confered with Rafael re 3 AM foreclosure, possible bankruptcy filing, SBA. | 0.20<br>375.00/hr | 75.00 |
|  | TAS | Receiver<br>Confered with Rafael re Rampur forbearance. | 0.20<br>375.00/hr | 75.00 |
|  | TAS | Receiver<br>Research to claimants payments and convey calculations to them. | 0.30<br>375.00/hr | 112.50 |
| 4/4/2014 | TAS | Receiver<br>Telephone call with investor re questions re sale process, Feathers' objections re Voit fee, fee is not due and payable unless a sale is consummated, receiver does not participate in kick back, Feathers' contention receiver will sell the assets for less than value, sale process specifically allows receiver to withdraw from sale if price is not satisfactory, alternative of liquidating trust, concern over misinformation from Feathers.<br>mf | 0.40<br>375.00/hr | 150.00 |
|  | TAS | Receiver<br>Telephone call with Ted Fates re administrative motion. | 0.30<br>375.00/hr | 112.50 |
|  | TAS | Receiver<br>Prepare loan servicing budget, review quotes from outsourcers, Telephone call with Ted Fates re same. | 0.60<br>375.00/hr | 225.00 |
|  | TAS | Receiver<br>Telephone call with Ray Dagnino of Bureau of Real Estate re Feathers' complaint.<br>mf | 0.40<br>375.00/hr | 150.00 |
| 4/7/2014 | TAS | Receiver<br>Direct Tim to retrieve salient documents for Bureau of Labor complaint filed by Feathers; prepare email to investigator re same.<br>mf | 0.60<br>375.00/hr | 225.00 |
|  | TAS | Receiver<br>Read Feathers' filing, more of the same.<br>mf | 0.30<br>375.00/hr | 112.50 |

Thomas Seaman, Receiver for SBC                                                                Page    33

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2014 | TAS | Receiver<br>Meet with Kristen and Alison re draft trial balances, audit report, review accounting and emails re same. | 1.10<br>375.00/hr | 412.50 |
| 4/8/2014 | TAS | Receiver<br>Met with Alison and Kristen re tax returns. | 0.80<br>375.00/hr | 300.00 |
| | TAS | Receiver<br>Prepared summary analysis of outsourcing proposals. | 0.60<br>375.00/hr | 225.00 |
| 4/9/2014 | TAS | Receiver<br>Conference call with Todd re corporate tax returns for 2011 and 2012, conferred re draft trial balances. | 0.60<br>375.00/hr | 225.00 |
| | TAS | Receiver<br>Assembled SBA operating procedures and forwarded to counsel for administrative motion. | 0.40<br>375.00/hr | 150.00 |
| | TAS | Receiver<br>Conferred with Kristen re estimated payments, need to revisit number as looks too low. | 0.20<br>375.00/hr | 75.00 |
| | TAS | Receiver<br>Telephone call with tax counsel re sub chapter 2 income flow through to Feathers, can reduce 2012 income re forgiveness of debt due to insolvency of corporation. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Reviewed and signed checks for bills, reviewed cash position. | 0.30<br>375.00/hr | 112.50 |
| 4/10/2014 | TAS | Receiver<br>Conferred with Alison re corrections needed on E.C. claim. | 0.20<br>375.00/hr | 75.00 |
| | TAS | Receiver<br>Meeting with SBA's Inspector General's office. | 0.50<br>375.00/hr | 187.50 |
| | TAS | Receiver<br>Telephone call with David Zaro re status, Feathers, taxes, etc.<br>mf | 0.30<br>375.00/hr | 112.50 |
| 4/11/2014 | TAS | Receiver<br>Read draft motion, telephone call with Ted Fates re same. | 0.40<br>375.00/hr | 150.00 |
| 4/12/2014 | TAS | Receiver<br>Analyze loan servicing fees, prepare budget for fees going forward, summarize for motion. | 0.80<br>375.00/hr | 300.00 |
| | TAS | Receiver<br>Prepare narrative for motion. | 3.10<br>375.00/hr | 1,162.50 |

Thomas Seaman, Receiver for SBC                                                    Page    34

|            |     |                                                                                                                        | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 4/12/2014  | TAS | Receiver<br>Revised Ted Fates administrative motion, added budget, added actuals for last six months, prepared comparison to outsource bids, reorganized. | 3.20<br>375.00/hr | 1,200.00  |
|            | TAS | Receiver<br>Review Feathers' email traffic re taxes, prepare summary of facts for counsel.<br>mf | 0.60<br>375.00/hr | 225.00    |
|            | TAS | Receiver<br>Prepared summary of tax filing status to SEC. | 0.30<br>375.00/hr | 112.50    |
| 4/14/2014  | TAS | Receiver<br>Responded to investor email re timing of next distribution. | 0.20<br>100.00/hr | 20.00     |
|            | TAS | Receiver<br>Responded to investor email re assets value, how second distribution will be calculated. | 0.30<br>100.00/hr | 30.00     |
|            | TAS | Receiver<br>Reviewed complaint re investor who received large amount of principal back prior to appointment of receiver. | 0.20<br>375.00/hr | 75.00     |
| 4/15/2014  | TAS | Receiver<br>Revised administrative motion regarding servicing costs. | 1.70<br>375.00/hr | 637.50    |
|            | TAS | Receiver<br>Revised fee application and added  narrative. | 0.70<br>375.00/hr | NO CHARGE |
|            | TAS | Receiver<br>Conferred with Kristen re payment of estimated taxes for QSF. | 0.20<br>375.00/hr | 75.00     |
|            | TAS | Receiver<br>Received highly derogatory email from Mr. Feathers, profane.<br>mf | 0.20<br>375.00/hr | 75.00     |
|            | TAS | Receiver<br>Reviewed emails from Court re letters filed by investors in support of sale motion. | 0.30<br>375.00/hr | 112.50    |
| 4/16/2014  | TAS | Receiver<br>Received email from Mrs. Feathers.<br>mf | 0.20<br>375.00/hr | 75.00     |
|            | TAS | Receiver<br>Telephone call with David Zaro re Feathers' communications, investor letters sent to Court in support of sale motion.<br>mf | 0.20<br>375.00/hr | 75.00     |

Thomas Seaman, Receiver for SBC

Page    35

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/16/2014 | TAS | Receiver<br>Conferred with Kristen re timing of 2012 corporate return and 2013 QSF. | 0.20<br>375.00/hr | 75.00 |
| 4/19/2014 | TAS | Receiver<br>Emails with Feathers and his wife re website.<br>mf | 0.40<br>375.00/hr | 150.00 |
| 4/20/2014 | TAS | Receiver<br>Emails with Feathers (Easter).<br>mf | 0.20<br>375.00/hr | 75.00 |
| 4/22/2014 | TAS | Receiver<br>Telephone call with John Bulgozdy re Friday's hearing, status of case, information re broker, loan data, servicing cost. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Assembled information for John Bulgozdy and prepared email re same. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Edited website update language, directed Tim re documents to post. | 0.70<br>375.00/hr | 262.50 |
| | TAS | Receiver<br>Calls with Tim re website issues. | 0.40<br>375.00/hr | 150.00 |
| 4/23/2014 | TAS | Receiver<br>Conferred with Kristen re draft corporate returns, not corrections needed. | 0.50<br>375.00/hr | 187.50 |
| 4/24/2014 | TAS | Receiver<br>Conferred with Rafael re 3AM visit, foreclosure delay, collection of partial payment, SBA, etc. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Assembled documents, prepared for hearing. | 0.70<br>375.00/hr | 262.50 |
| | TAS | Receiver<br>Travel time at 50% of time to San Jose. | 1.30<br>375.00/hr | NO CHARGE |
| | TAS | Receiver<br>Review email from SBA re sale process, 3AM foreclosure, allonge, etc, coordinate call, Telephone call with David re same. | 0.40<br>375.00/hr | 150.00 |
| 4/25/2014 | TAS | Receiver<br>Met with counsel, attended hearing. | 3.20<br>375.00/hr | 1,200.00 |
| | TAS | Receiver<br>Read papers filed by Mr. Feathers after today's hearing re reorganization parameters, analyzed net operating income and yield, yield is based on loan balance not on invested capital, | 0.60<br>375.00/hr | 225.00 |

Thomas Seaman, Receiver for SBC                                                        Page    36

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | assumes no second distribution from investors, proposed CEO is insider that raised money from investors.<br>mf | | |
| 4/28/2014 | TAS | Receiver<br>Read email from SBA re audit report and fee; read audit findings, conferred with Rafael re same. | 0.80<br>375.00/hr | 300.00 |
| | TAS | Receiver<br>Review and revise forbearance, recalculate unpaid principal, discount, new property tax and expenses numbers, accrue interest and re-amortize, revise language in forbearance agreement and direct Rafael re changes. | 1.30<br>375.00/hr | 487.50 |
| 4/29/2014 | TAS | Receiver<br>Read email from Feathers re letter from investor; retrieved distribution calculations and provided to SEC.<br>mf | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Review draft returns for execution, still issues, conferred re trial balance and entries, direct Kristen and Alison re same and follow up. | 0.80<br>375.00/hr | 300.00 |
| 4/30/2014 | TAS | Receiver<br>Reviewed and signed checks for bills, reviewed cash position. | 0.30<br>375.00/hr | 112.50 |
| | TAS | Receiver<br>Reviewed revised draft of Rampur forbearance, made additions, reviewed property tax number, incorporate correct pay-, reviewed numbers, and revised narrative on other certain terms. | 0.60<br>375.00/hr | 225.00 |
| | | SUBTOTAL: | [      35.10 | 12,275.00] |
| | | Receivership Administration | | |
| 4/1/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website. | 0.20<br>125.00/hr | 25.00 |
| 4/2/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |
| 4/3/2014 | DC | Receivership Administration<br>Verify backup. | 0.10<br>125.00/hr | 12.50 |

Thomas Seaman, Receiver for SBC                                                    Page    37

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2014 | DC | Receivership Administration<br>Check pacer for response filed by SEC. | 0.10<br>125.00/hr | 12.50 |
| 4/4/2014 | DC | Receivership Administration<br>Change backup tape at remote location.  Verify previous backup. | 0.60<br>125.00/hr | 75.00 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website.  Read recent filings by Mark<br>Feathers and printed for Tom Seaman.  Printed recent Order for<br>Tom to review.<br>mf | 0.40<br>125.00/hr | 50.00 |
| 4/7/2014 | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and<br>for posting on receivership website.  Reviewed, printed and passed<br>to Tom Seaman. | 0.20<br>125.00/hr | 25.00 |
| 4/8/2014 | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
| 4/9/2014 | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
| 4/10/2014 | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
| 4/11/2014 | DC | Receivership Administration<br>Changed backup tape at remote location. | 0.70<br>125.00/hr | 87.50 |
|  | DC | Receivership Administration<br>Assisted Dan Pryor with shutdown of servers due to planned power<br>outage. | 0.60<br>125.00/hr | 75.00 |
|  | DC | Receivership Administration<br>Reviewed cooling situation with the server room in Santa Ana with<br>Dan Pryor.  Reviewed various solutions.  Updated Tom Seaman on<br>our plans. | 0.30<br>125.00/hr | 37.50 |
| 4/13/2014 | DC | Receivership Administration<br>Met with Dan Pryor to bring servers back online after planned<br>power outage on Saturday night.  Mounted all drives, checked<br>temperature of server room before and after entry.  Met with<br>contractor regarding installing a larger air conditioner for server | 1.30<br>125.00/hr | 162.50 |

Thomas Seaman, Receiver for SBC                                        Page    38

|            |    |                                                                                                                                                                                | Hrs/Rate        | Amount |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
|            |    | room.  Includes drive time billed at half time.                                                                                                                                |                 |        |
| 4/14/2014  | DC | Receivership Administration<br>Verify backup.                                                                                                                                   | 0.10<br>125.00/hr | 12.50  |
|            | DC | Receivership Administration<br>Discussed with Tom Seaman, researched options and gave Dan Pryor direction and approval to pursue cooling options for server room.  Also asked to look into remote control of server room temperature and ip security camera options. | 0.30<br>125.00/hr | 37.50  |
| 4/15/2014  | DC | Receivership Administration<br>Verify backup.                                                                                                                                   | 0.10<br>125.00/hr | 12.50  |
|            | DC | Receivership Administration<br>Download recently filed letters of objection to sale motion off Pacer for receiver's files and for posting on receivership website.  Passed to Tom Seaman for review.<br>mf | 0.20<br>125.00/hr | 25.00  |
| 4/16/2014  | DC | Receivership Administration<br>Verify backup.                                                                                                                                   | 0.10<br>125.00/hr | 12.50  |
|            | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Reviewed investor letters and recently filed motions.  Printed and passed to Tom Seaman. | 1.10<br>125.00/hr | 137.50 |
| 4/17/2014  | DC | Receivership Administration<br>Verify backup.                                                                                                                                   | 0.10<br>125.00/hr | 12.50  |
|            | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.                                         | 0.10<br>125.00/hr | 12.50  |
| 4/18/2014  | DC | Receivership Administration<br>Changed backup tape at remote location.                                                                                                          | 0.70<br>125.00/hr | 87.50  |
|            | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Research recent ruling regarding appellate court and pass findings to Tom Seaman. | 0.40<br>125.00/hr | 50.00  |
| 4/19/2014  | DC | Receivership Administration<br>Met Dan Pryor at SB Capital remote server location for reboot and error checking of server and server files.  Worked on internet speed by reconfiguring firmware on router.  Includes drive time billed at 1/4 due to work on other case. | 1.20<br>125.00/hr | 150.00 |

Thomas Seaman, Receiver for SBC                                           Page    39

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2014 | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Reviewed responses and letters.  Printed and passed to Tom Seaman. | 0.60<br>125.00/hr | 75.00 |
|  | DC | Receivership Administration<br>Went to remote server location re heat dissipation issues in server room and checked VMWare hosting and snap shot redundancy. Includes travel time billed at half. | 1.10<br>125.00/hr | 137.50 |
| 4/22/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Reviewed responses and letters.  Printed and passed to Tom Seaman. | 0.60<br>125.00/hr | 75.00 |
|  | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
| 4/23/2014 | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Conference call with contractor regarding AC needs for SBC server room. | 0.20<br>125.00/hr | 25.00 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Read Appellate court's order to show cause discharge for clarification.  Printed and reviewed Mark and Natalie Feathers' recent filings and passed to Tom Seaman.<br>mf | 0.50<br>125.00/hr | 62.50 |
|  | DC | Receivership Administration<br>Met with contractor and took measurements of server room and reviewed cooling options.  Agreed on plan and new layout to implement upgrade the following day.  Includes drive time billed at half. | 0.70<br>125.00/hr | 87.50 |
| 4/24/2014 | DC | Receivership Administration<br>Verified backup. | 0.10<br>125.00/hr | 12.50 |
| 4/25/2014 | DC | Receivership Administration<br>Changed backup tape at remote site; Includes drive time billed at half. | 0.70<br>125.00/hr | 87.50 |

Thomas Seaman, Receiver for SBC                                                      Page      40

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.<br>mf | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>New AC unit installed in server room including remote temperature monitoring software.  Includes drive time billed at half. | 1.40<br>125.00/hr | 175.00 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website.  Printed plan of reorganization that was filed; reviewed and passed to Tom Seaman for review. | 0.70<br>125.00/hr | 87.50 |
| 4/26/2014 | DC | Receivership Administration<br>Notify IT that offsite backup through Carbonite is 85 of 100%. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Installed remote camera to monitor cooling unit in server room and configured to provide timely reports.  Configured software to report any adverse temperature fluctuations.  Ran backup for archival.  Includes drive time billed at half. | 1.10<br>125.00/hr | 137.50 |
| 4/27/2014 | DC | Receivership Administration<br>Configured temperature control to email status of server room every 2 hours. | 0.20<br>125.00/hr | 25.00 |
| 4/28/2014 | DC | Receivership Administration<br>Changed backup tape. | 0.10<br>125.00/hr | 12.50 |
| 4/29/2014 | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website. | 0.10<br>125.00/hr | 12.50 |
| 4/30/2014 | DC | Receivership Administration<br>Verify remote backup. | 0.10<br>125.00/hr | 12.50 |
|  | DC | Receivership Administration<br>Download recently filed documents off Pacer for receiver's files and for posting on receivership website. | 0.10<br>125.00/hr | 12.50 |
| 4/8/2014 | RVG | Receivership Administration<br>Researched, gathered, assembled & printed the SBA SOP 50 57 & First Lien Position 504 Loan Pooling Program Program Guide (Policies/Procedures) per Thomas Seaman's request; Arranged & booked car rental/hotel accommodation for the upcoming site visit inspection/foreclosure sale in Arizona/Maryland on various SBA 7(a)/504 loans. | 1.60<br>195.00/hr | 312.00 |

Thomas Seaman, Receiver for SBC                                                    Page     41

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2014 | RVG | Receivership Administration<br>Assembled, scanned & emailed to Thomas Seaman the SBA 7(a) & SBA FMLP 504 Policies & Procedures; Adjusted/amended with Matthew F. re: Rafael Garcia's Travel Time Billable Hours; Met with Andrea Sullivan, Special Agent for the Office of the Inspector General & Thomas Seaman re: Audit, scan & copy SBA Loan Documentation/Credit Files; Gathered, assembled & assisted Ms. Sullivan with loan files to conference room for her review/disposition. | 1.20<br>195.00/hr | 234.00 |
| 4/7/2014 | TM | Receivership Administration<br>Gathered documents for Tom to send re previous orders. | 0.40<br>175.00/hr | 70.00 |
| 4/30/2014 | TM | Receivership Administration<br>Updating facsimile and letter templates to be in compliance with SBA audit re listing "Its Successors and/or Assigns" to all insurance docs when listing Mortgagee or Loss Payee. | 0.40<br>175.00/hr | 70.00 |
|  | TM | Receivership Administration<br>Discussed audit issues with Rafael, received email from him with template of reply. Wrote small reply with included exhibits re language used when requesting insurance policy changes. | 0.50<br>175.00/hr | 87.50 |
|  | SUBTOTAL: |  | [     22.50 | 3,073.50] |
|  | For professional services rendered |  | 496.80 | $81,962.50 |
|  | Balance due |  |  | $81,962.50 |

