# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>    Defendants. | Case No. CV12-03237<br><br>**[PROPOSED] ORDER ON RECEIVER'S SIXTH INTERIM FEE APPLICATION**<br><br>Date:  August 22, 2014<br>Time:  9:00 a.m.<br>Ctrm:  4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

820128.01/SD

Case No. CV12-03237
[PROPOSED] ORDER ON RECEIVER'S
SIXTH INTERIM FEE APPLICATION

1  The Sixth Interim Fee Application of Thomas A. Seaman ("Receiver"), Court-appointed
2  permanent receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio
3  Fund, LLC, and their subsidiaries and affiliates, came before the Court on August 22, 2014.
4  Appearances were as noted on the record.

5  The Court having received and read the fee application, including any supporting
6  declarations and objections filed therein, and being so advised in the matter and finding good
7  cause, orders as follows:

8  **IT IS ORDERED** that the Receiver's Sixth Interim Fee Application is granted.

9  **IT IS FURTHER ORDERED** that the Receiver's fees for the Sixth Application Period
10  are allowed and approved, on an interim basis, in the amount of $244,204.00.

11  **IT IS FURTHER ORDERED** that the Receiver is authorized to pay himself $219,783.60
12  from assets of the receivership estate.

14  Dated: _____

Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

820128.01/SD

Case No.  CV12-03237
[PROPOSED] ORDER ON RECEIVER'S
SIXTH INTERIM FEE APPLICATION