DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
            tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DISTRICT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>            Defendants. | Case No. CV12-03237<br><br>**SIXTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER**<br><br>Date:     August 22, 2014<br>Time:     9:00 a.m.<br>Dept:     4 - 5th Floor<br>Judge:    Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), general counsel for Thomas A. Seaman, Court-appointed permanent receiver ("Receiver") for Small Business Capital Corp. ("SBCC"), Investors Prime Fund, LLC ("IPF"), SBC Portfolio Fund, LLC ("SPF") and their subsidiaries and affiliates ("Receivership Entities"), hereby submits this sixth interim application for payment of professional fees and reimbursement of costs ("Sixth Fee Application") for the period February 1, 2014 through April 30, 2014 ("Sixth Application Period").  Allen Matkins seeks interim approval and payment of $80,619.50 in fees and $1,225.02 in expenses incurred during the Sixth Application Period.

## I.      INTRODUCTION

The fees incurred by Allen Matkins during the Sixth Fee Application total $102,084.75 for a total of 204.10 hours of work.  However, Allen Matkins seeks interim approval and payment of $80,619.50 in fees, which represents the number of hours worked multiplied by $395, the blended hourly rate approved by the Court in connection with Allen Matkins' employment application.  The remaining $21,465.25 should be held back until the conclusion of the receivership.

The work performed, which is discussed in detail below and set forth task-by-task on Exhibit A, is categorized as follows:

| Category | Hours | Fees |
|---|---|---|
| General Receivership | 22.6 | $11,744.10 |
| Asset Recovery | 2.6 | 1,602.90 |
| Investigation/Reporting | 4.7 | 2,307.15 |
| Investor Communications | .1 | 44.55 |
| Sale of Assets/Disposition | 58.2 | 30,288.60 |
| Pending Litigation | 1.0 | 445.50 |
| Claims | 20.4 | 11,003.40 |
| Third Party Claims | .4 | 178.20 |
| Distribution | 35.9 | 17,823.15 |
| Employment/Fees | 14.8 | 6,696.00 |
| California Business Bank Litigation | 43.4 | 19,951.20 |
| **TOTAL** | 204.10 | $102,084.75 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

## II.  TASKS PERFORMED AND COSTS INCURRED

### A.  Introduction

During the Sixth Application Period, Allen Matkins worked diligently to assist the Receiver with all legal matters pertaining to the receivership.[1]  As reflected in the bills attached as Exhibit A, legal work performed by Allen Matkins' attorneys and staff during the Sixth Application Period did not overlap with or duplicate the Receiver's work.  Exhibit A provides a detailed list of each and every charge, sorted by category of work, person executing the work, and task performed.[2]

### B.  Categories and Descriptions of Work Performed

#### 1.  General Receivership

The majority of Allen Matkins' work in this category focused on reviewing and responding to Mr. Feathers' numerous emails, letters, and filings in this case and the pending appeals.  In particular, the Receiver prepared an opposition to Mr. Feathers' motion to compel the Receiver to produce books and records and for a budget for an accountant.  Dkt. No. 834.  The firm participated at the hearing on the motion to compel telephonically on May 16, 2014.  At the conclusion of the hearing and in his minute order, Judge Grewal told Mr. Feathers what Allen Matkins had been telling him for months – if he cannot specifically identify documents he wants the Receiver to produce, he can come to the storage facility where they are located, search for the documents himself, and have them copied.  Judge Grewal also denied Mr. Feathers' request for a budget for an accountant.

Allen Matkins also assisted the Receiver in preparing an administrative motion for approval of a monthly budget for loan servicing work, which was filed on May 6, 2014.

---

[1]  A detailed description of the status of the case may be found in the Receiver's First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Interim Reports, filed in the instant action as Docket Nos. 30, 53, 77, 167, 386, 581, 618, 689 and 908.  Specifically, the Ninth Interim Report (Dkt. No. 908) addresses the Receiver's work and the status of the case during the first two months of the Sixth Application Period (February and March 2014).

[2]  While every effort is made to be consistent and accurate in the allocation of activities to the various categories, certain activities may lend themselves to more than one category or may simply be difficult to categorize.  Nevertheless, Exhibit A reflects the actual time spent on any given activity and contains an accurate description of the services provided.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

-2-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

1    Dkt. No. 889.  The administrative motion, which requests that the Receiver be permitted to pay

2    fees for servicing work up to the monthly budgeted amount so he is not forced to finance the

3    Receivership Entities' servicing operations for long periods of time from his personal funds, is still

4    pending.  The reasonable and necessary fees for work in this category total $11,744.10.

5              **2.    Asset Recovery**

6         Allen Matkins' work in this category focused on legal issues relating to servicing certain

7    watch list loans, including loans to borrowers 3AM, LLC and Kallapa Rampur.  The reasonable

8    and necessary fees for work in this category total $1,602.90.

9              **3.    Investigation and Reporting**

10        Allen Matkins assisted the Receiver in responding to a request for an audit letter from the

11   firm conducting the required audit of SBC LLC.  Allen Matkins' reasonable and necessary fees for

12   this work total $2,307.15.

13             **4.    Investor Communications**

14        Allen Matkins assisted the Receiver in responding to investor communications, inquiries

15   and requests.  Allen Matkins' reasonable and necessary fees for this work total $44.55.

16             **5.    Sale of Assets and Disposition**

17        This category contains Allen Matkins' time providing advice and counsel to the Receiver

18   regarding the anticipated sales of the Receivership Entities' SBA lending license and loan

19   portfolio, including formulating proposed sale procedures and preparing the motion, declarations,

20   and exhibits for obtaining Court approval of the sale procedures.  The sale procedures motion,

21   exhibits, and supporting declarations were filed on March 12, 2014.  Dkt. Nos. 762, 762-1, 762-2.

22   The exhibits, which Allen Matkins prepared, include a confidentiality agreement for potential

23   purchasers to sign, detailed instructions regarding the proposed sale procedures for potential

24   purchasers to follow, and two detailed forms of purchase and sale agreements – one for the 7(a)

25   loans and SBLC license and one for the 504 and non-SBA loans.

26        Allen Matkins reviewed the oppositions and other responses to the sale procedures motion

27   and prepared a response to Mr. Feathers' opposition.  The firm also represented the Receiver at the

28   hearing on the sale procedures motion held on April 25, 2014.  The sale procedures, which were

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

-3-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

1    approved on May 9, 2014, provide a clear timeline and roadmap for the Receiver to market the

2    loans and license for sale, entertain offers from qualified potential purchasers, obtain their highest

3    and best bids, complete the sales in a prompt and efficient manner, and maximize the recovery

4    from the assets.

5    As part of the process of formulating the sale procedures and preparing the proposed

6    instructions and sale forms, Allen Matkins participated on several conference calls with

7    representatives of the SBA, reviewed and discussed the SBA's comments on certain pleadings and

8    forms, and discussed issues relating to the sale and transfer of the SBA loans to the buyers.  Allen

9    Matkins also assisted in gathering and reporting information on certain 504 loans to the SBA.

10   Allen Matkins assisted the Receiver in analyzing various issues relating to the potential

11   sale, including SBA regulations regarding the transfer of the loans and SBLC license, the SBA's

12   contingent claim, and the loan participation agreement with California Business Bank.  The firm

13   also fielded several inquiries from potential buyers and forwarded them to the Receiver and the

14   broker.

15   The reasonable and necessary fees for Allen Matkins' work in this category total

16   $30,288.60.

17   **6.    Pending Litigation**

18   In January 2014, the Receiver received a Complaint naming SPF as a defendant in a loan

19   enforcement/foreclosure action filed by a mechanic's lien creditor of one of SPF's borrowers.

20   Allen Matkins prepared a letter to the attorney who filed the Complaint, advising him of the

21   litigation injunction contained in the Court's Preliminary Injunction Order and directing him to

22   dismiss SPF from the lawsuit.  The firm followed up with the attorney on several occasions to

23   confirm SPF had been dismissed entirely from the case.  The reasonable and necessary fees for this

24   work total $445.50.

25   **7.    Claims**

26   This category contains Allen Matkins' work in reviewing, analyzing, and objecting to

27   claims submitted by investors and creditors.  During the prior fee application period, Allen

28   Matkins prepared a motion for approval of omnibus and specific claim objections ("Claims

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD                                           -4-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

1   Motion") and supporting declaration, which provided the Receiver's recommended allowed
2   amount of all investor and non-investor claims submitted to the Receiver.  Dkt. No. 626.  During
3   the Sixth Application Period, Allen Matkins represented the Receiver at the hearing on the claims
4   motion held on February 14, 2014.

5           Allen Matkins also analyzed and advised the Receiver on issues relating to the $24 million
6   contingent claim submitted by the SBA and participated in discussions with the SBA regarding the
7   claim.  The firm assisted the Receiver in negotiating a stipulation with the SBA, under which
8   adjudication of the SBA claim is deferred until such time as a sale of the loans and SBLC license is
9   approved by the Court and $4 million in receivership estate funds is set aside with the SBA claim
10  having priority to such funds to the extent its claims is allowed.  The stipulation, which was signed
11  by the Receiver and the SBA, was filed on February 11, 2014.

12          Pursuant to the Court's instructions at the hearing, Allen Matkins assisted the Receiver in
13  preparing an amended proposed order on the Claims Motion, which was filed after the conclusion
14  of the 10-day period during which the Court instructed all investors who had not yet submitted
15  claims to do so.  Dkt. No. 712.  The Claims Motion, including the stipulation addressing the SBA
16  claim, was approved by order entered on February 26, 2014.  Dkt. No. 714.  Errors in the claim
17  schedule attached to the order were then corrected by an amended order entered on April 15, 2014.
18  Dkt. No. 845.

19          Finally, Allen Matkins assisted the Receiver in reviewing and analyzing Mr. Feathers' and
20  Natalie Feathers' various requests for reconsideration, opposition to entry of the amended order
21  denying Natalie Feathers' claims, and appeal of the amended order.  Dkt. Nos. 743, 745, 750, 755,
22  868.  Allen Matkins' reasonable and necessary fees for work in this category total $11,003.40.

