# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>            Defendants. | Case No. CV12-03237<br><br>**[PROPOSED] ORDER ON SIXTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER**<br><br>Date:   August 22, 2014<br>Time:  9:00 a.m.<br>Ctrm:  4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

820127.01/SD

Case No. CV12-03237
[PROPOSED] ORDER ON SIXTH INTERIM
FEE APPLICATION OF ALLEN MATKINS

The Sixth Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), General Counsel to the Receiver, came before the Court on August 22, 2014. Appearances were as noted on the record.

The Court having received and read the fee application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Sixth Interim Fee Application of Allen Matkins is granted.

**IT IS FURTHER ORDERED** that Allen Matkins' fees and costs for the Sixth Application Period are allowed and approved, on an interim basis, in the amounts of $102,084.75 and $1,225.02, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay Allen Matkins $80,619.50 in fees and $1,225.02 in costs from assets of the receivership estate.

Dated: _____

_____
Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

820127.01/SD

Case No. CV12-03237
[PROPOSED] ORDER ON SIXTH INTERIM
FEE APPLICATION OF ALLEN MATKINS