DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
       tfates@allenmatkins.com

Attorneys for Receiver
Thomas A. Seaman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>            Defendants. | Case No. CV12-03237<br><br>**NOTICE OF HEARING ON INTERIM FEE APPLICATIONS FOR APPROVAL AND PAYMENT OF COMPENSATION TO RECEIVER AND HIS PROFESSIONALS**<br><br>Date:    August 22, 2014<br>Time:   9:00 a.m.<br>Ctrm:   4 - 5th Floor<br>Judge:  Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

820124.01/SD

Case No. CV12-03237
NOTICE OF HEARING ON
INTERIM FEE APPLICATIONS

**PLEASE TAKE NOTICE** that on August 22, 2014, at 9:00 a.m. in Courtroom 4, 5th Floor, of the United States District Court, 280 South 1st Street, San Jose, California, 95113, the Court will consider the interim applications of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC and their subsidiaries and affiliates, and his counsel, for approval and payment of fees and costs.

The following table summarizes the fees incurred, interim payment requested, and costs requested for the period February 1, 2014, through April 30, 2014:

| Applicant and Role | Fees Incurred | Interim Payment Requested | Costs | Total Payment Requested |
|---|---|---|---|---|
| Thomas A. Seaman, Receiver | $244,204.00 | $219,783.60 (90%) | $0.00 | $219,783.60 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel | $102,084.75 | $80,619.50 (204.10 hrs. x $395) | $1,225.02 (100%) | $81,844.52 |

This notice along with the full fee applications are posted on the Receiver's website (www.sbcapitalreceiver.com). A hard copy of the applications can also be obtained by emailing a request to the Receiver through the website or by sending a written request to the Receiver at 3 Park Plaza, Suite 550, Irvine, California 92614.

If you oppose the applications, you are required to file your written opposition with the Office of the Clerk, United States District Court, 280 South 1st Street, San Jose, California, 95113, and serve the same on the undersigned not later than fourteen (14) days <u>after the motion was filed</u>.

Dated: July 9, 2014
        ALLEN MATKINS LECK GAMBLE
        MALLORY & NATSIS LLP

        By:     /s/ Ted Fates
        TED FATES
        Attorneys for Receiver
        Thomas A. Seaman

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

820124.01/SD

Case No. CV12-03237
NOTICE OF HEARING ON
INTERIM FEE APPLICATIONS