DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
KIM A. BUI (BAR NO. 274113)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         tfates@allenmatkins.com
         kbui@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>            Defendants. | Case No. CV12-03237<br><br>**PROOF OF SERVICE**<br><br>Date:   August 22, 2014<br>Time:   9:00 a.m.<br>Ctrm:   4 – 5th Floor<br>Judge:  Hon. Edward J. Davila |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

820135.01/SD

Case No. CV12-03237
PROOF OF SERVICE

| | |
|---|---|
| 1 | I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541. |
| 2 | |
| 3 | On July 9, 2014, I served on interested parties in said action the within: |
| 4 | ◄RECEIVER'S SIXTH INTERIM FEE APPLICATION |
| 5 | ◄[PROPOSED] ORDER ON RECEIVER'S SIXTH INTERIM FEE APPLICATION |
| 6 | |
| 7 | ◄SIXTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER |
| 8 | ◄[PROPOSED] ORDER ON SIXTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER |
| 9 | |
| 10 | ◄NOTICE OF HEARING ON INTERIM FEE APPLICATIONS FOR APPROVAL AND PAYMENT OF COMPENSATION TO RECEIVER AND HIS PROFESSIONALS |
| 11 | |

☒ **BY U.S. MAIL:** by placing a true copy thereof in sealed envelope(s), addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service in San Diego County on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Mark Feathers
1520 Grant Road
Los Altos, California 94024

*Pro Se* Defendant

Tel:  (650) 776-2496
Fax:  (650) 961-2382
Email: markfeathers@sbcglobal.net

☐ **BY OVERNIGHT DELIVERY:** by placing a true copy thereof in sealed envelope(s), addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in a box or other facility regularly maintained by express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2014, at San Diego, California.

Janine L. Batiste
(Type or print name)

_____
(Signature)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

820135.01/SD

Case No.  CV12-03237
PROOF OF SERVICE