Mark Feathers, *in Pro Per*
Los Altos, CA  94024
Telephone:  (650) 776-2496

FILED
2014 JUL 14  P 1:44

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> SMALL BUSINESS CAPITAL CORP., ET AL <br><br> Defendants. | Case No. CV12-03237-EJD <br><br> **DECLARATIONS ACCOMPANYING MARK FEATHERS' OMBNIBUS OPPOSITION TO PAYMENT TO RECEIVER AND HIS PROFESSIONAL** <br><br> **Judge:  Hon. Edward J. Davila** |

DECLARATIONS TO OPPOSITION

Case  CV12-03237-EJD

1. I, Mark Feathers, pursuant to U.S.C. §1746, declares as follows:

2. I was a named defendant in the lawsuit SEC v. Small Business Capital Corp., et al. The Court made a decision of summary judgment against me. I have appealed this on 4th and 5th Amendment grounds to the 9th Circuit Court of Appeals.

3. To my knowledge and belief, all of the documents in my opposition filing are accurate and truthful copies of the originals.

4. I can competently testify in these matters, and I am willing and able to do so.

Executed this 14th day of July 2014 at Los Altos, California

_____

Mark Feathers

-2-                              Case  CV12-03237-EJD

DECLARATIONS TO OPPOSITION