July 19, 2014

Honorable Edward J. Davila
US District Courthouse
280 S. 1st Street
San Jose, CA 95113

FILED
JUL 21 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: SEC v Small Business Capital Corp., et al.
Case No. 12-CV-03237-EJD

Dear Hon. Edward Davila

    I am writing to oppose the request of $244,204 by Thomas Seaman, Receiver, and the amount of $100,084 to Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel. The fees requested are for February 1, 2014 – April 30, 2014.

    As to the attorney fees, by my rough calculations it appears that out of 60 working days per quarter, an attorney is working approximately 4 hours every day for the entire quarter. This is highly unlikely. Is Mr. Seaman so incompetent that he needs this amount of legal services?

    As to Thomas Seaman, his fees seem outrageous for collecting and posting revenue of the funds. Any bookkeeper could perform these duties.

    To my knowledge, they have yet to submit a reasonable plan for liquidation of the hard assets of the funds as directed by the court.

    I beg the court to expedite, through Mr. Seaman, to bring this matter to a quick conclusion with the appropriate distributions. The fund members need closure and their money.

Respectfully,

Sydney J. Raineri