July 20, 2014

Honorable Edward J. Davila
US District Courthouse
280 S. 1St Street
San Jose, CA 95113



RE: SEC v Small Business Capital Corp., et al.
     Case No. 12-CV-03237-EJD

Dear Hon. Edward Davila:

The idea that we have to spend $300,000 to collect $600,000 is absurd and an obvious abuse of the system. The moving parties have clearly padded their hours in an attempt to fool the court and shareholders.

We strongly object to the fees requested by Mr. Seaman and the law firm of Allen, Matkins, Leck, Gamble, Mallory & Natsis LLP.

In closing, we would respectfully request the court to not grant the moving parties' requests as they obviously do not hold the shareholders's interests above their own.

Respectfully,

Alan and Theresa Raineri