UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*** 
**TOTAL TIME:** 1 hr 5 mins

**CIVIL MINUTES**

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** August 1, 2014 | **Court Reporter:** Summer Fisher |
| **Case No.:** C-12-03237 EJD | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

**CASE TITLE**

Securities and Exchange Commission v. Small Business Capital Corporation et al

**APPEARANCES**

**Attorney(s) for Plaintiff(s):** John Bulgozdy
**Attorney(s) for Defendant(s):** Mark Feathers (pro se)
**Other appearance(s):** Thomas Seaman (Receiver)
Ted Fates (Attorney for the Receiver)(Telephonic appearance)

**PROCEEDINGS**

1. Fifth and Interim Fee Applications by the Receiver (Doc. 884, 923)
2. Fifth and Sixth Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP by the General Counsel to the Receiver (Docs. 885, 924, 925)

**ORDER AFTER HEARING**

Hearing held. The Court advanced argument as to the August 22, 2014 hearing on the Receiver and Receiver's Counsel's Sixth Interim Fee Applications. The Court took the matter under submission as to the Fifth and Sixth Interim Fee Applications. The Court to issue further order following hearing. The August 22, 2104 hearing is VACATED.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: