# TRANSCRIPT ORDER

**FILED** AUG -4 2014

COURT USE ONLY
DUE DATE

Please use one form per court reporter.
CJA Counsel please use Form CJA24.
Please read instructions on next page.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 1/2013)

**1a. CONTACT PERSON FOR THIS ORDER:** MACK FEATHERS
**2a. CONTACT PHONE NUMBER:** 650-776-2496
**3a. CONTACT EMAIL ADDRESS:** mackfeathers@sbcglobal.net

**1b. ATTORNEY NAME (if different):** not applicable
**2b. ATTORNEY PHONE NUMBER:** —
**3b. ATTORNEY EMAIL ADDRESS:** —

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
P.O. Box 3866
Los Altos, CA 94024

**5. CASE NAME:** SEC v. Small Business Capital Corp, et al
**6. CASE NUMBER:** CV12-03237-EJD

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX):** ☐ FTR  Summer Fisher

**8. THIS TRANSCRIPT ORDER IS FOR:**
☒ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☐ CIVIL  ☒ CJA: Do not use this form; use Form CJA24

*to be determined*

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a. HEARING(S) (OR PORTIONS OF HEARINGS)**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (i.e. witness or time) |
|---|---|---|---|
| 6-1-14 | EJD | civil | All |
| | | | |
| | | | |
| | | | |

**b. SELECT FORMAT(S)** (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|---|
| | ● | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |
| | ○ | ○ | ○ | ○ | ○ |

**c. DELIVERY TYPE** (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ● | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/
**12. DATE:** 8-4-14

**DISTRIBUTION:** ☐ COURT COPY  ☐ ORDER RECEIPT  ☐ TRANSCRIPTION COPY  ☐ ORDER COPY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 1 hr 5 mins

## CIVIL MINUTES

Judge: Edward J. Davila
Date: August 1, 2014
Case No.: C-12-03237 EJD
Related Case No.: N/A

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Summer Fisher
Special Master: N/A
Interpreter: N/A

## CASE TITLE

Securities and Exchange Commission v. Small Business Capital Corporation et al

## APPEARANCES

Attorney(s) for Plaintiff(s): John Bulgozdy
Attorney(s) for Defendant(s): Mark Feathers (pro se)
Other appearance(s): Thomas Seaman (Receiver)
Ted Fates (Attorney for the Receiver)(Telephonic appearance)

## PROCEEDINGS

1. Fifth and Interim Fee Applications by the Receiver (Doc. 884, 923)
2. Fifth and Sixth Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP by the General Counsel to the Receiver (Docs. 885, 924, 925)

## ORDER AFTER HEARING

Hearing held. The Court advanced argument as to the August 22, 2014 hearing on the Receiver and Receiver's Counsel's Sixth Interim Fee Applications. The Court took the matter under submission as to the Fifth and Sixth Interim Fee Applications. The Court to issue further order following hearing. The August 22, 2104 hearing is VACATED.

Elizabeth C. Garcia
Courtroom Deputy
Original: E-Filed
CC: