Mark Feathers, *in Pro Per*
1520 Grant Rd.
Los Altos, CA  94024
Telephone:  (650) 776-2496

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) Case No. CV12-03237-EJD |
| | ) |
| Plaintiff, | ) **DECLARATIONS OF MARK FEATHERS** |
| | ) |
| vs. | ) |
| | ) |
| SMALL BUSINESS CAPITAL CORP., ET AL | ) **Judge:  Hon. Edward J. Davila** |
| | ) **Courtroom:  No. 4, 5TH Floor** |
| Defendants. | ) **Date:  November 14th, 2014** |
| | ) **Time:  9:00 a.m.** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

DECLARATIONS OF MARK FEATHERS ATTACHED TOMOTION FOR RELIEF

Case  CV12-03237-EJD

1. I, Mark Feathers, pursuant to U.S.C. §1746, declares as follows:

2. I can competently testify in the matters outlined in this party's Notice of Motion, and Motion for Relief from Summary Judgment, and I am willing and able to do so. Executed this 14th August, 2014, at Los Altos, California

Mark Feathers

DECLARATIONS OF MARK FEATHERS ATTACHED TO REQUEST FOR RELIEF