Mark Feathers, *in Pro Per*
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 776-2496

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP., ET AL<br><br>　　　　Defendants. | Case No. CV12-03237-EJD<br><br>**[PROPOSED] ORDER ON MARK FEATHERS' MOTION FOR RELIEF**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: No. 4, 5TH Floor<br>Date: November 14th, 2014<br>Time: 9:00 a.m. |

ORDER ON MARK FEATHERS MOTION FOR RELIEF　　　　　　　　　　　　　　　Case CV12-03237-EJD

| | |
|---|---|
| 1 | IN THE MATTER OF MARK FEATHERS MOTION FOR RELIEF, |
| 2 | IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: _____ |
| 5 | Hon. Edward J. Davila |
| 6 | Judge, United States District Court |

ORDER ON MARK FEATHERS' MOTION FOR RELIEF