United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 5:12-cv-03237 EJD |
|---|---|
| Plaintiff(s), | **ORDER RE: HEARING ON SIXTH INTERIM FEE APPLICATIONS** |
| v. | [Docket Item No(s). 923, 924, 925] |
| SMALL BUSINESS CAPITAL CORP., et. al. | |
| Defendant(s). | |

Since there appears to have been some confusion on this issue, the court clarifies for all interested parties that the Sixth Interim Fee Applications filed by the Receiver and his counsel were resolved pursuant the court's order filed on August 7, 2014. See Docket Item No. 936. Accordingly, to the extent such a directive was not made explicit, the hearing scheduled for August 22, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: August 22, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-03237 EJD
ORDER RE: HEARING ON SIXTH INTERIM FEE APPLICATIONS