Mark Feathers, in *pro per*
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 776-2496

FILED
SEP 18 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV12-03237-EJD |
| Plaintiff, | REQUEST FOR A DETERMINATION FROM THIS COURT IF THE RECEIVER HAS COMMITTED AN ACT OF GROSS NEGLIGENCE AND IF THE RECEIVER HAS LOST PERSONAL LIABILITY PROTECTION AFFORDED TO HIM UNDER SECTION XIII OF THE ORDER FOR HIS APPOINTMENT (COURT DOCKET 34) |
| vs. | |
| SMALL BUSINESS CAPITAL CORP., ET AL | |
| Defendants. | |
| | AND |
| | A REQUEST TO END THE PERMANENT INJUNCTION AGAINST MARK FEATHERS |
| | Date: Feb. 6th, 2015 at 9:00 a.m.
Hon. Judge Edward J. Davila
Courtroom 4, 5th Fl. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

Please take note of a motion hearing to discuss an end to the permanent injunction against Mark Feathers, and for the Court to issue a legal opinion if the Receiver, Thomas A. Seaman, has acted in gross negligence, and lost his personal liability protection, therefore.

MARK FEATHERS REQUEST FOR CLARIFICATION                         Case CV12-03237-EJD

**INCLUSIVE POINTS OF DISCUSSION (POINTS OF UNDERSTANDING)**

1. The Order appointing the receiver (Court Docket 34), Thomas A. Seaman ("Seaman"), states that the receiver "Except for an act of gross negligence…shall not be liable for any loss or damage incurred by an of the defendants…" This *pro se* defendant has researched numerous definitions of "gross negligence". He has arrived at the conclusion that Seaman's act of failing to inform (or of omitting from the Court) the material issue that he is not a "licensed CPA" (see Court Dockets 275 & 297) as SEC described Seaman (see Court Docket 6) in requesting his appointment appears to meet any, and all, legal definitions of Seaman to have acted with "gross negligence". This party requests the Court's concurrence on this matter.

2. SEC has requested of this party that he commence making payments on penalties and disgorgement ordered by this Court. The Court's order for summary judgment is on appeal. However, notwithstanding that issue, common sense would seem to dictate that the Court must release this defendant from an injunction on his assets for there to be any possibility of this party making payments per the Court's order, and per SEC's request of this party.

Dated: 9-18-14

Mark Feathers, in *pro per*

Case CV12-03237-EJD

MARK FEATHERS NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST JOHN BULGOZDY, ESQ.