Mark Feathers, *in Pro Per*
Los Altos, CA  94024
Telephone:  (650) 776-2496

**FILED**

SEP 18 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br>     vs.<br><br>SMALL BUSINESS CAPITAL CORP., ET AL<br><br>            Defendants. | Case No. CV12-03237-EJD<br><br>**DECLARATIONS ACCOMPANYING MARK FEATHERS' REQUEST TO END THE PERMANENT INJUNCTION AND FOR THE COURT TO ISSUE A LEGAL OPINION AS TO THE GROSS NEGLIGENCE OF THOMAS A. SEAMAN, COURT APPOINTED RECEIVER**<br><br>Judge:  Hon. Edward J. Davila |

DECLARATIONS TO OPPOSITION

Case  CV12-03237-EJD

1. I, Mark Feathers, pursuant to U.S.C. §1746, declares as follows:
2. I was a named defendant in the lawsuit SEC v. Small Business Capital Corp., et al. The Court made a decision of summary judgment against me. I have appealed this on 4th and 5th Amendment grounds to the 9th Circuit Court of Appeals.
3. To my knowledge and belief, the Court appointed Receiver, Thomas A. Seaman, has met the legal definition of being grossly negligent as a Court appointed receiver by not informing the Court that he does not hold professional licensing which others represented Seaman to hold, and which he did not correct.
4. I can competently testify in these matters, and I am willing and able to do so.

Executed this 18th, of September 2014 at Los Altos, California

*/s/ Mark Feathers*

Mark Feathers

DECLARATIONS TO OPPOSITION                    -2-                    Case  CV12-03237-EJD