IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff(s),<br>  v.<br><br>SMALL BUSINESS CAPITAL CORP., et. al.<br><br>          Defendant(s). | CASE NO. 5:12-cv-03237 EJD<br><br>**ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR AUGUST 2014**<br><br>[Docket Item No(s). 949] |

Presently before the court is the Receiver's Administrative Motion for Payment of Loan Servicing Costs for August, 2014. See Docket Item No. 949. Defendant Mark Feathers has filed written opposition to the motion. See Docket Item No. 952. Having carefully considered these documents, the court finds the Receiver's request reasonable in light of the work performed. Accordingly, the Motion is GRANTED. The total amount of $24,048.50 for August, 2014, loan servicing costs is approved and may be distributed to the Receiver accordingly.

**IT IS SO ORDERED.**

Dated: October 1, 2014

                                                            _____
                                                            EDWARD J. DAVILA
                                                            United States District Judge

1

CASE NO. 5:12-cv-03237 EJD
GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR AUGUST 2014