1  DAVID R. ZARO (BAR NO. 124334)
   TED FATES (BAR NO. 227809)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone: (213) 622-5555
   Fax: (213) 620-8816
5  E-Mail: dzaro@allenmatkins.com
           tfates@allenmatkins.com
6
   Attorneys for Receiver
7  THOMAS A. SEAMAN

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DISTRICT**

11 SECURITIES AND EXCHANGE              Case No. CV12-03237
   COMMISSION,
12                                      **RECEIVER'S RESPONSE TO REQUEST**
            Plaintiff,                  **FOR A DETERMINATION FROM THIS**
13                                      **COURT IF THE RECEIVER HAS**
        vs.                             **COMMITTED AN ACT OF GROSS**
14                                      **NEGLIGENCE AND IF THE RECEIVER**
   SMALL BUSINESS CAPITAL CORP.;        **HAS LOST PERSONAL LIABILITY**
15 MARK FEATHERS; INVESTORS PRIME       **PROTECTION AFFORDED TO HIM**
   FUND, LLC; and SBC PORTFOLIO         **UNDER SECTION XIII OF THE ORDER**
16 FUND, LLC,                           **FOR HIS APPOINTMENT (COURT**
                                        **DOCKET 34)**
17          Defendants.

18                                      Date: February 6, 2014
                                        Time: 9:00 a.m.
19                                      Ctrm: 4 - 5th Floor
                                        Judge: Hon. Edward J. Davila
20

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

822963.01/SD

Case No. CV12-03237
RESPONSE TO FEATHERS' REQUEST FOR
DETERMINATION RE GROSS NEGLIGENCE

Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Small Business Capital Corp. ("SB Capital"), Investors Prime Fund, LLC ("IPF"), SBC Portfolio Fund, LLC ("SPF"), and their subsidiaries and affiliates (collectively, "Receivership Entities"), hereby responds to Defendant Mark Feathers' request for a determination from this Court if the Receiver has committed an act of gross negligence and if the Receiver has lost personal liability protection afforded to him under Section XIII of the Order for his appointment (Court Docket 34).

Mr. Feathers has not and cannot present evidence of any act of gross negligence by the Receiver. Accordingly, the Receiver respectfully submits Mr. Feathers' requests should be denied.

Dated: October 2, 2014

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Ted Fates
TED FATES
Attorneys for Receiver
Thomas A. Seaman

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

822963.01/SD

Case No. CV12-03237
RESPONSE TO FEATHERS' REQUEST FOR
DETERMINATION RE GROSS NEGLIGENCE

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

On October 2, 2014, I served on interested parties in said action the within:

> **RECEIVER'S RESPONSE TO REQUEST FOR A DETERMINATION FROM THIS COURT IF THE RECEIVER HAS COMMITTED AN ACT OF GROSS NEGLIGENCE AND IF THE RECEIVER HAS LOST PERSONAL LIABILITY PROTECTION AFFORDED TO HIM UNDER SECTION XIII OF THE ORDER FOR HIS APPOINTMENT (COURT DOCKET 34)**

☒ **BY U.S. MAIL:** by placing a true copy thereof in sealed envelope(s), addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service in San Diego County on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Mark Feathers<br>1520 Grant Road<br>Los Altos, California 94024 | *Pro Se* Defendant<br>Tel: (650) 776-2496<br>Fax: (650) 961-2382<br>Email: markfeathers@sbcglobal.net |

☐ **BY OVERNIGHT DELIVERY:** by placing a true copy thereof in sealed envelope(s), addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in a box or other facility regularly maintained by express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 2, 2014, at San Diego, California.

| Ted Fates | /s/ Ted Fates |
|---|---|
| (Type or print name) | (Signature) |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

822963.01/SD

Case No. CV12-03237
RESPONSE TO FEATHERS' REQUEST FOR
DETERMINATION RE GROSS NEGLIGENCE