Mark Feathers, *Pro Se* Defendant
markfeathers@sbcglobal.net
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 575-7881
Facsimile: (650) 961-2382

FILED
OCT 15 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP., MARK FEATHERS, INVESTORS PRIME FUND, LLC, AND SBC PORTFOLIO FUND, LLC<br><br>DEFENDANTS. | Case No.   CV12-03237-EJD<br><br>ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME ON:<br><br>- MOTION REQUEST FOR A DETERMINATION IF THE RECEIVER HAS COMMITTED AN ACT OF GROSS NEGLIGENCE (COURT DOCKET 950)<br><br>AND<br><br>A REQUEST TO END THE PERMANENT INJUNCTION AGAINST MARK FEATHERS<br><br>Ctrm: 4 - 5th Floor<br>Date: February 6th, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila |

ADMIN MOTION FOR EARLY HEARING DATE

Mark Feathers ("Feathers") hereby moves for an order shortening time on his motion as to determine the gross negligence of Thomas A. Seaman ("Seaman"), receiver, and to end the permanent injunction on Feathers.

The motions are set for hearing on February 6th, 2015, the hearing date assigned by the Court's courtroom deputy. The recent prior pleadings of Seaman indicate his belief that this lawsuit may be over prior to that date, in which case there may not be an opportunity for a court determination on the important matters outlined in Feathers' motion.

From Seaman's Sixth Interim Fee Application, Court Docket 923, page 5, lines 9 - 11.

"The expected time from of closing a sale is end of September, 2014 will lead to a second significant distribution to investors, and conclusion of the receivership".

Feathers requests the motions be heard on the earliest available date. Court pleadings indicate that many scores of investors are extremely frustrated by the time it has taken for a Court determination as to Seaman's gross negligence in misleading Feathers and hundreds of fund investors into believing, inappropriately, that Seaman was a "licensed CPA" (see Court Docket 274, 275 & 297). Seaman's gross negligence occurred on two occasions -- in his violation of California Civil Code 1710 (fraud of deceit) in accepting his appointment, and another violation of California Civil Code 1710 (concealment) after his appointment. These investors are looking for a meaningful opportunity to recoup the substantial losses and hardships they have incurred by way of Seaman's torts, and a Court determination of gross negligence by Seaman will set these investors onto a proper path of a recovery against Seaman, and his counsel also, potentially.

WHEREFORE, Feathers requests an order shortening time setting the Motions for hearing.

Dated: October 15th, 2014

Mark Feathers, in *pro per*