Mark Feathers, In Pro Defendant
markfeathers@sbcglobal.net

1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 575-7881
Facsimile: (650) 961-2382

# RECEIVED

OCT 15 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Case No.      CV12-03237-EJD |
| PLAINTIFF, | **[PROPOSED] ORDER SHORTENING TIME ON:** |
| vs. | - **MOTION REQUEST FOR A DETERMINATION IF THE RECEIVER HAS COMMITTED AN ACT OF GROSS NEGLIGENCE (COURT DOCKET 950)** |
| SMALL BUSINESS CAPITAL CORP., MARK FEATHERS, INVESTORS PRIME FUND, LLC, AND SBC PORTFOLIO FUND, LLC | |
| DEFENDANTS. | **AND** |
| | **A REQUEST TO END THE PERMANENT INJUNCTION AGAINST MARK FEATHERS** |
| | Ctrm: 4 - 5th Floor |
| | Judge: Hon. Edward J. Davila |

The Administrative Motion for Order Shortening Time on (1) Motion Request for a Determination if the Receiver has Committed An Act of Gross Negligence; and (2) Motion for a Request to end the Permanent Injunction Against Mark Feathers of Mark Feathers. The Court, having received and read the Administrative Motion and all papers in support thereof or opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED:**

1. The Administrative Motion is granted.

2. The Motions are hereby set for hearing on:

Dated: _____     _____

Hon. Edward J. Davila, Judge.

United States District Court

[PROPOSED] ORDER FOR ADMIN MOTION FOR EARLY HEARING DATE

Case No. CV-12-03237