```
Mark Feathers, Pro Se Defendant
markfeathers@sbcglobal.net
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 575-7881
Facsimile: (650) 961-2382
```

**DENIED**
*Judge Edward J. Davila*

RECEIVED
OCT 15 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP., MARK FEATHERS, INVESTORS PRIME FUND, LLC, AND SBC PORTFOLIO FUND, LLC<br><br>DEFENDANTS. | Case No.   CV12-03237-EJD<br><br>[PROPOSED] ORDER SHORTENING TIME ON:<br><br>- MOTION REQUEST FOR A DETERMINATION IF THE RECEIVER HAS COMMITTED AN ACT OF GROSS NEGLIGENCE (COURT DOCKET 950)<br><br>AND<br><br>A REQUEST TO END THE PERMANENT INJUNCTION AGAINST MARK FEATHERS<br><br>Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

[PROPOSED] ORDER ON ADMIN MOTION FOR EARLY HEARING DATE

The Administrative Motion for Order Shortening Time on (1) Motion Request for a Determination if the Receiver has Committed An Act of Gross Negligence; and (2) Motion for a Request to end the Permanent Injunction Against Mark Feathers of Mark Feathers. The Court, having received and read the Administrative Motion and all papers in support thereof or opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED:**

1. The Administrative Motion is DENIED.

Dated: 10/16/2014

Hon. Edward J. Davila, Judge,
United States District Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>SMALL BUSINESS CAPITAL CORP.,., et al.,<br><br>            Defendants. | Case No.  12-cv-03237-EJD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/16/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Mark  Feathers
    1520 Grant Road
    Los Altos, CA 94024


Dated: 10/16/2014


                                                          Richard W. Wieking
                                                          Clerk, United States District Court


                                                          By:_____
                                                          Elizabeth Garcia, Deputy Clerk to the
                                                          Honorable EDWARD J. DAVILA