Mark Feathers, in *Pro Per*
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 575-7881

FILED
NOV 5 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP., MARK FEATHERS, INVESTORS PRIME FUND, LLC, AND SBC PORTFOLIO FUND, LLC<br><br>DEFENDANTS. | Case No.    CV12-03237-EJD<br><br>**REQUEST FOR JUDICIAL NOTICE RELATED TO PENDING COURT HEARING ON MOTION HEARING (COURT DOCKET 950)**<br><br>Date: FEBRUARY 6TH, 2015<br>Judge: Hon. Edward J. Davila<br>Time: 9:00 a.m. |

    Feathers respectfully asks the Court to refer to all pleadings related to Court Docket 950 ("FEATHERS REQUEST FOR THE COURT TO DETERMINE IF THOMAS A. SEAMAN HAS ACTED IN GROSS NEGLIGENCE") and related pleadings. The Court should take judicial notice that Feathers holds that Seaman, individually, and, or with conspiracy of SEC, and Seaman's counsel, has committed Fraud in the Inducement, i.e., the use of deceit or tricks to cause Feathers to act to his disadvantage by agreeing to a Permanent Injunction (Docket 34), including Seaman's appointment, under Feathers' false impression Seaman was a licensed CPA, as described by Plaintiff (Docket 6). Feathers would not have consented to Seaman's appointment if he were "not" a CPA, especially if he had been aware of SEC's prior lawsuit false description of Seaman as same.

Respectfully Submitted

November 5, 2014

Mark Feathers, in *pro per*