1   Alice A. Hoagland
    18000 Madrone Dr.
    Los Gatos, CA 95033
2   Telephone: (408) 353-3900

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10   SECURITIES AND EXCHANGE           )   Case No. CV12-03237-EJD
     COMMISSION,                             )

11                               )   **DECLARATIONS OF ALICE A. HOAGLAND TO ACCOMPANY MOTION TO END INJUNCTION AND TO DISMISS RECEIVER**
               Plaintiff,            )

12        vs.                       )

13   SMALL BUSINESS CAPITAL CORP., ET AL    )

14            Defendants.         )   **Judge: Hon. Edward J. Davila**
                              )   **COURTROOM 4, 5TH Floor**

15                               )

16

17

18   I, Alice A. Hoagland, pursuant to U.S.C. §1746, declares as follows:

19      1. I have read the Notice of Motion and Points of Understanding to the Motion for an end to

20         the Permanent Injunction and to Dismiss the Receiver, Thomas A. Seaman.

21      2. I am a third party investor of the Defendant investment funds and I support the Motion.

22      3. I can competently testify as to my knowledge and belief, and I am willing and able to do so.

23

24          Executed this 13th day November, 2014, at Los Gatos , California

25

26                      Alice A. Hoagland

27

28   DECLARATIONS OF ALICE A. HOAGLAND                    Case CV12-03237-EJD