Pingyu Liu, Ph.D.
984 Moreno Ave.
Palo Alto, CA 94303
Telephone: (650) 320-8531

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> SMALL BUSINESS CAPITAL CORP., ET AL <br><br> Defendants. | Case No. CV12-03237-EJD <br><br> **DECLARATIONS OF PINGYU LIU TO ACCOMPANY MOTION TO END INJUNCTION AND TO DISMISS RECEIVER** <br><br> Judge: Hon. Edward J. Davila <br> COURTROOM 4, 5TH Floor |

I, Pingyu Liu, pursuant to U.S.C. §1746, declares as follows:

1. I have read the Notice of Motion and Points of Understanding to the Motion for an end to the Permanent Injunction and to Dismiss the Receiver, Thomas A. Seaman.

2. I am a third party investor of the Defendant investment funds and I support the Motion.

3. I can competently testify as to my knowledge and belief, and I am willing and able to do so.

Executed this 12th day November, 2014, at Palo Alto, California

*/s/ Pingyu Liu*

Pingyu Liu, Ph.D.

DECLARATIONS OF PINGYU LIU       Case CV12-03237-EJD