Mark Feathers, in *Pro Per*
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 575-7881

FILED
NOV 24 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION

PLAINTIFF,

vs.

SMALL BUSINESS CAPITAL CORP., MARK FEATHERS, INVESTORS PRIME FUND, LLC, AND SBC PORTFOLIO FUND, LLC

DEFENDANTS.

Case No. CV12-03237-EJD

MARK FEATHERS OPPOSITION TO RECEIVER'S ADMIN MOTION FOR PAYMENT (COURT DOCKET 983)

    Mark Feathers opposes the Receiver's request for the normal reasons outlined often in prior pleadings. The receiver's work continues to be clearly propaganda for his own benefit, as well as for the benefit of his steady employment referral source over the past decade, which is SEC.

    This person wishes the Court to take note of the fact that Seaman has neither posted his newest fee request on his website as of this date, which is now a week's time after they have submitted their request to the Court (see attached). Nor has Seaman notified third party investors of his newest request. This person has asked the Receiver's counsel to explain why investors are not notified and given a say in his fee request. The Receiver's counsel apparently feels no need to answer to issues such as this. His request should be declined.

Mark Feathers, in *pro per*

11-24-14

MARK FEATHERS' OPPOSITION TO RECEIVER'S ADMIN REQUEST FOR PAYMENT OF FEE