Exhibit 2

email to Receiver's Counsel.

No reply received.

Exhibit 1

Receiver's web site 11-24-14

No posting on Docket No. 983

"Fee Request" dated mid Nov. Last entry on web site 10-28-14

# SMALL BUSINESS CAPITAL CORP. RECEIVERSHIP

**Thomas Seaman, As Receiver**

SEC vs. SMALL BUSINESS CORP.; MARK FEATHER PRIME FUND, LLC PORTFOLIO FUND

CASE NO. 5:12 CV-

UNITED STATES DISTRICT DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HONORABLE EDWARD J.

Home
Claims Process
Case Documents
Frequently Asked Questions
Home
Claims Process
Case Documents
Frequently Asked Questions

## HOW TO CHANGE YOUR MAILING ADDRESS TO RECEIVE DISTRIBUTIONS

Changes to a creditor's mailing address for purposes of receiving distributions can only be made by emailing your new mailing address and contact information to the Receiver by clicking here. The Receiver will then update the official list of creditor contact information. Official creditor information is not stored on this website or edited by changing your email address.

*****

| Join Our Mailing List |
|---|
| Email: _____ Go |

For Email Newsletters you can trust

### SIGN UP FOR EMAIL UPDATES FROM THE RECEIVER

If you wish to be notified by email of updates to the web site and other important announcements from the Receiver concerning this receivership, then please sign up by entering your email address above. A pop up screen will appear which will ask you to confirm acceptance of emails. An email will then be sent to you with a link to a simple form which will ask you for basic contact information. This information will only be used by the Receiver and will not be sold or otherwise disclosed to third parties. You may unsubscribe from emails at any time by simply clicking on the Unsubscribe link which will be on the top and bottom of all emails sent to you by the Receiver.

Changing your contact information on the website will not change your official mailing address with the Receiver, however. To change your official mailing address, see the instructions HOW TO CHANGE YOUR MAILING ADDRESS TO RECEIVE DISTRIBUTIONS located elsewhere on this page.

*****
### FOR ALL COURT FILINGS

Not all filings in the underlying case are posted on this website. For those people that wish the opportunity to view all Court filings in the underlying case, you may set up an account with the PACER (Public Access to Court Electronic Records) Case Locator, the national

online index for U.S. district, bankruptcy, and appellate courts. Registered users are charged a small fee for each page of Court documents which are downloaded. Interested parties can register for a PACER account by going to:
https://www.pacer.gov/psco/cgi-bin/regform.pl

After the user's account has been established, registered users should click on the hyperlink
https://pacer.login.uscourts.gov/cgi-bin/login.pl?court_id=00pcl
to get to the search page. Follow the instructions on the search page to log onto PACER and search for the case records. Search by case number: 5:12-CV-03237 or by case name or by the name of one of the parties to the case, such as, "Small Business Capital Corp".

*****

Thomas Seaman, Receiver for Small Business Capital Corp, et al
3 Park Plaza, Ste. 550
Irvine, CA 92614
Email the Receiver

*****

Website Of
Thomas Seaman, CFA
Judicial Receiver
Thomas Seaman Company
3 Park Plaza, Suite 550
Irvine, California 92614

## CASE DOCUMENTS

This site was last updated on October 29, 2014.

## IMPORTANT DOCUMENTS RELATED TO THE CASE ARE ACCESSIBLE BELOW IN REVERSE CHRONOLOGICAL ORDER

OCTOBER 28, 2014: [Dkt. No. 968] NOTICE OF HEARING ON INTERIM FEE APPLICATIONS FOR APPROVAL AND PAYMENT OF COMPENSATION TO RECEIVER AND HIS PROFESSIONALS

OCTOBER 28: [Dkt. No. 966] RECEIVER'S SEVENTH INTERIM FEE APPLICATION

OCTOBER 28: [Dkt. No. 967] SEVENTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP GENERAL COUNSEL TO THE RECEIVER

OCTOBER 21, 2014: [Dkt. No. 964] RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR SEPTEMBER 2014

**Subject:** Receiver's latest fee request
**From:** Mark Feathers (markfeathers@sbcglobal.net)
**To:** dzaro@allenmatkins.com; tfates@allenmatkins.com;
**Bcc:** nataliefeathers@sbcglobal.net;
**Date:** Friday, November 21, 2014 8:26 PM

Ted I am in receipt today of a copy of the latest Seaman special servicing fee request. Please confirm to me that ALL investors have received same. My spouse is typically notified by email of every request. She did not receiver such notification this week.

Your prompt reply back on this matter is appreciated.

mark feathers