UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>    Defendants. | Case No. 5:12-cv-03237 EJD<br><br>**ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR OCTOBER 2014**<br><br>Re: Dkt. No. 983 |

Presently before the court is the Receiver's Administrative Motion for Payment of Loan Servicing Costs for October, 2014. See Docket Item No. 983. Defendant Mark Feathers has filed written opposition to the motion. See Docket Item No. 985. Having carefully considered these documents, the court finds the Receiver's request reasonable in light of the work performed.

Accordingly, the Motion is GRANTED. The total amount of $25,438.50 for October, 2014 loan servicing costs is approved and may be distributed to the Receiver accordingly.

**IT IS SO ORDERED.**

Dated:  December 15, 2014

_____
EDWARD J. DAVILA
United States District Judge