UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>Defendants. | Case No. CV12-03237 EJD<br><br>[PROPOSED] ORDER SHORTENING TIME ON MOTION OF RECEIVER FOR APPROVAL OF SALE OF 504/FMLP LOAN AND NON SBA LOAN PORTFOLIOS<br><br>Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
1005513.01/LA

Case No. CV12-03237 EJD
[PROPOSED] ORDER SHORTENING TIME
ON INTERIM FEE APPLICATIONS

The Ex Parte Application for Order Shortening Time on Motion for Approval to Sell 504/FMLP Loan Portfolio and Non-SBA Loans ("Ex Parte Motion") of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates, came before the Court. The Court, having received and read the Ex Parte Motion and all papers in support thereof or opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED:**

1. The Ex Parte Motion is granted.

2. The hearing date for the Motion for Approval to Sell 504/FMLP Loan Portfolio and Non-SBA Loans is hereby advanced to January 8, 2015, at 9:00 a.m.

Dated: 12/15/2014

Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
1005513.01/LA

Case No. CV12-03237 EJD
[PROPOSED] ORDER SHORTENING TIME
ON INTERIM FEE APPLICATIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>SMALL BUSINESS CAPITAL CORP.,., et al.,<br><br>            Defendants. | Case No.  12-cv-03237-EJD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/15/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Mark Feathers
    1520 Grant Road
    Los Altos, CA 94024

Dated: 12/15/2014

Richard W. Wieking
Clerk, United States District Court

By: *Elizabeth C. Garcia*
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA