UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>  Defendants. | Case No. 5:12-cv-03237 EJD<br><br>**ORDER TO SHOW CAUSE RE: ENTRY OF JUDGMENT** |

On August 16, 2013, this court granted Plaintiff Securities and Exchange Commission's ("Plaintiff") Motion for Summary Judgment on all causes of action asserted in its Complaint against Defendants Small Business Capital Corp., Mark Feathers, Investors Prime Fund, LLC and SBC Portfolio Fund, LLC. See Docket Item No. 591. The court thereafter granted Plaintiff's motion for monetary remedies and issued a permanent injunction. See Docket Item No. 622. At this time, therefore, it appears that management of the receivership and the winding up of the estate are the only matters that remain pending in this action.

Accordingly, the court issues an Order to Show Cause why a judgment consistent with the above-cited orders should not be entered. Any judgment entered by the court would not contain any new orders and would not affect its management of the receivership; it would be a purely administrative matter since the details of the court's decisions and terms of its orders are contained

elsewhere.

Any party opposing entry of judgment shall file a response to this Order to Show Cause on or before **January 16, 2015.**  All parties are notified that absent a response demonstrating good cause for not doing so, the court will enter a judgment as indicated above.  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  January 2, 2015



EDWARD J. DAVILA
United States District Judge