Mark Feathers

1520 Grant Rd.

Los Altos, CA  94024


January 16th, 2015


RE:   CV12-03237-EJD


Dear Clerk of the Court,


I filed paperwork with the Court (Docket  1001).  This filing had an "attachment" which was part of a Request for Judicial Notice.  It appears that the "attachment" does not show up on PACER.  Please find attached my date-stamped filing, and which includes the attachment still attached to the filing. Thank you for scanning/filing the attachment on PACER.  I submitted an extra copy of my pleading, which also had the attachment, and for that reason I believe that Hon. Judge Davila probably has the attachment.

Thank you.

Mark Feathers, in *pro per*