UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>Defendants. | Case No. CV12-03237 EJD<br><br>[PROPOSED] ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR NOVEMBER 2014<br><br>Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

Presently before the court is the Receiver's Administrative Motion for Payment of Loan Servicing Costs for November 2014 ("Motion"). Having carefully considered the Motion and any written oppositions filed with the court, the court finds the Receiver's Motion reasonable in light of the work performed.

Accordingly, the Motion is GRANTED. The total amount of $18,933.00 for November 2014 loan servicing costs is approved and may be distributed to the Receiver.

**IT IS SO ORDERED.**

Dated: January 21, 2015

Edward J. Davila
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

Case No. 5:12-CV-03237 EJD
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR NOV 2014
1006587.01/LA