1  DAVID R. ZARO (BAR NO. 124334)
   TED FATES (BAR NO. 227809)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone: (213) 622-5555
   Fax: (213) 620-8816
5  E-Mail: dzaro@allenmatkins.com
           tfates@allenmatkins.com
6
   Attorneys for Receiver
7  THOMAS A. SEAMAN

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

| | |
|---|---|
| 11  SECURITIES AND EXCHANGE COMMISSION, | Case No. CV12-03237 |
| 12             Plaintiff, | **RECEIVER'S ADMINISTRATIVE MOTION REQUESTING RELIEF FROM PERSONAL APPEARANCE AT FEE APPLICATION HEARING SET FOR FEBRUARY 5, 2015** |
| 13       vs. | |
| 14  SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; AND SBC PORTFOLIOS, LLC, | Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |
| 17             Defendants. | |

19     Thomas A. Seaman ("Receiver"), the Court-appointed permanent receiver for Small

20 Business Capital Corp. ("SB Capital"), Investors Prime Fund, LLC ("IPF"), SBC Portfolio

21 Fund, LLC ("SPF"), and their subsidiaries and affiliates (collectively, "Receivership

22 Entities"), hereby submits the Receiver's Application Requesting Relief From Personal

23 Appearance at Fee Application Hearing Set for February 5, 2015 [Docket Nos. 966 and

24 967].

25     The Receiver and Allen Matkins filed the Receiver's Seventh Interim Fee

26 Application [Docket 966] and Seventh Interim Fee Application of Allen Matkins Leck

27 Gamble Mallory & Natsis, General Counsel to the Receiver [Docket No. 967]

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1007850.01/LA

Case No. CV12-03237
MOTION REQUESTING RELIEF FROM
PERSONAL APPEARANCE
-1-

1  (collectively, the "Applications") on October 28, 2014.  The Court set a hearing on the
2  Applications for February 5, 2015.

3     While the Receiver's counsel, Allen Matkins, will appear at the hearing on behalf of
4  the Receiver, the Receiver has a vacation that was planned for the week of February 2,
5  2015 and therefore the Receiver will not be available to make an appearance in person at
6  the hearing on the Receiver's Application.[1]

7     While the Local Rules of this Court do not require Receiver's appearance at the
8  hearing on the Applications, the Securities and Exchange Commission (the "Commission")
9  billing instructions for receivers in civil actions suggest that receivers appear at such
10  hearings.  It has also been the Receiver's custom and practice in this case to appear at the
11  fee application hearings and other hearings of significance in order to address any
12  questions of this Court and to provide a report on the status of the case as may be
13  requested.

14     Accordingly, the Receiver is providing both notice to the Court of his absence and
15  is requesting relief from this appearance.  Receiver has notified the Commission of his
16  absence and they have not objected.  Again, counsel for the Receiver will be in attendance
17  at the hearing.

18     Based upon the foregoing, Receiver respectfully requests the Court to approve the
19  Receiver's absence from this hearing on February 5, 2015.

21  Dated:  January 21, 2015         ALLEN MATKINS LECK GAMBLE
                                       MALLORY & NATSIS LLP

23                              By:  /s/ *David R. Zaro*
24                                 DAVID R. ZARO
                                    Attorneys for Receiver
                                    THOMAS A. SEAMAN

---

[1] If and only if the Court denies this Application, the Receiver will alternatively seek to appear by telephone.

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1007850.01/LA

-2-

Case No.  CV12-03237
MOTION REQUESTING RELIEF FROM
PERSONAL APPEARANCE