# PROPOSED ORDER

**Proposed Order**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>                    Defendants. | Case No. CV12-03237 EJD<br><br>[PROPOSED] ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR RELIEF FROM PERSONAL APPEARANCE AT THE FEE APPLICATION HEARING SET FOR FEBRUARY 5, 2015<br><br>Ctrm:    4 - 5th Floor<br>Judge:   Hon. Edward J. Davila |

Presently before the court is the Receiver's Administrative Motion for Relief From Personal Appearance at the Fee Application Hearing Set for February 5, 2015 ("Motion"). Having carefully considered the Motion and any written oppositions filed with the court, the court finds as follows:

The Motion is GRANTED.  The Receiver is excused from personal appearance at the hearing on the Motion set for February 5, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                           Edward J. Davila
                                                                           United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237 EJD
[PROPOSED] ORDER GRANTING ADMIN MOTION FOR RELIEF
FROM PERSONAL APPEARANCE AT HEARING ON FEB 5, 2015
1007860.01/LA