# PROOF OF SERVICE

*Securities and Exchange Commission v. Small Business Capital Corp; Mark Feathers, et al.*
USDC, Northern District of California – San Jose Division – Case No. 5:12-cv-03237-EJD

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, 9th Floor, Los Angeles, California 90071-3398.

A true and correct copy of the foregoing document(s) described below will be served in the manner indicated below:

**RECEIVER'S ADMINISTRATIVE MOTION REQUESTING RELIEF FROM PERSONAL APPEARANCE AT FEE APPLICATION HEARING SET FOR FEBRUARY 5, 2015**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF. On **January 21, 2015**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Eric James Adams**
  eric.adams@sba.gov

- **John Brian Bulgozdy**
  bulgozdyj@sec.gov, LAROFiling@sec.gov, delgadilloj@sec.gov, mitchells@sec.gov, berryj@sec.gov, irwinma@sec.gov

- **California Business Bank**
  rormond@buchalter.com

- **Lynn Marie Dean**
  deanl@sec.gov, larofiling@sec.gov, mitchells@sec.gov, berryj@sec.gov irwinma@sec.gov

- **Ted Fates**
  tfates@allenmatkins.com, bcrfilings@allenmatkins.com, jbatiste@allenmatkins.com

- **Susan Frances Hannan**
  hannans@sec.gov

- **John M. McCoy , III**
  mccoyj@sec.gov

- **Richard Paul Ormond**
  rormond@buchalter.com, jwright@buchalter.com, clazo@buchalter.com

- **Loraine L. Pedowitz**
  lpedowitz@allenmatkins.com

982442.09/LA

- **Thomas A. Seaman**
  tom@thomasseaman.com

- **David Robert Zaro**
  dzaro@allenmatkins.com

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On **January 21, 2015**, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope(s) addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion for party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 (one) day after date of deposit for mailing in affidavit.

| *Pro Se* **Defendant** | **U.S. Mail** |
|---|---|

Mark Feathers
1520 Grant Road
Los Altos, CA  94024
650.776.2496 (phone) | 650.961.2382 (fax)
markfeathers@sbcglobal.net

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **January 21, 2015** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz

982442.09/LA

- 2 -