1
2
3
4                   UNITED STATES DISTRICT COURT
5                 NORTHERN DISTRICT OF CALIFORNIA
6                        SAN JOSE DIVISION
7

United States District Court
Northern District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  5:12-cv-03237 EJD |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | Re: Dkt. No. 1000 |
| SMALL BUSINESS CAPITAL CORP., et al., | |
| Defendants. | |

Having reviewed the parties' thoughtful responses to the Order to Show Cause issued on January 2, 2015 (Docket Item No. 1000), the court has determined that entry of judgment on any part of this action is premature at this time.  Accordingly, good cause having been shown in response, the Order to Show Cause is DISCHARGED.

   **IT IS SO ORDERED.**

Dated:  January 27, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-03237 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE

1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7   SECURITIES AND EXCHANGE
    COMMISSION,                              Case No.  12-cv-03237-EJD

8                      Plaintiff,

9          v.                                **CERTIFICATE OF SERVICE**

10  SMALL BUSINESS CAPITAL CORP.,, et
    al.,

11                     Defendants.

12

13         I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

    District Court, Northern District of California.

14

15         That on 1/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said

    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

16  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle

    located in the Clerk's office.

17
           Mark  Feathers
18         1520 Grant Road
           Los Altos, CA 94024

19

20
    Dated: 1/27/2015
21

22
                                             Richard W. Wieking
23                                           Clerk, United States District Court

24

25                                           By: _Elizabeth C Garcia_
26                                           Elizabeth Garcia, Deputy Clerk to the
                                             Honorable EDWARD J. DAVILA
27

28

United States District Court
Northern District of California