1
2
3
4                     UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6                            SAN JOSE DIVISION
7

8    SECURITIES AND EXCHANGE                Case No.  5:12-cv-03237 EJD
     COMMISSION,
9                      Plaintiff,          **ORDER DISCHARGING ORDER TO
                                           SHOW CAUSE**
10          v.
                                           Re: Dkt. No. 1000
11   SMALL BUSINESS CAPITAL CORP., et
     al.,
12
                      Defendants.
13

14          Having reviewed the parties' thoughtful responses to the Order to Show Cause issued on

15   January 2, 2015 (Docket Item No. 1000), the court has determined that entry of judgment on any

16   part of this action is premature at this time.  Accordingly, good cause having been shown in

17   response, the Order to Show Cause is DISCHARGED.

18

19          **IT IS SO ORDERED.**

20   Dated:  January 27, 2015

21                                         _____
22                                         EDWARD J. DAVILA
                                           United States District Judge
23

24

25

26

27
                                              1
28   Case No.: 5:12-cv-03237 EJD
     ORDER DISCHARGING ORDER TO SHOW CAUSE

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 SECURITIES AND EXCHANGE
COMMISSION,

Case No.  12-cv-03237-EJD

8
            Plaintiff,

**CERTIFICATE OF SERVICE**

9
     v.

10 SMALL BUSINESS CAPITAL CORP.,, et
al.,

11
            Defendants.

12

13      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

14

15      That on 1/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.

16

17      Mark  Feathers
       1520 Grant Road

18      Los Altos, CA 94024

19

20

Dated: 1/27/2015

21

22
                                        Richard W. Wieking

23                                       Clerk, United States District Court

24

25
                                   By: *Elizabeth C Garcia*

26                                       Elizabeth Garcia, Deputy Clerk to the
                                         Honorable EDWARD J. DAVILA

27

28

United States District Court
Northern District of California