# EXHIBIT "A"



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2736

Office of FOIA Services

June 5, 2014

Mr. Mark Feathers
1520 Grant Road
Los Altos, CA 94024

Re: Freedom of Information Act (FOIA), 5 U.S.C. § 552
Request No. 14-07335-FOIA

Dear Mr. Feathers:

This letter is in response to your request dated May 17, 2014, and received in this office on May 19, 2014. Your request states that you would like to know "how many SEC securities lawsuits has the law firm "Allen Matkins" worked in as the counsel to receivers appointed in lawsuits where SEC is the plaintiff in the lawsuit" from the year 2000 to the present.

After consulting with SEC staff, it has been determined that the SEC does not keep records that specifically track when court-appointed receivers in SEC enforcement actions may retain counsel of any law firm. However, in searching an internal database, staff has provided the attached pleading which includes a list compiled by Allen Matkins of all SEC-related actions wherein his firm represented a receiver. You may search publicly-available databases such as PACER, LEXIS or Westlaw for any additional information, if any exist.

If you have any questions, please contact me at burrowsi@sec.gov or (202) 551-5105. You may also contact me at foiapa@sec.gov or (202) 551-7900.

Sincerely,

I. Burrows
FOIA Research Specialist