Mark Feathers, *in Pro Per*
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 776-2496

Filed
FEB 02 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP., ET AL<br><br>　　　　Defendants. | Case No. CV12-03237-EJD<br><br>**DECLARATIONS OF MARK FEATHERS ACCOMPANYING OPPOSITION TO COURT ACCEPTANCE OF RECEIVER'S 12TH INTERIM REPORT, AND TO MARK FEATHERS' REQUEST FOR RELIEF FOR THE COURT TO TAKE DEFINITIVE ACTION OF ACCEPTING, OR NOT ACCPETING, THE RECEIVER'S REPORT**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: No. 4, 5TH Floor<br>Date: November 14th, 2014<br>Time: 9:00 a.m. |

1. I, Mark Feathers, pursuant to U.S.C. §1746, declares as follows:

2. The "Exhibit A" accompanying this opposition to Court acceptance of Receiver's 12th Interim Report, and request for Court to take definitive action, is a true copy of the original.

3. I can competently testify in the matters outlined in this party's Opposition to receiver's 12th report, and and that I am willing and able to do so. Executed this 2nd day of February, 2014, at Los Altos, California.

　　　　　　　　　　　　　　　　　　Mark Feathers

DECLARATIONS OF MARK FEATHERS
　　　　　　　　　　　　　　　　　　　　　　　　　Case CV12-03237-EJD