UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>　　　　Defendants. | Case No. 5:12-cv-03237-EJD<br><br>**ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR DECEMBER 2014**<br><br>Re: Dkt. No. 1006 |

Presently before the court is the Receiver's Administrative Motion for Payment of Loan Servicing Costs for December, 2014. See Docket Item No. 1006. Having carefully considered the application, the court finds the Receiver's request reasonable in light of the work performed.

Accordingly, the Motion is GRANTED. The total amount of $22,238.00 for December, 2014 loan servicing costs is approved and may be distributed to the Receiver accordingly.

**IT IS SO ORDERED.**

Dated: February 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge