**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MARK FEATHERS,<br><br>　　　　　Defendant - Appellant. | No. 13-17304<br><br>D.C. No. 5:12-cv-03237-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |
| MARK FEATHERS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>　　　　　Respondent. | No. 15-70102 |

Before: Peter L. Shaw, Appellate Commissioner.

　　On January 30, 2015, petitioner submitted a copy of the agency order challenged in case number 15-70102. Accordingly, the January 14, 2015 order to show cause is discharged.

MF/Pro Se

Respondent's motion to consolidate case number 15-70102 with case number 13-17304 is granted. Case numbers 15-70102 and 13-17304 shall be assigned to the same panel for consideration of the merits of these cases.

Petitioner's motion to take judicial notice in case number 15-70102 is denied.

On January 15, 2015, petitioner filed a document that was docketed as the opening brief for case number 15-70102. It is unclear whether appellant intended this document to serve as his opening brief. On or before March 30, 2015, petitioner shall file the opening brief for case number 15-70102 or shall inform the court in writing that he intends his January 15, 2015 filing to serve as his opening brief.

Briefing for case number 13-17304 is complete.

The remainder of the briefing schedule set on January 9, 2015 for case number 15-70102 shall remain in effect.