UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>Defendants. | Case No. CV12-03237 EJD<br><br>[PROPOSED] ORDER SHORTENING TIME ON MOTION OF RECEIVER FOR APPROVAL OF SALE OF 7(a) LOAN PORTFOLIO, SERVICING RIGHTS AND LICENSE<br><br>Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

The Ex Parte Application for Order Shortening Time on Motion for Approval to Sell 7(a) Loan Portfolio, Servicing Rights and License ("Ex Parte Motion") of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates, came before the Court. The Court, having received and read the Ex Parte Motion and all papers in support thereof or opposition thereto, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED:**

1. The Ex Parte Motion is granted.

2. The hearing date for the Motion of Receiver for Approval of Sale of 7(a) Loan Portfolio, Servicing Rights and License is hereby advanced to May 7, 2015, at 10:00 a.m.

Dated: 4/10/2015

*[signature]*
Hon. Edward J. Davila
Judge, United States District Court