UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>    Defendants. | Case No. 5:12-cv-03237-EJD<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO TAKE AFFIRMATIVE ACTION**<br><br>Re: Dkt. No. 1014 |

Defendant Mark Feathers' request that "this court take affirmative action and to accept, or to not accept, the Receiver's 12th Interim Report" (Docket Item No. 1014) is DENIED.

**IT IS SO ORDERED.**

Dated: April 14, 2015

EDWARD J. DAVILA
United States District Judge