UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>　　　　　Defendants. | Case No.  5:12-cv-03237-EJD<br><br>**ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR JANUARY, 2015**<br><br>Re: Dkt. No. 1025 |

Presently before the court is the Receiver's Administrative Motion for Payment of Loan Servicing Costs for January, 2015.  See Docket Item No. 1025.  Having carefully considered the application, the court finds the Receiver's request reasonable in light of the work performed.

Accordingly, the Motion is GRANTED.  The total amount of $15,172.50 for January, 2015 loan servicing costs is approved and may be distributed to the Receiver accordingly.

**IT IS SO ORDERED.**

Dated: April 14, 2015



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-cv-03237-EJD
ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR PAYMENT OF
LOAN SERVICING COSTS FOR JANUARY, 2015