JOHN B. BULGOZDY (Cal. Bar No. 219897)
Email: bulgozdyj@sec.gov
LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower St., Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>             Defendants. | Case No. 5:12-CV-03237-EJD<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO MOTION FOR APPROVAL OF SALE OF 7(a) LOAN PORTFOLIO, SERVICING RIGHTS AND SBLC LICENSE (Dkt. No. 1027)**<br><br>Date:  May 28, 2015 (advanced to May 7, 2015)<br>Time:  9:00 a.m.<br>Place:  Courtroom 4, 5th Floor<br>          (Hon. Edward J. Davila) |

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this response to the Motion of Receiver for Approval of Sale of 7(a) Loan Portfolio, Servicing Rights and SBLC License (Dkt. No. 1027).  The SEC supports the motion.  The Receiver has marketed the Small Business Administration ("SBA") Section 7(a) loan portfolio, related servicing rights, and the license to operate a Small Business Lending Company, pursuant to the May 9, 2014 Order Granting Approval of Sale Procedures for Loan Portfolios.  (Dkt. No. 898.)

The SEC has reviewed the proposed terms of the sale and consideration, as well as the payment of commissions to Voit Real Estate Services LP, which assisted in the marketing and sale of the assets that are the subject of the motion.  The Section 7(a) loans are being sold for approximately 93% of the principal value owned by the receivership entities, and the receivership is receiving $700,000 for the servicing rights and the Small Business Lending Company license.  The Receiver's motion details the efforts made to market the portfolio and license, including the involvement of the SBA in approving the qualifications of the buyer.  The terms of the sale appear to resolve part of the SBA's claim against the receivership estate, since the sale is conditioned upon an assumption of liabilities to the SBA by the buyer.  Overall, the proposed transaction should result in an additional recovery for the receivership estate of over $5.2 million.

The Receiver also requests that the Court waive the requirements of 28 U.S.C. § 2004 for publication, appraisal, and public auction, however, that relief was issued in the Court's May 9, 2014 Order (Dkt. No. 898) are therefore that request is moot.

Accordingly, the SEC supports the motion and requests that the Court approve the proposed sale as stated in the Receiver's motion.

DATED:  April 21, 2015                    Respectfully submitted,


                                        */s/ John B. Bulgozdy*
                                        John B. Bulgozdy
                                        Lynn M. Dean
                                        Attorneys for Plaintiff
                                        SECURITIES AND EXCHANGE COMMISSION

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On April 21, 2015 I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CONSOLIDATED RESPONSE TO MOTION FOR APPROVAL OF SALE OF 7(a) LOAN PORTFOLIO, SERVICING RIGHTS AND SBLC LICENSE (Skt No. 1027)** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

  [ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

  [ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[X]   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[X]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2015                                  /s/Sarah Mitchell
                                                                 Sarah Mitchell

PROOF OF SERVICE                                                        CASE NO. CV12-03237 EJD

**<u>SEC v. SMALL BUSINESS CAPITAL CORP,et al.</u>**
**United States District Court – Northern District of California**
**San Jose Division**
**Case No. 5:12-CV-03237-EJD**
**LA-4141**

<u>SERVICE LIST</u>

Mark Feathers *(served via Email and UPS)*
1520 Grant Road
Los Altos, CA 94024
Email: markfeathers@sbcglobal.net
***Pro Se Defendant Mark Feathers***

David Zaro, Esq. *(served via ECF)*
Allen Matkins Leck Gamble Mallory & Natsis LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071
Email: *dzaro@allenmatkins.com*
***Attorney for Receiver Thomas Seaman over Defendants Small Business Capital Corp.; Investors Prime Fund, LLC; And SBC Portfolio Fund, LLC***

PROOF OF SERVICE                                        CASE NO. CV12-03237 EJD