Mark Feathers, in *pro per*
1520 Grant Rd.
Los Altos, CA 94024
Telephone: (650) 575-7881

UNITED STATES DISTRICT COURT

NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP., MARK FEATHERS, INVESTORS PRIME FUND, LLC, AND SBC PORTFOLIO FUND, LLC<br><br>DEFENDANTS. | Case No.     CV12-03237-EJD<br><br>**ERRATA TO DOCKET 1038**<br><br>**"MARK FEATHERS' RESPONSE TO RECEIVER'S MOTION (DKT 1027)"**<br><br>Judge: Hon. Edward J. Davila |

Page 5, lines 23 - 24, in Docket 1038 "Mark Feathers Opposition" contain a typo. The number "$2.33 Million" should be substituted for the number "$2 Million".

Respectfully,

Dated: 4-23-15                          Mark Feathers, in *pro per*

ERRATA TO DOCKET 1038 "MARK FEATHERS' OPPOSITION TO RECEIVER'S MOTION"