Clerk of the Court

U.S. District Court, Northern District of CA

280 S. 1st St., San Jose, CA  95113

RE:   1038 FILED 4-22-15 in *SEC v. Small Business Capital Corp., et al* CV12-03237-EJD

Dear Clerk of the Court:

    Please note that the "Response" filing reflected as Court Docket 1038 includes a "Motion for Hearing to Stay Sale of Assets". Additionally, attached hereto is errata for that filing.

    On this date I also will be providing email copies of the errata to all named recipients of information in this lawsuit.

    On this date, in Los Altos, CA, I swear under perjury that to my knowledge and belief all information in the "errata" is truthful and accurate.

Regards,

*[signature]*

Mark Feathers, *pro se* named party in subject lawsuit

1520 Grant Rd.

Los Altos, CA  94024

Ph. 650-575-7881

*[RECEIVED APR 23 2015 stamp - Richard W. Wieking, Clerk U.S. District Court, Northern District of California, San Jose]*