UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>Defendants. | Case No. 5:12-cv-03237-EJD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR FEBRUARY, 2015**<br><br>Re: Dkt. No. 1033 |

Presently before the court is the Receiver's Administrative Motion for Payment of Loan Servicing Costs for February, 2015. See Docket Item No. 1033. Having carefully considered the application, the court finds that certain entries specified on the attached invoice are not suitable for payment. Specifically, the following entries and their associated charges are excludable:

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/17/2015 | MRF | Prepared Fedex to C. Hopkin re 3AM foreclosure documents and to TB Insurance re delinquent property taxes. | $19.50 |
| 2/19/2015 | MRF | Prepared mailings of notification letters to borrowers re upcoming property tax payment. | $26.00 |
| 2/25/2015 | MRF | Downloaded the scanned 7(a) loan files onto a flash drive per Rafael's request. | $19.50 |
| 2/3/2015 | TM | Received insurance declarations page for Intervention 911. Scanned, filed. | $35.00 |
| 2/4/2015 | TM | Received insurance info and updated spreadsheet and filed. | $52.50 |
| 2/23/2015 | TM | Received email with confirmation of payment for insurance for Café Taboo. | $17.50 |
| 2/25/2015 | TM | Filed insurance certs that came in to office. | $35.00 |
| 2/27/2015 | TM | Filed away certs which came into the office into the doc files. | $35.00 |

1

Case No.: 5:12-cv-03237-EJD
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PAYMENT OF
LOAN SERVICING COSTS FOR FEBRUARY, 2015

1  The court finds the request reasonable in all other aspects.

2  Accordingly, the Motion is GRANTED IN PART and DENIED IN PART.  The Motion is
3  denied as to the charges listed above, which amount to $240.00, but is otherwise granted.  The
4  total amount of $20,469.50 for February, 2015 loan servicing costs is approved and may be
5  distributed to the Receiver accordingly.

7  **IT IS SO ORDERED.**

8  Dated:  May 1, 2015



EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:12-cv-03237-EJD
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PAYMENT OF
LOAN SERVICING COSTS FOR FEBRUARY, 2015