# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
### Civil Minute Order

Date: May 7, 2015

**TIME IN COURT**: 17 mins (10:14 – 10:31 AM)

Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez

**CASE NUMBER: Securities and Exchange Commission v. Small Business Capital Corporation et al**
**TITLE: 5:12-cv-03237-EJD**

Plaintiff(s) Attorney(s) present: John Bulgozdy
Defendant(s) Attorney(s) present: Eric Adams (US Small Business), Mark Feathers (pro se)
Other appearance(s): David Zaro, Thomas Seaman (receiver)

**PROCEEDINGS: Motion for Order of Sale of 7(a) Loan Portfolio, Servicing Rights and SBLC License (Doc. 1027)**

### ORDER AFTER HEARING:
Hearing held.
The Court took the motions under submission after oral argument. The Court to issue further Order following hearing on the submitted motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: