Name: Mark Feathers
Address: 1530 Grant Rd.
City, State, Zip: Los Altos, CA 94024
Phone: 650-575-7881
Fax: —
E-Mail: MarkFeathers@sbcglobal.net

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

Filed
MAY 19 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SEC
PLAINTIFF(S),

v.

Small Business Capital Corp., et al
DEFENDANT(S).

CASE NUMBER: CV12-03237-EJD

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **MARK FEATHERS** (Name of Appellant) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): ORDER Granting in PART MOTION — DOCKET 1047

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on  4-8-15 . Entered on the docket in this action on  5-11-15 .

A copy of said judgment or order is attached hereto.

Date: 5-19-15

Signature: [signature]
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>Defendants. | Case No. 5:12-cv-03237-EJD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR APPROVAL TO SELL 7(A) LOAN PORTFOLIO, SERVICING RIGHTS AND SBLC LICENSE**<br><br>Re: Dkt. No. 1027 |

Presently before the court in this civil enforcement action instituted by Plaintiff Securities and Exchange Commission ("SEC") is Receiver Thomas A. Seaman's (the "Receiver") motion for approval to sell the receivership estate's 7(a) loan portfolio, the related loan servicing rights, and the SBLC license. See Docket Item No. 1027. The court previously authorized a procedure for the sale of these assets (see Docket Item No. 898), with which the Receiver has complied.

The SEC supports the proposed sale. See Docket Item No. 1037. Defendant Mark Feathers ("Feathers") opposes it. See Docket Item No. 1038. Having carefully considered the parties' briefing on the issue in conjunction with the arguments presented at the hearing on May 7, 2015, the court orders as follows:

1. The Receiver's Motion is GRANTED.

2. Except as otherwise ordered herein, the Receiver is authorized to sell the assets of the 7(a) loan portfolio, servicing rights and SBLC license to BusinessUS, LLC in accordance with the Loan Purchase and Sale Agreement made on April 3, 2015, as attached to the motion. The

1

Case No.: 5:12-cv-03237-EJD
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR APPROVAL TO SELL 7(A) LOAN PORTFOLIO, SERVICING RIGHTS AND SBLC LICENSE

Receiver is authorized to execute such documents as may be required in order to conclude the sale transaction contemplated by this Order.

3. The sale of assets authorized by this order shall not be completed and shall not close on any date sooner than the 10th day from the date this order is filed to allow Feathers to file an appeal and/or seek in the Ninth Circuit Court of Appeals any expedited relief he may find appropriate in relation to the sale.

4. To the extent not previously ordered when the sales procedures were authorized, the court waives all requirements set forth in 28 U.S.C. § 2004, including those concerning publication, appraisal and public auction.

5. Feathers' request for an expedited hearing date is DENIED.

6. The Receiver's request, on behalf of Voit Real Estate Services LP, for authorization to make a commission payment in addition to the previously approved 1% commission is DENIED.

**IT IS SO ORDERED.**

Dated: May 11, 2015

_____
EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:12-cv-03237-EJD
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR APPROVAL TO SELL 7(A) LOAN PORTFOLIO, SERVICING RIGHTS AND SBLC LICENSE