FILED

UNITED STATES COURT OF APPEALS

MAY 26 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, | No. 13-17304 |
| Plaintiff - Appellee, | D.C. No. 5:12-cv-03237-EJD Northern District of California, San Jose |
| v. | |
| MARK FEATHERS, | ORDER |
| Defendant - Appellant. | |

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, | Nos. 14-15466, 14-15894, 14-15938, 15-16018 |
| Plaintiff - Appellee, | D.C. No. 5:12-cv-03237-EJD Northern District of California, San Jose |
| v. | |
| MARK FEATHERS, | |
| Defendant - Appellant, | ORDER |
| THOMAS A. SEAMAN, | |
| Receiver - Appellee. | |

KK/MOATT

| | |
|---|---|
| MARK FEATHERS,<br><br>  Petitioner,<br><br>v.<br><br>U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>  Respondent. | No. 15-70102 |

Before: GOODWIN and FRIEDLAND, Circuit Judges.

Appellant's emergency motion to stay the district court's May 11, 2015 order pending appeal is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Briefing is complete in appeal Nos. 13-17304, 14-15466, 14-15894, and 14-15938. The optional reply brief in appeal No. 15-70102 is due within fourteen days after the date of this order. The briefing schedule establish previously in appeal No. 15-16018 remains in effect.