```
Mark Feathers, Pro Se, Defendant
   markfeathers@sbcglobal.net
1520 Grant Rd.
Los Altos, CA  94024
Telephone:  (650) 776-2496
Facsimile:   (650) 961-2382
```

FILED
JUN 2 - 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>      Defendants. | Case No. CV12-03237-EJD<br><br>**MARK FEATHERS' REQUEST FOR LEAVE OF THE COURT UNDER LOCAL RULE 7-9 TO FILE A MOTION TO MODIFY PRELIMINARY INJUNCTION AND ORDERS: (1) FREEZING ASSETS; (2) PROHIBIITING THE DESTRUCTION OF DOCUMENTS; (3) REQUIRING ACCOUNTINGS; AND (4) APPOINTING A PERMANENT RECEIVER (DOCKET 34)**<br><br>**AND**<br><br>**REQUEST FOR JUDICIAL NOTICE OF FEDERAL TORT COMPLAINT ACT LAWSUIT FILING OF FEATHERS V. UNITED STATES;** *CV15-02194-PSG*<br><br>Judge: Hon. Edward J. Davila<br><br>**TENTATIVE HEARING:**<br><br>DATE: SEPTEMBER 10, 2015<br>TIME: 9:00 A.M.<br>AT:  COURTROOM 4, 5TH FLOOR |

Case   CV12-03237-EJD
REQUEST FOR LEAVE OF THE COURT TO FILE A MOTION TO MODIFY PRELIMINARY INJUNCTION

Under local rule 7-9 defendant is requesting leave of the court to submit a MOTION to modify the preliminary injunction (Docket 34).

For good cause, defendant Mark Feathers has filed a Complaint against the United States under the Federal Tort Claim Act due to acts of professional negligence by accountants of the Enforcement Division of the United States Securities and Exchange Commission; see Exhibit "A".

Accompanying this request for leave is Feathers' Points of Memorandum and Understanding which outlines a basis for his request to modify the Court's Preliminary Injunction (Docket 34), and an Order for such. This leave request is respectfully presented to the Court based upon a *prima facie* showing by Feathers in his Complaint of professional negligence of accountants of the Enforcement Division of the United States Securities and Exchange Commission, in these accountant's substantial departure in their sealed *ex parte prima facie* Complaint from Generally Accepted Accounting Principles ("GAAP") and Generally Accepted Audit Standards ("GAAS") when describing financial operations of the defendants. The substantial departure of SEC accountants from GAAP and GAAS, and which led to scores of objectively false and grossly misleading financial illustrations by SEC as to the defendant's investment funds distributions is beyond conjecture. SEC has admitted to the act engaged in by their CPA's, which, *prima facie*, appear to meet legal requirements of professional negligence. These acts have brought great harm to defendants.

As further outlined in the attached points of Memorandum and Understanding, it will be to the benefit of the Receivership Estate that a portion of their assets and their income are used to engage qualified counsel and expert witnesses to prosecute their Federal Tort Claim filing against the United States.

Respectfully submitted,

Dated: June 2, 2015        Mark Feathers, *Pro Se* Defendant

Case CV12-03237-EJD
REQUEST FOR LEAVE OF THE COURT TO FILE A MOTION TO MODIFY THE PRELIMINARY INJUNCTION