UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>       v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>            Defendants. | Case No. 5:12-cv-03237-EJD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR APRIL, 2015**<br><br>Re: Dkt. No. 1048 |
|---|---|

Presently before the court is the Receiver's Administrative Motion for Payment of Loan Servicing Costs for April, 2015.  See Docket Item No. 1048.  Having carefully considered the application, the court finds that certain entries specified on the attached invoice are not suitable for payment.  Specifically, the following entries and their associated charges are excludable:

| DATE | TIMEKEEPER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/1/2015 | MRF | Prepared envelopes and mailed notices to borrowers re financial statements | $13.00 |
| 4/16/2015 | MRF | Received and filed financial statements request from Teddy Bear Hauling | $13.00 |
| 4/23/2015 | MRF | Printed and filed financial statements received from 7(a) borrowers re annual requests | $26.00 |
| 4/11/2015 | TAS | Review collections | $112.50 |
| 4/20/2015 | TAS | Review collections | $112.50 |

The court finds the request reasonable in all other aspects.

Accordingly, the Motion is GRANTED IN PART and DENIED IN PART.  The Motion is denied as to the charges listed above, which amount to $277.00, but is otherwise granted.  The total amount of $11,868.00 for April, 2015 loan servicing costs is approved and may be distributed

1

Case No.: 5:12-cv-03237-EJD
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PAYMENT OF LOAN SERVICING COSTS FOR APRIL, 2015

1   to the Receiver accordingly.

3   **IT IS SO ORDERED.**

4   Dated:  June 15, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-03237-EJD
ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PAYMENT OF
LOAN SERVICING COSTS FOR APRIL, 2015