**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Securities and Exchange Commission v. Samll Business Capital Corp, Case No.: CV 12-3237 EJD
Mark Feathers v. United States of America, Case No.: C 15-2194 PSG

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **ELECTRONIC MAIL**

____   **FEDERAL EXPRESS**

____   **PERSONAL SERVICE (BY MESSENGER)**

____   **FACSIMILE (FAX)**  Telephone No.:__See Below_____

to the party(ies) addressed as follows:

**PRO SE
Mark Feathers
1520 Grant Rd.
Los Altos, CA  94024
(650) 575-7881
Email:Markfeathers@sbcglobal.net**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 28, 2015 at San Francisco, California.

__/s/ Bonny Wong_____
BONNY WONG
Legal Assistant