UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>　　　　　Defendants. | Case No.  5:12-cv-03237-EJD<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 1075 |
|---|---|

An administrative motion has been filed to consider whether case number 5:15-cv-02194 PSG, Feathers v. United States, is related to the case captioned above.  The court has carefully reviewed these two actions and finds they are not related according to the requirements provided by Civil Local Rule 3-12.  Accordingly, these two cases shall not be related and a reassignment to the undersigned shall not occur.

**IT IS SO ORDERED.**

Dated:  July 30, 2015



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-cv-03237-EJD
ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED