UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>   v.<br><br>SMALL BUSINESS CAPITAL CORP., et al.,<br><br>    Defendants. | Case No.  5:12-cv-03237-EJD<br><br>**ORDER DENYING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 1097 |

Defendant Mark Feathers' motion to shorten time for hearing a request for an order approving or disapproving a prior matter (Docket Item No. 1097) is DENIED. Briefing on the request shall occur according to Civil Local Rule 7-3, and the hearing date will remain unchanged.

**IT IS SO ORDERED.**

Dated: October 27, 2015

EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-03237-EJD
ORDER DENYING MOTION TO SHORTEN TIME