# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>　　　　　Defendants. | Case No. CV12-03237<br><br>[~~PROPOSED~~] ORDER ON RECEIVER'S TENTH INTERIM FEE APPLICATION<br><br>Date:　November 19, 2015<br>Time:　9:00 a.m.<br>Ctrm:　4 - 5th Floor<br>Judge:　Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
829734.01/SD

Case No. CV12-03237
[PROPOSED] ORDER ON RECEIVER'S
TENTH INTERIM FEE APPLICATION

1  The Tenth Interim Fee Application of Thomas A. Seaman ("Receiver"), Court-appointed
2 permanent receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio
3 Fund, LLC, and their subsidiaries and affiliates, came before the Court on November 19, 2015.
4 Appearances were as noted on the record.

5  The Court having received and read the fee application, including any supporting
6 declarations and objections filed therein, and being so advised in the matter and finding good
7 cause, orders as follows:

8  **IT IS ORDERED** that the Receiver's Tenth Interim Fee Application is approved.

9  **IT IS FURTHER ORDERED** that the Receiver's fees for the Tenth Application Period
10 are allowed and approved, on an interim basis, in the amount of $80,744.00.

11  **IT IS FURTHER ORDERED** that the Receiver is authorized to pay himself $72,669.60
12 from assets of the receivership estate.   The hearing scheduled for November 19, 2015, is VACATED.

14 Dated: November 16, 2015

Hon. Edward J. Davila
15 Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

829734.01/SD

Case No.  CV12-03237
[PROPOSED] ORDER ON RECEIVER'S
TENTH INTERIM FEE APPLICATION