UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK FEATHERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA , N.A., et al.,<br><br>　　　　　Defendants. | Case No. 16-CV-00086-LHK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Edward J. Davila to determine whether it is related to *Securities and Exchange Commission v. Small Business Capital Corp. et al*, No. 12-CV-03237-EJD.

**IT IS SO ORDERED.**

Dated: January 14, 2016

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No. 16-CV-00086-LHK
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES