DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>  vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; AND SBC PORTFOLIOS, LLC,<br><br>   Defendants. | Case No. 5:12-CV-03237-EJD<br><br>NOTICE OF RELEASE OF PROPERTY FROM PRELIMINARY INJUNCTION AND ORDERS: (1) FREEZING ASSETS; (2) PROHIBITING THE DESTRUCTION OF DOCUMENTS; (3) REQUIRING ACCOUNTINGS; AND (4) APPOINTING A PERMANENT RECEIVER |

The land described below is hereby released from the Preliminary Injunction and Orders: (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Requiring Accountings; and (4) Appointing a Permanent Receiver, filed July 10, 2012 as Document No. 34 in Case No. 5:12-VCV-03237-EJD and the certified copy thereof recorded July 27, 2012 in Official Records under Recorder's Serial Number 2012-0179358.

This release pertains to the land situated in the County of Contra Costa, City of Pinole, State of California, and described as follows:

The East portion of Lot "K", as designated on map entitled "Map of the Nob Hill Subdivision of Pinole", which map was filed in the Office of the Recorder of

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1033930.03/LA

Case No. 5:12-CV-03237-EJD
RELEASE OF PROPERTY FROM
PRELIMINARY INJUNCTION & ORDERS

the County of Contra Costa, California on June 9, 1906, in Volume "B" of Maps, at Page 39, described as follows: Beginning on the North line of San Pablo Avenue, being the North line of the strip of land described in the Deed from Eugene Shea, et ux, to State of California, dated December 13, 1928 and recorded November 18, 1930 in Volume 256 of Official Records, at Page 157, at the West line of Pinon Avenue from which point of beginning the center of a curve to the left whose radius is 1690 feet, bears South 0° 34' West; thence from said point of beginning Westerly, along the arc of said curve, being along the North line of San Pablo Avenue, 150 feet; thence North 4° 31' 08" West, 111.26 feet to the North line of said Lot "K"; thence North 80° 37' 52" East, along said line, 96.84 feet to the West line of Pinon Avenue; thence South 27° 26', along said line, 137 feet to the point of beginning, less that portion of Lot "K" deeded to the City of Pinole June 6, 1964.

 EXCEPTING THEREFROM: Parcel One described in a Deed from Bertha Auer to the City of Pinole recorded January 8, 1965 in Book 4779, Page 485, Official Records.

 FURTHER EXCEPTING THEREFROM: Portion of Lot K described in a Deed from Bertha Auer to the City of Pinole recorded May 19, 1967, Book 5372, Page 18 Official Records.

(currently identified as 1588 San Pablo Avenue, Pinole, and APN: 402-030-017)

Dated: January 20, 2016    By: _____
               THOMAS A. SEAMAN, Receiver

Dated: January 20, 2016    ALLEN MATKINS LECK GAMBLE
               MALLORY & NATSIS LLP

               By: _____
               DAVID R. ZARO, Esq.
               Attorneys for Receiver

  This release to be filed in the referenced case and a certified copy thereof to be recorded in the office of the County Recorder of Contra Costa County

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1033930.03/LA   -2-   Case No. 5:12-CV-03237-EJD
RELEASE OF PROPERTY FROM
PRELIMINARY INJUNCTION & ORDERS

# PROOF OF SERVICE

*Securities and Exchange Commission v. Small Business Capital Corp; Mark Feathers, et al.*
USDC, Northern District of California – San Jose Division – Case No. 5:12-cv-03237-EJD

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, 9th Floor, Los Angeles, California 90071-3398.

A true and correct copy of the foregoing document(s) described below will be served in the manner indicated below:

**NOTICE OF RELEASE OF PROPERTY FROM PRELMINARY INJUNCTION AND ORDERS: (1) FREEZING ASSETS; (2) PROHIBITING THE DESTRUCTION OF DOCUMENTS; (3) REQUIRING ACCOUNTINGS; AND (4) APPOINTING A PERMANENT RECEIVER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF. On **January 21, 2016**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Eric James Adams**
  eric.adams@sba.gov
- **Kim Anh Bui**
  kbui@allenmatkins.com
- **John Brian Bulgozdy**
  bulgozdyj@sec.gov, LAROFiling@sec.gov, delgadilloj@sec.gov, mitchells@sec.gov, berryj@sec.gov,irwinma@sec.gov
- **California Business Bank**
  rormond@buchalter.com
- **Lynn Marie Dean**
  deanl@sec.gov,larofiling@sec.gov,mitchells@sec.gov,berryj@sec.gov irwinma@sec.gov
- **Ted Fates**
  tfates@allenmatkins.com, bcrfilings@allenmatkins.com, jbatiste@allenmatkins.com
- **Susan Frances Hannan**
  hannans@sec.gov
- **John M. McCoy , III**
  mccoyj@sec.gov
- **Richard Paul Ormond**
  rormond@buchalter.com,jwright@buchalter.com,clazo@buchalter.com

982442.21/LA

- 1 -

- **Loraine L. Pedowitz**
  lpedowitz@allenmatkins.com
- **James A. Scharf**
  james.scharf@usdoj.gov,mimi.lam@usdoj.gov
- **Carol Elizabeth Schultze**
  schultze@sec.gov,masseym@sec.gov,caroleschultze@gmail.com,clarket@sec.gov
- **Thomas A. Seaman**
  tom@thomasseaman.com
- **David Robert Zaro**
  dzaro@allenmatkins.com

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On **January 21, 2016**, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope(s) addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion for party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 (one) day after date of deposit for mailing in affidavit.

| | |
|---|---|
| *Pro Se* **Defendant**<br>Mark Feathers<br>1520 Grant Road<br>Los Altos, CA  94024<br>650.776.2496 (phone) \| 650.961.2382 (fax)<br>markfeathers@sbcglobal.net | **U.S. First Class Mail** |
| John W. Berry<br>Securities and Exchange Commission<br>Regional Trial Counsel<br>444 S. Flower Street, Suite 900<br>Los Angeles, CA 90071 | **U.S. First Class Mail** |
| Michele Wein Layne<br>US Securities & Exchange Commission<br>444 S. Flower Street, Suite 900<br>Los Angeles, CA 90071 | **U.S. First Class Mail** |

982442.21/LA

- 2 -

1 | I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **January 21, 2016** at Los Angeles, California.

                        /s/ *Martha Diaz*
                        Martha Diaz

982442.21/LA

- 3 -