UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>    Defendants. | Case No. CV12-03237<br><br>[PROPOSED] ORDER ON RECEIVER'S ELEVENTH INTERIM FEE APPLICATION<br><br>Date: February 4, 2016<br>Time: 9:00 a.m.<br>Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

835214.01/SD

Case No.  CV12-03237
[PROPOSED] ORDER ON RECEIVER'S
ELEVENTH FEE APPLICATION

1  The Eleventh Interim Fee Application of Thomas A. Seaman ("Receiver"),
2  Court-appointed permanent receiver for Small Business Capital Corp., Investors
3  Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates,
4  came before the Court on February 4, 2016. Appearances were as noted on the
5  record.

6  The Court having received and read the fee application, including any
7  supporting declarations and objections filed therein, and being so advised in the
8  matter and finding good cause, orders as follows:

9  **IT IS ORDERED** that the Receiver's Eleventh Interim Fee Application is
10 approved.

11 **IT IS FURTHER ORDERED** that the Receiver's fees for the Eleventh
12 Application Period are allowed and approved, on an interim basis, in the amount of
13 $93,747.50.

14 **IT IS FURTHER ORDERED** that the Receiver is authorized to pay himself
15 $84,372.75 from assets of the receivership estate.

17 Dated: February 9, 2016

Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
835214.01/SD

Case No. CV12-03237
[PROPOSED] ORDER ON RECEIVER'S
ELEVENTH FEE APPLICATION