# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; and SBC PORTFOLIO FUND, LLC,<br><br>Defendants. | Case No. CV12-03237<br><br>[~~PROPOSED~~] ORDER ON ELEVENTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER<br><br>Date: February 4, 2016<br>Time: 9:00 a.m.<br>Ctrm: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

The Eleventh Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), General Counsel to the Receiver, came before the Court on February 4, 2016.  Appearances were as noted on the record.

The Court having received and read the fee application, including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Eleventh Interim Fee Application of Allen Matkins is approved.

**IT IS FURTHER ORDERED** that Allen Matkins' fees and costs for the Eleventh Application Period are allowed and approved, on an interim basis, in the amounts of $72,330.30 and $935.48, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay Allen Matkins $46,136 in fees and $935.48 in costs from assets of the receivership estate.

Dated:   February 9, 2016

Hon. Edward J. Davila
Judge, United States District Court