DAVID R. ZARO (BAR NO. 124334)
EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
               tfates@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; AND SBC PORTFOLIO FUND, LLC,<br><br>Defendants. | Case No. CV12-03237<br><br>**[PROPOSED] ORDER CONCLUDING RECEIVERSHIP AND:**<br><br>**(1) APPROVING SALE OF CLINE JUDGMENT AND CBB STOCK;**<br><br>**(2) AUTHORIZING RECEIVER TO ESTABLISH RESERVE AND MAKE ADMINISTRATIVE PAYMENTS AND FINAL DISTRIBUTIONS TO CLAIMANTS;**<br><br>**(3) APPROVING STIPULATION WITH SMALL BUSINESS ADMINISTRATION;**<br><br>**(4) APPROVING FINAL ACCOUNTING AND REPORT;**<br><br>**(5) APPROVING DISPOSITION OF BOOKS AND RECORDS;**<br><br>**(6) RELEASING FEATHERS RESERVE FUNDS; AND**<br><br>**(7) CONDITIONALLY DISCHARGING RECEIVER**<br><br>Date:   October 20, 2016<br>Time:   9:00 a.m.<br>Ctrm:   4 - 5th Floor<br>Judge:  Hon. Edward J. Davila |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

843574.01/SD

Case No. CV12-03237
[PROPOSED] ORDER CONCLUDING
RECEIVERSHIP, ET AL.

1    The Motion to Conclude Receivership and for Order: (1) Approving Sale of Cline Judgment and CBB Stock; (2) Authorizing Receiver to Establish Reserve and Make Administrative Payments and Final Distributions to Claimants; (3) Approving Stipulation With Small Business Administration; (4) Approving Final Accounting and Report; (5) Approving Disposition of Books and Records; (6) Release of Feathers Reserve Funds; and (7) Conditionally Discharging Receiver; Receiver's Final Report and Accounting ("Motion") of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates, came before the Court on October 20, 2016. Appearances were as noted on the record.

The Court having considered the Receiver's Motion, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The Receiver's final accounting and report is approved.

3. The Receiver is authorized to sell the Cline Judgment in the manner described in the Motion and to execute such documents as are necessary to complete such sale.

4. The Receiver is authorized to sell the California Business Bank stock in the manner described in the Motion and to execute such documents as are necessary to complete such sale.

5. The Receiver is authorized to establish a reserve of $275,000 ("Reserve") and make administrative payments, tax payments, and final distributions to investors and non-investor claimants from the Reserve pursuant to the approved Distribution Plan without further Court approval. If there is more than $25,000 remaining in the Reserve upon completion of the Closing Tasks (defined below), the Receiver is authorized to distribute the funds to investors and non-investor claimants pursuant to the approved Distribution Plan. If there is less than $25,000 remaining in the Reserve upon completion of the Closing Tasks, the Receiver is authorized to remit such amount to the Securities and Exchange Commission.

6. The Receiver is authorized to release the $200,000 reserved for Feathers' legal fees (as discussed in the Motion) and distribute the funds to investors and non-investor claimants as part of the final distribution.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

843574.01/SD

Case No. CV12-03237
[PROPOSED] ORDER CONCLUDING RECEIVERSHIP, ET AL.

1       7.      The stipulation related to the claim of the U.S. Small Business Administration ("SBA Stipulation") is approved.

      8.      Any and all claims asserted against the receivership estate by BusinessUS are hereby disallowed and barred.

      9.      The Receiver is authorized to destroy and/or transfer receivership books and records in the manner described in the Motion. The United States Attorney's Office shall have 60 days from the date of entry of this order to decide what records, if any, they wish to take from the Receiver.

      10.     Once the sale of the Cline Judgment is completed, payment to the SBA pursuant to the SBA Stipulation has been made, Court-approved fees and costs of the Receiver and his professionals have been paid, the Reserve has been established, any 2015 taxes due have been paid, and any other ordinary course business expenses have been paid, the Receiver is authorized to distribute the funds remaining in the receivership estate to investors and non-investor claimants pursuant to the approved Distribution Plan.

      11.     The Receiver is conditionally discharged. Upon completion of the tasks outlined in Section II.E of the Motion ("Closing Tasks"), the Receiver may file a declaration providing a final accounting of his use of the Reserve along with the Discharge Order (attached as Exhibit B to the Motion) and the Discharge Order will be entered without further notice or a hearing.

      12.     The form of Discharge Order attached to the Motion as Exhibit B is approved. Upon entry of the Discharge Order, the receivership will be closed.

      13.     All actions taken thus far by the Receiver and his professionals in the performance of the Receiver's Court-ordered duties under the Temporary Restraining Order (Dkt. No. 16), Preliminary Injunction Order (Dkt. No. 34), and subsequent orders of the Court are hereby approved and ratified.

      14.     Jurisdiction over all disputes, claims, and causes of action arising from or relating to this receivership case is reserved in this Court. In addition, this Court shall have exclusive jurisdiction over any and all claims asserted by Defendant Mark Feathers against the Receiver, his company, his agents, or his professionals. The Court will review any and all such claims made by

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

843574.01/SD      -2-      Case No. CV12-03237
[PROPOSED] ORDER CONCLUDING RECEIVERSHIP, ET AL.

1  Mr. Feathers to determine if a response is warranted.  If a response is warranted, the Court will
2  direct the appropriate parties to respond to the claims.
3
4  Dated: _____    _____
5                                                  Hon. Edward J. Davila
                                                Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

843574.01/SD

-3-

Case No. CV12-03237
[PROPOSED] ORDER CONCLUDING RECEIVERSHIP, ET AL.