**EXHIBIT** B

Thomas Seaman Company        FeeApp6       

**Thomas Seaman, Receiver for Small Business Capital Corp.**
**Sixth Interim Fee Application**
**Summary of Fees**
**Summary By Timekeeper**
**February 1, 2014, through April 30, 2014**

| Thomas Seaman, Receiver | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 23.0 | $375.00 | $8,625.00 |
| Mar-14 | 32.0 | $358.00 | $11,450.00 |
| Apr-14 | 33.9 | $371.00 | $12,575.00 |
| Total | 88.9 | $367.00 | $32,650.00 |

| Susan Vavak, Director Receiverships | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 7.0 | $325.00 | $2,275.00 |
| Mar-14 | 0.6 | $325.00 | $195.00 |
| Apr-14 | - | $0.00 | $0.00 |
| Total | 7.6 | $325.00 | $2,470.00 |

| Rafael  V. Garcia, Project Manager | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 194.3 | $195.00 | $37,888.50 |
| Mar-14 | 184.4 | $195.00 | $35,958.00 |
| Apr-14 | 155.1 | $195.00 | $30,244.50 |
| Total | 533.8 | $195.00 | $104,091.00 |

| Alison Juroe, Project Manager | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 2.7 | $175.00 | $472.50 |
| Mar-14 | 40.5 | $175.00 | $7,087.50 |
| Apr-14 | 32.4 | $175.00 | $5,670.00 |
| Total | 75.6 | $175.00 | $13,230.00 |

| Timothy McDonnell, Project Manager | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 54.8 | $175.00 | $9,590.00 |
| Mar-14 | 26.9 | $175.00 | $4,707.50 |
| Apr-14 | 68.1 | $175.00 | $11,917.50 |
| Total | 149.8 | $175.00 | $26,215.00 |

Thomas Seaman Company               FeeApp6                    Summary By Timekeeper
                                                                          Page 2 of 2

| Kristen Janulewicz, Accountant | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 121.8 | $135.00 | $16,443.00 |
| Mar-14 | 99.8 | $135.00 | $13,473.00 |
| Apr-14 | 107.7 | $135.00 | $14,539.50 |
| Total | 329.3 | $135.00 | $44,455.50 |

| Darren Clevenger, Project Manager | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 14.0 | $125.00 | $1,750.00 |
| Mar-14 | 18.3 | $125.00 | $2,287.50 |
| Apr-14 | 18.4 | $125.00 | $2,300.00 |
| Total | 50.7 | $125.00 | $6,337.50 |

| Wes Hatem, Accountant | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 7.7 | $110.00 | $847.00 |
| Mar-14 | - | $0.00 | $0.00 |
| Apr-14 | - | $0.00 | $0.00 |
| Total | 7.7 | $110.00 | $847.00 |

| Various Adminstrative Assistants | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 83.9 | $60.00 | $5,034.00 |
| Mar-14 | 69.3 | $60.00 | $4,158.00 |
| Apr-14 | 78.6 | $60.00 | $4,716.00 |
| Total | 231.8 | $60.00 | $13,908.00 |

| Total | Hours | Rate | Cost |
|---|---|---|---|
| Feb-14 | 509.2 | $163.00 | $82,925.00 |
| Mar-14 | 471.8 | $168.00 | $79,316.50 |
| Apr-14 | 494.2 | $166.00 | $81,962.50 |
| Total, Receiver and Agent hours | 1,475.2 | $166.00 | $244,204.00 |

| Total excluding the Receiver hours | 1,386.3 | $153.00 | $211,554.00 |
|---|---|---|---|

# EXHIBIT C

## Thomas Seaman, Receiver for Small Business Capital Corp.
### Sixth Interim Fee Application
### Summary By Task
### February 1, 2014, through April 30, 2014

| Task | Hours | Rate | Amount |
|------|------|------|--------|
| A/R and other Debt Collections | 32.4 | $60 | $1,944.00 |
| Accounting and Reporting | 156.2 | $138 | $21,567.00 |
| Bookkeeping | 11.8 | $93 | $1,093.00 |
| Investor Relations | 113.1 | $172 | $19,486.50 |
| Loan Servicing | 910.7 | $161 | $146,186.50 |
| Receiver | 87.1 | $367 | $31,975.00 |
| Receivership Administration | 113.7 | $106 | $12,055.00 |
| Sell Liquidate Assets | 50.2 | $197 | $9,897.00 |
| Totals | 1,475.2 | $166 | $244,204.00 |



Task Summary

- Receivership Administration; $12,055.00 ; 5%
- Sell Liquidate Assets; $9,897.00 ; 4%
- A/R and other Debt Collections; $1,944.00 ; 1%
- Accounting and Reporting; $21,567.00 ; 9%
- Bookkeeping; $1,093.00 ; 0%
- Investor Relations; $19,486.50 ; 8%
- Receiver; $31,975.00 ; 13%
- Loan Servicing; $146,186.50 ; 60%

Thomas Seaman Company                   FeeApp6                        Summary By Task

| **A/R and other Debt Collections** | **Hours** | **Rate** | **A/R and other Debt Collections** |
|---|---|---|---|
| Feb-14 | 5.4 | $60 | $324.00 |
| Mar-14 | 11.7 | $60 | $702.00 |
| Apr-14 | 15.3 | $60 | $918.00 |
| Total A/R and other debt Collection | 32.4 | $60 | $1,944.00 |

| **Accounting and Reporting** | **Hours** | **Rate** | **Accounting and Reporting** |
|---|---|---|---|
| Feb-14 | 46.0 | $139 | $6,382.00 |
| Mar-14 | 45.1 | $136 | $6,128.50 |
| Apr-14 | 65.1 | $139 | $9,056.50 |
| Total Accounting and Reporting | 156.2 | $138 | $21,567.00 |

| **Bookkeeping** | **Hours** | **Rate** | **Bookkeeping** |
|---|---|---|---|
| Feb-14 | 10.4 | $97 | $1,009.00 |
| Mar-14 | 1.0 | $60 | $60.00 |
| Apr-14 | 0.4 | $60 | $24.00 |
| Total Bookkeeping | 11.8 | $93 | $1,093.00 |

| **Investor Relations** | **Hours** | **Rate** | **Investor Relations** |
|---|---|---|---|
| Feb-14 | 8.7 | $154 | $1,343.00 |
| Mar-14 | 43.2 | $173 | $7,491.00 |
| Apr-14 | 61.2 | $174 | $10,652.50 |
| Total Investor Relations | 113.1 | $172 | $19,486.50 |

| **Loan Servicing** | **Hours** | **Rate** | **Loan Servicing** |
|---|---|---|---|
| Feb-14 | 330.1 | $158 | $52,029.50 |
| Mar-14 | 303.8 | $165 | $50,102.00 |
| Apr-14 | 276.8 | $159 | $44,055.00 |
| Total Loan Servicing | 910.7 | $161 | $146,186.50 |

Thomas Seaman Company                FeeApp6                Summary By Task
                                                           Page 3 of 3

| Receiver | Hours | Rate | Receiver |
|---|---|---|---|
| Feb-14 | 23.0 | $375 | $8,625.00 |
| Mar-14 | 31.0 | $357 | $11,075.00 |
| Apr-14 | 33.1 | $371 | $12,275.00 |
| Total Receiver | 87.1 | $367 | $31,975.00 |

| Receivership Administration | Hours | Rate | Receivership Administration |
|---|---|---|---|
| Feb-14 | 35.5 | $94 | $3,348.00 |
| Mar-14 | 35.9 | $104 | $3,725.50 |
| Apr-14 | 42.3 | $118 | $4,981.50 |
| Total Receivership Administration | 113.7 | $106 | $12,055.00 |

| Sell/Liquidate Assets | Hours | Rate | Sell/Liquidate Assets |
|---|---|---|---|
| Feb-14 | 50.1 | $197 | $9,864.50 |
| Mar-14 | 0.1 | $325 | $32.50 |
| Apr-14 | - | $0 | $0.00 |
| Total Sell Liquidate Assets | 50.2 | $197 | $9,897.00 |

| Total All Activities | Hours | Rate | Total Cost All Activities |
|---|---|---|---|
| Feb-14 | 509.2 | $163 | $82,925.00 |
| Mar-14 | 471.8 | $168 | $79,316.50 |
| Apr-14 | 494.2 | $166 | $81,962.50 |
| Total All Activities | 1,475.2 | $166 | $244,204.00 |

# EXHIBIT D

## Tom Seaman

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Monday, February 24, 2014 2:05 PM |
| **To:** | tom@thomasseaman.com |
| **Cc:** | dzaro@allenmatkins.com; John W. Berry; John Bulgozdy; Lynn M. Dean; Susan F. Hannan |
| **Subject:** | Receiver Needs to Resign |

Please be advised, and I am informing all of you on a good faith basis, and at the present time that it is my intention to:

  - start reviewing case law and Civil Codes in the Matters of fraud of licensing deceit
  - that I intend to file suit if I find suitable case law reference
  - that I intend to name in the lawsuit Allen Matkins Law as being complicit in this matter, and aiding and abetting on this issue
  - I will be researching how to include SEC in the lawsuit, at at least John Bulgozdy, anyways, for his pattern of false licensing representations made about
    Seaman

My complaint will include my request for approval to file a lawsuit, that this was approved, then revised, and then re-docketed, and then with a hearing date scheduled, but cancelled by the court after summary judgment, therefore leaving this matter unaddressed.  I believe that I have plenty of demonstration that I followed Barton Doctrine type guidelines throughout this process.

I anticipate sending out to all fund investors a letter within the next few weeks on this matter.  Within that letter I will cite the civil codes, and laws, and possibly even criminal codes which have been violated.  Within that letter I will ask that investors who wish to join this lawsuit let me know.  Within that letter I will also include a declaration form for fund members to swear to their belief of harm that has fallen onto them from Thomas Seaman's fraud of deceit.

I am of course not an attorney, so I cannot advise all of you what to do.  I will be making contact with other parties to see if they will consider declarations and intervention filings to support this lawsuit, also, other than fund members.

Who knows - maybe Mark Cuban will want to file an intervention?  Who knows, maybe lots of parties will file supporting briefs (whatever the reference for those is escapes me right now).

The damages that I will seek will include punitive damages in amounts that I hope will lead to the demise of Allen Matkins law firm, much in the same way that they tried to make my companies defunct.  I will be prepared to file this lawsuit the day after the summary judgment appeal comes back in my favor.  You will all pay for what you have put my family and I through over the past twenty months.

Regards,

Mark Feathers

## Tom Seaman

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Monday, February 24, 2014 2:06 PM |
| **To:** | tom@thomasseaman.com |
| **Cc:** | dzaro@allenmatkins.com; John W. Berry; John Bulgozdy; Lynn M. Dean; Susan F. Hannan |
| **Subject:** | Re: Receiver Needs to Resign |

In case I did not make this clear, the filing will be made in a California Court of Law.

**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** "tom@thomasseaman.com" <tom@thomasseaman.com>
**Cc:** "dzaro@allenmatkins.com" <dzaro@allenmatkins.com>; John W. Berry <berryj@sec.gov>; John Bulgozdy <bulgozdyj@sec.gov>; Lynn M. Dean <deanl@sec.gov>; Susan F. Hannan <hannans@sec.gov>
**Sent:** Monday, February 24, 2014 4:05 PM
**Subject:** Receiver Needs to Resign

Please be advised, and I am informing all of you on a good faith basis, and at the present time that it is my intention to:

   - start reviewing case law and Civil Codes in the Matters of fraud of licensing deceit
   - that I intend to file suit if I find suitable case law reference
   - that I intend to name in the lawsuit Allen Matkins Law as being complicit in this matter, and aiding and abetting on this issue
   - I will be researching how to include SEC in the lawsuit, at at least John Bulgozdy, anyways, for his pattern of false licensing representations made about
      Seaman

My complaint will include my request for approval to file a lawsuit, that this was approved, then revised, and then re-docketed, and then with a hearing date scheduled, but cancelled by the court after summary judgment, therefore leaving this matter unaddressed.  I believe that I have plenty of demonstration that I followed Barton Doctrine type guidelines throughout this process.

I anticipate sending out to all fund investors a letter within the next few weeks on this matter.  Within that letter I will cite the civil codes, and laws, and possibly even criminal codes which have been violated.  Within that letter I will ask that investors who wish to join this lawsuit let me know.  Within that letter I will also include a declaration form for fund members to swear to their belief of harm that has fallen onto them from Thomas Seaman's fraud of deceit.

I am of course not an attorney, so I cannot advise all of you what to do.  I will be making contact with other parties to see if they will consider declarations and intervention filings to support this lawsuit, also, other than fund members.

Who knows - maybe Mark Cuban will want to file an intervention?  Who knows, maybe lots of parties will file supporting briefs (whatever the reference for those is escapes me right now).

The damages that I will seek will include punitive damages in amounts that I hope will lead to the demise of Allen Matkins law firm, much in the same way that they tried to make my companies defunct.  I will be prepared to file this lawsuit the day after the summary judgment appeal comes back in my favor.  You will all pay for what you have put my family and I through over the past twenty months.

Regards,

Mark Feathers

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Monday, February 24, 2014 2:07 PM |
| **To:** | tom@thomasseaman.com |
| **Cc:** | dzaro@allenmatkins.com; John W. Berry; John Bulgozdy; Lynn M. Dean; Susan F. Hannan |
| **Subject:** | Re: Receiver Needs to Resign |

In case I did not make this clear, the lawsuit will be against Thomas Seaman, personally.  Thomas Seaman accepted his engagement under false licensing pretense, he therefore, personally, has no "quasi-judicial" immunity to protect him.

Regards,

Feathers
**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** "tom@thomasseaman.com" <tom@thomasseaman.com>
**Cc:** "dzaro@allenmatkins.com" <dzaro@allenmatkins.com>; John W. Berry <berryj@sec.gov>; John Bulgozdy <bulgozdyj@sec.gov>; Lynn M. Dean <deanl@sec.gov>; Susan F. Hannan <hannans@sec.gov>
**Sent:** Monday, February 24, 2014 4:06 PM
**Subject:** Re: Receiver Needs to Resign

In case I did not make this clear, the filing will be made in a California Court of Law.

**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** "tom@thomasseaman.com" <tom@thomasseaman.com>
**Cc:** "dzaro@allenmatkins.com" <dzaro@allenmatkins.com>; John W. Berry <berryj@sec.gov>; John Bulgozdy <bulgozdyj@sec.gov>; Lynn M. Dean <deanl@sec.gov>; Susan F. Hannan <hannans@sec.gov>
**Sent:** Monday, February 24, 2014 4:05 PM
**Subject:** Receiver Needs to Resign

Please be advised, and I am informing all of you on a good faith basis, and at the present time that it is my intention to:

- start reviewing case law and Civil Codes in the Matters of fraud of licensing deceit
- that I intend to file suit if I find suitable case law reference
- that I intend to name in the lawsuit Allen Matkins Law as being complicit in this matter, and aiding and abetting on this issue
- I will be researching how to include SEC in the lawsuit, at at least John Bulgozdy, anyways, for his pattern of false licensing representations made about
    Seaman

My complaint will include my request for approval to file a lawsuit, that this was approved, then revised, and then re-docketed, and then with a hearing date scheduled, but cancelled by the court after summary judgment, therefore leaving this matter unaddressed.  I believe that I have plenty of demonstration that I followed Barton Doctrine type guidelines throughout this process.

I anticipate sending out to all fund investors a letter within the next few weeks on this matter.  Within that letter I will cite the civil codes, and laws, and possibly even criminal codes which have been violated.  Within that letter I will ask that investors who wish to join this lawsuit let me know.  Within that letter I will also include a declaration form for fund members to swear to their belief of harm that has fallen onto them from Thomas Seaman's fraud of deceit.

I am of course not an attorney, so I cannot advise all of you what to do.  I will be making contact with other parties to see if they will consider declarations and intervention filings to support this lawsuit, also, other than fund members.

Who knows - maybe Mark Cuban will want to file an intervention?  Who knows, maybe lots of parties will file supporting briefs (whatever the reference for those is escapes me right now).

The damages that I will seek will include punitive damages in amounts that I hope will lead to the demise of Allen Matkins law firm, much in the same way that they tried to make my companies defunct.  I will be prepared to file this lawsuit the day after the summary judgment appeal comes back in my favor.  You will all pay for what you have put my family and I through over the past twenty months.

Regards,

Mark Feathers

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Monday, February 24, 2014 3:02 PM |
| **To:** | tom@thomasseaman.com; dzaro@allenmatkins.com; John Bulgozdy; John W. Berry; Lynn M. Dean; Susan F. Hannan |
| **Subject:** | Again, I suggest that Thomas Seaman resign TODAY - SEE ATTACHED |
| **Attachments:** | photo.JPG |

Please see attached.  There is no credible explanation for this matter, that I am aware of.  Again, I suggest that Mr. Seaman resign today.

If, in fact, Thomas Seaman was a CPA in the year of the printing of this tombstone, then Seaman or his counsel needs to advise me on this right away.   away.  I have a motion hearing date reserved on this newest matter for April, which I will file on Wed, and also request an early hearing date.

I will probably file an emergency request to dismiss Seaman, and to end the injunction.

Evidentiary sanctions is just the beginning of all of this.  A very serious lawsuit and publicity is about to ensue.

Regards,

Mark Feathers

1

## Tom Seaman

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Monday, February 24, 2014 3:07 PM |
| **To:** | tom@thomasseaman.com; dzaro@allenmatkins.com; John Bulgozdy; John W. Berry; Lynn M. Dean; Susan F. Hannan |
| **Subject:** | Re: Again, I suggest that Thomas Seaman resign TODAY - SEE ATTACHED |
| **Attachments:** | photo.JPG |

I also intend to shortly post this tombstone on my website.  Suggest somebody in your group contact me soon on this matter.

Regards,

Feathers


**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** "tom@thomasseaman.com" <tom@thomasseaman.com>; "dzaro@allenmatkins.com" <dzaro@allenmatkins.com>; John Bulgozdy <bulgozdyj@sec.gov>; John W. Berry <berryj@sec.gov>; Lynn M. Dean <deanl@sec.gov>; Susan F. Hannan <hannans@sec.gov>
**Sent:** Monday, February 24, 2014 5:02 PM
**Subject:** Again, I suggest that Thomas Seaman resign TODAY - SEE ATTACHED

Please see attached.  There is no credible explanation for this matter, that I am aware of.  Again, I suggest that Mr. Seaman resign today.

If, in fact, Thomas Seaman was a CPA in the year of the printing of this tombstone, then Seaman or his counsel needs to advise me on this right away.   away.  I have a motion hearing date reserved on this newest matter for April, which I will file on Wed, and also request an early hearing date.

I will probably file an emergency request to dismiss Seaman, and to end the injunction.

Evidentiary sanctions is just the beginning of all of this.  A very serious lawsuit and publicity is about to ensue.

Regards,

Mark Feathers

1

## Tom Seaman

**From:** Mark Feathers <markfeathers@sbcglobal.net>
**Sent:** Friday, March 07, 2014 6:19 PM
**To:** natalie feathers; david zaro; ted fates; tom@thomasseaman.com
**Subject:** Re: my investment in IPF

I can't add much to that.