23                          **8.      Third Party Claims**

24          Allen Matkins' time in this category focused on the Receiver's pending motion to pursue
25  claims against certain third parties, and Mr. Feathers' request for reconsideration of the order
26  allowing the motion to be filed under seal.  The motion was filed under seal on December 20,
27  2014.  Dkt. No. 678.  Mr. Feathers' request for reconsideration was filed on February 27, 2014.
28  Dkt. No. 716.  Allen Matkins' reasonable and necessary fees in this category total $178.20.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD                                        -5-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

### 9. Distribution

Allen Matkins' time in this category relates to the Receiver's Distribution Plan and his motion for approval. Distribution Plan and motion for approval were filed on November 19, 2013 ("Distribution Motion"). Docket No. 628. During the Sixth Application Period, Allen Matkins assisted the Receiver in discussions with the SBA to resolve its objection to the Distribution Motion. Ultimately, the Receiver and the SBA stipulated that the initial distribution would total $15 million and that $4 million would be set aside to address the SBA's contingent claim.

Allen Matkins represented the Receiver at the February 14, 2014 hearing on the Distribution Motion. Pursuant to the Court's rulings at the hearing, Allen Matkins assisted the Receiver in preparing an amended proposed order, which was signed by the Court on February 26, 2014.

Allen Matkins also assisted the Receiver in analyzing and addressing numerous e-mails and filings from Mr. Feathers regarding his purported reorganization plan, his request for a stay of distributions, and his request for reconsideration and appeal of the amended order approving the Distribution Motion. Allen Matkins prepared oppositions to Mr. Feathers' request for a stay of distributions, request for reconsideration, and motion concerning a hearing to discuss a reorganization plan. All three motions were denied by the Court. Dkt. Nos. 761, 897, 899. The firm also assisted the Receiver in responding to another request from Mr. Feathers for leave to sue the Receiver. The request was again denied by the Court. Dkt. No. 761.

The firm also reviewed various filings and orders in Mr. Feathers' appeal, including an Order to Show Cause re: Dismissal from the Ninth Circuit and Mr. Feathers response to the OSC. Finally, Allen Matkins assisted the Receiver in responding to investor inquiries regarding distributions. The reasonable and necessary fees for this work total $17,823.15.

### 10. Employment and Fees

Allen Matkins prepared and filed its fifth interim fee application for the reasonable and necessary fees incurred from November 1, 2013 through January 31, 2014, and assisted in preparing the Receiver's fifth interim fee application. The fifth interim fee applications of the Receiver and Allen Matkins were filed on May 6, 2015 (Dkt. Nos. 884, 885) and are set for

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

-6-

Case No. CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

1  hearing on August 1, 2014. The reasonable and necessary fees for Allen Matkins' work in this
2  category total $6,696.00.

3  **11.    California Business Bank Litigation[3]**

4  Pursuant to the Court's order authorizing the Receiver to pursue claims against CBB and its
5  officers and directors (Docket No. 361), the Receiver's Complaint was filed on May 2, 2013.
6  During the Sixth Application Period, Allen Matkins represented the Receiver with regard to the
7  February 13, 2014 hearing on CBB's motion to dismiss the First Amended Complaint. Prior to the
8  hearing, counsel for Defendant N. Aaron Yashouafar requested the Receiver stipulate to allow him
9  to join CBB's motion to dismiss. The Receiver agreed and the joint stipulation was approved by
10 the Court on February 7, 2014.

11 Allen Matkins analyzed the legal issues raised in CBB's motion to dismiss in preparation
12 for the February 13, 2014 hearing and represented the Receiver at the hearing. On April 2, 2014,
13 the District Court granted CBB's motion, dismissing the Receiver's federal claims with prejudice
14 and refusing to exercise jurisdiction over the Receiver's state law claims. Allen Matkins then
15 assisted the Receiver in preparing and filing a complaint in Los Angeles Superior Court asserting
16 state law claims. The Superior Court complaint was filed on May 8, 2014. Allen Matkins'
17 reasonable and necessary fees in this category total $19,951.20.

18 **C.    Summary of Costs Requested**

19 Allen Matkins requests the Court approve reimbursement of $1,225.02 in out-of-pocket
20 costs. Allen Matkins charges $.19 per page for copies and $1.00 per page for outgoing faxes.
21 There is no charge for incoming faxes. The itemization of such expenses is reflected in the
22 General Receivership category in **Exhibit A** and is summarized below:

23      Duplication                                                          $164.20
24      Document Search (incl. PACER, Lexis, Secretary of State)     40.50
     Federal Express                                          217.22
25      Court Fees                                                81.00
26

27  [3]   The time descriptions contained in the bills for this category of work contain information
relating to attorney work product and strategy involved in the pending litigation against CBB
28 and its officers and directors. For this reason, these bills are not attached hereto. The Receiver
will provide these bills directly to the Court for *in camera* review upon request.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

-7-

Case No. CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

| | |
|---|---|
| Transportation/Parking | 260.10 |
| Airfare | 462.00 |
| **TOTAL COSTS** | $1,225.02 |

### III.   ALLEN MATKINS' FEES AND COSTS SHOULD BE APPROVED

The Receiver was appointed on June 26, 2012.  Docket No. 16.  He promptly engaged Allen Matkins as his general counsel and the firm immediately started work to assist the Receiver in stabilizing the Receivership Entities, addressing urgent legal issues, and reporting to the Court on the Receiver's activities.  Docket No. 30.  Allen Matkins promptly sought approval of its employment, which was granted by the Court on July 10, 2012.  Docket Nos. 31 and 36.  The employment application stated that Allen Matkins would achieve a blended hourly rate of $395 over the entire receivership.

Allen Matkins filed its First Interim Fee Application on December 6, 2012.  Docket No. 135.  On May 15, 2013, the Court issued its Order Partially Granting First Interim Fee Applications ("First Fee Order").  Docket No. 463.  The Court approved only 59% of the fees incurred by Allen Matkins during the first 14 weeks of the case (the First Fee Application Period).[4] The First Fee Order states the primary rationale for the reduction "is that the Court objects to Allen Matkins' charging a blended hourly rate of $454.10."  *Id.* at p. 7.  Rather than reduce the allowed fees to $395 per hour, the Court approved only $269.73 per hour.[5]  The Court did not find the amount of time billed by Allen Matkins was unreasonable in relation to the tasks completed or the quality of work was not satisfactory, but instead stated that receivers' counsel should only be modestly compensated in cases where investors stand to recover a fraction of their losses.  Allen Matkins sought leave to seek reconsideration of the First Fee Order, which was denied.

By the time the Court entered the First Fee Order, the Receiver and Allen Matkins had filed their Second Interim Fee Applications.  Docket Nos. 338, 339.  In light of the First Fee Order, the

---

[4]  Although the First Fee Order states that 66% of the requested fees are allowed, the ruling equates to a 41% reduction in Allen Matkins' fees because the Court applied its 34% reduction to the 90% interim payment Allen Matkins requested.  Allen Matkins had proposed a 10% holdback, and therefore only requested an interim payment of 90% of fees incurred.

[5]  It appears the Court may have intended to approve $300 per hour, but because the 34% reduction was applied to the 90% requested, the approved hourly rate was only $269.73.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

-8-

Case No. CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

Receiver and Allen Matkins sought leave to file a supplement to Allen Matkins' Second Interim Fee Application.  Leave was granted and Allen Matkins filed a supplemental brief, along with a declaration from the Receiver and a request for judicial notice.  Docket Nos. 549, 549-1, and 549-2.  The supplemental brief highlighted cases, including those cited by the Court in the First Fee Order, which hold that hourly rates for lawyers representing receivers in SEC cases "are appropriate if they 'are in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation.'"  *SEC v. Byers*, 590 F. Supp. 2d 637, 645 (S.D.N.Y. 2008) (quoting *Blum v. Stenson*, 465 U.S. 886, 896 n. 11 (1984)); *see also SEC v. Fifth Ave. Coach Lines. Inc.*, 364 F. Supp. 1220, 1222 (S.D.N.Y. 1973).  The supplemental brief and request for judicial notice also provided citations showing the approved hourly rates of law firms representing receivers in other SEC enforcement actions in California.  These citations demonstrate that $395 per hour is at the low end of the range of hourly rates approved by courts in these cases.

On August 16, 2013, the Court entered its Order Partially Granting Second Interim Fee Applications ("Second Fee Order").  Docket No. 590.  The Court again took issue with the firm's blended hourly rate.  However, instead of reducing the allowed fees to $395 per hour (which it emphasized the firm should be held to), the Court approved a much lower hourly rate -- only $327 per hour.  Again, the Court did not find the amount of time billed by Allen Matkins was unreasonable in relation to the tasks completed or the quality of work was not satisfactory, but instead reiterated that receivers' counsel should only be modestly compensated in cases where investors stand to recover a fraction of their losses.  Thus, the Court allowed only 67% of the fees incurred by the firm.[6]

The Receiver and Allen Matkins filed their Third Interim Fee Applications on September 20, 2013.  On December 19, 2013, the Court entered its Order Partially Granting Third

---

[6]   Although the Second Fee Order indicates that 75% of the fees requested are approved, Allen Matkins volunteered to defer payment on 10% of the fees incurred until the conclusion of the receivership.  When the Court imposed its reduction of 25%, instead of applying the reduction to the total amount incurred ($127,109.90), it applied the reduction to the 90% requested on an interim basis ($114,397.11), meaning Allen Matkins was only paid 67% of fees incurred during the Second Application Period.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

-9-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

1   Interim Fee Applications ("Third Fee Order").  Docket No. 674.  The Court again took issue with

2   the firm's blended hourly rate.  Instead of allowing fees at the $395 per hour rate approved in Allen

3   Matkins' employment application, the Court approved a much lower hourly rate -- only

4   $355.50 per hour.  Again, the Court did not find the amount of time billed by Allen Matkins was

5   unreasonable in relation to the tasks completed or the quality of work was not satisfactory, but

6   instead reiterated that receivers' counsel should only be modestly compensated in cases where

7   investors stand to recover a fraction of their losses.  Thus, the Court allowed only 78% of the fees

8   incurred by the firm.[7]

9          The Receiver and Allen Matkins filed their Fourth Interim Fee Applications on

10  December 4, 2013.  On May 9, 2014, the Court entered its Order Partially Granting Fourth Interim

11  Fee Applications ("Fourth Fee Order").  Docket No. 896.  Again, instead of allowing fees at the

12  $395 per hour rate approved in Allen Matkins' employment application, the Court approved a

13  much lower hourly rate -- only $355.50 per hour.  Again, the Court did not find the amount of time

14  billed by Allen Matkins was unreasonable in relation to the tasks completed or the quality of work

15  was not satisfactory, but instead reiterated that receivers' counsel should only be modestly

16  compensated in cases where investors stand to recover a fraction of their losses.  Thus, the Court

17  allowed only 81% of the fees incurred by the firm.[8]

18

19

20

_____

21  [7]  Although the Third Fee Order indicates that 90% of the fees requested are approved, Allen
     Matkins volunteered to defer payment on approximately 13.5% of the fees incurred until the

22   conclusion of the receivership (the 13.5% being the difference between the firm's actual
     blended hourly rate and the $395 per hour rate approved in the employment application).