Mark Feathers

---

**From:** natalie feathers <nataliefeathers@sbcglobal.net>
**To:** david zaro <dzaro@allenmatkins.com>; ted fates <tfates@allenmatkins.com>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Cc:** Mark Feathers <markfeathers@sbcglobal.net>
**Sent:** Friday, March 7, 2014 5:51 PM
**Subject:** my investment in IPF

Mr. Zaro, Mr. Seaman and Mr. Fates,

I am clearly disappointed in your actions.  You do realize my investment in IPF was as a result of  IRA contributions that I made PRIOR to my marriage to Mark Feathers and from earning that I made OUTSIDE of the funds.  This is a retirement account that I created as a result of my hard earnings outside of my relationship with Mark Feathers or my employment with SB Capital.  You are truly bully's, and this is your (and your partner the SEC's) haphazard attempt to retaliate against my efforts to show the truth. You may take my life savings, but I refuse to give into your unethical behavior! I hope that all of you can sleep at night, for what  you are doing is truly very, very wrong!

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Sunday, March 09, 2014 2:17 PM |
| **To:** | David Zaro; John Bulgozdy; tom@thomasseaman.com |
| **Subject:** | receiver's "Admin Motion" to amend order |

You people are pretty insidious. It is pretty clear that your goal in SEAMAN's admin motion isn't just to show again that he's incompetent and made more "errors" in his "Schedule B", and not just about retribution, either, for Natalie's steady stream of opposition and her own discovery of things like finding out about Seaman's CPA tombstone. You will see this paragraph in Natalie's opposition filing tomorrow:

16.    SEAMAN'S admin motion fails an evidentiary basis to show that he properly notified FEATHERS that

SEAMAN was opposed to her claim for her investment into Investors Prime Fund. Other evidence indicates his position

was either contrary to this, or that he failed to properly outline to her at any acceptable level that he was opposed to

FEATHERS' claim on her investment. SEAMAN blaming this matter on his "errors" is analogous to SEC's prior blaming

SEAMAN's false CPA labeling on an unfortunate "typo" (See Court Docket 275). Further, SEAMAN's true goal in this

matter of his Admin motion is transparent. SEAMAN's goal is to nullify FEATHERS' standing for her Rule 24 Intervention

filing (Court Docket 704) by robbing FEATHERS of her defendable interest in the assets and the income of the

Receivership estate. This move on SEAMAN's part is not only transparent, it is short sighted. FEATHERS' reply to SEC's

opposition to her Rule 24 filing, which will be filed one or two days hence from this opposition filing to SEAMAN's Admin

motion, will have attached to it scores of dated, signed, and sworn declarations of support from other third party

defendant investment fund investors similar to FEATHERS who show support for the Rule 24 filing.

Regards,

mark feathers

1

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, March 11, 2014 6:41 AM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Subject:** | stay on court's order for distributions |

David & Tom,

As you may be aware I have moved forward from "proxies" in support of a reorganization of the funds and retention of assets, to now having actual sworn declarations, by the score, supporting my motion to reorganize the funds. I will submit a progress report to the court shortly on this matter. Clearly there is a solid basis for (1) the distribution recommended and as now structured to not move forward, and (2) to allow members to control the process of reorganizing the funds.

In the interests of the receivership estate, I think it is beneficial for you, Tom, to submit an amended plan of distributions. A simple change is that the investors who support reorganization would have their investment held back from distributions, others would receive theirs. I would venture that the investors who support reorganization are also less apt to sue the receiver and his counsel in court down the line if they do not lose the assets that they desire to hold onto, namely the fund's SBA license and loan portfolios, all else equal in these matters.

I would support it if Tom puts in an admin motion to accommodate these matters, subject to my pre-review and approval of the motion.

I would like to have a phone conference with all of you on this matter today if possible. As you know I have already asked the court to reconsider its Distributions Order; I will submit a request for a "stay" tomorrow morning also with attachments of all of the sworn declarations in support of my motion.

Best number for me is 650-776-2496.

feathers

Exhibit D, Page 9 of 79

## Tom Seaman

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, March 11, 2014 3:52 PM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Subject:** | Re: stay on court's order for distributions |

Thank you for your reply back, David.

I will put in a request for stay in the next day or two. I already have request(s) in for reconsideration on a few items. Unless Tom is planning on cutting checks before his 2nd Amended Order is considered, it appears that there is time yet to put in a request for a stay. Let me know if my sense of timing is off.

Regards,

Mark

---

**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** David Zaro <dzaro@allenmatkins.com>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Sent:** Tuesday, March 11, 2014 6:41 AM
**Subject:** stay on court's order for distributions

David & Tom,

As you may be aware I have moved forward from "proxies" in support of a reorganization of the funds and retention of assets, to now having actual sworn declarations, by the score, supporting my motion to reorganize the funds. I will submit a progress report to the court shortly on this matter. Clearly there is a solid basis for (1) the distribution recommended and as now structured to not move forward, and (2) to allow members to control the process of reorganizing the funds.

In the interests of the receivership estate, I think it is beneficial for you, Tom, to submit an amended plan of distributions. A simple change is that the investors who support reorganization would have their investment held back from distributions, others would receive theirs. I would venture that the investors who support reorganization are also less apt to sue the receiver and his counsel in court down the line if they do not lose the assets that they desire to hold onto, namely the fund's SBA license and loan portfolios, all else equal in these matters.

I would support it if Tom puts in an admin motion to accommodate these matters, subject to my pre-review and approval of the motion.

I would like to have a phone conference with all of you on this matter today if possible. As you know I have already asked the court to reconsider its Distributions Order; I will submit a request for a "stay" tomorrow morning also with attachments of all of the sworn declarations in support of my motion.

Best number for me is 650-776-2496.

feathers

Exhibit D, Page 10 of 79

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, March 11, 2014 8:00 PM |
| **To:** | undisclosed recipients: |
| **Subject:** | SEC "whistleblower" for SB Capital lawsuit - Lee Emerson - all you need to know |

Lee Emerson - a disgruntled past investor of SB Capital funds, it has been learned over the past week provided to SEC a letter to her past attorney which pretty much graphically outlines years before this SEC lawsuit:

- Blackmail she intended to use
- Slander and libel campaign she intended to initiate
- Preferential treatment she intended to get her investor group. When Emerson's investors lost six small claims lawsuits, that's when she
   found her willing partners at SEC...who took it up another level with their own lies behind the power of a regulatory shield.

This link lays all this information bare. Emerson lost her attorney client privilege by turning this letter over to SEC.

Please look closely at this link:

http://www.markfeathers.com/uploads/Emerson_letter_to_DB.pdf

This past investor Lee Emerson's lies, vindictiveness, and blackmail have now caused three hundred investors to have tens of millions of dollars of their's by a Receiver, Thomas Seaman, who SEC falsely labeled a CPA in two successive SEC lawsuits, and who failed to correct these matters with the Court, and who also in fact perjured himself with the Court by stating that he has never represented to other parties that he is a "CPA":

http://www.markfeathers.com/uploads/Investor_Letter_on_Receiver.pdf

If you are an investor in the funds, please forward this email to other investors that you are in contact with.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Thursday, March 13, 2014 11:37 AM |
| **To:** | John Bulgozdy; tom@thomasseaman.com; David Zaro |
| **Cc:** | lvemerson@comcast.net; lvemerson@sbcglobal.net; jfreeman@stonecrest.net |
| **Subject:** | request for stay in plan of distributions |

Tomorrow I will be putting in a request for stay of distributions.  My request will outline:

 - new information from SEC that a past investor, Lee Emerson, made the complaint to SEC
 - that Lee Emerson was paid substantial money to move her investment, and to persuade a dozen investors to do same,
   to a fund run by Jim Freeman and Stonecrest Financial in San Jose
 - that Jon Freeman called me almost immediately after the injunction, to see if our license was available
 - that Freeman had advised Emerson, in fact, two years earlier to move out of my fund, and to persuade others to move
as well, while
   paying her substantial amounts (and apparently she was acting as an unlicensed broker dealer0
 - that Freeman not only reversed has advise to her to "not" participate in a fund buying an SBA license, but that he
reversed himself
   and may have been in agreement with Emerson to use her and other investors funds to buy this license

Put the pieces together and this isn't conspiracy theory.  There are facts behind all of this which can, and will be,
substantiated.

 - The "stay" motion will have sworn declarations from other parties attesting to these facts, also.
 - The "stay" motion will include Emerson's past threatening emails to me if she and her investors did not get special
treatment, and show that they
   initiated lawsuits against me because they did not get special treatment
 - The "stay" motion will have attached copies of correspondence between Emerson and her counsel which clearly show
her plan of using libel against
   both my wife and myself, and our business, unless her investors received special treatment
 - The "stay" motion will clearly show that the cause of Emerson's motion was driven by self-gain, and a level of
vindictiveness from losing lawsuits
 - The "stay" motion will have attached a settlement agreement where I paid Emerson $25,000 in consideration of not
filing a lawsuit, and in good
   faith that actions like this would not occur

There will be opportunities for discovery to verify these facts and to dig deeper, as well, in this lawsuit, or others.  I have
my last known email address for Emerson and Freeman on this email, because it is "only fair" that they also be aware of
these matters, and that they rightfully have an opportunity right away to have a chance to perjure themselves, like
Thomas Seaman has done

If you wish to discuss this matter before I submit my "stay" request tomorrow, please contact me at ph. 650-776-2496.

feathers

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Thursday, March 13, 2014 11:58 AM |
| **To:** | tom@thomasseaman.com; David Zaro |
| **Subject:** | investor inquiries on tax docs for 2013 |

several investors have written me to ask about tax docs for 2013.  is there anything that I should pass along to them?

regards,

mark feathers

1

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Thursday, March 13, 2014 5:50 PM |
| **To:** | Bulgozdy, John |
| **Cc:** | tom@thomasseaman.com; David Zaro; Berry, John W.; Dean, Lynn M.; Hannan, Susan F. |
| **Subject:** | Re: request for stay in plan of distributions |

John,

Where there is smoke, there is fire, and right now you guys have a five alarm blaze going beneath your smoke screen.  Everybody is on to what has transpired here.

Ms. Dean can write up a request for witness tampering, as I believe Emerson is on the Rule 26 list?  That will be a good opportunity for some discovery in this matter.

Don't threaten me.  Just do what you intend to do.

Regards,

Feathers

---

**From:** "Bulgozdy, John" <BULGOZDYJ@sec.gov>
**To:** Mark Feathers <markfeathers@sbcglobal.net>
**Cc:** "tom@thomasseaman.com" <tom@thomasseaman.com>; David Zaro <dzaro@allenmatkins.com>; "Bulgozdy, John" <BULGOZDYJ@sec.gov>; "Berry, John W." <BerryJ@sec.gov>; "Dean, Lynn M." <DeanL@sec.gov>; "Hannan, Susan F." <HannanS@sec.gov>
**Sent:** Thursday, March 13, 2014 4:33 PM
**Subject:** RE: request for stay in plan of distributions

Mr. Feathers,

This is to advise you that there is no factual basis to support your speculative claims that Lee Emerson made a complaint to the SEC that initiated its investigation of Small Business Capital Corp.

Therefore, any factual contentions suggesting in any way that Lee Emerson had anything to do with the SEC's initiation of its investigation of Small Business Capital do not have any evidentiary support, and will never have any evidentiary support. *See* Federal Rule of Civil Procedure 11(b)(3).

To the extent you are spreading such false information to the investors who were the victims of your fraudulent conduct, we will take appropriate action if you persist in this course of action.

Very truly yours,

**John B. Bulgozdy** | Senior Trial Counsel | Los Angeles Regional Office
United States Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor | Los Angeles, CA 90036

Exhibit D, Page 14 of 79

Phone: 323-965-3322 | Fax: 323-965-3908
bulgozdyj@sec.gov

**From:** Mark Feathers [mailto:markfeathers@sbcglobal.net]
**Sent:** Thursday, March 13, 2014 11:37 AM
**To:** Bulgozdy, John; tom@thomasseaman.com; David Zaro
**Cc:** lvemerson@comcast.net; lvemerson@sbcglobal.net; jfreeman@stonecrest.net
**Subject:** request for stay in plan of distributions

Tomorrow I will be putting in a request for stay of distributions.  My request will outline:

 - new information from SEC that a past investor, Lee Emerson, made the complaint to SEC
 - that Lee Emerson was paid substantial money to move her investment, and to persuade a dozen investors to do same,
   to a fund run by Jim Freeman and Stonecrest Financial in San Jose
 - that Jon Freeman called me almost immediately after the injunction, to see if our license was available
 - that Freeman had advised Emerson, in fact, two years earlier to move out of my fund, and to persuade others to move as well, while
   paying her substantial amounts (and apparently she was acting as an unlicensed broker dealer0
- that Freeman not only reversed has advise to her to "not" participate in a fund buying an SBA license, but that he reversed himself
  and may have been in agreement with Emerson to use her and other investors funds to buy this license

Put the pieces together and this isn't conspiracy theory.  There are facts behind all of this which can, and will be, substantiated.

 - The "stay" motion will have sworn declarations from other parties attesting to these facts, also.
 - The "stay" motion will include Emerson's past threatening emails to me if she and her investors did not get special treatment, and show that they
   initiated lawsuits against me because they did not get special treatment
 - The "stay" motion will have attached copies of correspondence between Emerson and her counsel which clearly show her plan of using libel against
    both my wife and myself, and our business, unless her investors received special treatment
 - The "stay" motion will clearly show that the cause of Emerson's motion was driven by self-gain, and a level of vindictiveness from losing lawsuits
 - The "stay" motion will have attached a settlement agreement where I paid Emerson $25,000 in consideration of not filing a lawsuit, and in good
    faith that actions like this would not occur

There will be opportunities for discovery to verify these facts and to dig deeper, as well, in this lawsuit, or others.  I have my last known email address for Emerson and Freeman on this email, because it is "only fair" that they also be aware of these matters, and that they rightfully have an opportunity right away to have a chance to perjure themselves, like Thomas Seaman has done

If you wish to discuss this matter before I submit my "stay" request tomorrow, please contact me at ph. 650-776-2496.

feathers

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Thursday, March 13, 2014 6:16 PM |
| **To:** | Bulgozdy, John |
| **Cc:** | tom@thomasseaman.com; David Zaro; Berry, John W.; Dean, Lynn M.; Hannan, Susan F. |
| **Subject:** | Re: request for stay in plan of distributions |

On the matter of the new appeal docketed with the 9th Circuit, it would be good to know if this by chance was my appeal on the "orders" of a few weeks ago for the receiver's distribution plan and claims plan, as this will have an impact on my intentions to file a "stay" in the district court on this matter.

regards,

feathers

1

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Thursday, March 13, 2014 9:00 PM |
| **To:** | Bulgozdy, John |
| **Cc:** | tom@thomasseaman.com; David Zaro; Berry, John W.; Dean, Lynn M.; Hannan, Susan F. |
| **Subject:** | Fed.R.Civ.P. 60(b)2 pending motion |

Please be advised that under Fed.R.Civ.P. 60(b)2 it is my intention to file a request with the court for a new trial.  This would be due to:

1.  new material facts which have come about by way of the "Emerson files", and which SEC was aware of are material factors that the Court should
    have been aware of, from the period of its investigation.  This information was concealed from this party.  Not only has Emerson provided in her documents
    to SEC clear evidence that she had financial incentives to make false claims, but she clearly also demonstrates a desire to bring wrongful harm to this defendant
    through criminal or civil mischief or misconduct or fraud.  SEC stacked its own misconduct on top of her misconduct.
2.  new evidence of fraud on the Court in the Receiver, Thomas Seaman's, perjury, and its impact on due process.

Please advise if you would like to discuss these matters tomorrow or on Monday.  I will schedule a calender hearing date, and submit  a request for an early hearing date.  If you are not in consent that this warrants an admin motion for early hearing date, please advise, and I will file ex parte and so note your position(s) in my filing.

Additionally, since the appeal is now in front of the 9th Circuit, please indicate if it is your preference that I hold off on this matter until that hearing is held.  If so, please cite the statute in that matter.  I do not want to lose my ability to assert my rights in this matter, for not having filed this issue on a timely basis.

If it is your preference, then, alternatively, I will file a Request for Judicial Notice outlining these issues.  Therein I will outline the misconduct or fraud of Emerson, or strong circumstantial evidence thereof.  Strong circumstantial evidence is a basis to move forward on Fed.R.Civ.P. 60(b)2, notwithstanding JB's earlier comment that "i will never show an evidentiary basis to Emerson's misconduct", or words to that affect.  I'm sure discovery commencing under Fed.R.Civ.P. 60(b)2 will show

1

otherwise.  It will get pretty interesting, don't you think, when Emerson is advised by her attorneys to take the 5th?

Alternatively, I may file affidavits on these matters with the district court now, and then have these issues be added to my appeals with the 9th Circuit.

At the time of my request, I will ask for the judgment to be set aside due to Seaman's fraud on the court; lying under oath is Lying Under Oath; In re Walker v. Walden 11th Cir.  There is no statute of limitations for issues of fraud on the Court by Officers of the Court; In re Hazel Atlas Glass v. Hartford Empire.


Regards,

Feathers


---

**From:** "Bulgozdy, John" <BULGOZDYJ@sec.gov>
**To:** Mark Feathers <markfeathers@sbcglobal.net>
**Cc:** "tom@thomasseaman.com" <tom@thomasseaman.com>; David Zaro <dzaro@allenmatkins.com>; "Bulgozdy, John" <BULGOZDYJ@sec.gov>; "Berry, John W." <BerryJ@sec.gov>; "Dean, Lynn M." <DeanL@sec.gov>; "Hannan, Susan F." <HannanS@sec.gov>
**Sent:** Thursday, March 13, 2014 4:33 PM
**Subject:** RE: request for stay in plan of distributions

Mr. Feathers,

This is to advise you that there is no factual basis to support your speculative claims that Lee Emerson made a complaint to the SEC that initiated its investigation of Small Business Capital Corp.

Therefore, any factual contentions suggesting in any way that Lee Emerson had anything to do with the SEC's initiation of its investigation of Small Business Capital do not have any evidentiary support, and will never have any evidentiary support. *See* Federal Rule of Civil Procedure 11(b)(3).

To the extent you are spreading such false information to the investors who were the victims of your fraudulent conduct, we will take appropriate action if you persist in this course of action.