23   When the Court imposed its reduction of 10%, instead of applying the reduction to the total
     amount incurred ($336,009.60), it applied the reduction to the approximately 86.5% requested

24   on an interim basis ($290,799.00), meaning Allen Matkins was paid only about 78% of fees
     incurred during the Third Application Period.

25  [8]  Although the Fourth Fee Order indicates that 90% of the fees requested are approved, Allen
     Matkins volunteered to defer payment on approximately 9.4% of the fees incurred until the

26   conclusion of the receivership (9.4% being the difference between the firm's actual blended
     hourly rate and the $395 per hour rate approved in the employment application).  When the

27   Court imposed its reduction of 10%, instead of applying the reduction to the total amount
     incurred ($99,292.05), it applied the reduction to the approximately 90.6% requested on an

28   interim basis ($89,981.00), meaning Allen Matkins was paid only about 81% of fees incurred
     during the Fourth Application Period.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD                                                    -10-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

1    For the past 24 months, Allen Matkins has diligently and competently represented the

2    Receiver with regard to all legal issues in this complex SEC receivership.  The results obtained, as

3    described in detail in the Receiver's nine interim reports, have been excellent.  The Court has never

4    identified concerns with the quality of work performed by the Receiver or Allen Matkins.  At this

5    point, the firm has only been paid approximately 72.9% of fees incurred during the first 16 months

6    of the case (June 26, 2012 through October 31, 2013).  Although the Court approved an hourly rate

7    of $395 when it approved Allen Matkins' employment, it has only allowed the firm to be paid a

8    blended rate of $333.84 thus far.

9    The Receiver and Allen Matkins disagree with the Court's position that receivers and their

10   counsel should not be paid the fair value of their services simply because investors stand to suffer

11   losses.  Such a rule is unsupported by the weight of authority regarding compensation of receivers

12   and their counsel and would rapidly drive skilled receivers and law firms away from complex

13   receiverships.  This would substantially impair the ability of federal agencies and courts to protect

14   assets and provide meaningful recoveries to defrauded investors and consumers.

15   It takes a high degree of skill and business acumen to step into operating companies

16   accused of securities fraud, rapidly stabilize the businesses, preserve and protect the value of their

17   assets, conduct a forensic accounting, and provide detailed reports to the Court.  Substantially

18   reducing the fees of receivers and their counsel in cases where, through no fault of the receiver,

19   investors stand to suffer significant losses (which is the case in almost all securities fraud

20   receiverships), will severely limit interest in such engagements.  Accordingly, the Receiver and

21   Allen Matkins respectfully request the Court reconsider its position.

22   The Court states that "percentage cuts" are a "practical means of trimming fat from a fee

23   application."  The Receiver and Allen Matkins respectfully submit that arbitrarily reducing fee

24   requests based on the assumption they contain "fat" is not appropriate or supported by the law.

25   The Receiver and Allen Matkins properly and accurately record their time in six-minute

26   increments and only bill time actually worked on the case.  The Court does not identify any

27   improper time entries or explain why it believes the fee applications contain "fat" warranting such

28   drastic cuts.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

818761.01/SD

-11-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

1    Finally, the Receiver and Allen Matkins submit it is unfair to reduce Allen Matkins' fees to

2  hourly rates well below the $395 hourly rate approved in connection with the firm's employment

3  application.  The Court approved a blended hourly rate at the beginning of the receivership and

4  affirmed Allen Matkins should be held to that rate, but nevertheless has reduced the firm's fees to

5  amounts well below the approved rate.  The Receiver and Allen Matkins respectfully submit this

6  and future fee requests of Allen Matkins should be allowed at no less than $395 per hour.  That

7  amount for this application period is $148,757 (376.6 hours multiplied by $395).  The remaining

8  $28,396.75 should be held back until the conclusion of the receivership.

9                                 **IV.**    **CONCLUSION**

10       WHEREFORE, the Receiver and Allen Matkins request an order:

11       1.       Approving on an interim basis Allen Matkins' fees totaling $80,619.50 for the Sixth

12  Application Period;

13       2.       Approving on an interim basis Allen Matkins' reimbursement of costs totaling

14  $1,225.02 for the Sixth Application Period;

15       3.       Authorizing and directing the Receiver to pay Allen Matkins from the assets of the

16  receivership estate; and

17       4.       Granting such further and other relief as the Court deems just and proper.

18

19  Dated:  July 9, 2014                    ALLEN MATKINS LECK GAMBLE

20                                          MALLORY & NATSIS LLP

21                                   By:    _____/s/ Ted Fates_____

22                                          TED FATES
                                            Attorneys for Receiver Thomas A. Seaman

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

818761.01/SD

-12-

Case No.  CV12-03237
SIXTH INTERIM FEE APPLICATION OF
GENERAL COUNSEL TO THE RECEIVER

# EXHIBIT A

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

### *Preliminary Billing Form*

Billing Atty:  000313 - Zaro                    Matter #: 372456-00002                    Matter Name: General Receivership

Date of Last Billing: 05-13-2014                                                          Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166293
Client/Matter Joint Group # 372456-1

### Fees for Matter 372456-00002 (General Receivership)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/06/14 | 6219760 | Call to Receiver to address SBA's issues related to collateral on six loans and response to same (.2). | Zaro, David R. | 0.2 | 123.30 | 123.30 |
| 02/19/14 | 6138009 | Review SEC's administrative case filing against M. Feathers (.1);  review Feathers' email and SEC's response regarding intervention motion (.1); review notice of Feathers' bankruptcy discharge (.1). | Fates, Edward G. | 0.3 | 133.65 | 256.95 |
| 02/24/14 | 6143166 | Assess issues related to Feathers' threats of litigation/emails concerning same (.4). Call from Mr. Feathers to address claims/threats and follow-up with Receiver (.4). | Zaro, David R. | 0.8 | 493.20 | 750.15 |
| 02/24/14 | 6142408 | Review N. Feathers motion to intervene and request for order shortening time. | Fates, Edward G. | 0.3 | 133.65 | 883.80 |
| 02/25/14 | 6144969 | Call with Receiver, review new emails from Feathers and Receiver related to motion to sue the Receiver/counsel and intervention (.4).  Assess the issues, response to Feathers and email re same (.3). | Zaro, David R. | 0.7 | 431.55 | 1,315.35 |
| 02/25/14 | 6143565 | Review pleadings and exhibits filed | Fates, Edward G. | 0.3 | 133.65 | 1,449.00 |