Very truly yours,

**John B. Bulgozdy** | Senior Trial Counsel | Los Angeles Regional Office
United States Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor | Los Angeles, CA 90036
Phone:  323-965-3322 | Fax:  323-965-3908
bulgozdyj@sec.gov

Exhibit D, Page 18 of 79

**From:** Mark Feathers [mailto:markfeathers@sbcglobal.net]
**Sent:** Thursday, March 13, 2014 11:37 AM
**To:** Bulgozdy, John; tom@thomasseaman.com; David Zaro
**Cc:** lvemerson@comcast.net; lvemerson@sbcglobal.net; jfreeman@stonecrest.net
**Subject:** request for stay in plan of distributions

Tomorrow I will be putting in a request for stay of distributions.  My request will outline:

- new information from SEC that a past investor, Lee Emerson, made the complaint to SEC
- that Lee Emerson was paid substantial money to move her investment, and to persuade a dozen investors to do same,
  to a fund run by Jim Freeman and Stonecrest Financial in San Jose
- that Jon Freeman called me almost immediately after the injunction, to see if our license was available
- that Freeman had advised Emerson, in fact, two years earlier to move out of my fund, and to persuade others to move as well, while
  paying her substantial amounts (and apparently she was acting as an unlicensed broker dealer0
- that Freeman not only reversed has advise to her to "not" participate in a fund buying an SBA license, but that he reversed himself
  and may have been in agreement with Emerson to use her and other investors funds to buy this license

Put the pieces together and this isn't conspiracy theory.  There are facts behind all of this which can, and will be, substantiated.

- The "stay" motion will have sworn declarations from other parties attesting to these facts, also.
- The "stay" motion will include Emerson's past threatening emails to me if she and her investors did not get special treatment, and
show that they
 initiated lawsuits against me because they did not get special treatment
- The "stay" motion will have attached copies of correspondence between Emerson and her counsel which clearly show her plan of
using libel against
  both my wife and myself, and our business, unless her investors received special treatment
- The "stay" motion will clearly show that the cause of Emerson's motion was driven by self-gain, and a level of vindictiveness from
losing lawsuits
- The "stay" motion will have attached a settlement agreement where I paid Emerson $25,000 in consideration of not filing a lawsuit,
and in good
  faith that actions like this would not occur

There will be opportunities for discovery to verify these facts and to dig deeper, as well, in this lawsuit, or others.  I have my last
known email address for Emerson and Freeman on this email, because it is "only fair" that they also be aware of these matters, and
that they rightfully have an opportunity right away to have a chance to perjure themselves, like Thomas Seaman has done

If you wish to discuss this matter before I submit my "stay" request tomorrow, please contact me at ph. 650-776-2496.

feathers

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Thursday, March 13, 2014 9:21 PM |
| **To:** | Bulgozdy, John |
| **Cc:** | tom@thomasseaman.com; David Zaro; Berry, John W.; Dean, Lynn M.; Hannan, Susan F.; Shirey K. (Brooks); Vetter Benjamin |
| **Subject:** | Re: Fed.R.Civ.P. 60(b)2 pending motion |
| **Attachments:** | Emergency Request to Remove Receiver.pdf |

Also,


Please all see attached of the 11th Circuit's past affirmation of a district court's decision to remove a trustee for lying under oath.  There are similar, perhaps worse issues presented here by Seaman lying under oath.  In this instance, not only do we have a receiver who lied under oath, but we also have:


1.  a receiver who has been employed at SEC's bequest almost continuously for the better part of a decade, and presented clear conflicts of interest
2.  an sec senior trial counsel who again lied about the receiver being a "licensed CFA" to the CA State Bar Office of Chief Trial Counsel Intake
3.  a situation where the same receiver benefited from being similarly falsely represented as a "licensed CPA" by Bulgozdy in a prior SEC lawsuit
4.  receiver's counsel who sat on their hands on the matter *for both lawsuit* and who should have certainly had heightened sensitivity to this occurring again, yet did
    *not correct this in either lawsuit, while reaping millions in fees.  SEC, the Receiver, and receiver's counsel have hands that are far more then dirty here.  there is*
    *fraud on the court, misconduct, etc.*
5.  clear violations of California civil codes and laws
6.  Receiver's counsel showing no evidentiary support that it was the "mistake of Receiver News" in the "CPA" designation following Seaman's name in their 2003
    publication, in the recent filings they have made with the Court in answer to my pleadings over the past two weeks.


It is my intention to file an emergency motion to dismiss the receiver, and for whatever sanctions might be possible against receiver and his counsel, and Bulgozdy.

Mr. Vetter and Mr. Shirey, as senior employees of the Commission, and with both of you being arms-length from the misconduct of the regional office, I really think you should look closely at all of the aspects of this lawsuit, and engage in dialog at the Commissioner's level about the cumulative misconduct that has occurred in this lawsuit with SEC employees and their appointed receiver. You are all very wrong if you think these matters are going away. Every day that goes by is another opportunity that I have to show that their has been a conspiracy between SEC's regional office Enforcement Division employees, and a corrupt receiver and his counsel, all set in process by a disgruntled past investor in my fund with a vendetta and financial gain to be had by complaining to SEC. Suggest you look closely at my motions to dismiss and for sanctions, in particular civil court dockets 187 and 275.

Please let me know if any of you would like to discuss these matters.

Regards,

mark feathers

---

**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** "Bulgozdy, John" <BULGOZDYJ@sec.gov>
**Cc:** "tom@thomasseaman.com" <tom@thomasseaman.com>; David Zaro <dzaro@allenmatkins.com>; "Berry, John W." <BerryJ@sec.gov>; "Dean, Lynn M." <DeanL@sec.gov>; "Hannan, Susan F." <HannanS@sec.gov>
**Sent:** Thursday, March 13, 2014 9:00 PM
**Subject:** Fed.R.Civ.P. 60(b)2 pending motion

Please be advised that under Fed.R.Civ.P. 60(b)2 it is my intention to file a request with the court for a new trial. This would be due to:

1. new material facts which have come about by way of the "Emerson files", and which SEC was aware of are material factors that the Court should
    have been aware of, from the period of its investigation. This information was concealed from this party. Not only has Emerson provided in her documents

Exhibit D, Page 21 of 79

to SEC clear evidence that she had financial incentives to make false claims, but she clearly also demonstrates a desire to bring wrongful harm to this defendant through criminal or civil mischief or misconduct or fraud. SEC stacked its own misconduct on top of her misconduct.

2. new evidence of fraud on the Court in the Receiver, Thomas Seaman's, perjury, and its impact on due process.

Please advise if you would like to discuss these matters tomorrow or on Monday. I will schedule a calender hearing date, and submit a request for an early hearing date. If you are not in consent that this warrants an admin motion for early hearing date, please advise, and I will file ex parte and so note your position(s) in my filing.

Additionally, since the appeal is now in front of the 9th Circuit, please indicate if it is your preference that I hold off on this matter until that hearing is held. If so, please cite the statute in that matter. I do not want to lose my ability to assert my rights in this matter, for not having filed this issue on a timely basis.

If it is your preference, then, alternatively, I will file a Request for Judicial Notice outlining these issues. Therein I will outline the misconduct or fraud of Emerson, or strong circumstantial evidence thereof. Strong circumstantial evidence is a basis to move forward on Fed.R.Civ.P. 60(b)2, notwithstanding JB's earlier comment that "i will never show an evidentiary basis to Emerson's misconduct", or words to that affect. I'm sure discovery commencing under Fed.R.Civ.P. 60(b)2 will show otherwise. It will get pretty interesting, don't you think, when Emerson is advised by her attorneys to take the 5th?

Alternatively, I may file affidavits on these matters with the district court now, and then have these issues be added to my appeals with the 9th Circuit.

At the time of my request, I will ask for the judgment to be set aside due to Seaman's fraud on the court; lying under oath is Lying Under Oath; In re Walker v. Walden 11th Cir. There is no statute of limitations for issues of fraud on the Court by Officers of the Court; In re Hazel Atlas Glass v. Hartford Empire.


Regards,

Feathers

**From:** "Bulgozdy, John" <BULGOZDYJ@sec.gov>
**To:** Mark Feathers <markfeathers@sbcglobal.net>
**Cc:** "tom@thomasseaman.com" <tom@thomasseaman.com>; David Zaro <dzaro@allenmatkins.com>; "Bulgozdy, John"
<BULGOZDYJ@sec.gov>; "Berry, John W." <BerryJ@sec.gov>; "Dean, Lynn M." <DeanL@sec.gov>; "Hannan, Susan
F." <HannanS@sec.gov>
**Sent:** Thursday, March 13, 2014 4:33 PM
**Subject:** RE: request for stay in plan of distributions

Mr. Feathers,

This is to advise you that there is no factual basis to support your speculative claims that Lee Emerson made a complaint
to the SEC that initiated its investigation of Small Business Capital Corp.

Therefore, any factual contentions suggesting in any way that Lee Emerson had anything to do with the SEC's initiation
of its investigation of Small Business Capital do not have any evidentiary support, and will never have any evidentiary
support. *See* Federal Rule of Civil Procedure 11(b)(3).

To the extent you are spreading such false information to the investors who were the victims of your fraudulent conduct,
we will take appropriate action if you persist in this course of action.

Very truly yours,

**John B. Bulgozdy** | Senior Trial Counsel | Los Angeles Regional Office
United States Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor | Los Angeles, CA 90036
Phone: 323-965-3322 | Fax: 323-965-3908
bulgozdyj@sec.gov

---

**From:** Mark Feathers [mailto:markfeathers@sbcglobal.net]
**Sent:** Thursday, March 13, 2014 11:37 AM
**To:** Bulgozdy, John; tom@thomasseaman.com; David Zaro
**Cc:** lvemerson@comcast.net; lvemerson@sbcglobal.net; jfreeman@stonecrest.net
**Subject:** request for stay in plan of distributions

Tomorrow I will be putting in a request for stay of distributions. My request will outline:

 - new information from SEC that a past investor, Lee Emerson, made the complaint to SEC
 - that Lee Emerson was paid substantial money to move her investment, and to persuade a dozen investors to do same,
   to a fund run by Jim Freeman and Stonecrest Financial in San Jose
 - that Jon Freeman called me almost immediately after the injunction, to see if our license was available
 - that Freeman had advised Emerson, in fact, two years earlier to move out of my fund, and to persuade others to move as well, while
   paying her substantial amounts (and apparently she was acting as an unlicensed broker dealer0
 - that Freeman not only reversed has advise to her to "not" participate in a fund buying an SBA license, but that he reversed himself
   and may have been in agreement with Emerson to use her and other investors funds to buy this license

Put the pieces together and this isn't conspiracy theory. There are facts behind all of this which can, and will be, substantiated.

 - The "stay" motion will have sworn declarations from other parties attesting to these facts, also.

4

- The "stay" motion will include Emerson's past threatening emails to me if she and her investors did not get special treatment, and show that they
  initiated lawsuits against me because they did not get special treatment
- The "stay" motion will have attached copies of correspondence between Emerson and her counsel which clearly show her plan of using libel against
  both my wife and myself, and our business, unless her investors received special treatment
- The "stay" motion will clearly show that the cause of Emerson's motion was driven by self-gain, and a level of vindictiveness from losing lawsuits
- The "stay" motion will have attached a settlement agreement where I paid Emerson $25,000 in consideration of not filing a lawsuit, and in good
  faith that actions like this would not occur

There will be opportunities for discovery to verify these facts and to dig deeper, as well, in this lawsuit, or others.  I have my last known email address for Emerson and Freeman on this email, because it is "only fair" that they also be aware of these matters, and that they rightfully have an opportunity right away to have a chance to perjure themselves, like Thomas Seaman has done

If you wish to discuss this matter before I submit my "stay" request tomorrow, please contact me at ph. 650-776-2496.

feathers

Tom Seaman

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, March 15, 2014 5:47 PM |
| **To:** | Vetter, Benjamin; Bulgozdy, John |
| **Cc:** | Shirey, William K. (Brooks); Berry, John W.; Dean, Lynn M.; Hannan, Susan F.; tom@thomasseaman.com; David Zaro |
| **Subject:** | New FRCP 59(e) request re SEC v. Small Business Capital Corp., et al |
| **Attachments:** | Motion to Vacate.pdf |

All please see attached in the matter of a FRCP 59(e) request.  The attached will be going in to the trial Court on Monday, along with my request for a stay on the order for "distributions".  If the Court vacates its prior Order for summary judgment, I will also be asking for assignment of a new judge as we move forward, and for another dismissal for failure to allege, and for an end to the injunction.

In the meantime, while this might make moot portions of my first appeal with the 9th Circuit on the summary judgment appeal, I would still leave the appeal in for a determination on jurisdiction and merit of the TRO request against SEC Administrative Proceedings.

Mr. Vetter and Mr. Shirey, as you become more familiar with this lawsuit, I hope that you can convince the Commissioners to withdraw the civil lawsuit, and the Administrative Proceeding, and commence with some kind of punitive actions against SEC's regional Enforcement Division staff for its misconduct.  I will separately pursue on my own civil lawsuits against Thomas Seaman and his counsel for their clear violations of serious California civil codes in the matters of fraud of misrepresentation and, or, deceit.

Regards,

Mark Feathers

---

**From:** "Vetter, Benjamin" <VetterB@SEC.GOV>
**To:** Mark Feathers <markfeathers@sbcglobal.net>; "Bulgozdy, John" <BULGOZDYJ@sec.gov>
**Cc:** "Shirey, William K. (Brooks)" <ShireyW@SEC.GOV>; "Berry, John W." <BerryJ@sec.gov>; "Dean, Lynn M." <DeanL@sec.gov>; "Hannan, Susan F." <HannanS@sec.gov>
**Sent:** Friday, March 14, 2014 11:19 AM
**Subject:** RE: New Appellate Court Hearing

Mr. Feathers,

1

Attached please find the two requested court filings.

Regards

Benjamin Vetter
Office of the General Counsel
Securities and Exchange Commission
100 F Street N.E.
Mail Stop 9040
Washington, DC 30549

---

**From:** Mark Feathers [mailto:markfeathers@sbcglobal.net]
**Sent:** Thursday, March 13, 2014 9:07 PM
**To:** Bulgozdy, John
**Cc:** Vetter, Benjamin; Shirey, William K. (Brooks); Berry, John W.; Dean, Lynn M.; Hannan, Susan F.
**Subject:** New Appellate Court Hearing

The appellate Court shows my request for injunction on the first appeal filing.

There is a new appeals number as well.  I am not able to download pacer docs for now from the appellate court.  If anybody is able to forward a copy to me of Docket 1 of the new appeal, I would appreciate this, as well as docket 9 from the first appeal filing.

Regards,

Mark Feathers


Mr. Vetter and Mr. Shirey it is a pleasure to make your acquaintences.  Suggest you think about constitutional matters here, rather then your pledge of allegiance to the SEC.  You are clearly career employees, and a balance of "good apples" to the "bad apples" of Lynn Dean and John Bulgozdy should be thought of by the Commissioners.

Exhibit D, Page 26 of 79

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Wednesday, March 19, 2014 7:59 AM |
| **To:** | Vetter, Benjamin; Bulgozdy, John |
| **Cc:** | Shirey, William K. (Brooks); Berry, John W.; Dean, Lynn M.; Hannan, Susan F.; David Zaro; tom@thomasseaman.com |
| **Subject:** | Today's Court filing |
| **Attachments:** | Receiver Misconduct on Stay Issue.pdf; 766 Feathers Stay Request.pdf |

The receiver's latest misconduct is outlined in this filing which will go in to the Court this morning.  I have included Washington DC attorneys, as a copy of this, along with a copy of the district Court stay request, will also go to the 9th Circuit.

Regards,

Feathers

1

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, April 08, 2014 7:34 AM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Cc:** | Natalie Feathers |
| **Subject:** | Feathers pending request for determination by court of contempt against receiver |
| **Attachments:** | receiver placed sb capitals assets into a qualified settlement fund and is obligated to pay its taxes.pdf |

Tom,

I have asked you or Zaro many times for information necessary to let me complete my tax work (personal).  SB Capital was a sub-s, and IRS has disallowed certain flow-through income (due to disallowing certain expenses) which I cannot contest without proper books and records, and which both of you have conspired to keep from me under the guise of the time and expense not being in the interests of the receivership estate.

**In good faith, I ask you again to provide me with these records, and an allocation for the expenses of a tax attorney and cpa's.**

I am submitting my petition to U.S. Tax Court today or tomorrow, and attached to it will be my motion filing for hearing next month with Hon. Magistrate Grewal.
The basis for my pending request for contempt of court against Seaman is the attached document.  Seaman is clearly bound by U.S. Treasury regulations to have completed 2012 tax filings for SB Capital.  Seaman is also clearly bound to have paid the taxes IRS states are due for SB Capital for audit years, or to have properly defended SB Capital against the audit.  Seaman has failed on all measures to meet his responsibilities.

In addition to my contempt request, I am going to ask that you set aside funds from the qualified plan that you set up for the receivership estate for the SB Capital tax obligations - at least in the form of a reserve - if not with actual payment.

I expect a response back on this matter today.

mark feathers

Exhibit D, Page 28 of 79

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, April 08, 2014 10:05 AM |
| **To:** | Zaro, David |
| **Cc:** | Natalie Feathers; tom@thomasseaman.com |
| **Subject:** | Re: Feathers pending request for determination by court of contempt against receiver |

I meant "rules of civil procedure" or "rules of evidence" below.

From: Mark Feathers <markfeathers@sbcglobal.net>
To: "Zaro, David" <dzaro@allenmatkins.com>
Cc: Natalie Feathers <nataliefeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
Sent: Tuesday, April 8, 2014 10:03 AM
Subject: Re: Feathers pending request for determination by court of contempt against receiver

David I do not believe that you have law or logic on your side.  This is not discovery, and the rules of discovery of federal rules of civil procedure, are applicable here. This issue is about the receiver meeting his responsibilities for having stepped into the shoes of SB Capital.  I need **all of the books and records** of SB Capital for the period which I have already outlined (beginning of 2008 through end of 2011) to be able to make argument with the tax court, and funds allocated for proper representation.  In my petition with the tax court, I will make also make motion for enjoinder of the Receiver.   I will attach these items to my reply to your pending opposition on my motion for an admin hearing with Hon. Magistrate Grewal.