Exhibit A, Page 1 of 37

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | by Feathers regarding intervention motion. | | | | |
| 02/26/14 | 6145747 | Review of several intervention motions, follow-up calls with counsel for the SEC related to response and follow-up with Receiver re same (.3). | Zaro, David R. | 0.3 | 184.95 | 1,633.95 |
| 02/27/14 | 6146864 | Emails from Mr. Feathers related to intervention, as well a reconsideration of prior motion regarding under seal issues (.3). | Zaro, David R. | 0.5 | 308.25 | 1,942.20 |
| 02/28/14 | 6146571 | Review SEC's opposition to N. Feathers' administrative motion for order shortening time on motion to intervene (.1); review letter to Feathers with checks attached (.2). | Fates, Edward G. | 0.3 | 133.65 | 2,075.85 |
| 03/01/14 | 6150363 | Review several emails/investor letter and follow-up with Receiver concerning alternatives and responses (.4). | Zaro, David R. | 0.4 | 246.60 | 2,322.45 |
| 03/04/14 | 6151248 | Review order denying N. Feathers' request for order shortening time (.1); review SEC's letter to court requesting abstracts of judgment (.1). | Fates, Edward G. | 0.2 | 89.10 | 2,411.55 |
| 03/05/14 | 6153170 | Review filings by Mr. Feathers' re Receiver, litigation filings (.3). Call with Mr. Feathers related to litigation/Receiver (.1). Call to Receiver to follow-up on Feathers' demands (.1). Address with the SEC and counsel the issues re Feathers' several court filings and Receiver's response thereto (.4). Revise declaration and email to counsel re same (.5). | Zaro, David R. | 1.3 | 801.45 | 3,213.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/05/14 | 6219722 | Review SEC's response to N. Feathers motion to intervene (.2). | Fates, Edward G. | 0.2 | 89.10 | 3,302.10 |
| 03/06/14 | 6152825 | Discuss information for QSF tax return with K. Janulewicz (.3); review SEC's letter to court clerk regarding abstracts of judgment (.1). | Fates, Edward G. | 0.4 | 178.20 | 3,480.30 |
| 03/07/14 | 6155423 | Review email communications from Feathers (.2) and communications from court regarding transcript of 2/14 hearing (.1). | Fates, Edward G. | 0.3 | 133.65 | 3,613.95 |
| 03/10/14 | 6158665 | Review/evaluate the SB Capital matter, the intervention motion filed by Feathers and follow-up with counsel re same (.4). Review of the issues concerning claims against Receiver, pending motion re lawsuit (.2). | Zaro, David R. | 0.6 | 369.90 | 3,983.85 |
| 03/11/14 | 6158122 | Review SEC's consolidated opposition to four motions filed by Feathers. | Fates, Edward G. | 0.2 | 89.10 | 4,072.95 |
| 03/18/14 | 6164820 | Assess the issues re the SEC's abstracts of judgment, lien on assets, confer with SEC re collection (.3). | Zaro, David R. | 0.3 | 184.95 | 4,257.90 |
| 03/19/14 | 6164919 | Discuss Feathers issues with SEC's counsel (.2); review latest Feathers' filings (.3). | Fates, Edward G. | 0.5 | 222.75 | 4,480.65 |
| 04/04/14 | 6219734 | Review of Feathers' filings/emails concerning documents/records and follow-up with Receiver (.4). | Zaro, David R. | 0.4 | 246.60 | 4,727.25 |
| 04/04/14 | 6181350 | Review Feathers' motion regarding files for IRS audit (.2); review order denying Feathers' motions in appeal (.1). | Fates, Edward G. | 0.3 | 133.65 | 4,860.90 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/04/14 | 6181481 | Discuss potential administrative motion regarding approval of monthly servicing budget with Receiver. | Fates, Edward G. | 0.4 | 178.20 | 5,039.10 |
| 04/07/14 | 6185446 | Address emails/filing by Feathers and call with Receiver to address background of tax issues/response (.4). | Zaro, David R. | 0.4 | 246.60 | 5,285.70 |
| 04/07/14 | 6182139 | Review order changing hearing date for Feathers' motion to compel (.1); review Feathers' letter to court regarding SSN on exhibit (.1); review Feathers' reply regarding request for stay (.2). | Fates, Edward G. | 0.4 | 178.20 | 5,463.90 |
| 04/08/14 | 6185465 | Address Feathers' demands for documents/tax issues and follow-up emails (.6). Call with SEC related to administrative proceeding and tax claims issues (.3). | Zaro, David R. | 0.9 | 554.85 | 6,018.75 |
| 04/08/14 | 6183836 | Discuss administrative motion regarding servicing budget with Receiver; review data regarding same. | Fates, Edward G. | 0.3 | 133.65 | 6,152.40 |
| 04/08/14 | 6183837 | Review communications with Feathers regarding request for documents. | Fates, Edward G. | 0.1 | 44.55 | 6,196.95 |
| 04/09/14 | 6185060 | Work on administrative motion regarding servicing budget. | Fates, Edward G. | 0.4 | 178.20 | 6,375.15 |
| 04/10/14 | 6185739 | Work on administrative motion for approval of loan servicing budget. | Fates, Edward G. | 1.9 | 846.45 | 7,221.60 |
| 04/11/14 | 6187123 | Work on administrative motion for approval of monthly servicing budget; discuss same with Receiver. | Fates, Edward G. | 1.6 | 712.80 | 7,934.40 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/13/14 | 6187347 | Work on administrative motion regarding servicing budget. | Fates, Edward G. | 0.6 | 267.30 | 8,201.70 |
| 04/14/14 | 6190146 | Review/evaluate and attempt to address Feathers' questions re taxes, including 3/12 and 3/13 emails, follow-up with Receiver re same (.6). | Zaro, David R. | 1.0 | 616.50 | 8,818.20 |
| 04/14/14 | 6187790 | Work on response to Feathers' motion regarding 2012 IRS audit. | Fates, Edward G. | 1.3 | 579.15 | 9,397.35 |
| 04/15/14 | 6188746 | Review order denying four Feathers' motions for reconsideration (.2); work on response to Feathers' motion regarding IRS audit and production of books and records and discuss same with Receiver (.9). | Fates, Edward G. | 1.1 | 490.05 | 9,887.40 |
| 04/16/14 | 6190156 | Review order advancing hearing on Feathers' motion regarding books and records. | Fates, Edward G. | 0.1 | 44.55 | 9,931.95 |
| 04/18/14 | 6193575 | Call/emails with Receiver and counsel re Feathers document production demands and response (.4).  Review draft response and advice re discovery motion (.3). | Zaro, David R. | 0.7 | 431.55 | 10,363.50 |
| 04/18/14 | 6192703 | Work on opposition to Feathers' motion for books and records regarding IRS audit; discuss same with Receiver. | Fates, Edward G. | 1.1 | 490.05 | 10,853.55 |
| 04/22/14 | 6199807 | Address discovery requests, quick books production to address Feathers' demands (.2). | Zaro, David R. | 0.2 | 123.30 | 10,976.85 |
| 04/28/14 | 6201266 | Address the issues with counsel and Receiver concerning the quick books accounting and discovery, production of records re SBCapital Corp and | Zaro, David R. | 0.7 | 431.55 | 11,408.40 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | follow-up with counsel (.7). | | | | |
| 04/28/14 | 6200222 | Discuss Feathers' reorganization-related filings with Receiver. | Fates, Edward G. | 0.2 | 89.10 | 11,497.50 |
| 04/29/14 | 6203147 | Review draft letter to Mr. Feathers related to the discovery demands/quick books re IRS audit (.4). | Zaro, David R. | 0.4 | 246.60 | 11,744.10 |

## Disbursements for Matter 372456-00002 (General Receivership)

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 02/03/14 | 2018877 | Duplication | 8.00 | 0.80 |
| 02/11/14 | 2018878 | Duplication | 82.00 | 8.20 |
| 02/11/14 | 2019288 | Federal Express - - Messenger - Invoice No: 255943827 Ship To: Mark Feathers | 1.00 | 16.34 |
| 02/11/14 | 2019289 | Federal Express - - Messenger - Invoice No: 255943827 Ship To: Clerk of the Court | 1.00 | 12.65 |
| 02/12/14 | 2020991 | Reprographics - Color | 48.00 | 12.00 |
| 02/13/14 | 2025634 | Parking fees for travel to San Francisco for court hearing. (Note: flight sat on tarmac and never actually left for San Francisco. Airfare was reapplied for flight on February 14.)` ----- ------------` Supplier = San Diego Airport` | 1.00 | 10.00 |
| 02/13/14 | 2030601 | Southwest - travel to appear/argue at hearing CMC and motion on fee applications | 1.00 | 462.00 |
| 02/14/14 | 2025625 | Parking at airport during travels to San Jose for court hearing. | 1.00 | 28.00 |
| 02/14/14 | 2030603 | Hertz - to attend/appear/argue at CMC, hearing on fee applications | 1.00 | 176.10 |
| 02/14/14 | 2030604 | Parking at the airport in connection with hearing (CMC) and fee application hearing | 1.00 | 46.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Type | Quantity | Amt |
|------------|-------|------|----------|-----|
| 02/21/14 | 2024866 | Federal Express - - Messenger - Invoice No: 257437627 Ship To: USDC Northern District Calif | 1.00 | 17.40 |
| 02/24/14 | 2024683 | Duplication | 47.00 | 4.70 |
| 02/24/14 | 2032242 | Transcript - - Irene Rodriguez - Transcript of Proceedings held on 2/14/14 | 1.00 | 81.00 |
| 02/25/14 | 2024865 | Federal Express - - Messenger - Invoice No: 257437627 Ship To: Clerk of the Court | 1.00 | 12.65 |
| 02/26/14 | 2024684 | Duplication | 33.00 | 3.30 |
| 02/27/14 | 2024685 | Duplication | 10.00 | 1.00 |
| 03/04/14 | 2026604 | Duplication | 51.00 | 5.10 |
| 03/05/14 | 2026887 | Federal Express - - Messenger - Invoice No: 258914257 Ship To: Clerk of the Court Ship Dt: 03/05/14 Airbill: 798124550820 | 1.00 | 12.65 |
| 03/07/14 | 2026885 | Federal Express - - Messenger - Invoice No: 258914257 Ship To: Clerk of the Court Ship Dt: 03/07/14 Airbill: 798144757616 | 1.00 | 12.65 |
| 03/07/14 | 2026886 | Federal Express - - Messenger - Invoice No: 258914257 Ship To: Mark Feathers Ship Dt: 03/07/14 Airbill: 798144875364 | 1.00 | 33.94 |
| 03/10/14 | 2026605 | Duplication | 142.00 | 14.20 |
| 03/11/14 | 2026888 | Federal Express - - Messenger - Invoice No: 258914257 Ship To: Edward Davila Ship Dt: 03/11/14 Airbill: 798181514196 | 1.00 | 12.65 |
| 03/12/14 | 2026606 | Duplication | 405.00 | 40.50 |
| 03/12/14 | 2031404 | Federal Express - - Messenger - Invoice No: 259675824 Ship To: Hon  Edward J  Davila | 1.00 | 18.23 |
| 03/17/14 | 2027341 | Duplication | 203.00 | 20.30 |
| 03/18/14 | 2027342 | Duplication | 64.00 | 6.40 |
| 03/18/14 | 2031403 | Federal Express - - Messenger - Invoice No: 259675824 Ship To: Clerk of the Court | 1.00 | 12.65 |
| 03/27/14 | 2032170 | Duplication | 122.00 | 12.20 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 03/28/14 | 2033972 | Federal Express - - Messenger - Invoice No: 261182358 Ship To: Attn Auditors | 1.00 | 13.77 |
| 03/31/14 | 2040215 | Document Search Pacer Service 01/01/2014-03/31/2014^AM0021-Q1201 | 1.00 | 17.30 |
| 03/31/14 | 2040216 | Document Search Pacer Service 01/01/2014-03/31/2014^AM0021-Q1201 | 1.00 | 18.80 |
| 03/31/14 | 2040217 | Document Search Pacer Service 01/01/2014-03/31/2014^AM0021-Q1201 | 1.00 | 4.40 |
| 04/02/14 | 2033553 | Duplication | 110.00 | 11.00 |
| 04/02/14 | 2034190 | Federal Express - - Messenger - Invoice No: 261901928 Ship To: Clerk of the Court | 1.00 | 12.65 |
| 04/04/14 | 2033554 | Duplication | 20.00 | 2.00 |
| 04/07/14 | 2033555 | Duplication | 84.00 | 8.40 |
| 04/15/14 | 2035006 | Duplication | 20.00 | 2.00 |
| 04/18/14 | 2035007 | Duplication | 116.00 | 11.60 |
| 04/18/14 | 2035008 | Reprographics - Color | 2.00 | 0.50 |
| 04/18/14 | 2037472 | Federal Express - - Messenger - Invoice No: 263427106 Ship To: Clerk of the Court | 1.00 | 12.65 |
| 04/21/14 | 2037473 | Federal Express - - Messenger - Invoice No: 263427106 Ship To: Mark Feathers | 1.00 | 16.34 |
| 04/24/14 | 2046554 | lodging - attend/appear at hearing re Feathers' reorganization plan` | 1.00 | 375.94 |
| 04/24/14 | 2046555 | travel to attend hearing at USDC, Northern District of Calif (San Jose) in connection with hearing on Feathers' reorganization motion` | 1.00 | 207.92 |
| 04/25/14 | 2046556 | NO RECEIPT - out of office Meal` | 1.00 | 9.50 |
| 04/25/14 | 2046557 | lunch after attending hearing on Feather's reorganization motion` | 1.00 | 16.34 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00002 (General Receivership) 372456-00002

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 04/25/14 | 2046558 | American Airlines - fee for ticket change` | 1.00 | 25.20 |
| 04/25/14 | 2046559 | luncheon beverage` | 1.00 | 7.00 |
| 04/25/14 | 2046560 | fee to park vehicle during travel to Kentucky and back` | 1.00 | 19.00 |
| 04/29/14 | 2043818 | Federal Express - - Messenger - Invoice No: 264144683 Ship To: Mark Feathers | 1.00 | 18.78 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 9.8 | 616.50 | 6,041.70 |
| 001665 | Edward G. Fates | 12.8 | 445.50 | 5,702.40 |
| | | 22.6 | | 11,744.10 |
| Total Fees | | | | 11,744.10 |
| Total Disbursements | | | | 1,904.70 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00003 (Asset Recovery) 372456-00003