Even within the past weeks I asked you again to provide copies of the reverse side of checks for those that were made out to me or to my sole proprietroships.  You either ignore my requests entirely, or you produce information in a format which is not useful.  Since your email reply appears to be your final answer, and since this is just a continuation on your part (and as representing the receiver) of your established pattern, I see no other choice then to file a request for sanctions against Seaman for violation the terms of the injunction and appointment, violating tax laws, and against your firm for aiding him in these matters.

mark feathers

From: "Zaro, David" <dzaro@allenmatkins.com>
To: 'Mark Feathers' <markfeathers@sbcglobal.net>
Cc: Natalie Feathers <nataliefeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
Sent: Tuesday, April 8, 2014 8:13 AM
Subject: RE: Feathers pending request for determination by court of contempt against receiver

1

Mr. Feathers

If you are requesting to review and copy a significant number of records, then you will need to specifically identify the documents you wish to review and then make arrangements with our office to review the documents on mutually agreeable date at an agreed upon location (perhaps at our office in Irvine or the storage facility.)  As is customary, you will need to first specifically identify the categories of documents that you wish to review and  make arrangement to tag documents for copying.  These tagged documents can then be sent out to a qualified copy service or you can arrangements for a copy service to bring a copier to the location where the documents are being reviewed.

If you wish the Receiver to produce electronic records, then you will need to identify the specific electronic records and make arrangements to pay upfront for the cost of the Receiver (or, to the extent these are old records or electronic records on systems that the receiver is not presently using, an outside service) to retrieve and copy the electronic documents.  You will need to decide whether you want to pay for electronic versions of the records or hard copies.  The Receiver or the outside service will require payment up front for the estimated cost of retrieval and production.  For the Receiver to provide you with a budget or cost estimate, he will need specific information as to what you are seeking.

We have previously advised you of the foregoing and you have declined to come and review the documents.  Notwithstanding this, the Receiver has already produced a significant number of records and documents to you that you requested in an effort to satisfy your requests (e.g. the copies of checks and statements previously sent to you.)  If there are a few additional  documents that you wish to obtain, then please identify these and, if it is not a costly or time consuming effort, then the Receiver will locate them and send them along.

On the other hand, the Receiver is not willing to guess what documents you want nor engage in a costly and time consuming production with no prospect of reimbursement.  As such, requests such as the one in your email below (requesting "proper books and records") are simply not reasonably clear or specific and therefore the Receiver has no idea what to produce.

You may petition, demand or file whatever motions you feel you need to file but the Receiver 's response is the same: you are welcome to come and review and copy records at your own expense pursuant to the above offer.  The Receiver will not expend the resources of the receivership estate to engage in a costly document production on the basis that you are demanding.

Should you have any questions, please let me know.
Regards.
David


**David R. Zaro Esq.**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor, Los Angeles, CA 90071-3301
(213) 622-5555 (main)
(213) 955-5518 (direct)
(213) 620-8816 (fax)


Allen Matkins
CHALLENGE. OPPORTUNITY. SUCCESS.

---

From: Mark Feathers [mailto:markfeathers@sbcglobal.net]
Sent: Tuesday, April 08, 2014 7:34 AM
To: Zaro, David; tom@thomasseaman.com
Cc: Natalie Feathers
Subject: Feathers pending request for determination by court of contempt against receiver

Exhibit D, Page 30 of 79

Tom,

I have asked you or Zaro many times for information necessary to let me complete my tax work (personal). SB Capital was a sub-s, and IRS has disallowed certain flow-through income (due to disallowing certain expenses) which I cannot contest without proper books and records, and which both of you have conspired to keep from me under the guise of the time and expense not being in the interests of the receivership estate.

**In good faith, I ask you again to provide me with these records, and an allocation for the expenses of a tax attorney and cpa's.**

I am submitting my petition to U.S. Tax Court today or tomorrow, and attached to it will be my motion filing for hearing next month with Hon. Magistrate Grewal.
The basis for my pending request for contempt of court against Seaman is the attached document. Seaman is clearly bound by U.S. Treasury regulations to have completed 2012 tax filings for SB Capital. Seaman is also clearly bound to have paid the taxes IRS states are due for SB Capital for audit years, or to have properly defended SB Capital against the audit. Seaman has failed on all measures to meet his responsibilities.

In addition to my contempt request, I am going to ask that you set aside funds from the qualified plan that you set up for the receivership estate for the SB Capital tax obligations - at least in the form of a reserve - if not with actual payment.

I expect a response back on this matter today.

mark feathers

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, April 08, 2014 10:04 AM |
| **To:** | Zaro, David |
| **Cc:** | Natalie Feathers; tom@thomasseaman.com |
| **Subject:** | Re: Feathers pending request for determination by court of contempt against receiver |

David I do not believe that you have law or logic on your side.  This is not discovery, and the rules of discovery of federal rules of civil procedure, are applicable here.  This issue is about the receiver meeting his responsibilities for having stepped into the shoes of SB Capital.  I need **all of the books and records** of SB Capital for the period which I have already outlined (beginning of 2008 through end of 2011) to be able to make argument with the tax court, and funds allocated for proper representation.  In my petition with the tax court, I will make also make motion for enjoinder of the Receiver.   I will attach these items to my reply to your pending opposition on my motion for an admin hearing with Hon. Magistrate Grewal.

Even within the past weeks I asked you again to provide copies of the reverse side of checks for those that were made out to me or to my sole proprietroships.  You either ignore my requests entirely, or you produce information in a format which is not useful.  Since your email reply appears to be your final answer, and since this is just a continuation on your part (and as representing the receiver) of your established pattern, I see no other choice then to file a request for sanctions against Seaman for violation the terms of the injunction and appointment, violating tax laws, and against your firm for aiding him in these matters.

mark feathers

---

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** 'Mark Feathers' <markfeathers@sbcglobal.net>
**Cc:** Natalie Feathers <nataliefeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Sent:** Tuesday, April 8, 2014 8:13 AM
**Subject:** RE: Feathers pending request for determination by court of contempt against receiver

Mr. Feathers

If you are requesting to review and copy a significant number of records, then you will need to specifically identify the documents you wish to review and then make arrangements with our office to review the documents on mutually agreeable date at an agreed upon location (perhaps at our office in Irvine or the storage facility.)  As is customary, you will need to first specifically identify the categories of documents that you wish to review and  make arrangement to tag documents for copying.  These tagged documents can then be sent out to a qualified copy service or you can arrangements for a copy service to bring a copier to the location where the documents are being reviewed.

Exhibit D, Page 32 of 79

If you wish the Receiver to produce electronic records, then you will need to identify the specific electronic records and make arrangements to pay upfront for the cost of the Receiver (or, to the extent these are old records or electronic records on systems that the receiver is not presently using, an outside service) to retrieve and copy the electronic documents. You will need to decide whether you want to pay for electronic versions of the records or hard copies. The Receiver or the outside service will require payment up front for the estimated cost of retrieval and production. For the Receiver to provide you with a budget or cost estimate, he will need specific information as to what you are seeking.

We have previously advised you of the foregoing and you have declined to come and review the documents. Notwithstanding this, the Receiver has already produced a significant number of records and documents to you that you requested in an effort to satisfy your requests (e.g. the copies of checks and statements previously sent to you.) If there are a few additional documents that you wish to obtain, then please identify these and, if it is not a costly or time consuming effort, then the Receiver will locate them and send them along.

On the other hand, the Receiver is not willing to guess what documents you want nor engage in a costly and time consuming production with no prospect of reimbursement. As such, requests such as the one in your email below (requesting "proper books and records") are simply not reasonably clear or specific and therefore the Receiver has no idea what to produce.

You may petition, demand or file whatever motions you feel you need to file but the Receiver 's response is the same: you are welcome to come and review and copy records at your own expense pursuant to the above offer. The Receiver will not expend the resources of the receivership estate to engage in a costly document production on the basis that you are demanding.

Should you have any questions, please let me know.
Regards.
David

**David R. Zaro Esq.**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor, Los Angeles, CA 90071-3301
(213) 622-5555 (main)
(213) 955-5518 (direct)
(213) 620-8816 (fax)



From: Mark Feathers [mailto:markfeathers@sbcglobal.net]
Sent: Tuesday, April 08, 2014 7:34 AM
To: Zaro, David; tom@thomasseaman.com
Cc: Natalie Feathers
Subject: Feathers pending request for determination by court of contempt against receiver

Tom,

I have asked you or Zaro many times for information necessary to let me complete my tax work (personal). SB Capital was a sub-s, and IRS has disallowed certain flow-through income (due to disallowing certain expenses) which I cannot contest without proper books and records, and which both of you have conspired to keep from me under the guise of the time and expense not being in the interests of the receivership estate.

**In good faith, I ask you again to provide me with these records, and an allocation for the expenses of a tax attorney and cpa's.**

I am submitting my petition to U.S. Tax Court today or tomorrow, and attached to it will be my motion filing for hearing next month with Hon. Magistrate Grewal.
The basis for my pending request for contempt of court against Seaman is the attached document. Seaman is clearly bound by U.S. Treasury regulations to have completed 2012 tax filings for SB Capital. Seaman is also clearly bound to have paid the taxes IRS states are due for SB Capital for audit years, or to have properly defended SB Capital against the audit. Seaman has failed on all measures to meet his responsibilities.

In addition to my contempt request, I am going to ask that you set aside funds from the qualified plan that you set up for the receivership estate for the SB Capital tax obligations - at least in the form of a reserve - if not with actual payment.

I expect a response back on this matter today.

mark feathers

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Wednesday, April 09, 2014 7:28 AM |
| **To:** | Zaro, David |
| **Cc:** | Natalie Feathers; tom@thomasseaman.com |
| **Subject:** | Re: Feathers pending request for determination by court of contempt against receiver |

I have spent portions of the past day researching US Tax Court for citations wherein the Assessment was against individuals and by way of disallowances of expenses from an underlying S corp, and where a receiver controlled these assets.  I suggest you do same.  After doing so, you may come to the conclusion that it is in the best interest for Seaman, Zaro's law firm, and the receivership estate to carve out reserves for legal fees, CPAs, qualified trusts, and the possible need for payment of taxes if SEAMAN fails to properly demonstrate, as he should have, why certain expenses were properly deductible.  I remind you that business torts are exceptions to Barton Doctrine; Seaman and his counsel will have liability on these matters (and these expenses, including the legal fees to defend yourselves, won't be paid by the receivership estate).

Regards,

Feathers

---

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** 'Mark Feathers' <markfeathers@sbcglobal.net>
**Cc:** Natalie Feathers <nataliefeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Sent:** Tuesday, April 8, 2014 8:13 AM
**Subject:** RE: Feathers pending request for determination by court of contempt against receiver

Mr. Feathers

If you are requesting to review and copy a significant number of records, then you will need to specifically identify the documents you wish to review and then make arrangements with our office to review the documents on mutually agreeable date at an agreed upon location (perhaps at our office in Irvine or the storage facility.)  As is customary, you will need to first specifically identify the categories of documents that you wish to review and  make arrangement to tag documents for copying. These tagged documents can then be sent out to a qualified copy service or you can arrangements for a copy service to bring a copier to the location where the documents are being reviewed.

If you wish the Receiver to produce electronic records, then you will need to identify the specific electronic records and make arrangements to pay upfront for the cost of the Receiver (or,  to the extent these are old records or electronic  records on systems that the receiver is not presently using, an outside service) to retrieve and copy the electronic documents. You will need to decide whether you want to pay for electronic versions of the records or hard copies. The Receiver or the outside service will require payment up front for the estimated cost of retrieval and production.  For the Receiver to provide you with a budget or cost estimate, he will need specific information as to what you are seeking.

1

We have previously advised you of the foregoing and you have declined to come and review the documents.  Notwithstanding this, the Receiver has already produced a significant number of records and documents to you that you requested in an effort to satisfy your requests (e.g. the copies of checks and statements previously sent to you.)  If there are a few additional documents that you wish to obtain, then please identify these and, if it is not a costly or time consuming effort, then the Receiver will locate them and send them along.

On the other hand, the Receiver is not willing to guess what documents you want nor engage in a costly and time consuming production with no prospect of reimbursement.  As such, requests such as the one in your email below (requesting "proper books and records") are simply not reasonably clear or specific and therefore the Receiver has no idea what to produce.

You may petition, demand or file whatever motions you feel you need to file but the Receiver 's response is the same: you are welcome to come and review and copy records at your own expense pursuant to the above offer.  The Receiver will not expend the resources of the receivership estate to engage in a costly document production on the basis that you are demanding.

Should you have any questions, please let me know.
Regards.
David

**David R. Zaro Esq.**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor, Los Angeles, CA 90071-3301
(213) 622-5555 (main)
(213) 955-5518 (direct)
(213) 620-8816 (fax)



From: Mark Feathers [mailto:markfeathers@sbcglobal.net]
Sent: Tuesday, April 08, 2014 7:34 AM
To: Zaro, David; tom@thomasseaman.com
Cc: Natalie Feathers
Subject: Feathers pending request for determination by court of contempt against receiver

Tom,

I have asked you or Zaro many times for information necessary to let me complete my tax work (personal).  SB Capital was a sub-s, and IRS has disallowed certain flow-through income (due to disallowing certain expenses) which I cannot contest without proper books and records, and which both of you have conspired to keep from me under the guise of the time and expense not being in the interests of the receivership estate.

**In good faith, I ask you again to provide me with these records, and an allocation for the expenses of a tax attorney and cpa's.**

I am submitting my petition to U.S. Tax Court today or tomorrow, and attached to it will be my motion filing for hearing next month with Hon. Magistrate Grewal.

Exhibit D, Page 36 of 79

The basis for my pending request for contempt of court against Seaman is the attached document. Seaman is clearly bound by U.S. Treasury regulations to have completed 2012 tax filings for SB Capital. Seaman is also clearly bound to have paid the taxes IRS states are due for SB Capital for audit years, or to have properly defended SB Capital against the audit. Seaman has failed on all measures to meet his responsibilities.

In addition to my contempt request, I am going to ask that you set aside funds from the qualified plan that you set up for the receivership estate for the SB Capital tax obligations - at least in the form of a reserve - if not with actual payment.

I expect a response back on this matter today.

mark feathers

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 12, 2014 8:01 AM |
| **To:** | Zaro, David; Natalie Feathers |
| **Cc:** | tom@thomasseaman.com |
| **Subject:** | Re: Receivership entity tax returns |

David,

"why you are interested".  Really?

Which entity is being audited by the IRS?  Please be specific, and please show me evidence that there is an IRS audit underway.  I filed paperwork with U.S. Tax Court last week because it appears that the audit of SB Capital was discontinued, and IRS issued a Notice of Deficiency.  There are 3 issues here - (1) I did not have the authority to allow IRS an extension of time to continue an audit, and (2) Dennis Young told me that Seaman was refusing payment on him for work on the audit, and (3) I believe that it was Seaman's responsibility to grant IRS approval to perform its audit beyond their statute of limitations period.

Using the pretext of "not efficient" or similar words to the receivership estate to place obstacles in front of these issues, or to ignore them, has not made them go away.  You and Seaman will be enjoined into tax court hearings; I have already petitioned the tax court in that regards.

As I outlined recently in another email, I hope that you have set up substantial reserves for IRS payments, because your failure(s) with an ounce of prevention means the only cure may be many pounds of flesh sought now by IRS.

Would you like me to send my tax court petition to your client, or do you prefer to wait to see it as an attachment to my reply to your opposition on the admin motion?

mark feathers

---

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** Natalie Feathers <nataliefeathers@sbcglobal.net>
**Cc:** Mark Feathers <markfeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Sent:** Friday, April 11, 2014 10:49 PM
**Subject:** Re: Receivership entity tax returns

Ms Feathers
I am not sure whether you actually are interested in the answer to the question or why you are interested.  In either event, the Receiver is working on these returns following the conclusion of the IRS audit with regard to prior years.
Regards
David

Sent from my iPhone

Exhibit D, Page 38 of 79

On Apr 11, 2014, at 4:48 PM, "Natalie Feathers" <nataliefeathers@sbcglobal.net> wrote:

> Can anyone tell me why according to the receivers website, as of 08-27-13 the receiver states, "with the forensic accounting completed, TAX WORK COMPLETED, the receiver is able to focus on determining creditor and investor claims......." . Why is it that SB Capital corp 2012 tax returns remain un-filed ????????  Something has a very bad odor !!!!!!! ANother "good-faith" error?????
>
> Sent from my iPad

> On Apr 9, 2014, at 7:27 AM, Mark Feathers <markfeathers@sbcglobal.net> wrote:

> I have spent portions of the past day researching US Tax Court for citations wherein the Assessment was against individuals and by way of disallowances of expenses froCm an underlying S corp, and where a receiver controlled these assets.  I suggest you do same.  After doing so, you may come to the conclusion that it is in the best interest for Seaman, Zaro's law firm, and the receivership estate to carve out reserves for legal fees, CPAs, qualified trusts, and the possible need for payment of taxes if SEAMAN fails to properly demonstrate, as he should have, why certain expenses were properly deductible.  I remind you that business torts are exceptions to Barton Doctrine; Seaman and his counsel will have liability on these matters (and these expenses, including the legal fees to defend yourselves, won't be paid by the receivership estate).
>
> Regards,
>
> Feathers

---

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** 'Mark Feathers' <markfeathers@sbcglobal.net>
**Cc:** Natalie Feathers <nataliefeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Sent:** Tuesday, April 8, 2014 8:13 AM
**Subject:** RE: Feathers pending request for determination by court of contempt against receiver

Mr. Feathers

If you are requesting to review and copy a significant number of records, then you will need to specifically identify the documents you wish to review and then make arrangements with our office to review the documents on mutually agreeable date at an agreed upon location (perhaps at our office in Irvine or the storage facility.)  As is customary, you will need to first specifically identify the categories of documents that you wish to review and  make arrangement to tag documents for copying.  These tagged

documents can then be sent out to a qualified copy service or you can arrangements for a copy service to bring a copier to the location where the documents are being reviewed.

If you wish the Receiver to produce electronic records, then you will need to identify the specific electronic records and make arrangements to pay upfront for the cost of the Receiver (or, to the extent these are old records or electronic records on systems that the receiver is not presently using, an outside service) to retrieve and copy the electronic documents. You will need to decide whether you want to pay for electronic versions of the records or hard copies. The Receiver or the outside service will require payment up front for the estimated cost of retrieval and production. For the Receiver to provide you with a budget or cost estimate, he will need specific information as to what you are seeking.

We have previously advised you of the foregoing and you have declined to come and review the documents. Notwithstanding this, the Receiver has already produced a significant number of records and documents to you that you requested in an effort to satisfy your requests (e.g. the copies of checks and statements previously sent to you.) If there are a few additional documents that you wish to obtain, then please identify these and, if it is not a costly or time consuming effort, then the Receiver will locate them and send them along.

On the other hand, the Receiver is not willing to guess what documents you want nor engage in a costly and time consuming production with no prospect of reimbursement. As such, requests such as the one in your email below (requesting "proper books and records") are simply not reasonably clear or specific and therefore the Receiver has no idea what to produce.