### *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                   Matter #: 372456-00003                   Matter Name: Asset Recovery

Date of Last Billing: 05-13-2014                                         Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166294
Client/Matter Joint Group # 372456-1

## Fees for Matter 372456-00003 (Asset Recovery)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/18/14 | 6219730 | Follow-up with Receiver re servicing issues/SBA costs and management fee re same (.4). | Zaro, David R. | 0.4 | 246.60 | 246.60 |
| 03/25/14 | 6172157 | Address issues related to 3AM default, foreclosure process/timing and estimated recovery/SBA guaranty (.3). | Zaro, David R. | 0.3 | 184.95 | 431.55 |
| 03/26/14 | 6172174 | Follow-up on 3AM foreclosure and SBA issues/response (.2). Review status of the Kallpa Rampur loan with Receiver and workout strategy re same/document review (.6). Address 3AM loan default and foreclosure (.2). | Zaro, David R. | 1.0 | 616.50 | 1,048.05 |
| 04/02/14 | 6182087 | Address issues related to servicing/loan defaults, follow-up with Receiver and advice related to same (.4). | Zaro, David R. | 0.4 | 246.60 | 1,294.65 |
| 04/04/14 | 6182100 | Call/email related to servicing/SBA regulations, approach to ex parte application with Receiver (.3). | Zaro, David R. | 0.3 | 184.95 | 1,479.60 |
| 04/14/14 | 6219741 | Address Receiver questions re servicing (.2). | Zaro, David R. | 0.2 | 123.30 | 1,602.90 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00003 (Asset Recovery) 372456-00003

**Proforma Summary**

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 2.6 | 616.50 | 1,602.90 |
| | | 2.6 | | 1,602.90 |
| Total Fees | | | | 1,602.90 |
| Total Disbursements | | | | 0.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00004 (Investigation/Reporting) 372456-00004

### *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                    Matter #: 372456-00004                    Matter Name: Investigation/Reporting

Date of Last Billing: 05-13-2014                                              Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166295
Client/Matter Joint Group # 372456-1

## Fees for Matter 372456-00004 (Investigation/Reporting)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/07/14 | 6130470 | Review Feathers' opposition to Eighth Interim Report. | Fates, Edward G. | 0.3 | 133.65 | 133.65 |
| 03/25/14 | 6172152 | Review audit letter request, emails related to audit response (.3). Call with Receiver re audit letter response/emails re same (.2). | Zaro, David R. | 0.5 | 308.25 | 441.90 |
| 03/26/14 | 6172179 | Conference with counsel re audit letter response and draft of same (.4). Work with Receiver re report/accounting issues (.2). Follow-up on audit response letter (.1). | Zaro, David R. | 0.7 | 431.55 | 873.45 |
| 03/26/14 | 6172448 | Legal analysis regarding audit letter standards and status regarding receivership matters. | Thames, Stephen R. | 0.5 | 303.75 | 1,177.20 |
| 03/27/14 | 6177111 | Work on revisions, draft of audit response letter (.4). Call/email re discovery issues and advice to Receiver (.3). | Zaro, David R. | 0.7 | 431.55 | 1,608.75 |
| 03/27/14 | 6176864 | Conduct due diligence and prepare draft audit letter. | Cramton, Sara R. | 1.4 | 333.90 | 1,942.65 |
| 03/27/14 | 6177026 | Draft revisions to letter regarding modification to request. | Thames, Stephen R. | 0.6 | 364.50 | 2,307.15 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00004 (Investigation/Reporting) 372456-00004

## Disbursements for Matter 372456-00004 (Investigation/Reporting)

| Trans Date | Index | Type | Quantity | Amt |
|---|---|---|---|---|
| 04/25/14 | 2046539 | American Airlines - return from San Jose re hearing on Feathers reorganization motion` ` ` | 1.00 | 529.50 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 1.9 | 616.50 | 1,171.35 |
| 000616 | Sara R. Cramton | 1.4 | 238.50 | 333.90 |
| 001640 | Stephen R. Thames | 1.1 | 607.50 | 668.25 |
| 001665 | Edward G. Fates | 0.3 | 445.50 | 133.65 |
| | | 4.7 | | 2,307.15 |
| Total Fees | | | | 2,307.15 |
| Total Disbursements | | | | 529.50 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00005 (Investor Communications) 372456-00005

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro          Matter #: 372456-00005          Matter Name: Investor Communications

Date of Last Billing: 05-13-2014          Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166296
Client/Matter Joint Group # 372456-1

### Fees for Matter 372456-00005 (Investor Communications)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/21/14 | 6193334 | Review investor letter filed with court. | Fates, Edward G. | 0.1 | 44.55 | 44.55 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.1 | 445.50 | 44.55 |
| | | 0.1 | | 44.55 |
| Total Fees | | | | 44.55 |
| Total Disbursements | | | | 0.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro  Matter #: 372456-00006  Matter Name: Sale of Assets/Disposition

Date of Last Billing: 05-13-2014  Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166297
Client/Matter Joint Group # 372456-1