You may petition, demand or file whatever motions you feel you need to file but the Receiver 's response is the same: you are welcome to come and review and copy records at your own expense pursuant to the above offer. The Receiver will not expend the resources of the receivership estate to engage in a costly document production on the basis that you are demanding.

Should you have any questions, please let me know.
Regards.
David


**David R. Zaro Esq.**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor, Los Angeles, CA 90071-3301
(213) 622-5555 (main)
(213) 955-5518 (direct)
(213) 620-8816 (fax)

<image001.gif>

---

From: Mark Feathers [mailto:markfeathers@sbcglobal.net]
Sent: Tuesday, April 08, 2014 7:34 AM
To: Zaro, David; tom@thomasseaman.com
Cc: Natalie Feathers
Subject: Feathers pending request for determination by court of contempt against receiver

Tom,

I have asked you or Zaro many times for information necessary to let me complete my tax work (personal). SB Capital was a sub-s, and IRS has disallowed certain flow-through income (due to disallowing certain expenses) which I cannot contest without proper books and records, and which both of you have conspired to keep from me under the guise of the time and expense not being in the interests of the receivership estate.

**In good faith, I ask you again to provide me with these records, and an allocation for the expenses of a tax attorney and cpa's.**

I am submitting my petition to U.S. Tax Court today or tomorrow, and attached to it will be my motion filing for hearing next month with Hon. Magistrate Grewal.
The basis for my pending request for contempt of court against Seaman is the attached document. Seaman is clearly bound by U.S. Treasury regulations to have completed 2012 tax filings for SB Capital. Seaman is also clearly bound to have paid the taxes IRS states are due for SB Capital for audit years, or to have properly defended SB Capital against the audit. Seaman has failed on all measures to meet his responsibilities.

In addition to my contempt request, I am going to ask that you set aside funds from the qualified plan that you set up for the receivership estate for the SB Capital tax obligations - at least in the form of a reserve - if not with actual payment.

I expect a response back on this matter today.

mark feathers

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or

copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 12, 2014 3:57 PM |
| **To:** | Zaro, David; 'Natalie Feathers' |
| **Cc:** | tom@thomasseaman.com |
| **Subject:** | Re: Receivership entity tax returns |
| **Attachments:** | 9th circuit false appt.pdf |

David I'm mostly the sidelines here in your dialog with Ms. Feathers (the investor).  However, I agree that you haven't answered her question(s).

Separately, I've been waiting for a while now to hear back from the court on the issue of allowing myself and third party investors to file suit against you and your client for conspiracy, fraud of deceit, etc.  My venue will be state court, because these violations of CA civil code occurred *before* your client accepted his appointment.  Researching things the other day while preparing for this lawsuit, I found a good 9th circuit citation (attached) about a party that was required to pay back her "earnings" when the falsity of her appointment was discovered, and which will still be a good citation in state court.

*Regards,*

mark feathers

---

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** 'Natalie Feathers' <nataliefeathers@sbcglobal.net>
**Cc:** Mark Feathers <markfeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Sent:** Saturday, April 12, 2014 3:36 PM
**Subject:** RE: Receivership entity tax returns

Ms. Feathers
I apologize but at this point in the case and in light of the ongoing harassment of the Receiver and our office, I am simply not prepared to engage in what I believe to be a pointless back and forth with you on these matters.  There is no disguise nor any puzzles.  The Receiver continues to administer the receivership in accordance with the Court's orders.  The details of his work can be found in the records of the Court and I would direct you to that record and the Receiver's website to address your questions.
Regards.
David


David R. Zaro, Esq. (Partner)
Allen Matkins Leck Gamble Mallory & Natsis llp
515 S. Figueroa Street, 9th Floor
Los Angeles, California 90071-3309
213.955.5518 Direct | 213.622.5555 Main | 213.620.8816 Fax
dzaro@allenmatkins.com  |  www.allenmatkins.com

**From:** Natalie Feathers [mailto:nataliefeathers@sbcglobal.net]
**Sent:** Saturday, April 12, 2014 3:27 PM
**To:** Zaro, David
**Cc:** Mark Feathers; tom@thomasseaman.com
**Subject:** Re: Receivership entity tax returns

Mr zaro ,

I greatly appreciate your prompt response, however, I am perplexed; for as usual your response is filled with puzzles;

1) why would the receiver indicate that all tax records are complete when they are not?

2). Who is the receiver using as an accountant? For, the CPA who filed the original tax returns indicates he is not involved?;
3). Why did the receiver indicate all tax matters for the receivership entities have been resolved when they are not????  Is this not misleading?

As an investor (with vested retirement funds from hard earnings outside of the entities), I ask you, why the disguise?

Sent from my

On Apr 12, 2014, at 9:12 AM, "Z, David" <dzaro@allenmatkins.com> wrote:

> Ms Feathers
> The Receiver and the tax accountant have been working on returns for the receivership estate and
> communicated with the IRS in response to the IRS audit.   Communications with the IRS have been the
> typical of those in receiverships which involve both entities and receiverships (the latter may be treated as
> qualified settlement funds.)
> Regards.
> David

> **From:** Natalie Feathers [mailto:nataliefeathers@sbcglobal.net]
> **Sent:** Saturday, April 12, 2014 7:06 AM
> **To:** Zaro, David
> **Cc:** Mark Feathers; tom@thomasseaman.com
> **Subject:** Re: Receivership entity tax returns

> Mr. Zaro

> Thank you for your response, but it would also be nice to know if the receiver is cooperating
> with the IRS.  If you should care to know, the reason for my interest has to do with the fact that
> the corp is a pass-though entity that impacts my personal tax return that I file jointly with my
> husband.

> Sent from my iPad

> On Apr 11, 2014, at 10:49 PM, "Zaro, David" <dzaro@allenmatkins.com> wrote:

>> Ms Feathers

I am not sure whether you actually are interested in the answer to the question or why you are interested. In either event, the Receiver is working on these returns following the conclusion of the IRS audit with regard to prior years.
Regards
David

Sent from my iPhone

On Apr 11, 2014, at 4:48 PM, "Natalie Feathers" <nataliefeathers@sbcglobal.net> wrote:

> Can anyone tell me why according to the receivers website, as of 08-27-13 the receiver states, "with the forensic accounting completed, TAX WORK COMPLETED, the receiver is able to focus on determining creditor and investor claims......." . Why is it that SB Capital corp 2012 tax returns remain un-filed ????????  Something has a very bad odor !!!!!!! ANother "good-faith" error?????
>
> Sent from my iPad
>
> On Apr 9, 2014, at 7:27 AM, Mark Feathers <markfeathers@sbcglobal.net> wrote:
>
>> I have spent portions of the past day researching US Tax Court for citations wherein the Assessment was against individuals and by way of disallowances of expenses from an underlying S corp, and where a receiver controlled these assets. I suggest you do same. After doing so, you may come to the conclusion that it is in the best interest for Seaman, Zaro's law firm, and the receivership estate to carve out reserves for legal fees, CPAs, qualified trusts, and the possible need for payment of taxes if SEAMAN fails to properly demonstrate, as he should have, why certain expenses were properly deductible. I remind you that business torts are exceptions to Barton Doctrine; Seaman and his counsel will have liability on these matters (and these expenses, including the legal fees to defend yourselves, won't be paid by the receivership estate).
>>
>> Regards,

3

Feathers

From: "Zaro, David" <dzaro@allenmatkins.com>
To: 'Mark Feathers' <markfeathers@sbcglobal.net>
Cc: Natalie Feathers <nataliefeathers@sbcglobal.net>;
"tom@thomasseaman.com" <tom@thomasseaman.com>
Sent: Tuesday, April 8, 2014 8:13 AM
Subject: RE: Feathers pending request for determination by
court of contempt against receiver

Mr. Feathers

If you are requesting to review and copy a significant
number of records, then you will need to specifically
identify the documents you wish to review and then
make arrangements with our office to review the
documents on mutually agreeable date at an agreed upon
location (perhaps at our office in Irvine or the storage
facility.) As is customary, you will need to first
specifically identify the categories of documents that
you wish to review and make arrangement to tag
documents for copying. These tagged documents can
then be sent out to a qualified copy service or you can
arrangements for a copy service to bring a copier to the
location where the documents are being reviewed.

If you wish the Receiver to produce electronic records,
then you will need to identify the specific electronic
records and make arrangements to pay upfront for the
cost of the Receiver (or, to the extent these are old
records or electronic records on systems that the
receiver is not presently using, an outside service) to
retrieve and copy the electronic documents. You will
need to decide whether you want to pay for electronic
versions of the records or hard copies. The Receiver or
the outside service will require payment up front for the
estimated cost of retrieval and production. For the
Receiver to provide you with a budget or cost estimate,
he will need specific information as to what you are
seeking.

We have previously advised you of the foregoing and
you have declined to come and review the
documents. Notwithstanding this, the Receiver has
already produced a significant number of records and
documents to you that you requested in an effort to
satisfy your requests (e.g. the copies of checks and
statements previously sent to you.) If there are a few
additional documents that you wish to obtain, then
please identify these and, if it is not a costly or time
consuming effort, then the Receiver will locate them and
send them along.

On the other hand, the Receiver is not willing to guess what documents you want nor engage in a costly and time consuming production with no prospect of reimbursement. As such, requests such as the one in your email below (requesting "proper books and records") are simply not reasonably clear or specific and therefore the Receiver has no idea what to produce.

You may petition, demand or file whatever motions you feel you need to file but the Receiver 's response is the same: you are welcome to come and review and copy records at your own expense pursuant to the above offer. The Receiver will not expend the resources of the receivership estate to engage in a costly document production on the basis that you are demanding.

Should you have any questions, please let me know.
Regards.
David


**David R. Zaro Esq.**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor, Los Angeles, CA 90071-3301
(213) 622-5555 (main)
(213) 955-5518 (direct)
(213) 620-8816 (fax)

<image001.gif>


From: Mark Feathers [mailto:markfeathers@sbcglobal.net]
Sent: Tuesday, April 08, 2014 7:34 AM
To: Zaro, David; tom@thomasseaman.com
Cc: Natalie Feathers
Subject: Feathers pending request for determination by court of contempt against receiver


Tom,

I have asked you or Zaro many times for information necessary to let me complete my tax work (personal). SB Capital was a sub-s, and IRS has disallowed certain flow-through income (due to disallowing certain expenses) which I cannot contest without proper books and records, and which both of you have conspired to keep from me under the guise of the time and

expense not being in the interests of the receivership estate.

**In good faith, I ask you again to provide me with these records, and an allocation for the expenses of a tax attorney and cpa's.**

I am submitting my petition to U.S. Tax Court today or tomorrow, and attached to it will be my motion filing for hearing next month with Hon. Magistrate Grewal. The basis for my pending request for contempt of court against Seaman is the attached document. Seaman is clearly bound by U.S. Treasury regulations to have completed 2012 tax filings for SB Capital. Seaman is also clearly bound to have paid the taxes IRS states are due for SB Capital for audit years, or to have properly defended SB Capital against the audit. Seaman has failed on all measures to meet his responsibilities.

In addition to my contempt request, I am going to ask that you set aside funds from the qualified plan that you set up for the receivership estate for the SB Capital tax obligations - at least in the form of a reserve - if not with actual payment.

I expect a response back on this matter today.

mark feathers

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose

of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

7

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 12, 2014 4:09 PM |
| **To:** | Zaro, David; 'Natalie Feathers' |
| **Cc:** | tom@thomasseaman.com |
| **Subject:** | Re: Receivership entity tax returns |

David can you clarify what you mean when you reference "typical of those in receiverships which involved both entities and receiverships"?  There is one receivership estate here as far as I am aware of, and one qualified settlement fund. Am I amiss on this?  Is SB Capital separated from the QSF?  Thank you for clarifying.

Regards,

mark feathers

---

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** 'Natalie Feathers' <nataliefeathers@sbcglobal.net>
**Cc:** Mark Feathers <markfeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Sent:** Saturday, April 12, 2014 9:12 AM
**Subject:** RE: Receivership entity tax returns

Ms Feathers
The Receiver and the tax accountant have been working on returns for the receivership estate and communicated with the IRS in response to the IRS audit.   Communications with the IRS have been the typical of those in receiverships which involve both entities and receiverships (the latter may be treated as qualified settlement funds.)
Regards.
David

---

**From:** Natalie Feathers [mailto:nataliefeathers@sbcglobal.net]
**Sent:** Saturday, April 12, 2014 7:06 AM
**To:** Zaro, David
**Cc:** Mark Feathers; tom@thomasseaman.com
**Subject:** Re: Receivership entity tax returns

Mr. Zaro

Thank you for your response, but it would also be nice to know if the receiver is cooperating with the IRS.  If you should care to know, the reason for my interest has to do with the fact that the corp is a pass-though entity that impacts my personal tax return that I file jointly with my husband.  Cap

Sent from my iPad

On Apr 11, 2014, at 10:49 PM, "Zaro, David" <dzaro@allenmatkins.com> wrote:

> Ms Feathers
> I am not sure whether you actually are interested in the answer to the question or why you are interested.  In either event, the Receiver is working on these returns following the conclusion of the IRS audit with regard to prior years.

1

Regards
David

Sent from my iPhone

On Apr 11, 2014, at 4:48 PM, "Natalie Feathers" <nataliefeathers@sbcglobal.net> wrote:

Can anyone tell me why according to the receivers website, as of 08-27-13 the receiver states, "with the forensic accounting completed, TAX WORK COMPLETED, the receiver is able to focus on determining creditor and investor claims......." .  Why is it that SB Capital corp 2012 tax returns remain un-filed ????????  Something has a very bad odor !!!!!!! ANother "good-faith" error?????

Sent from my iPad

On Apr 9, 2014, at 7:27 AM, Mark Feathers <markfeathers@sbcglobal.net> wrote:

I have spent portions of the past day researching US Tax Court for citations wherein the Assessment was against individuals and by way of disallowances of expenses from an underlying S corp, and where a receiver controlled these assets.  I suggest you do same.  After doing so, you may come to the conclusion that it is in the best interest for Seaman, Zaro's law firm, and the receivership estate to carve out reserves for legal fees, CPAs, qualified trusts, and the possible need for payment of taxes if SEAMAN fails to properly demonstrate, as he should have, why certain expenses were properly deductible.  I remind you that business torts are exceptions to Barton Doctrine; Seaman and his counsel will have liability on these matters (and these expenses, including the legal fees to defend yourselves, won't be paid by the receivership estate).

Regards,

Feathers

From: "Zaro, David" <dzaro@allenmatkins.com>
To: 'Mark Feathers' <markfeathers@sbcglobal.net>
Cc: Natalie Feathers <nataliefeathers@sbcglobal.net>;
"tom@thomasseaman.com" <tom@thomasseaman.com>
Sent: Tuesday, April 8, 2014 8:13 AM
Subject: RE: Feathers pending request for determination by court of contempt against receiver

Mr. Feathers

2

If you are requesting to review and copy a significant number of records, then you will need to specifically identify the documents you wish to review and then make arrangements with our office to review the documents on mutually agreeable date at an agreed upon location (perhaps at our office in Irvine or the storage facility.) As is customary, you will need to first specifically identify the categories of documents that you wish to review and make arrangement to tag documents for copying. These tagged documents can then be sent out to a qualified copy service or you can arrangements for a copy service to bring a copier to the location where the documents are being reviewed.

If you wish the Receiver to produce electronic records, then you will need to identify the specific electronic records and make arrangements to pay upfront for the cost of the Receiver (or, to the extent these are old records or electronic records on systems that the receiver is not presently using, an outside service) to retrieve and copy the electronic documents. You will need to decide whether you want to pay for electronic versions of the records or hard copies. The Receiver or the outside service will require payment up front for the estimated cost of retrieval and production. For the Receiver to provide you with a budget or cost estimate, he will need specific information as to what you are seeking.

We have previously advised you of the foregoing and you have declined to come and review the documents. Notwithstanding this, the Receiver has already produced a significant number of records and documents to you that you requested in an effort to satisfy your requests (e.g. the copies of checks and statements previously sent to you.) If there are a few additional documents that you wish to obtain, then please identify these and, if it is not a costly or time consuming effort, then the Receiver will locate them and send them along.

On the other hand, the Receiver is not willing to guess what documents you want nor engage in a costly and time consuming production with no prospect of reimbursement. As such, requests such as the one in your email below (requesting "proper books and records") are simply not reasonably clear or specific and therefore the Receiver has no idea what to produce.

You may petition, demand or file whatever motions you feel you need to file but the Receiver 's response is the same: you are welcome to come and review and copy records at your own expense pursuant to the above offer. The Receiver will not expend the resources of the receivership estate to engage in a costly document production on the basis that you are demanding.

Should you have any questions, please let me know.
Regards.
David

**David R. Zaro Esq.**
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 South Figueroa Street, 9th Floor, Los Angeles, CA 90071-3301
(213) 622-5555 (main)

(213) 955-5518 (direct)
(213) 620-8816 (fax)

<image001.gif>

**From:** Mark Feathers [mailto:markfeathers@sbcglobal.net]
**Sent:** Tuesday, April 08, 2014 7:34 AM
**To:** Zaro, David; tom@thomasseaman.com
**Cc:** Natalie Feathers
**Subject:** Feathers pending request for determination by court of contempt against receiver

Tom,

I have asked you or Zaro many times for information necessary to let me complete my tax work (personal). SB Capital was a sub-s, and IRS has disallowed certain flow-through income (due to disallowing certain expenses) which I cannot contest without proper books and records, and which both of you have conspired to keep from me under the guise of the time and expense not being in the interests of the receivership estate.

**In good faith, I ask you again to provide me with these records, and an allocation for the expenses of a tax attorney and cpa's.**

I am submitting my petition to U.S. Tax Court today or tomorrow, and attached to it will be my motion filing for hearing next month with Hon. Magistrate Grewal. The basis for my pending request for contempt of court against Seaman is the attached document. Seaman is clearly bound by U.S. Treasury regulations to have completed 2012 tax filings for SB Capital. Seaman is also clearly bound to have paid the taxes IRS states are due for SB Capital for audit years, or to have properly defended SB Capital against the audit. Seaman has failed on all measures to meet his responsibilities.

In addition to my contempt request, I am going to ask that you set aside funds from the qualified plan that you set up for the receivership estate for the SB Capital tax

4

obligations - at least in the form of a reserve - if not with actual payment.

I expect a response back on this matter today.

mark feathers

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, April 15, 2014 9:34 AM |
| **To:** | Shirey, William K. (Brooks) |
| **Cc:** | Bulgozdy, John; Vetter, Benjamin; David Zaro; tom@thomasseaman.com; John W. Berry; Susan F. Hannan; John W. Berry; elizar@latc.com; bob@colemanpublishing.com |
| **Subject:** | Re: Feathers v. SEC  (13-17304) |

SEC,

Your answer is due in to the 9th Circuit today or tomorrow.  I just wanted to take a last minute opportunity to not only remind you of what you already know to be factually true -

SEC, or certain of its employees, have violated the 4th and 5th Amendments to the Bill of Rights.