### Fees for Matter 372456-00006 (Sale of Assets/Disposition)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/04/14 | 6128462 | Call with SBA, email related to SBA sale motion (.4). | Zaro, David R. | 0.4 | 246.60 | 246.60 |
| 02/04/14 | 6125550 | Review revised memo from R. Garcia addressing SBA's questions and communications with S. Vavak and R. Garcia regarding same (.6); review SBA's comments on sale procedures motion and exhibit A (.2); review broker comments to loan purchase and sale agreement and revise same (.6). | Fates, Edward G. | 1.4 | 623.70 | 870.30 |
| 02/05/14 | 6130187 | Call/email with Receiver/SBA related to status of sale (.2). Review the SBA issues as to 504 loan sales (.4). Confer with counsel, follow-up to address 504 loan terms/declarations and SBA email re modifications (.5). | Zaro, David R. | 1.1 | 678.15 | 1,548.45 |
| 02/05/14 | 6126570 | Communications with Receiver and R. Garcia regarding memo addressing 504 loans and communications with title regarding same (.5); work on sale procedures motion and exhibits to same and discuss with S. Vavak (.6). | Fates, Edward G. | 1.1 | 490.05 | 2,038.50 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/06/14 | 6130283 | Review documents as well as issues related to 504 loans, First Lien Position Loan Pool Agreement, SBA's demands related to qualify/terms of sale eof 504 loans (.7). Confer with counsel as to further revisions to the draft purchase agreement and issues as to 504 loan (.4). | Zaro, David R. | 1.1 | 678.15 | 2,716.65 |
| 02/06/14 | 6128186 | Work on memo and exhibits addressing SBA's questions on 504 loan files and send same to SBA's counsel (1.1); revisions to sale procedures motion and exhibits per SBA's comments and discuss sale procedures and declarations supporting motion with S. Vavak (1.8); analysis of 504 loan transfer documents, revisions to loan purchase and sale agreement, and discuss same with Receiver (.6). | Fates, Edward G. | 3.5 | 1,559.25 | 4,275.90 |
| 02/07/14 | 6130043 | Communications with broker regarding 504 loan transfer issues (.5); communications with Receiver regarding sale procedures and notices and revisions to sale procedures motion (.9); work on loan purchase and sale agreement and discuss same with Receiver (1.8); communications with SBA and Receiver regarding questions about 504 loan files and additional documents requested and analyze issues regarding same (.9). | Fates, Edward G. | 4.1 | 1,826.55 | 6,102.45 |
| 02/08/14 | 6130774 | Work on 504 loan purchase and sale agreement, instructions to potential purchasers, and sale procedures | Fates, Edward G. | 1.8 | 801.90 | 6,904.35 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | motion (1.6); communications with Receiver regarding exhibits and declarations for sale procedures motion (.2). | | | | |
| 02/10/14 | 6132912 | Prepare for/attend SBA call re sales issues with Receiver and SBA (.4). Review of issues re sale with Receiver, follow-up call with SBA (.3). Further advice to counsel and Receiver as to SBA sale issues (.2). | Zaro, David R. | 0.9 | 554.85 | 7,459.20 |
| 02/11/14 | 6132472 | Discuss revisions to declaration and 504 loan transfer issues with broker (.3); work on Receiver's declaration regarding sale procedures motion (.8). | Fates, Edward G. | 1.1 | 490.05 | 7,949.25 |
| 02/13/14 | 6137397 | Review of additional payoff information re loans/impact on sale of portfolio and marketing issues (.4). | Zaro, David R. | 0.4 | 246.60 | 8,195.85 |
| 02/14/14 | 6137418 | Review/evaluate the SBA issues re sale motion, 504 issues based on SBA's demands/documentation (.4). Calls with counsel and Receiver to address the 504 loan issues (.3). | Zaro, David R. | 0.7 | 431.55 | 8,627.40 |
| 02/18/14 | 6137444 | Analyze issues regarding sale procedures motion. | Fates, Edward G. | 0.2 | 89.10 | 8,716.50 |
| 02/19/14 | 6139906 | Review/revise the draft motion to sell assets, retain Voit and revise the drafts of the instructions (2.2). Prepare draft of Seaman declaration in support of the sale motion (1.1). | Zaro, David R. | 3.3 | 2,034.45 | 10,750.95 |
| 02/20/14 | 6140704 | Review/evaluate the Seaman draft declaration, revisions to same (.8). Revise motion as to SBA 504 instructions (.6). Call with | Zaro, David R. | 2.1 | 1,294.65 | 12,045.60 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | Receiver/counsel re sale (.2). Emails to SBA and Receiver re sale documents (.4). | | | | |
| 02/21/14 | 6140517 | Review and revise sale procedures motion and supporting declarations. | Fates, Edward G. | 1.1 | 490.05 | 12,535.65 |
| 02/24/14 | 6141615 | Revisions to forms of 7(a)/License and 504/non-SBA purchase and sale agreements (.5); work on sale procedures motion and request for order shortening time regarding same (.4). | Fates, Edward G. | 0.9 | 400.95 | 12,936.60 |
| 02/25/14 | 6143152 | Work on administrative motion for order shortening time on sale procedures motion and proposed OST (.9); communications with SBA's counsel regarding sale procedures motion and form of purchase and sale agreement (.2). | Fates, Edward G. | 1.0 | 445.50 | 13,382.10 |
| 02/26/14 | 6145722 | Prepare for conference call with the SBA and call with Receiver re sale (.4).  Call with the SBA, counsel, and Receiver re sale motion (.4). | Zaro, David R. | 0.8 | 493.20 | 13,875.30 |
| 02/27/14 | 6146838 | Review open issues re sale motion, form contracts/instruction (.4).  Attend call with Receiver and counsel as to terms of agreements and instructions (.3).  Review changes to the agreement, call/email to address SBA suggested revisions (.7). | Zaro, David R. | 1.4 | 863.10 | 14,738.40 |
| 02/27/14 | 6145411 | Review SBA's comments to sale procedures motion, instructions, and form of purchase and sale agreement (.3); revisions to motions, declarations, and exhibits (1.3); confer with SEC's counsel regarding | Fates, Edward G. | 2.1 | 935.55 | 15,673.95 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | sale procedures motion (.2); work on motion for order shortening time on sale procedures motion (.3). | | | | |
| 02/28/14 | 6147453 | Revisions to Receiver and broker declarations in support of sale procedures motion. | Fates, Edward G. | 0.2 | 89.10 | 15,763.05 |
| 03/03/14 | 6151017 | Call related to the sale motion, issues raised by the SBA (.2).  Review/revise 504 instructions (.4).  Call with Receiver re sale, revise Receiver declaration and follow-up (.8). | Zaro, David R. | 1.4 | 863.10 | 16,626.15 |
| 03/03/14 | 6150261 | Discuss declaration and exhibits for sale procedures motion with Receiver and broker; revisions to same. | Fates, Edward G. | 1.1 | 490.05 | 17,116.20 |
| 03/04/14 | 6150683 | Confer with SEC's counsel regarding sale procedures motion and hearing date for same (.1); confer with broker regarding declaration (.2); revisions to sale procedures motion and exhibits (.4). | Fates, Edward G. | 0.7 | 311.85 | 17,428.05 |
| 03/10/14 | 6158666 | Work with counsel to address finalizing the sale motion, exhibits and instructions (.3). | Zaro, David R. | 0.3 | 184.95 | 17,613.00 |
| 03/11/14 | 6160094 | Call/email with SEC re sale terms, follow-up with counsel re same (.3). | Zaro, David R. | 0.3 | 184.95 | 17,797.95 |
| 03/11/14 | 6157174 | Review and revise schedule of loan interests for sale procedures motion (.5); confer with SEC's counsel, revisions to sale procedures motion, discuss same with Receiver, and send exhibits to SEC's counsel (2.1); prepare proposed order on sale procedures motion (.2). | Fates, Edward G. | 2.8 | 1,247.40 | 19,045.35 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/12/14 | 6160131 | Review issues related to sale raised by the Commission, follow-up to revise draft motion to address open issues re Receiver option to withdraw (.6). Email to respond to SEC question related to sale motion (.2). | Zaro, David R. | 0.8 | 493.20 | 19,538.55 |
| 03/12/14 | 6158436 | Revise and finalize sale procedures motion, exhibits and declarations and send same to Receiver for final review (2.8); respond to inquiry from potential purchaser (.2). | Fates, Edward G. | 3.0 | 1,336.50 | 20,875.05 |
| 03/13/14 | 6162691 | Review/evaluate the email from SBA, sale motion, change request and emails re same (.3). | Zaro, David R. | 0.3 | 184.95 | 21,060.00 |
| 03/18/14 | 6163363 | Communications with potential bidder for loans regarding sale procedures motion. | Fates, Edward G. | 0.4 | 178.20 | 21,238.20 |
| 03/24/14 | 6167922 | Review investor oppositions to sale procedures motion; forward same to Receiver. | Fates, Edward G. | 0.5 | 222.75 | 21,460.95 |
| 03/26/14 | 6172192 | Review pleadings/filings re sale motion from investors, Feathers and the Commission (.6). Call with Commission and Receiver re same (.2). | Zaro, David R. | 0.8 | 493.20 | 21,954.15 |
| 03/26/14 | 6170464 | Review N. Feathers and other investor oppositions to sale procedures motion and forward same to Receiver (.4); review SEC's response in support of sale procedures motion (.2); review Feathers' opposition to sale procedures motion (.5). | Fates, Edward G. | 1.1 | 490.05 | 22,444.20 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/27/14 | 6177085 | Review/evaluate the issues/objection to sale and reply brief re sale motion (.2).  Call with Receiver re sale motion (.2). | Zaro, David R. | 0.4 | 246.60 | 22,690.80 |
| 03/27/14 | 6171390 | Work on response to Feathers' opposition to sale procedures motion. | Fates, Edward G. | 0.4 | 178.20 | 22,869.00 |
| 03/29/14 | 6173730 | Draft reply to Feathers' opposition to sale procedures motion. | Fates, Edward G. | 2.6 | 1,158.30 | 24,027.30 |
| 03/31/14 | 6177455 | With with Receiver and counsel re draft reply to the opposition re sale motion and calls with Receiver and counsel (.4). | Zaro, David R. | 0.4 | 246.60 | 24,273.90 |
| 03/31/14 | 6173899 | Discuss reply to Feathers' opposition to sale procedures motion with Receiver; revisions to same. | Fates, Edward G. | 0.4 | 178.20 | 24,452.10 |
| 04/02/14 | 6179055 | Revise and finalize reply in support of sale procedures motion; discuss same with Receiver. | Fates, Edward G. | 1.1 | 490.05 | 24,942.15 |
| 04/06/14 | 6181573 | Respond to inquiry from counsel for potential buyer of loans. | Fates, Edward G. | 0.1 | 44.55 | 24,986.70 |
| 04/07/14 | 6185442 | Address the sale issues related to SBA regulations, follow-up call with Receiver re broker's preliminary work (.3). | Zaro, David R. | 0.3 | 184.95 | 25,171.65 |
| 04/11/14 | 6188316 | Several calls with Receiver as to asset pricing/value one (.4).  Review issues re the SBA and potential buyers with counsel and Receiver (.4). | Zaro, David R. | 0.8 | 493.20 | 25,664.85 |
| 04/14/14 | 6190163 | Confer with counsel/Receiver and review additional letters, opposition to sale motion (.3). | Zaro, David R. | 0.3 | 184.95 | 25,849.80 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/16/14 | 6191260 | Review/evaluate the letter/filings re sale motion (.4). Call/email with Receiver related to SBA request for data (.5). | Zaro, David R. | 0.9 | 554.85 | 26,404.65 |
| 04/17/14 | 6193547 | Work on anticipated disputed issues in anticipation of hearing on motion, confer with Receiver re recent filings and SBA request (.3) | Zaro, David R. | 0.3 | 184.95 | 26,589.60 |
| 04/22/14 | 6198258 | Confer with Receiver re cost benefit analysis of alternative sales process (.4). | Zaro, David R. | 0.4 | 246.60 | 26,836.20 |
| 04/22/14 | 6199765 | Review the issues/filings related to the sale, address questions raised as to the instructions (.8). Call with Receiver related to sale motion, follow-up to address Voit/platform for due diligence (.5). Review of letters related to sale motion (.2). | Zaro, David R. | 1.5 | 924.75 | 27,760.95 |
| 04/24/14 | 6199846 | Prepare for the sale motion hearing, call related to sale motion and email/call re SBA issues (1.1). | Zaro, David R. | 1.1 | 678.15 | 28,439.10 |
| 04/25/14 | 6199863 | Prepare for the hearing on sale motion and Feathers' alternative motion related to disposition of assets (.8). Attend and argue at hearing on sale/other disposition of assets (1.4). Address the new issues related to sale raised by SBA, follow-up with Receiver to address timing and next steps (.6). | Zaro, David R. | 2.8 | 1,726.20 | 30,165.30 |
| 04/28/14 | 6201215 | Review additional filings, email from Feathers concerning the plan/the sale and follow-up to assess response (.2). Follow-up on issues raised by | Zaro, David R. | 0.2 | 123.30 | 30,288.60 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00006 (Sale of Assets/Disposition) 372456-00006

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | the SBA re transfer of notes/allonge (.2). | | | | |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 25.5 | 616.50 | 15,720.75 |
| 001665 | Edward G. Fates | 32.7 | 445.50 | 14,567.85 |
| | | 58.2 | | 30,288.60 |
| Total Fees | | | | 30,288.60 |
| Total Disbursements | | | | 0.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00007 (Pending Litigation) 372456-00007

## *Preliminary Billing Form*

Billing Atty:  000313 - Zaro                          Matter #: 372456-00007                     Matter Name: Pending Litigation

Date of Last Billing: 01-06-2014                                                                Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166298
Client/Matter Joint Group # 372456-1

### Fees for Matter 372456-00007 (Pending Litigation)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/05/14 | 6126151 | Communications with counsel for mechanic's lien creditor of borrower Giarla regarding lawsuit and foreclosure and dismissal of SBC Portfolio Fund pursuant to injunction order. | Fates, Edward G. | 0.4 | 178.20 | 178.20 |
| 02/11/14 | 6132284 | Communications with counsel for creditor of borrower Giarla regarding dismissal of SBC Portfolio from pending case against Giarla. | Fates, Edward G. | 0.2 | 89.10 | 267.30 |
| 02/25/14 | 6142704 | Communications with creditor of borrower Giarla regarding dismissal of SBC Portfolio from foreclosure lawsuit; review complaint and request for dismissal. | Fates, Edward G. | 0.4 | 178.20 | 445.50 |

### Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 1.0 | 445.50 | 445.50 |
|  |  | 1.0 |  | 445.50 |
| Total Fees |  |  |  | 445.50 |
| Total Disbursements |  |  |  | 0.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00008 (Claims) 372456-00008

### *Preliminary Billing Form*

Billing Atty:  000313 - Zaro                    Matter #: 372456-00008            Matter Name: Claims

Date of Last Billing: 05-13-2014                                                 Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166299
Client/Matter Joint Group # 372456-1