Additionally, I take this opportunity to state on the record that certain individuals also have not only violated constitutional rights of myself and several hundred private citizens, but also have engaged in criminal activities, given the magnitude of harm that has befallen myself and fund investors.  These persons are:

1. John Bulgozdy, Esq. of SEC
2. Roger Boudreau, CPA of SEC
3. Thomas Seaman CFA
4. David Zaro, Esq.

Go ahead and include this email in your future filings.  Thing long and hard about the means-to-an-ends that these 4 named individuals have engaged in.  Conspiracy, fraud of deceit, wrongful attempts (so far successful, in fact) for personal gain on the backs of private citizens, etc.

Tell me there is any goddamned way on God's green earth that Roger Boudreau could "in good faith error" could have concocted his formula for distributions, and "not in bad faith" spend much time and effort on creating pro forma financial illustrations by the score built on this formula, and I'll tell you that you're all assholes of the first order.

Regards,

Mark Feathers

1

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Friday, April 18, 2014 9:14 AM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Cc:** | Natalie Feathers |
| **Subject:** | Natalie Feathers IPF account history |

David,

Natalie will be submitting a request to the Court next week for a reconsideration on her claim.  The reasoning is straightforward:

1.  her investment was retirement account contributions that pre-dated her employment with SB Capital
2.  her position that there was not sufficient constructive notice that it was the receiver's intention to contest her claim

In accorance with applicable Federal Rules of Civil Procedure, and local rules, as applicable and which you are both more aware of then Natalie and I, please provide Natalie a full account history of all of her accounts by the middle of next week.  She needs this information to help establish an evidentiary basis to her position in her pending request for reconsideration.  If this information is not provided by next Friday, then on the following Monday Natalie will request an admin hearing with Hon. Magistrate Grewal to require you provide this information.

Regards,

Mark Feathers

1

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Friday, April 18, 2014 2:23 PM |
| **To:** | Zaro, David; tom@thomasseaman.com |
| **Cc:** | Natalie Feathers |
| **Subject:** | Re: Natalie Feathers IPF account history |

David,

Thank you for the account history. My position (which may be shared by my wife) is that this court has abused its authority, and failed to recognize its own bias in this lawsuit. Since I am on the record saying as much within my 9th Circuit appeal, it is clear that this is not an opinion that I hold in hiding. I am following the formalities necessary (in this case, to assist Natalie) which are necessary from a procedural standpoint. Although I do not respect the decisions, I do respect the process, in as much as I can educate myself on these matters. There is no point in arguing this particular matter (about a request for reconsideration) with you, but thank you, again, for the history.

Regards,

Mark Feathers

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** 'Mark Feathers' <markfeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Cc:** Natalie Feathers <nataliefeathers@sbcglobal.net>
**Sent:** Friday, April 18, 2014 4:15 PM
**Subject:** RE: Natalie Feathers IPF account history

Mr. Feathers:
Your threats are unnecessary and groundless. Ms. Feathers has no standing to seek relief from the magistrate. Just because she or you want something doesn't mean you can just demand it and expect the Receiver to jump on the request. Moreover, we would all be better off if you would take the time to review the law. You have no basis to seek reconsideration under the law. The arguments that you are stating are the same as those that Ms. Feathers and you made in response to the Receiver's original claims objection motion and in prior emails. Ms. Feathers certainly had notice of the Receiver's objection, it was the subject of a specific objection in the original motion on the claims. She is certainly an active participant in this case and has access to the court filings and Receiver's website where the objections to claims were described.   As such, notice was sufficient and she is presenting new facts (that is, facts not known in advance of the hearing on the claims objection motion.)   Therefore, there is no basis for the court to reconsider the claim and we request that you not waste the Receiver's or the Court's time with such a spurious motion.
With that said, here are the Account Statements showing the contributions by Ms. Feathers.
Regards,
David

**From:** Mark Feathers [mailto:markfeathers@sbcglobal.net]
**Sent:** Friday, April 18, 2014 9:14 AM
**To:** Zaro, David; tom@thomasseaman.com
**Cc:** Natalie Feathers
**Subject:** Natalie Feathers IPF account history

1

Exhibit D, Page 57 of 79

David,

Natalie will be submitting a request to the Court next week for a reconsideration on her claim. The reasoning is straightforward:

1. her investment was retirement account contributions that pre-dated her employment with SB Capital
2. her position that there was not sufficient constructive notice that it was the receiver's intention to contest her claim

In accorance with applicable Federal Rules of Civil Procedure, and local rules, as applicable and which you are both more aware of then Natalie and I, please provide Natalie a full account history of all of her accounts by the middle of next week. She needs this information to help establish an evidentiary basis to her position in her pending request for reconsideration. If this information is not provided by next Friday, then on the following Monday Natalie will request an admin hearing with Hon. Magistrate Grewal to require you provide this information.

Regards,

Mark Feathers

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Friday, April 18, 2014 2:28 PM |
| **To:** | Zaro, David; tom@thomasseaman.com |
| **Cc:** | Natalie Feathers |
| **Subject:** | Re: Natalie Feathers IPF account history |

Separately, I'm not sure why you state that I am making threats...whether in this email or any other email, David. I believe that my track record is to do what I say that I will do, for the most part.

This includes my intention to move forward, at the right time, with a lawsuit against your client for his personal violations of CA civil code, and your own conspiracy in this matter. This is not a threat. It will happen. The requirements in state court are that I have asked for approval to initiate a lawsuit (which I have now done, and which the court has issued its order on this past week). There is no requirement that the federal court actually approve this request, only that I go through the process of asking. For me, it almost did not matter if the court had approved my request or not, as I would have asked for a new judge anyways, even if the Court had approved my request.

There is a three year statute of limitations in CA for fraud of deceit, from the date of the constructive knowledge of the fraud. Your client informed me that he was not a CPA in the first month or two of 2014, so I have until early 2017 to initiate this lawsuit.

Regards,

mark

**From:** "Zaro, David" <dzaro@allenmatkins.com>
**To:** 'Mark Feathers' <markfeathers@sbcglobal.net>; "tom@thomasseaman.com" <tom@thomasseaman.com>
**Cc:** Natalie Feathers <nataliefeathers@sbcglobal.net>
**Sent:** Friday, April 18, 2014 4:15 PM
**Subject:** RE: Natalie Feathers IPF account history

Mr. Feathers:
Your threats are unnecessary and groundless. Ms. Feathers has no standing to seek relief from the magistrate. Just because she or you want something doesn't mean you can just demand it and expect the Receiver to jump on the request. Moreover, we would all be better off if you would take the time to review the law. You have no basis to seek reconsideration under the law. The arguments that you are stating are the same as those that Ms. Feathers and you made in response to the Receiver's original claims objection motion and in prior emails. Ms. Feathers certainly had notice of the Receiver's objection, it was the subject of a specific objection in the original motion on the claims. She is certainly an active participant in this case and has access to the court filings and Receiver's website where the objections to claims were described. As such, notice was sufficient and she is presenting new facts (that is, facts not knownin advance of the hearing on the claims objection motion.) Therefore, there is no basis for the court to reconsider the claim and we request that you not waste the Receiver's or the Court's time with such a spurious motion.
With that said, here are the Account Statements showing the contributions by Ms. Feathers.
Regards.
David

1

From: Mark Feathers [mailto:markfeathers@sbcglobal.net]
Sent: Friday, April 18, 2014 9:14 AM
To: Zaro, David; tom@thomasseaman.com
Cc: Natalie Feathers
Subject: Natalie Feathers IPF account history

David,

Natalie will be submitting a request to the Court next week for a reconsideration on her claim.  The reasoning is straightforward:

1.  her investment was retirement account contributions that pre-dated her employment with SB Capital
2.  her position that there was not sufficient constructive notice that it was the receiver's intention to contest her claim

In accorance with applicable Federal Rules of Civil Procedure, and local rules, as applicable and which you are both more aware of then Natalie and I, please provide Natalie a full account history of all of her accounts by the middle of next week.  She needs this information to help establish an evidentiary basis to her position in her pending request for reconsideration.  If this information is not provided by next Friday, then on the following Monday Natalie will request an admin hearing with Hon. Magistrate Grewal to require you provide this information.

Regards,

Mark Feathers

---

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 19, 2014 9:11 AM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Cc:** | John Bulgozdy; Susan F. Hannan; Lynn M. Dean; John W. Berry |
| **Subject:** | Fw: April 25th Motion Hearings to Reorganize or to Sell All Fund Assets |
| **Attachments:** | IPF Fund Financing Proposal Mar 2014 (1).pdf |

Zaro, Seaman, SEC,

I sincerely hope that SEC, Seaman, or Zaro did not play a hand in this small group of investors recently submitting oppositions to my motion, which were posted "in bulk" yesterday on PACER weeks after the so-called dating of these. I am considering introducing a motion for sanctions and misconduct. It clearly appears, based upon similar writings, that this group may have had "help" in structuring the wording of their "opposition", and that they may have engaged in a back-dating conspiracy. If this can be traced back to SEC or Seaman/Zaro in any way (i.e., suggestive language, advice, or a close correlation between phone calls to/from these parties), then I will look to have the book thrown at SEC and Seaman.

This is not an issue of making a threat. I am simply putting together the pieces of what has occurred here yesterday. Discovery can demonstrate if there is an evidentiary validity to my opinions or suspicions. If a single one of these investors letters/court dockets is referenced by Seaman or SEC during the April 25th hearings, I will cite California Civil Code statutes and go on the official court record with names and that I hold the opinion that their has been unlawful back-dating and a conspiracy on these matters.

If these investors make statements during Court, I will ask on that day in Court if these investors had any guidance IN ANY WAY WHATSOEVER from the so-called "neutral" court appointed receiver, who is an officer of the court.

Your misconduct has no boundaries, by which I mean as evidenced by your prior misconduct, and may which now also include a hand in this recent matter.

**The best interests of hundreds of investors should not be negatively impacted by a very small minority who are misinformed about fact and truth in this lawsuit.**


Feathers


----- Forwarded Message -----
**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** "SBCapInvestors@yahoogroups.com" <SBCapInvestors@yahoogroups.com>
**Sent:** Saturday, April 19, 2014 8:43 AM
**Subject:** April 25th Motion Hearings to Reorganize or to Sell All Fund Assets

Dear Investor Forum,

Next Friday, April 25th, at 9:00 at 280 S. 1st St., San Jose, are motion hearings which offer the possibility of dramatically divergent different outcomes to fund investors.

Recently it has come to my attention, based upon some court filings which were posted yesterday weeks after the opposition period to a plan of reorganization (and all of which appear to be unlawfully backdated through the combined and coordinated efforts of a small minority of fund investors, which meets the legal definition of an unlawful conspiracy, by the way, so this minority group of investors should tread very carefully) that some investors may think that "retaining assets" means that they will not be able to redeem their investment.  This is not true, at all, however.  All investors should know the following:

1.  Credible parties are offering the reorganized fund liquidity of $10,000,000 which will allow for partial or full redemption to investors who desire to leave, while those who stay may benefit from retained assets providing substantial earnings to them.

2.  This reorganization does not include my appointment as an officer or as a salaried employee of the fund.  Until my lawsuit dismissal, I would not even consider such an appointment, even if it were offered to me.  This is a member driven reorganization, not a Mark Feathers driven reorganization.  I am the only party who has standing before the court to introduce this, members did not.  So I sponsored it.  When a member-voted board of directors is in place, my services will be available, if desired by the independent member-approved board.

3.  Please look very closely at the attached tentative credit facility to the fund.  It includes a possibility of this provider acquiring the assets of the funds within a short period of 25% OVER their book value.  This would allow for a recovery of a substantial amount of losses which have occurred from the write off of the fund's organization and operating related expenses which were incurred to build their $100,000,000 SBA loan servicing portfolio, and which create in excess of $1,000,000 per year in free cash flow to the fund's, separate from their interest income on fund mortgage notes.  A premium of 25% over book value means a potential windfall to fund investors of $5,000,000 or greater, for those investors who stay in the funds.

Regards,

Mark Feathers

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 19, 2014 11:33 AM |
| **To:** | Natalie Feathers; Tom Seaman |
| **Cc:** | Zaro, David; ted fates |
| **Subject:** | Re: Technical problems with website |

Tom,

There has not been a single misrepresentation by Natalie Feathers in two years to begin with, never mind one made out of "anger and denial".  You remind me of a religious zealot who has deceived himself into thinking he is on a righteous mission, when in fact, just like J. Edgar Hoover, he's really just a cross dresser in his own closet with a lot of issues (figuratively speaking).  The blinds will be pulled back in due time, and the Deceiver, just like the Wizard of Oz, will be rightfully exposed for what he is.

And a conspiracy will also be shown on that time in the matter of violations of CA laws.  A jury of your peers will be what makes you collectively finally hang your head(s) in shame.  In the end, it will be shown that the almighty dollar is what made David Zaro look the other way on the "CPA" issue, and Tom, you will realize that you have been a tool (and a fool) for Zaro, motivated by your own greed, and not seeing that Zaro has some very serious character issues.

mark feathers


**From:** Natalie Feathers <nataliefeathers@sbcglobal.net>
**To:** Tom Seaman <tom@thomasseaman.com>
**Cc:** "Zaro, David" <dzaro@allenmatkins.com>; ted fates <tfates@allenmatkins.com>
**Sent:** Saturday, April 19, 2014 11:51 AM
**Subject:** Re: Technical problems with website

Tom,

Perhaps this will help.  Read the last part of the sentence "or the server has been instructed not to let you have it".  What exactly am I misrepresenting or denying?


Sent from my iPhone

On Apr 19, 2014, at 9:00 AM, "Tom Seaman" <tom@thomasseaman.com> wrote:

> Good morning, Thank you for bringing this to my attention.  Is it possible
> for you to make an inquiry without making a personal attack or harassing me?
> When I try to access the page it says "The page cannot be found".  I have no
> idea why but will contact the webmaster to get it fixed.   In the meantime,
> as you know, you can get it from PACER.  It does not say  " the server has

1

> been instructed not to let you have  it" as you state, when I try it.  Or
> was that just you misrepresenting the facts out of anger and denial, as is
> your custom?
>
> Thomas Seaman, CFA
> Judicial Receiver
> 3 Park Plaza, Suite 550
> Irvine, CA  92614
> Phone (949) 222-0551 ext 101
> Direct (949) 265-8403
> tom@thomasseaman.com
> www.thomasseaman.com
>
>
> -----Original Message-----
> From: Natalie Feathers [mailto:nataliefeathers@sbcglobal.net]
> Sent: Saturday, April 19, 2014 7:32 AM
> To: David Zaro; tom@thomasseaman.com; tfates@allenmatkins.com
> Cc: Mark Feathers
> Subject: Technical problems with website
>
> Good Morning Gentlemen;
>
> There appears to be technical problem with the deceiver website.  The
> website is preventing me from opening docket 626.  A message comes up
> stating, " the server has  been instructed not to let you have  it".
>
> Best,
> Natalie
>
> Quote for the day;
>
> "Get your facts first, then you can distort them as you please"....Mark
> Twain
>
>
>
>
> Sent from my iPad
>

Exhibit D, Page 64 of 79

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 19, 2014 11:51 AM |
| **To:** | Natalie Feathers; Tom Seaman |
| **Cc:** | Zaro, David; ted fates |
| **Subject:** | Feathers' opposition to Deceiver's motion to sell fund assets also has "technical problems" |

Tom,

You should contact your webmaster in a hurry.  Only your "amended order" on http://www.sbcapital.com/ can be opened, and none of the other court filings.

feathers

**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** Natalie Feathers <nataliefeathers@sbcglobal.net>; Tom Seaman <tom@thomasseaman.com>
**Cc:** "Zaro, David" <dzaro@allenmatkins.com>; ted fates <tfates@allenmatkins.com>
**Sent:** Saturday, April 19, 2014 1:33 PM
**Subject:** Re: Technical problems with website

Tom,

There has not been a single misrepresentation by Natalie Feathers in two years to begin with, never mind one made out of "anger and denial".  You remind me of a religious zealot who has deceived himself into thinking he is on a righteous mission, when in fact, just like J. Edgar Hoover, he's really just a cross dresser in his own closet with a lot of issues (figuratively speaking).  The blinds will be pulled back in due time, and the Deceiver, just like the Wizard of Oz, will be rightfully exposed for what he is.

And a conspiracy will also be shown on that time in the matter of violations of CA laws.  A jury of your peers will be what makes you collectively finally hang your head(s) in shame.  In the end, it will be shown that the almighty dollar is what made David Zaro look the other way on the "CPA" issue, and Tom, you will realize that you have been a tool (and a fool) for Zaro, motivated by your own greed, and not seeing that Zaro has some very serious character issues.

mark feathers

**From:** Natalie Feathers <nataliefeathers@sbcglobal.net>
**To:** Tom Seaman <tom@thomasseaman.com>
**Cc:** "Zaro, David" <dzaro@allenmatkins.com>; ted fates <tfates@allenmatkins.com>
**Sent:** Saturday, April 19, 2014 11:51 AM
**Subject:** Re: Technical problems with website

Tom,

Exhibit D, Page 65 of 79

Perhaps this will help.  Read the last part of the sentence "or the server has been instructed not to let you have it".  What exactly am I misrepresenting or denying?


Sent from my iPhone

On Apr 19, 2014, at 9:00 AM, "Tom Seaman" <tom@thomasseaman.com> wrote:

> Good morning, Thank you for bringing this to my attention.  Is it possible
> for you to make an inquiry without making a personal attack or harassing me?
> When I try to access the page it says "The page cannot be found".  I have no
> idea why but will contact the webmaster to get it fixed.   In the meantime,
> as you know, you can get it from PACER.  It does not say  " the server has
> been instructed not to let you have  it" as you state, when I try it.  Or
> was that just you misrepresenting the facts out of anger and denial, as is
> your custom?
>
> Thomas Seaman, CFA
> Judicial Receiver
> 3 Park Plaza, Suite 550
> Irvine, CA  92614
> Phone (949) 222-0551 ext 101
> Direct (949) 265-8403
> tom@thomasseaman.com
> www.thomasseaman.com
>
>
> -----Original Message-----
> From: Natalie Feathers [mailto:nataliefeathers@sbcglobal.net]
> Sent: Saturday, April 19, 2014 7:32 AM
> To: David Zaro; tom@thomasseaman.com; tfates@allenmatkins.com
> Cc: Mark Feathers
> Subject: Technical problems with website
>
> Good Morning Gentlemen;
>
> There appears to be technical problem with the deceiver website.  The
> website is preventing me from opening docket 626.  A message comes up
> stating, " the server has  been instructed not to let you have  it".
>
> Best,
> Natalie
>
> Quote for the day;
>
> "Get your facts first, then you can distort them as you please"....Mark
> Twain
>
>

&gt;
&gt;
&gt; Sent from my iPad
&gt;

Exhibit D, Page 67 of 79

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 19, 2014 6:16 PM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Cc:** | Natalie Feathers; markfeathers@sbcglobal.net |
| **Subject:** | Fw: Fwd: SBCapitalReceiver HOME Page Links Disabled: Use CASE DOCUMENTS page until all links restored |

Seaman,

I am not on your email lost (why not?).  Natalie forwarded this to me.  You should be ashamed of yourself.