### Fees for Matter 372456-00008 (Claims)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/05/14 | 6130207 | Review SBA claim issues, work with Receiver on response to the SBA re 6 loans/collateral issues (.2).  Advice as to reserve and follow-up with counsel to address stipulation (.2). | Zaro, David R. | 0.4 | 246.60 | 246.60 |
| 02/05/14 | 6130208 | Review SBA claim issues, work with Receiver on response to the SBA re 6 loans/collateral issues (.2).  Advice as to reserve and follow-up with counsel to address stipulation (.2). | Zaro, David R. | 0.4 | 246.60 | 493.20 |
| 02/06/14 | 6130277 | Call to Receiver to address SBA's issues related to collateral on six loans and response to same (.2).  Review/evaluate the response to Feathers' motion and email as to the claims purchasers and alternative plan (.3).  Call with SEC counsel re plan/claim issues (.2). | Zaro, David R. | 0.7 | 431.55 | 924.75 |
| 02/07/14 | 6131566 | Review of the issues related to SBA claims as to collateral/memo response (.4).  Confer with Receiver and counsel as to SBA claim (.2).  Call with claimant Yu as to claim (.3). | Zaro, David R. | 0.9 | 554.85 | 1,479.60 |
| 02/10/14 | 6132893 | Call with SBA/Eric Adams re claim (.1). Email related to claims issues | Zaro, David R. | 1.7 | 1,048.05 | 2,527.65 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00008 (Claims) 372456-00008

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and SBA (.2). Further review/revisions re agreement with regard to the SBA claim (.4). Attend the SBA conference call re claims issues (.6). Follow-up on the SBA claim issues with Receiver and counsel, follow-up call with SBA (.4). | | | | |
| 02/12/14 | 6137275 | Several emails/calls to address objection to the motions/strategy for the hearing and follow-up with Receiver (.4). | Zaro, David R. | 0.4 | 246.60 | 2,774.25 |
| 02/13/14 | 6137399 | Prepare for hearing on claims motion, including response to Feathers/subordination issues further legal analysis (1.1). Address orders/SBA Stipulation and claims/MIMO calculations with Receiver and SEC (.5). Follow-up calls re claims adjustments (.2). | Zaro, David R. | 1.8 | 1,109.70 | 3,883.95 |
| 02/13/14 | 6219765 | Emails/calls with counsel related to CBB claim/resolution (.4). | Zaro, David R. | 0.4 | 246.60 | 4,130.55 |
| 02/13/14 | 6135303 | Prepare for February 14 hearing on claims motion; prepare amended proposed order. | Fates, Edward G. | 1.1 | 490.05 | 4,620.60 |
| 02/18/14 | 6138774 | Call with Receiver and counsel re claims motion (.4). Call re order on claims motion (.2). | Zaro, David R. | 0.6 | 369.90 | 4,990.50 |
| 02/18/14 | 6137188 | Discuss issues regarding investors who have not submitted claims and amended proposed orders with Receiver and A. Juroe. | Fates, Edward G. | 0.5 | 222.75 | 5,213.25 |
| 02/19/14 | 6138595 | Review email from Feathers; communications with A. Juroe regarding list of claimants who have | Fates, Edward G. | 0.4 | 178.20 | 5,391.45 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00008 (Claims) 372456-00008

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | not responded; send email to Feathers regarding same. | | | | |
| 02/20/14 | 6140710 | Review/evaluate draft order, follow-up on outstanding claimants (.1). Call re SBA claim (.1). | Zaro, David R. | 0.2 | 123.30 | 5,514.75 |
| 02/20/14 | 6139464 | Prepare amended proposed order on claims motion and discuss same with Receiver (.3); draft cover letter to investors regarding final chance to submit claim forms (.3). | Fates, Edward G. | 0.6 | 267.30 | 5,782.05 |
| 02/21/14 | 6141356 | Send amended proposed order on claims motion to CBB's counsel. | Fates, Edward G. | 0.1 | 44.55 | 5,826.60 |
| 02/24/14 | 6143080 | Call with Receiver, revise order following call with Receiver re reserves for claims and interim distribution (.4). | Zaro, David R. | 0.4 | 246.60 | 6,073.20 |
| 02/24/14 | 6141657 | Revisions to proposed order on claims motion, discuss same with Receiver and review revised claims spreadsheet (.6); communications with CBB's counsel regarding amended order (.1). | Fates, Edward G. | 0.7 | 311.85 | 6,385.05 |
| 02/25/14 | 6143569 | Review order approving claims motion; revise amended proposed order on motion to include provision vacating same. | Fates, Edward G. | 0.2 | 89.10 | 6,474.15 |
| 03/04/14 | 6153000 | Emails/call with Receiver and SEC re Ms. Feathers' claims/order (.3). | Zaro, David R. | 0.3 | 184.95 | 6,659.10 |
| 03/04/14 | 6151372 | Communications with SEC'S counsel and Receiver regarding errors in approved claims schedule, actions to correct same, work on administrative motion regarding same. | Fates, Edward G. | 1.4 | 623.70 | 7,282.80 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00008 (Claims) 372456-00008

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 03/05/14 | 6152327 | Work on administrative motion to correct claim schedule and second amended order regarding same; review corrected claims schedule. | Fates, Edward G. | 1.2 | 534.60 | 7,817.40 |
| 03/06/14 | 6156690 | Several emails/calls re claims motion, follow-up with counsel re amended order/administrative motion (.4). | Zaro, David R. | 0.4 | 246.60 | 8,064.00 |
| 03/06/14 | 6152964 | Discuss administrative motion regarding claims schedule with Receiver and finalize same. | Fates, Edward G. | 0.4 | 178.20 | 8,242.20 |
| 03/10/14 | 6158088 | Review/assess emails/pleadings related to claims from Mr. and Mrs. Feathers, address necessity of any response to the same (.2). Assess issues related to new claims pleadings by Feathers, address response to the same (.6). | Zaro, David R. | 0.8 | 493.20 | 8,735.40 |
| 03/10/14 | 6155518 | Review Feathers' opposition papers regarding administrative motion for entry of second amended order on claims motion (.3); review N. Feathers opposition to administrative motion regarding second amended order and prepare response to same (1.3). | Fates, Edward G. | 1.6 | 712.80 | 9,448.20 |
| 03/11/14 | 6160060 | Review Feathers emails, call/email with Receiver and counsel (.2). Call with Commission counsel re pleadings (.1). | Zaro, David R. | 0.3 | 184.95 | 9,633.15 |
| 03/11/14 | 6157054 | Finalize response to N. Feathers' opposition to administrative motion regarding second amended order (.3); review further filings by M. Feathers regarding second amended order (.2). | Fates, Edward G. | 0.5 | 222.75 | 9,855.90 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00008 (Claims) 372456-00008

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 04/18/14 | 6193582 | Several emails concerning Natalie Feathers reconsideration motion re her claim (.4). Review originals motion, assess the Receiver's response to the motion (.3). Review of numerous emails from Mr. and Mrs. Feathers, advice to Receiver re same (.4). | Zaro, David R. | 1.1 | 678.15 | 10,534.05 |
| 04/22/14 | 6199808 | Address Feathers' appeals, appellate court's orders and follow-up to address timing of response (.4). | Zaro, David R. | 0.4 | 246.60 | 10,780.65 |
| 04/25/14 | 6198302 | Review appeal related documents and follow on documents filed by M. Feathers and N. Feathers. | Fates, Edward G. | 0.4 | 178.20 | 10,958.85 |
| 04/29/14 | 6200860 | Review filings in appeal filed by N. Feathers. | Fates, Edward G. | 0.1 | 44.55 | 11,003.40 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 11.2 | 616.50 | 6,904.80 |
| 001665 | Edward G. Fates | 9.2 | 445.50 | 4,098.60 |
| | | 20.4 | | 11,003.40 |
| Total Fees | | | | 11,003.40 |
| Total Disbursements | | | | 0.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00009 (Third Party Claims) 372456-00009

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro               Matter #: 372456-00009               Matter Name: Third Party Claims

Date of Last Billing: 05-13-2014                                              Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166300
Client/Matter Joint Group # 372456-1

### Fees for Matter 372456-00009 (Third Party Claims)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/13/14 | 6134521 | Attention to status and issues regarding ex parte application for authority to pursue claims against third parties. | Fates, Edward G. | 0.2 | 89.10 | 89.10 |
| 02/27/14 | 6145473 | Review Feathers' motion for reconsideration of order allowing under seal filings related to claims against third parties. | Fates, Edward G. | 0.2 | 89.10 | 178.20 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 001665 | Edward G. Fates | 0.4 | 445.50 | 178.20 |
|  |  | 0.4 |  | 178.20 |
| Total Fees |  |  |  | 178.20 |
| Total Disbursements |  |  |  | 0.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00010 (Distribution) 372456-00010

## *Preliminary Billing Form*

Billing Atty: 000313 - Zaro                    Matter #: 372456-00010                    Matter Name: Distribution

Date of Last Billing: 05-13-2014                    Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166301
Client/Matter Joint Group # 372456-1

### Fees for Matter 372456-00010 (Distribution)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/06/14 | 6130278 | Review/evaluate the response to Feathers' motion and email as to the claims purchasers and alternative plan (.3). Call with SEC counsel re plan/claim issues (.2). | Zaro, David R. | 0.5 | 308.25 | 308.25 |
| 02/06/14 | 6128673 | Review SEC's response to Feathers' motion for hearing to discuss reorganization (.2); analyze issue raised by SEC's counsel regarding potential release and distribution of segregated funds for Feathers' legal expenses (.1). | Fates, Edward G. | 0.3 | 133.65 | 441.90 |
| 02/06/14 | 6128842 | Work on stipulation and proposed order resolving SBA's objections to claims and distribution plan motions (.7); communications with SBA's counsel and SEC's counsel regarding same (.2). | Fates, Edward G. | 0.9 | 400.95 | 842.85 |
| 02/11/14 | 6132514 | Review communications regarding SBA stipulation and execution of same (.4); work on status report addressing SBA stipulation and related issues (.5); finalize same and SBA stipulation for filing (.4). | Fates, Edward G. | 1.3 | 579.15 | 1,422.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00010 (Distribution) 372456-00010