Instead of telling a fund member that they are "angry and in denial", you should be thanking her for alerting you to the fact that your site has "mechanical issues".  You have gone out of your way to single Natalie Feathers out for especially disparaging treatment.  You are a disgrave to all federal and state equity receivers.

I am strongly considering submitting a motion to the court against you on Monday for misconduct, and showing the rest of the investors and the court the abusive language and methods that you have used for Natalie.  Your own words show this better then I can.

I also don't understand why your site says the mechanical issues are not germane to "case documents", also, as I was not able to load these up earlier.  Maybe you fixed that issue by now, I don't know.

mark feathers


----- Forwarded Message -----
**From:** Natalie Feathers <nataliefeathers@sbcglobal.net>
**To:** Mark Feathers <markfeathers@sbcglobal.net>
**Sent:** Saturday, April 19, 2014 4:59 PM
**Subject:** Fwd: SBCapitalReceiver HOME Page Links Disabled: Use CASE DOCUMENTS page until all links restored


Sent from my iPhone

Begin forwarded message:

> **From:** "SB Capital Corp. Receivership" <info@sbcapitalreceiver.com>
> **Date:** April 19, 2014, 4:35:52 PM PDT
> **To:** nataliefeathers@sbcglobal.net
> **Subject: SBCapitalReceiver HOME Page Links Disabled: Use CASE DOCUMENTS page until all links restored**
> **Reply-To:** info@sbcapitalreceiver.com

1



## Small Business Capital Corp. Receivership Announces

Irvine, CA - April 19, 2014- Thank you for signing up for email updates from the Receiver for Small Business Capital Corp. There has been a recent update to the web site:


The HOME PAGE to www.sbcapitalreceiver.com is currently undergoing maintenance and hyperlinks on that page are currently disabled.  Please use the CASE DOCUMENTS PAGE to find documents.  The most recent hyperlinks to previously published documents have been restored there and recent postings will be republished on that page.  We are working with the web host to resolve this matter and hope to have all links restored by April 27.  We apologize for the inconvenience.


| SMALL BUSINESS CAPITAL CORP. RECEIVERSHIP THOMAS SEAMAN, RECEIVER 3 Park Plaza, Ste. 550 Irvine, CA 92614 | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION HONORABLE EDWARD J. DAVILA, PRESIDING US District Courthouse 5th Floor, Courtroom 4 180 S. 1st St., San Jose, CA 95113 |
|---|---|

**Forward this email**

This email was sent to nataliefeathers@sbcglobal.net by info@sbcapitalreceiver.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
Small Business Capital Corp. Receivership | 3 Park Plaza Ste. 550 | Irvine | CA | 92614

Exhibit D, Page 69 of 79

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 19, 2014 7:39 PM |
| **To:** | David Zaro; tom@thomasseaman.com; Natalie Feathers |
| **Cc:** | John Bulgozdy; John W. Berry; Susan F. Hannan; Lynn M. Dean |
| **Subject:** | Fw: SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS |

Mr. Seaman,

The email you sent out today (below) is very seriously confusing investors.  Based upon a number of emails that I have received today from fund members, they may now think that ANOTHER distribution of $15,000,000 is going out.  I know this, because they have been contacting me about this.  I don't even know why you bothered sending out this email, because a "newly approved second amended order" only affects ONE PERSON - Natalie Feathers, and no other fund members.

The purpose of your sending out an email that impacts no fund investors is transparent, at least to me.  It appears that your efforts are nothing but puffery to make investors think that you're gaining one court victory after another.  However, while informing investors that your "second amended order was approved" - which does not affect (in any beneficial way) any fund investor, you left in language within your email that makes it also appear that that the court has allowed an interim distribution.  As a result of your email, **many, if not most investors who see this email, will think - understandably - that ANOTHER distribution of $15,000,000 is going out, which is not the case at all.**

I think that you need to remedy this issue IMMEDIATELY.  This lawsuit has been an emotional drain on every investor in these funds.  On a holiday weekend, you have now made them all wonder what is going on, and perhaps artificially created a very misleading situation.


mark feathers



----- Forwarded Message -----
**From:** Alice Hoagland <aahoagland@yahoo.com>
**To:** Mark Feathers <markfeathers@sbcglobal.net>
**Sent:** Saturday, April 19, 2014 7:23 PM
**Subject:** Fw: SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS

On Saturday, April 19, 2014 7:21 PM, Alice Hoagland <aahoagland@yahoo.com> wrote:
On Saturday, April 19, 2014 6:08 PM, SB Capital Corp. Receivership <info@sbcapitalreceiver.com> wrote:

Exhibit D, Page 70 of 79

## Small Business Capital Corp. Receivership Announces

Irvine, CA - April 19, 2014- Thank you for signing up for email updates from the Receiver for Small Business Capital Corp. There has been a recent update to the web site:

APRIL 15, 2014 UPDATE TO PREVIOUS POSTING:

APPROVAL OF RECEIVER'S OMNIBUS AND SPECIFIC CLAIM OBJECTIONS; DISTRIBUTION PLAN

February 28, 2014:  The Receiver is very pleased to report that the Court has approved the Receiver's Omnibus And Specific Claim Objections ([Dkt. No. 714] AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS; vacated on April 15, 2014, and replaced by [Dkt. No. 845] - see below) and Plan Of Distribution ([Dkt. No. 715] AMENDED ORDER APPROVING DISTRIBUTION PLAN AND AUTHORIZING INTERIM DISTRIBUTIONS), and has authorized the Receiver to make an interim distribution of $15 million.  The Receiver expects to issue the checks within the next two to three weeks.

NEW UPDATE!

SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS

April 15, 2014 Update:  Judge Davila vacated his prior [Dkt. No. 714] AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS; and entered his [Dkt. No. 845] SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS.

The HOME PAGE is currently undergoing maintenance and links on that page are currently disabled.  Please use the CASE DOCUMENTS PAGE to find documents.  The most recent links to documents below have been restored.  We are working with the web host to resolve this matter and hope to have all links restored by April 27.

| SMALL BUSINESS CAPITAL CORP. RECEIVERSHIP THOMAS SEAMAN, RECEIVER 3 Park Plaza, Ste. 550 Irvine, CA 92614 | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION HONORABLE EDWARD J. DAVILA, PRESIDING US District Courthouse 5th Floor, Courtroom 4 280 S. 1st St., San Jose, CA 95113 |

**Forward this email**

2

 

This email was sent to aahoagland@yahoo.com by info@sbcapitalreceiver.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
Small Business Capital Corp. Receivership | 3 Park Plaza Ste. 550 | Irvine | CA | 92614

3

## Tom Seaman

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Saturday, April 19, 2014 7:50 PM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Cc:** | John Bulgozdy; John W. Berry; Susan F. Hannan; Lynn M. Dean |
| **Subject:** | Re: SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS |

**Mr. Seaman - this is the text of an email that I received a few moments ago, in case you are wondering just what investors are now asking themselves because of your email sent out today:**


Mark:

Could you please enlighten me.
Of course I'll be happy to receive as much in distributions as possible but I would like to know where are these funds coming from?
Are they from the interest (paid by the borrowers) accumulated over the last couple of years OR is this some form of return of principal and is a deduction from the amount we invested?
It is confusing and hard for us to understand these transactions.
Also, I presume that the Receiver is not doing it from the goodness of his heart but is a result of the pressure you have brought upon him due to your exposure of his lies and lack of integrity, and maybe because Judge Davila is finally beginning to realize that the Receiver is doing something wrong.

Thanks.

---

**From:** Mark Feathers <markfeathers@sbcglobal.net>
**To:** David Zaro <dzaro@allenmatkins.com>; "tom@thomasseaman.com" <tom@thomasseaman.com>; Natalie Feathers <nataliefeathers@sbcglobal.net>
**Cc:** John Bulgozdy <bulgozdyj@sec.gov>; John W. Berry <berryj@sec.gov>; Susan F. Hannan <hannans@sec.gov>; Lynn M. Dean <deanl@sec.gov>
**Sent:** Saturday, April 19, 2014 7:39 PM
**Subject:** Fw: SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS

Mr. Seaman,

The email you sent out today (below) is very seriously confusing investors. Based upon a number of emails that I have received today from fund members, they may now think that ANOTHER distribution of $15,000,000 is going out. I know this, because they have been contacting me about this. I don't even know why you bothered sending out this email, because a "newly approved second amended order" only affects ONE PERSON - Natalie Feathers, and no other fund members.

The purpose of your sending out an email that impacts no fund investors is transparent, at least to me. It appears that your efforts are nothing but puffery to make investors think that you're gaining one court victory after another. However, while informing investors that your "second amended order was approved" - which does not affect (in any beneficial way) any fund investor, you left in language within your email that makes it also appear that that the court has allowed an interim distribution. As a result of your email, **many, if not most investors who see this email, will**

Exhibit D, Page 73 of 79

**think - understandably - that ANOTHER distribution of $15,000,000 is going out, which is not the case at all.**

I think that you need to remedy this issue IMMEDIATELY.  This lawsuit has been an emotional drain on every investor in these funds.  On a holiday weekend, you have now made them all wonder what is going on, and perhaps artificially created a very misleading situation.

mark feathers

----- Forwarded Message -----
**From:** Alice Hoagland <aahoagland@yahoo.com>
**To:** Mark Feathers <markfeathers@sbcglobal.net>
**Sent:** Saturday, April 19, 2014 7:23 PM
**Subject:** Fw: SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS

On Saturday, April 19, 2014 7:21 PM, Alice Hoagland <aahoagland@yahoo.com> wrote:
On Saturday, April 19, 2014 6:08 PM, SB Capital Corp. Receivership <info@sbcapitalreceiver.com> wrote:



## Small Business Capital Corp. Receivership Announces

Irvine, CA - April 19, 2014- Thank you for signing up for email updates from the Receiver for Small Business Capital Corp. There has been a recent update to the web site:

APRIL 15, 2014 UPDATE TO PREVIOUS POSTING:

APPROVAL OF RECEIVER'S OMNIBUS AND SPECIFIC CLAIM OBJECTIONS; DISTRIBUTION PLAN
February 28, 2014:  The Receiver is very pleased to report that the Court has approved the Receiver's Omnibus And Specific Claim Objections (~~[Dkt. No. 714] AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS;~~ vacated on April 15, 2014, and replaced by [Dkt. No. 845] - see below) and Plan Of Distribution ([Dkt. No. 715] AMENDED ORDER APPROVING DISTRIBUTION PLAN AND AUTHORIZING INTERIM DISTRIBUTIONS), and has authorized the Receiver to make an interim distribution of $15 million.  The Receiver expects to issue the checks within the next two to three weeks.

NEW UPDATE!

SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS

Exhibit D, Page 74 of 79

April 15, 2014 Update:  Judge Davila vacated his prior [Dkt. No. 714] AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS; and entered his [Dkt. No. 845]  SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS.

The HOME PAGE is currently undergoing maintenance and links on that page are currently disabled.  Please use the CASE DOCUMENTS PAGE to find documents.  The most recent links to documents below have been restored.  We are working with the web host to resolve this matter and hope to have all links restored by April 27.

| SMALL BUSINESS CAPITAL CORP. RECEIVERSHIP THOMAS SEAMAN, RECEIVER 3 Park Plaza, Ste. 550 Irvine, CA  92614 | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION HONORABLE EDWARD J. DAVILA, PRESIDING US District Courthouse 5th Floor, Courtroom 4 280 S. 1st St., San Jose, CA 95113 |
| --- | --- |

**Forward this email**



This email was sent to aahoagland@yahoo.com by info@sbcapitalreceiver.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
Small Business Capital Corp. Receivership | 3 Park Plaza Ste. 550 | Irvine | CA | 92614

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, April 22, 2014 11:29 AM |
| **To:** | Natalie Feathers |
| **Cc:** | tom@thomasseaman.com; David Zaro |
| **Subject:** | Re: Fwd: ORDER DENYING FEATHERS' MOTIONS FOR RECONSIDERATION; ADMINISTRATIVE ORDER |

You people are so transparent.  All of a sudden you are now sending out lots of emails.

The only approval that will matter is the jury agreeing that Thomas Seaman has violated CA civil codes, aided by his conspirator David Zaro.  Haven't you come to realize this yet?

You have my permission to include this email with any of your filings.

Regards,

Mark Feathers


**From:** Natalie Feathers <nataliefeathers@sbcglobal.net>
**To:** Mark Feathers <markfeathers@sbcglobal.net>
**Sent:** Tuesday, April 22, 2014 1:22 PM
**Subject:** Fwd: ORDER DENYING FEATHERS' MOTIONS FOR RECONSIDERATION; ADMINISTRATIVE ORDER

Sent from my iPhone
Begin forwarded message:

> **From:** "SB Capital Corp. Receivership" <info@sbcapitalreceiver.com>**Date:** April 22, 2014, 11:13:24 AM PDT**To:** nataliefeathers@sbcglobal.net**Subject:** **ORDER DENYING FEATHERS' MOTIONS FOR RECONSIDERATION; ADMINISTRATIVE ORDERReply-To:** info@sbcapitalreceiver.com



**Small Business Capital Corp. Receivership Announces**

**Irvine, CA - April 22, 2014-** Thank you for signing up for email updates from the Receiver for Small Business Capital Corp. There has been a recent update to the web site:

NEW UPDATE!
ORDER DENYING FEATHERS' MOTIONS FOR RECONSIDERATION; ADMINISTRATIVE ORDER

On April 15, 2014, the Court issued an order ([Dkt. No. 846] ORDER RE PENDING ADMINISTRATIVE MOTIONS DENYING 716, 722, 731, 745 MOTIONS FOR RECONSIDERATION) denying Mr. Feathers 1) [Dkt. No. 716] MOTION FOR

1

RECONSIDERATION AND CLARIFICATION RE 675 ORDER ON ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 2) [Dkt. No. 722] MOTION FOR RECONSIDERATION RE 711 ORDER ON MOTION FOR MISCELLANEOUS RELIEF; 3) [Dkt. No.  731] REQUEST FOR MOTION HEARING DATE, FOR RECONSIDERATION TO INITIATE A LAWSUIT IN STATE COURT AND REQUEST FOR HEARING FOR DISMISSAL OF THE RECEIVER; and 4) [Dkt. No. 745] MOTION FOR RECONSIDERATION RE 741 MOTION TO AMEND-CORRECT 714 ORDER, ADMINISTRATIVE MOTION FOR ENTRY OF SECOND AMENDED [PROPOSED] ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS.

On March 5, 2014, the Receiver filed an opposition to Mr. Feathers' motions:  [Dkt. No. 736] RECEIVER'S OPPOSITION TO FEATHERS' EX PARTE APPLICATION FOR RECONSIDERATION AND CLARIFICATION OF THIS COURT'S ORDER (DKT. NO. 711) RE: RECEIVER'S PLAN OF DISTRIBUTIONS (DKT. NO. 628); and [Dkt. No. 737] DECLARATION OF THOMAS A. SEAMAN IN RESPONSE TO MOTION OF DEFENDANT MARK FEATHERS FOR CERTAIN MOTION HEARING DATES AND LEAVE TO SEEK RECONSIDERATION.


On March 11, 2014, the SEC also filed an opposition to Mr. Feathers' motions:  [Dkt. No. 761] PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO MARK FEATHERS FOUR MOTIONS, IMPROPERLY NOTICED WITHOUT A HEARING DATE AND/OR IMPROPERLY NOTICED AS EX PARTE, WHICH ALL SEEK RECONSIDERATION OF VARIOUS COURT ORDERS (DOCKET NOS. 716, 722, 731, AND 745).


On April 15, 2014, the Court issued an order ([Dkt. No. 845] SECOND AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS) modifying its order of February 26, 2014 ([Dkt. No. 714] AMENDED ORDER APPROVING OMNIBUS AND SPECIFIC CLAIM OBJECTIONS), which incorrectly contained Mrs. Feathers name on the list of approved claimants, when the Court had previously denied her claims.  The distribution governed by this order has already been paid out by the Receiver and Mrs. Feathers did not participate in the distribution.



**The HOME PAGE is currently undergoing maintenance and links on that page are currently disabled.  Please use the CASE DOCUMENTS PAGE to find documents.  The most recent links to documents on that page have been restored.  We are working with the web host to resolve this matter and hope to have all links restored by April 27.**

| SMALL BUSINESS CAPITAL CORP. RECEIVERSHIP THOMAS SEAMAN, RECEIVER 3 Park Plaza, Ste. 550 Irvine, CA 92614 | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION HONORABLE EDWARD J. DAVILA, PRESIDING US District Courthouse 5th Floor, Courtroom 4 280 S. 1st St., San Jose, CA 95113 |

**Forward this email**

 

This email was sent to nataliefeathers@sbcglobal.net by info@sbcapitalreceiver.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.
Small Business Capital Corp. Receivership | 3 Park Plaza Ste. 550 | Irvine | CA | 92614

Exhibit D, Page 78 of 79

**Tom Seaman**

| | |
|---|---|
| **From:** | Mark Feathers <markfeathers@sbcglobal.net> |
| **Sent:** | Tuesday, May 20, 2014 8:16 PM |
| **To:** | David Zaro; tom@thomasseaman.com |
| **Cc:** | John W. Berry; John Bulgozdy; Lynn M. Dean; Susan F. Hannan; Vetter Benjamin; Shirey K. (Brooks) |
| **Subject:** | lawsuit against reciever Thomas Seaman and his counsel - jurisdiction |

Jurisdiction in the matter of fraud of deceit and conspiracy (as to the "CPA licensing" of Thomas Seaman are issues of jurisdiction for CA courts and of California civil law statutes.  Don't think that I don't know that.

It is only a very short period now until I initiate a lawsuit against Seaman, Zaro, and Bulgozdy.  Barton Doctrine has very little, if anything, to do with this issue.

Regards,

Feathers

1