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/12/14 | 6137278 | Several emails/calls to address objection to the motions/strategy for the hearing and follow-up with Receiver (.4). | Zaro, David R. | 0.4 | 246.60 | 1,668.60 |
| 02/13/14 | 6137401 | Meeting with Receiver to address the remaining distribution issues and recalculation re reserves, following SBA stipulation and receipt of funds (.6). Work on order and issues re same, including the reserves (.8). | Zaro, David R. | 1.4 | 863.10 | 2,531.70 |
| 02/13/14 | 6135302 | Prepare for February 14 hearing on distribution motion. | Fates, Edward G. | 0.8 | 356.40 | 2,888.10 |
| 02/14/14 | 6137430 | Review of next steps/timing for distribution following hearing on the distribution plan motion, court's granting of the motion, and advice to counsel re form of order (.3). | Zaro, David R. | 0.3 | 184.95 | 3,073.05 |
| 02/14/14 | 6136878 | Review pleadings and prepare for hearing (1.2); attend hearing on claims motion and distribution motion (3.2); travel to and from hearing (4.5). | Fates, Edward G. | 8.9 | 3,964.95 | 7,038.00 |
| 02/18/14 | 6137445 | Attention to transcript order for February 14 hearing. | Fates, Edward G. | 0.1 | 44.55 | 7,082.55 |
| 02/19/14 | 6219719 | Review Feathers' reply regarding motion to discuss reorganization (.2). | Fates, Edward G. | 0.2 | 89.10 | 7,171.65 |
| 02/20/14 | 6139466 | Prepare amended proposed order on distribution motion (.2); discuss same with Receiver (.1). | Fates, Edward G. | 0.3 | 133.65 | 7,305.30 |
| 02/20/14 | 6140148 | Review Feathers' filings regarding reorganization plan, investor claims, reserves, and declaration and transcript order. | Fates, Edward G. | 0.2 | 89.10 | 7,394.40 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00010 (Distribution) 372456-00010

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/21/14 | 6143044 | Address the status of the order/plan issues (.3). Address Feathers' emails and court filings, follow-up to address response (.4). Call with Receiver re distribution (.2). | Zaro, David R. | 0.9 | 554.85 | 7,949.25 |
| 02/21/14 | 6140803 | Review lengthy email from Feathers' regarding distribution and confer with SEC's counsel regarding same. | Fates, Edward G. | 0.3 | 133.65 | 8,082.90 |
| 02/21/14 | 6141357 | Send amended proposed order on distribution motion to CBB's counsel. | Fates, Edward G. | 0.1 | 44.55 | 8,127.45 |
| 02/24/14 | 6143081 | Call with Receiver, revise order following call with Receiver re reserves for claims and interim distribution (.4). | Zaro, David R. | 0.4 | 246.60 | 8,374.05 |
| 02/24/14 | 6141653 | Revisions to proposed order on distribution motion. | Fates, Edward G. | 0.2 | 89.10 | 8,463.15 |
| 02/25/14 | 6143571 | Review order approving distribution motion (.1); revise amended proposed order on motion to include provision vacating same (.1). | Fates, Edward G. | 0.2 | 89.10 | 8,552.25 |
| 02/26/14 | 6145726 | Review the revised distribution order, follow-up with counsel re same (.4). Assess distribution issues in light of Feathers' appeal (.2). Emails re appeal and follow-up with the SEC re appeal of distribution plan order/response (.3). | Zaro, David R. | 0.9 | 554.85 | 9,107.10 |
| 02/26/14 | 6144435 | Review amended order on distribution motion and address issues regarding same (.3); discuss amended claims order, amended distribution order, reserves, and related issues with Receiver (.5). | Fates, Edward G. | 0.8 | 356.40 | 9,463.50 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00010 (Distribution) 372456-00010

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/27/14 | 6145652 | Review Feathers' notice of appeal of claims and distribution orders. | Fates, Edward G. | 0.1 | 44.55 | 9,508.05 |
| 02/28/14 | 6149219 | Calls with Receiver related to distribution, address pending appeal and impact of notice (.3). | Zaro, David R. | 0.3 | 184.95 | 9,693.00 |
| 03/03/14 | 6151056 | Review/evaluate Feathers' motion for reconsideration of plan order, emails re same (.4). Calls with SEC and counsel re same (.2). | Zaro, David R. | 0.6 | 369.90 | 10,062.90 |
| 03/03/14 | 6150502 | Review Feathers' motion for reconsideration and investor declarations regarding same; prepare response to motion. | Fates, Edward G. | 1.8 | 801.90 | 10,864.80 |
| 03/04/14 | 6152961 | Review of the issues re distribution plan from Mr. Feathers and email re same (.2). Email/calls with SEC, Receiver and counsel re appeal, threats by Feathers and fling (.2). Review/revise the opposition to the ex parte application re reconsideration, revisions to same (.4). Call related to Mr. Feathers/investor figures (.1). | Zaro, David R. | 0.9 | 554.85 | 11,419.65 |
| 03/05/14 | 6151986 | Review Feathers' ex parte motion for hearing dates and leave to sue receiver, discuss arguments raised in same with Receiver, work on response to same, and confer with SEC's counsel regarding same (2.6); finalize response to Feathers' ex parte application for reconsideration of distribution order (.5). | Fates, Edward G. | 3.1 | 1,381.05 | 12,800.70 |
| 03/10/14 | 6157020 | Review various motions and declarations filed by M. Feathers and N. Feathers regarding intervention | Fates, Edward G. | 0.5 | 222.75 | 13,023.45 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00010 (Distribution) 372456-00010

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | and response to same with Receiver; revise and finalize same. | | | | |
| 03/18/14 | 6163819 | Discuss status of distribution checks and update for receivership website regarding same with A. Juroe. | Fates, Edward G. | 0.2 | 89.10 | 16,860.60 |
| 03/21/14 | 6168216 | Call with Receiver following review or emails re distribution, assess overall strategy in light of Feathers' actions/threats and Commission's comments (.4).  Address investor emails related to distribution issues (.2). | Zaro, David R. | 0.6 | 369.90 | 17,230.50 |
| 03/25/14 | 6172148 | Confer with counsel/Receiver re investor questions re distribution (.4). | Zaro, David R. | 0.4 | 246.60 | 17,477.10 |
| 03/29/14 | 6173724 | Review Feathers' brief to Ninth Circuit regarding OSC regarding dismissal of appeal. | Fates, Edward G. | 0.3 | 133.65 | 17,610.75 |
| 04/28/14 | 6201214 | Review additional filings, email from Feathers concerning the plan/the sale and follow-up to assess response (.2). | Zaro, David R. | 0.2 | 123.30 | 17,734.05 |
| 04/30/14 | 6202122 | Review filings in appeals (.1); review correspondence between SEC's counsel and Feathers regarding payments on Judgment (.1). | Fates, Edward G. | 0.2 | 89.10 | 17,823.15 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 10.7 | 616.50 | 6,596.55 |
| 001665 | Edward G. Fates | 25.2 | 445.50 | 11,226.60 |
| | | 35.9 | | 17,823.15 |
| Total Fees | | | | 17,823.15 |
| Total Disbursements | | | | 0.00 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00012 (Employment/Fees) 372456-00012

### *Preliminary Billing Form*

Billing Atty:  000313 - Zaro                    Matter #: 372456-00012                    Matter Name: Employment/Fees

Date of Last Billing: 05-13-2014                                                          Client Name: Seaman, Thomas/Receiver for SBCC; Mark Feathers

Proforma Number 1166302
Client/Matter Joint Group # 372456-1

## Fees for Matter 372456-00012 (Employment/Fees)

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| 02/13/14 | 6135304 | Prepare for February 14 hearing on fee applications. | Fates, Edward G. | 0.4 | 178.20 | 178.20 |
| 03/03/14 | 6150266 | Begin work on Fifth Interim Fee Applications; discuss same with Receiver. | Fates, Edward G. | 0.3 | 133.65 | 311.85 |
| 03/13/14 | 6162688 | Review/evaluate the fees and bills to prepare for next application for period Nov 2013 thru Jan 2014, follow-up with Receiver and counsel (.6). | Zaro, David R. | 0.6 | 369.90 | 681.75 |
| 03/13/14 | 6159951 | Work on Allen Matkins' Fifth Interim Fee Application. | Fates, Edward G. | 1.1 | 490.05 | 1,171.80 |
| 03/17/14 | 6162558 | Work on Allen Matkins' fee application and request for OST regarding same. | Fates, Edward G. | 0.2 | 89.10 | 1,260.90 |
| 03/18/14 | 6163367 | Work on Allen Matkins' fifth interim fee application. | Fates, Edward G. | 3.2 | 1,425.60 | 2,686.50 |
| 03/19/14 | 6164363 | Work on Allen Matkins' fifth interim fee application (2.1); work on administrative motion for OST on fee applications and proposed OST (1.1); analyze and discuss servicing budget issue with Receiver (.4). | Fates, Edward G. | 3.6 | 1,603.80 | 4,290.30 |
| 03/24/14 | 6167969 | Revisions to Allen Matkins' fifth | Fates, Edward G. | 0.4 | 178.20 | 4,468.50 |

06/04/14 13:58:35 PROFORMA STATEMENT FOR MATTER 372456-00012 (Employment/Fees) 372456-00012

| Trans Date | Index | Description of Service Rendered | Timekeeper | Hours | Fees | Sum |
|---|---|---|---|---|---|---|
| | | interim fee application. | | | | |
| 03/31/14 | 6173895 | Discuss Receiver's fee application, servicing budget, and related issues with Receiver. | Fates, Edward G. | 0.2 | 89.10 | 4,557.60 |
| 04/03/14 | 6180045 | Review and revise Receiver's fifth fee application; discuss same with Receiver. | Fates, Edward G. | 2.2 | 980.10 | 5,537.70 |
| 04/09/14 | 6185050 | Work on Receiver's fifth interim fee application; discuss same with Receiver. | Fates, Edward G. | 0.5 | 222.75 | 5,760.45 |
| 04/13/14 | 6187352 | Work on Receiver's fifth interim fee application. | Fates, Edward G. | 0.3 | 133.65 | 5,894.10 |
| 04/14/14 | 6187443 | Work on administrative motion for order shortening time on fifth interim fee applications (.6); work on Receiver's fifth interim fee application (.6); send fee applications and administrative motion to SEC's counsel for review (.2). | Fates, Edward G. | 1.4 | 623.70 | 6,517.80 |
| 04/28/14 | 6200225 | Follow up communications with SEC's counsel regarding fee applications and related pleadings. | Fates, Edward G. | 0.2 | 89.10 | 6,606.90 |
| 04/30/14 | 6203088 | Discuss Receiver's fee application with SEC's counsel. | Fates, Edward G. | 0.2 | 89.10 | 6,696.00 |

## Proforma Summary

| Timekeeper Number | Timekeeper | Hours | Rate | Amounts |
|---|---|---|---|---|
| 000313 | David R. Zaro | 0.6 | 616.50 | 369.90 |
| 001665 | Edward G. Fates | 14.2 | 445.50 | 6,326.10 |
| | | 14.8 | | 6,696.00 |
| Total Fees | | | | 6,696.00 |
| Total Disbursements | | | | 0.00 |