1 | DAVID R. ZARO (BAR NO. 124334)
EDWARD G. FATES (BAR NO. 227809)
2 | ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
3 | 865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
4 | Phone:  (213) 622-5555
Fax:  (213) 620-8816
5 | E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
6 |
Attorneys for Receiver
7 | THOMAS A. SEAMAN

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

11 | SECURITIES AND EXCHANGE
COMMISSION,

12 |            Plaintiff,

13 |

14 |        vs.

15 |

16 | SMALL BUSINESS CAPITAL CORP.;
MARK FEATHERS; INVESTORS PRIME
17 | FUND, LLC; AND SBC PORTFOLIO
   FUND, LLC,

18 |            Defendants.

Case No. 5:12-CV-03237-EJD

NOTICE OF MOTION AND MOTION TO
CONCLUDE RECEIVERSHIP AND FOR
ORDER: APPROVING POST CLOSING
ACCOUNTING AND REPORT;
RELEASING FEATHERS RESERVE
FUNDS; AUTHORIZING PAYMENT OF
PROFESSIONAL FEES; AND
DISCHARGING RECEIVER

**(Per Court Order dated February 10, 2017
[Dkt. No. 1238], no hearing is pending a
futher ruling by the Court)**

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT
1168858.03/LA

1   TO THE HON. EDWARD J. DAVILA, JUDGE OF THE UNITED STATES

2   DISTRICT COURT AND INTERESTED PARTIES:

3       Thomas A. Seaman ("Receiver"), Court-appointed Receiver for Small Business

4   Capital Corp. ("SBCC"), Investors Prime Fund, LLC ("IPF"), SBC Portfolio Fund, LLC

5   ("SPF") and their subsidiaries and affiliates, including Small Business Capital, LLC

6   ("SBC LLC") and SBC Senior Commercial Mortgage Fund, LLC ("SCMF"), (collectively

7   "Receivership Entities") hereby moves this Court for an Order:  Approving the Receiver's

8   Post-Closing Accounting and Report; Releasing the Defense Counsel Reserve Funds;

9   Authorizing Payment of Professional Fees; and Discharging the Receiver (the "Motion").

10  **This Motion is filed in accordance with the Court's Order Granting Receiver's**

11  **Motion To Conclude Receivership ("Preliminary Concluding Order") entered**

12  **February 10, 2017 [Doc. 1238, Par 8] and is intended to bring the receivership to its**

13  **conclusion**.

14      The Receiver has met and conferred with the Securities and Exchange Commission

15  ("Commission") regarding the Motion.  Pursuant to Paragraph 8 of the Preliminary

16  Concluding Order, the Receiver was instructed to file the within Motion without first

17  seeking a hearing date from the Court.  The Court will notify parties if a hearing will take

18  place.  In the meantime, the Motion and all relevant pleadings are available at the

19  Receiver's website:  www.sbcapitalreceiver.com or may be viewed at the Clerk's Office

20  during normal business hours at the United States District Court in San Jose, California.

21      The Preliminary Concluding Order granted the Receiver relief to make

22  distributions, conclude certain transactions, pay professionals, establish reserves, and

23  destroy or transfer records.  The Court denied the Receiver's request to be discharged and

24  close the receivership pending the outcome of the eight appeals[1] (collectively, the

25  "Appeals") filed by Mark Feathers and Natalie Feathers (collectively "Feathers").  On

26

27  [1]   Mr. and Mrs. Feathers filed approximately 8 appeals depending upon how one
     interprets their filings.  The United States Court of Appeals for the Ninth Circuit (the
28   "Appellate Court") assigned 8 case numbers as follows:  13-17304, 14-15466, 14-
     15894, 15-16018, 15-17200, 17-15923, 14-15831 and 15-70102.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT
1168858.03/LA

May 14, 2019,  the Appellate Court affirmed all of this Court's Orders that were the subject of the Appeals as well as the judgment in favor of the Securities and Exchange Commission (the "Commission").  Mandate was issued on July 26, 2019.  Accordingly, subject to the few remaining tasks described below, the Receiver requests authority to make final distributions to investors, pay the final administrative expenses of the receivership, and be discharged.

## I.      Status of Receivership.

Following the entry of the Preliminary Concluding Order in February 2017, the Receiver closed the sale of the Cline Judgment and concluded the settlements with BusinessUS and California Business Bank.  The Receiver established a reserve (the "Reserve") for payment of taxes and certain administrative expenses, and retained the separate account containing $200,000, which account was established to address Feathers' claim to attorney's fees (the "Defense Counsel Account"), and was the subject of one of Feathers' Appeals.[2]  The Receiver also responded to the requests from the Commission and the Assistant United States Attorney (the "AUSA") involved in the criminal prosecution of Feathers to address discovery, document destruction, retention and turnover.  The AUSA returned books and records to the Receiver following the conclusion of Feathers' criminal matters.  At the request of  the Commission, and in accordance with this Court's orders, the Receiver retained the books and records pending conclusion of the Appeals.  As noted above, the Feathers' Appeals have been adjudicated.

During the course of completing the foregoing tasks, the Receiver accumulated additional funds which he proposes to use to pay administrative expenses and to make an additional distribution to investors and creditors in the amount of $437,210.50.  To date, the investors and creditors of the receivership estate have already received $34,863,005.47, or an approximately 86% return of the of their claims.

---

[2]    The Court denied Feathers' appeal by which he sought the funds contained in the Defense Counsel Account.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT                    -2-
1168858.03/LA

Since the Receiver's final accounting through May 31, 2016, the Receiver recovered additional funds of $734,173.87.  The source of these funds includes $650,000 from the settlement with California Business Bank, $51,578.51 from the sale of the CBB stock, and $23,500 from the sale of the Cline judgment.  The Receiver collected $9,095.36 in interest income on cash being held by the Receiver, income tax refunds of $29,020.93, and a refund of a retainer from collection counsel of $262.09.  The Receiver has unused reserve funds of $7,529.30 due to lower than anticipated Receiver fees.  The Receiver also holds $146,908.14 as a result of uncashed distribution checks from 7 investors.  The Receiver diligently attempted to locate these investors without success, and in accordance with the Distribution Plan, he plans to include these funds in the next distribution.

Following the Receiver's accounting through May 31, 2016, the Receiver distributed $12,292,757.56 in accordance with the Court's orders.  As set forth below and in the financial statements in **Exhibit A** attached hereto and incorporated by this reference, the Receiver is currently holding $561,767.51 which is available to pay the remaining administrative expenses and make a final distribution to investors.  The foregoing transactions may be summarized as follows:

| | |
|---|---|
| Ending cash balance 05/31/2016 | $11,944,110.04 |
| Voided investor distribution checks | $146,908.14 |
| CBB settlement | $650,000.00 |
| CBB stock sale | $51,578.51 |
| Cline Judgment sale | $23,500.00 |
| 2016 Income tax refund | $29,020.93 |
| Retainer refund | $262.09 |
| Distributions to investors | ($10,486,770.00) |
| Court approved professional fees | ($1,575,400.92) |
| Use of Court approved reserves | ($230,536.64) |
| Ending Cash balance 06/21/2019 | $561,767.51 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT
1168858.03/LA                    -3-

1    Attached as **Exhibit C** is the Standardized Fund Accounting Report for Small

2 Business Capital ("SFAR".)  The SFAR was previously shared with the Commission.

3 **II.    Use of Reserves.**

4    The Preliminary Concluding Order provided established a reserve of $275,000 to

5 pay taxes, tax accountants, the Receiver, Allen Matkins, storage fees and contingencies.

6 The Preliminary Concluding Order also ordered the Receiver to maintain the $200,000

7 reserve for Mr. Feathers' legal fees.  The reserve funds were used as follows:

| Reserve | Used | Fav/(unfav) variance | |
|---|---|---|---|
| Receiver fees | $45,000 | $37,471 | $7,529 |
| Allen, Matkins fees | $75,000 | $75,000 | -0- |
| 2016 income tax preparation | $10,000 | $19,394 | ($9,934) |
| Taxes, Tax work & Contingency | $145,000 | $98,672 | $46,328 |
| Total Reserve | $275,000 | $230,537 | $43,923 |
| Feathers' Defense Cost Reserve | $200,000 | -0- | $200,000 |
| Total Cash Reserves | $475,000 | $230,537 | $243,923 |

16 **III.    Request For Payment of Additional Professional Fees.**

17    Allen Matkins was paid $75,000 for work performed after June 2016, however,

18 legal fees have exceeded their original estimate.  As such, the Receiver respectfully

19 requests the Court to allow the Receiver to pay Allen Matkins $60,157.70 to compensate

20 the law firm for the additional attorneys' fees and costs incurred on behalf of the

21 receivership over the past 3 years.

22    When Allen Matkins made its initial estimate of fees in June 2016, Allen Matkins

23 anticipated responding to Feathers' opposition to the Concluding Motion, negotiating and

24 preparing legal documents associated with the sale of the CBB Stock and the Cline

25 Judgment, and concluding the litigation with California Business Bank.

26    Allen Matkins did not foresee and therefore did include in its original fee estimate

27 the significant amount of legal work that Allen Matkins would be called upon to perform

28 as a result of protracted civil and criminal investigation and litigation involving Feathers

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT          -4-
1168858.03/LA

1  and the Receivership Entities.  Moreover, a significant amount of time passed between the

2  time the Receiver discharge motion and final accounting were filed in June 2016 and when

3  the matter was heard in February 2017.  During this time, additional briefing was required

4  and unanticipated legal work was required in order to conclude the BusinessUS dispute.

5  Attached hereto as **Exhibit B** are the invoices for Allen Matkins for the period

6  October 2017 through May 2019 reflecting the legal work performed that gave rise to the

7  additional $60,157.70 in fees and costs.

8       The majority of additional attorneys' fees and costs were incurred as a result of

9  additional appeals filed by Feathers and the AUSA's and Feathers' efforts to involve the

10 Receiver in the criminal proceedings.  That is, after the entry of the Primary Concluding

11 Order, Feathers retained criminal defense counsel.  Counsel engaged in discovery and filed

12 motions in the criminal case as well as in the Commission's civil case seeking to obtain

13 funds from the Receivership Entities to pay for Mr. Feathers' criminal defense.  The

14 Commission as well as the AUSA opposed this effort.  The Receiver was called upon to

15 respond to motions and appear on behalf of the Receivership Entities.  Allen Matkins was

16 also required to spend significant time responding to discovery requests from the parties

17 and address ongoing document retention issues.

18      The work associated with the Appeals also expanded well beyond that contemplated

19 by Allen Matkins in June 2016.  Feathers' 8 Appeals were briefed and Allen Matkins

20 worked to monitor the appellate proceedings over a 3-year period.  After briefing was

21 concluded as to all Appeals, Mr. Feathers obtained new court appointed counsel in the civil

22 case.  In summer of 2018, the Appellate Court reopened the briefing as to all of the

23 Appeals.  Specifically, the Appellate Court called upon the parties to review all of the prior

24 briefing and either file a new consolidated brief or report that no such brief would be filed.

25 There were discussions among the parties and analysis of the need for new briefing.  After

26 reviewing the Receiver's briefs and consulting with the Commission, the Receiver decided

27 to not file a new brief and, instead, filed a report with the Appellate Court.  Further time

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT                -5-
1168858.03/LA

1  was spent both reviewing these issues and consulting and cooperating with the

2  Commission.

3          In early 2019, the Appellate Court set April 16, 2019 as the date for oral argument

4  with regard to the Appeals.  All 8 Appeals were under review by the Appellate Court.

5  Allen Matkins prepared to make oral arguments on behalf of the Receiver and argued

6  before the Ninth Circuit as to the Appeals that affected the receivership estate.  On

7  May 14, 2019, the Appellate Court affirmed all of this Court's Orders.

8          Based upon the foregoing, the Receiver respectfully requests the Court to allow the

9  Receiver to pay professional fees and costs to Allen Matkins of $60,157.70.

10 **IV.     <u>Additional Reserve to Close Receivership.</u>**

11         Over the 3 years since the concluding motion was filed, the Receiver has

12 accumulated funds sufficient to allow for an additional distribution to investors.  However,

13 the Receiver will incur additional fees to prepare this Motion and respond to Feathers'

14 anticipated opposition, pay the final operating expenses, destroy books and records, make

15 the "Rising Tide" calculations, file the final tax returns and administer the final distribution

16 (collectively, the "Closing Tasks.")  Given the uncertainty over the timing of the closing of

17 the case (i.e., the possible appeal of any order), and that expenses may continue with time

18 (i.e., for example the cost of the storage facility), the precise amount of any surplus cannot

19 be known.  Therefore the Receiver proposes that a reserve of $65,107 to be set aside and

20 that any excess funds, be paid to the Securities and Exchange Commission for turnover to

21 the United States Treasury.  The Receiver anticipates that this amount will be less than

22 $17,500, (plus any funds from uncashed distribution checks.)

23         The Receiver seeks court approval to establish the following reserve with which to

24 pay the final administrative expenses and liabilities of the receivership estate.

25     Receiver fees to close case and make final distributions          $17,500

26     Tax preparation for 2019 returns                                   $10,000

27     Storage fees                                                         $900

28     Document destruction                                                 $999

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT          -6-
1168858.03/LA

| | |
|---|---:|
| 1 | Claims disbursing agent  $708 |
| 2 | Allen, Matkins fees for June 2019 and closing  $10,000 |
| 3 | Reserve for Feathers' objections and appeal  $25,000 |
| 4 | Total Reserve Requirement  $65,107 |

5   **V.   Final Distribution to Investors and Claimants.**

6   The Receiver is currently holding funds in the amount of $561,767.51.  Assuming

7   the Court approves a closing reserve of $65,107 and the payment of Allen, Matkins fees as

8   set forth above, there will be $437,210.51 for distribution to investors.  To date, investors

9   and claimants have been paid 86% of their losses.  The final distribution will bring the

10  total amount distributed to $35,300,215.97, or 87% of claimant losses.  In accordance with

11  the Distribution Plan, the Receiver will turn over any funds that are the result of uncashed

12  checks after 120 days have passed and any unused reserve funds Securities and Exchange

13  Commission to be paid to United States Treasury.

14  **VI.   Receivership Post Preliminary Order Accounting.**

15  On June 23, 2016, the Receiver filed financial statements from inception of the

16  receivership including a Profit and Loss Statement, Balance Sheet, and a redacted General

17  Ledger for December 31, 2015 through May 31, 2016.  [Docket No. 1164.]  Financial

18  statements, summarized above, for the period from June 1, 2016 through June 21, 2019,

19  are attached hereto as **Exhibit A**.

20  **VII.   Destruction of Records.**

21  The Receiver presently stores loan files, records for the Receivership Entities'

22  operations, personnel files, investor files, and miscellaneous documents and electronic

23  records.  Typically, the Receiver would destroy all records at the close of a receivership.

24  In this instance, the Receiver seeks approval to turn such books and records over to the

25  United States Attorney's Office ("USAO") for use in the pending criminal matter against

26  Mr. Feathers and to destroy the remaining files and delete all digital records.  The Receiver

27  proposes to give the USAO 60 days to make a decision as to what, if any, records they

28  wish to take.  The balance of the records will be destroyed.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT          -7-
1168858.03/LA

**VIII.   <u>Discharge of Receiver</u>.**

The Receiver has successfully completed all work required under the TRO and PI Order.  The assets were marshalled, protected and successfully monetized, the accounting was completed and the claims of investors and others were adjudicated.  As a result of these efforts, investors have received a 87% return of their claims.  As such, it is appropriate for the Receiver to ask the Court to enter an order discharging the Receiver upon the following conditions:

A.      The Receiver shall complete the few tasks outlined in this Motion including destruction of records, claimant distributions and payment of professionals;

B.      The Receiver will set up a Reserve of $65,107 as set forth above.  The Receiver is authorized to use such Reserve funds to pay for the fees and costs associated with the Closing Tasks, this motion and the hearing, and any associated appeal; and

C.      In accordance with the Distribution Plan, following 120 days after the final distribution to claimants, the Receiver shall turn over to the Commission any balance of funds.

**IX.     Argument.**

A.      <u>Broad Equitable Powers of the Court</u>.

"The power of a district court to impose a receivership or grant other forms of ancillary relief does not in the first instance depend on a statutory grant of power from the securities laws.  Rather, the authority derives from the inherent power of a court of equity to fashion effective relief."  *SEC v. Wencke*, 622 F.2d 1363, 1369 (9th Cir. 1980).  The "primary purpose of equity receiverships is to promote orderly and efficient administration of the estate by the district court for the benefit of creditors."  *SEC v. Hardy*, 803 F.2d 1034, 1038 (9th Cir. 1986).  As the appointment of a receiver is authorized by the broad equitable powers of the Court, any distribution of assets must also be done equitably and fairly.  *See SEC v. Elliot*, 953 F.2d 1560, 1569 (11th Cir. 1992).

District courts have the broad power of a court of equity to determine the appropriate action in the administration and supervision of an equity receivership.  *See*

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT                    -8-
1168858.03/LA

1    *SEC v. Capital Consultants, LLC*, 397 F.3d 733, 738 (9th Cir. 2005).  As the Ninth Circuit

2    explained:

> 3    A district court's power to supervise an equity receivership and
> to determine the appropriate action to be taken in the
> 4    administration of the receivership is extremely broad.  The
> district court has broad powers and wide discretion to
> 5    determine the appropriate relief in an equity receivership.  The
> basis for this broad deference to the district court's supervisory
> 6    role in equity receiverships arises out of the fact that most
> receiverships involve multiple parties and complex
> 7    transactions.  A district court's decision concerning the
> supervision of an equitable receivership is reviewed for abuse
> 8    of discretion.

9    *Id.* (citations omitted); *see also Commodities Futures Trading Comm'n. v.*

10    *Topworth Int'l, Ltd.*, 205 F.3d 1107, 1115 (9th Cir. 1999) ("This court affords 'broad

11    deference' to the court's supervisory role, and 'we generally uphold reasonable procedures

12    instituted by the district court that serve th[e] purpose' of orderly and efficient

13    administration of the receivership for the benefit of creditors.").  Accordingly, the Court

14    has broad equitable powers and discretion in the administration of the receivership estate

15    and disposition of receivership assets.

16         B.    **Conclusion of Receivership and Discharge of Receiver**

17         Federal District Courts presiding over federal equity receiverships have broad

18    power and wide discretion in the supervision of the same.  *SEC v. Hardy*, 803 F.2d 1034,

19    1037-38 (9th Cir. 1986).  Their power and discretion includes the authority to "make rules

20    which are practicable as well as equitable."  *Id.* at 1039 (*quoting First Empire Bank-*

21    *New York v. FDIC*, 572 F.2d 1361, 1368 (9th Cir. 1978)).  In this case, the Court's

22    appointment of the Receiver is guided by these same rules.

23         The Receiver has been very successful in administering the case, including

24    assuming control of enterprises, marshalling and selling assets, performing a forensic

25    accounting, pursuing claims, providing detailed reports to the Court, conducting a claims

26    process, and ultimately distributing more than $35 million such that investors will have

27    recovered more than 87% of their investments.  As there is no further benefit to be gained

28    from maintaining this receivership, the Receiver requests that he be discharged and the

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT      -9-
1168858.03/LA

1  case be closed, effective upon completion of the final closing tasks as described in this

2  Motion.

3       Effective upon completion of the Closing Tasks discussed above, the Receiver

4  requests the Court discharge the Receiver pursuant to the proposed filed order discharging

5  the Receiver and fully releasing the Receiver and counsel of:  (i) all duties under the

6  Orders, and (ii) any and all claims and liabilities associated with the case, Feathers and the

7  Receivership Entities.  In addition, the Receiver asks the Court to approve and ratify all

8  actions taken by the Receiver and his professionals in the performance of their Court-

9  ordered duties.  The Receiver further requests the Court retain exclusive jurisdiction over

10 any and all new actions or claims asserted by Mr. Feathers or others related to the

11 receivership or work done by the Receiver and his professionals to carry out the Receiver's

12 Court-ordered duties.

13

14 Dated:  August 1, 2019                    By:  _____

15                                                THOMAS A. SEAMAN, Receiver

16 Dated:  August 1, 2019                    ALLEN MATKINS LECK GAMBLE
                                             MALLORY & NATSIS LLP
17

18                                          By:  /s/ David R. Zaro
                                             _____
19                                              DAVID R. ZARO
                                                Attorneys for Receiver
20                                              THOMAS A. SEAMAN

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case No.  CV12-03237-EJD
MOTION TO CONCLUDE RECEIVERSHIP;
RECEIVER'S FINAL ACCOUNT & REPORT
1168858.03/LA                                      -10-

# EXHIBIT A

3:03 PM
06/20/19
Cash Basis

# Small Business Capital, Corp
## Profit & Loss
### June 1, 2016 through June 20, 2019

|  | Jun 1, '16 - Jun 20, 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sale of Assets/Distributions | 75,078.51 |
| Settlement Proceeds | 650,000.00 |
| **Total Income** | 725,078.51 |
|  |  |
| **Gross Profit** | 725,078.51 |
|  |  |
| **Expense** |  |
| Bank Service Charges | 375.13 |
| Computer and Internet Expenses | 2,990.10 |
| Distributions to Investors | 10,339,861.86 |
| Licenses & Fees | 4.00 |
| Moving & Storage | 48.58 |
| Office Supplies | 26.93 |
| **Operating Expense** |  |
| Outside Services | 2,491.60 |
| **Total Operating Expense** | 2,491.60 |
|  |  |
| Postage and Delivery | 166.02 |
| **Professional Fees** |  |
| Accounting fees | 66,528.00 |
| Legal Expense-Receivers Counsel | 2,973.65 |
| Legal Fees - Collection Counsel | -262.09 |
| Legal Fees - Receivers Counsel | 800,096.52 |
| Receiver Fees | 884,801.45 |
| **Total Professional Fees** | 1,754,137.53 |
|  |  |
| Rent Expense | 2,373.05 |
| SBA Settlement | 41,948.78 |
| **Taxes** |  |
| Corporate Income Taxes | -29,020.93 |
| **Total Taxes** | -29,020.93 |
|  |  |
| Travel Expense | 901.50 |
| **Utilities** |  |
| Electricity | 212.26 |
| **Total Utilities** | 212.26 |
|  |  |
| **Total Expense** | 12,116,516.41 |
|  |  |
| **Net Ordinary Income** | -11,391,437.90 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| Interest Income | 9,095.36 |
| **Total Other Income** | 9,095.36 |
|  |  |
| **Net Other Income** | 9,095.36 |
|  |  |
| **Net Income** | **-11,382,342.54** |

3:05 PM
06/20/19
Cash Basis

# Small Business Capital, Corp
## Balance Sheet
### As of June 20, 2019

|  | Jun 20, 19 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Rabo_SBC Corp_Distribution_2766 | 147,908.58 |
| WF_SBC Operating_1438 | 413,858.92 |
| **Total Checking/Savings** | 561,767.50 |
| **Total Current Assets** | 561,767.50 |
| **TOTAL ASSETS** | **561,767.50** |
| **LIABILITIES & EQUITY** |  |
| **Equity** |  |
| Opening Balance Equity | 23,153,986.15 |
| Retained Earnings | -22,713,512.98 |
| Net Income | 121,294.33 |
| **Total Equity** | 561,767.50 |
| **TOTAL LIABILITIES & EQUITY** | **561,767.50** |

Exhibit A
Page 3 of 11

3:08 PM

06/20/19

Cash Basis

**Small Business Capital, Corp**
**General Ledger**
**As of June 20, 2019**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **HB_Investors Prime Fund_3513** | | | | | | | | | 0.00 |
| Total HB_Investors Prime Fund_3513 | | | | | | | | | 0.00 |
| **HB_Investors Prime Fund_3596** | | | | | | | | | 0.00 |
| Total HB_Investors Prime Fund_3596 | | | | | | | | | 0.00 |
| **HB_SB Cap Co Brokers Trust_3679** | | | | | | | | | 0.00 |
| Total Rabo_SB Cap Co Brokers Trust_3679 | | | | | | | | | 0.00 |
| **HB_SB Cap Corp_Operating_3604** | | | | | | | | | 0.00 |
| Total HB_SB Cap Corp_Operating_3604 | | | | | | | | | 0.00 |
| **HB_SB Capital LLC_3984** | | | | | | | | | 0.00 |
| Total HB_SB Capital LLC_3984 | | | | | | | | | 0.00 |
| **HB_SB Capital LLC_4172** | | | | | | | | | 0.00 |
| Total HB_SB Capital LLC_4172 | | | | | | | | | 0.00 |
| **HB_SBC Portfolio Funds LLC_3695** | | | | | | | | | 0.00 |
| Total HB_SBC Portfolio Funds LLC_3695 | | | | | | | | | 0.00 |
| **HB_SBC Senior CM Mort Fund_4354** | | | | | | | | | 0.00 |
| Total HB_SBC Senior CM Mort Fund_4354 | | | | | | | | | 0.00 |
| **ML_CDARS - SB Cap Corp.** | | | | | | | | | 5,653,448.78 |
| Deposit | 7/1/2016 | | | Deposit | Interest Income | 0.23 | | 0.23 | 5,653,449.01 |
| Deposit | 7/1/2016 | 8332... | Merrill Lynch | Liquidate ML... | WF_SBC Ope... | | 5,653,449.01 | -5,653,449.01 | 0.00 |
| Total ML_CDARS - SB Cap Corp. | | | | | | 0.23 | 5,653,449.01 | | 0.00 |
| **Rabo_SBC Corp_Distribution_2766** | | | | | | | | | 1,000.44 |
| Transfer | 4/4/2017 | | | Final Distribu... | WF_SBC Ope... | 6,000,000.00 | | 6,000,000.00 | 6,001,000.44 |
| Transfer | 4/5/2017 | | | Final Distribu... | WF_SBC Ope... | 4,486,770.00 | | 4,486,770.00 | 10,487,770.44 |
| General Journal | 4/7/2017 | | | Final Distribu... | Distributions t... | | 10,486,770.00 | -10,486,770.00 | 1,000.44 |
| General Journal | 6/10/2019 | | | Adjustment f... | Distributions t... | 146,908.14 | | 146,908.14 | 147,908.58 |
| Total Rabo_SBC Corp_Distribution_2766 | | | | | | 10,633,678.14 | 10,486,770.00 | | 147,908.58 |
| **WF_Defense counsel act_#6281** | | | | | | | | | 200,612.10 |
| Check | 2/17/2017 | | SB Capital Corp | | WF_SBC Ope... | | 703.14 | -703.14 | 199,908.96 |
| Deposit | 2/17/2017 | | | Deposit | Interest Income | 91.04 | | 91.04 | 200,000.00 |
| Deposit | 2/28/2017 | | | Deposit | Interest Income | 9.22 | | 9.22 | 200,009.22 |
| Deposit | 3/31/2017 | | | Deposit | Interest Income | 10.20 | | 10.20 | 200,019.42 |
| Deposit | 8/31/2017 | | | Deposit | Interest Income | 50.31 | | 50.31 | 200,069.73 |
| Transfer | 9/11/2017 | | | Funds Transf... | WF_SBC Ope... | | 200,069.73 | -200,069.73 | 0.00 |
| Total WF_Defense counsel act_#6281 | | | | | | 160.77 | 200,772.87 | | 0.00 |
| **WF_Investors Prime Fund_6953** | | | | | | | | | 0.00 |
| Total WF_Investors Prime Fund_6953 | | | | | | | | | 0.00 |
| **WF_SB Capital Corp_Payroll_0104** | | | | | | | | | 0.00 |
| Total WF_SB Capital Corp_Payroll_0104 | | | | | | | | | 0.00 |
| **WF_SB Capital LLC_Payroll_0096** | | | | | | | | | 0.00 |
| Total WF_SB Capital LLC_Payroll_0096 | | | | | | | | | 0.00 |
| **WF_SB Capital, LLC_Trust_0112** | | | | | | | | | 0.00 |
| Total WF_SB Capital, LLC_Trust_0112 | | | | | | | | | 0.00 |
| **WF_SB Capital_Trust_0120** | | | | | | | | | 0.00 |
| Total WF_SB Capital_Trust_0120 | | | | | | | | | 0.00 |
| **WF_SBC Operating_1438** | | | | | | | | | 6,089,048.72 |
| Check | 6/7/2016 | 1786 | Orange County Net... | Inv 8402 | Outside Servi... | | 670.00 | -670.00 | 6,088,378.72 |
| Check | 6/16/2016 | 1787 | Irvine Self Storage | Unit C196 - I... | Rent Expense | | 93.40 | -93.40 | 6,088,285.32 |
| Check | 6/20/2016 | 1788 | WTI Communicatio... | Account #90... | Computer and... | | 159.23 | -159.23 | 6,088,126.09 |
| Check | 6/20/2016 | 1789 | Orange County Net... | Inv 8416 | Outside Servi... | | 760.00 | -760.00 | 6,087,366.09 |
| Check | 6/20/2016 | 1791 | Thomas Seaman C... | Reimbursem... | -SPLIT- | | 96.28 | -96.28 | 6,087,269.81 |
| Check | 6/20/2016 | 1792 | Case Anywhere LLC | Case No. BC... | -SPLIT- | | 250.00 | -250.00 | 6,087,019.81 |
| Check | 6/20/2016 | 1793 | Southern California... | Acct 2 31-98... | Electricity | | 212.26 | -212.26 | 6,086,807.55 |
| Check | 6/21/2016 | 1794 | Applied Business S... | Invoice #042... | Computer and... | | 923.16 | -923.16 | 6,085,884.39 |
| Check | 6/23/2016 | 1795 | Crowe Horwath, LLP | Inv 2027663 | Accounting fees | | 13,200.50 | -13,200.50 | 6,072,683.89 |
| Check | 6/28/2016 | Trans... | Thomas Seaman C... | 12th Interim ... | Receiver Fees | | 83,627.55 | -83,627.55 | 5,989,056.34 |
| Check | 7/1/2016 | 1796 | Allen Matkins | 12th Interim ... | -SPLIT- | | 106,835.31 | -106,835.31 | 5,882,221.03 |
| Check | 7/1/2016 | 1797 | Crowe Horwath, LLP | Inv 2025274 | Accounting fees | | 1,784.00 | -1,784.00 | 5,880,437.03 |
| Deposit | 7/1/2016 | | | Deposit | ML_CDARS - ... | 5,653,449.01 | | 5,653,449.01 | 11,533,886.04 |
| Check | 7/11/2016 | 1798 | CA Secretary of St... | 4 Filing Copies | Deposit | | 4.00 | -4.00 | 11,533,882.04 |
| Check | 7/21/2016 | 1802 | Crowe Horwath, LLP | Inv 2032038 | Accounting fees | | 674.50 | -674.50 | 11,533,207.54 |
| Check | 7/21/2016 | 1803 | WTI Communicatio... | Account #90... | Computer and... | | 159.23 | -159.23 | 11,533,048.31 |
| Check | 7/21/2016 | 1804 | Irvine Self Storage | Unit C196 - I... | Rent Expense | | 93.40 | -93.40 | 11,532,954.91 |
| Deposit | 7/22/2016 | | | Deposit | Settlement Pr... | 650,000.00 | | 650,000.00 | 12,182,954.91 |
| Check | 8/18/2016 | 1805 | Irvine Self Storage | Unit C196 | Rent Expense | | 116.75 | -116.75 | 12,182,838.16 |
| Deposit | 8/23/2016 | | | Deposit | Corporate Inc... | 2,418.36 | | 2,418.36 | 12,185,256.52 |
| Check | 8/31/2016 | 1806 | WTI Communicatio... | Account #90... | Computer and... | | 159.23 | -159.23 | 12,185,097.29 |
| Check | 9/9/2016 | 1807 | Thomas Seaman C... | Reimbursem... | -SPLIT- | | 189.43 | -189.43 | 12,184,907.86 |
| Check | 9/16/2016 | 1808 | Irvine Self Storage | Unit C196 | Rent Expense | | 116.75 | -116.75 | 12,184,791.11 |
| Check | 9/30/2016 | 1809 | Case Anywhere LLC | Case No. BC... | Outside Servi... | | 181.20 | -181.20 | 12,184,609.91 |
| Check | 10/21/2016 | 1810 | Irvine Self Storage | Unit C196 | Rent Expense | | 116.75 | -116.75 | 12,184,493.16 |
| Check | 10/21/2016 | 1811 | Notary Plus Mobile ... | Notarized As... | Outside Servi... | | 65.00 | -65.00 | 12,184,428.16 |
| Deposit | 10/26/2016 | | | Deposit | -SPLIT- | 2,645.51 | | 2,645.51 | 12,187,073.67 |
| Check | 11/4/2016 | 1812 | Thomas Seaman C... | Reimbursem... | -SPLIT- | | 135.90 | -135.90 | 12,186,937.77 |
| Check | 11/15/2016 | 1813 | Irvine Self Storage | Unit C196 | Rent Expense | | 116.75 | -116.75 | 12,186,821.02 |
| Check | 12/13/2016 | 1814 | Notary Plus Mobile ... | Notarized As... | Outside Servi... | | 65.00 | -65.00 | 12,186,756.02 |
| Check | 12/23/2016 | 1815 | Franchise Tax Board | FEIN #45-70... | Corporate Inc... | | 816.43 | -816.43 | 12,185,939.59 |
| Check | 12/23/2016 | 1816 | Irvine Self Storage | Unit C196 | Rent Expense | | 116.75 | -116.75 | 12,185,822.84 |

Page 1

**Exhibit A**
**Page 4 of 11**

3:08 PM
06/20/19
Cash Basis

**Small Business Capital, Corp**
**General Ledger**
**As of June 20, 2019**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/29/2016 | 1817 | Unishippers | Customer UL... | Postage and ... | | 14.37 | -14.37 | 12,185,808.47 |
| Check | 1/3/2017 | 1818 | Crowe Horwath, LLP | Engagement... | -SPLIT- | | 5,304.50 | -5,304.50 | 12,180,503.97 |
| Check | 1/6/2017 | 1819 | Thomas Seaman C... | November/D... | -SPLIT- | | 85.10 | -85.10 | 12,180,418.87 |
| Check | 1/23/2017 | 1820 | Irvine Self Storage | Unit C196 | Rent Expense | | 116.75 | -116.75 | 12,180,302.12 |
| Check | 1/23/2017 | 1821 | Crowe Horwath, LLP | Engagement... | Accounting fees | | 3,360.00 | -3,360.00 | 12,176,942.12 |
| Check | 1/25/2017 | 1822 | Notary Plus Mobile ... | Notarized As... | Outside Servi... | | 65.00 | -65.00 | 12,176,877.12 |
| Check | 2/3/2017 | 1823 | Matthew Flahive | VersaCheck ... | Bank Service ... | | 19.99 | -19.99 | 12,176,857.13 |
| Check | 2/15/2017 | 1824 | Irvine Self Storage | Unit C196 | Rent Expense | | 116.75 | -116.75 | 12,176,740.38 |
| Check | 2/15/2017 | 1825 | Notary Plus Mobile ... | 2 Signatures | Outside Servi... | | 85.00 | -85.00 | 12,176,655.38 |
| Check | 2/17/2017 | | SB Capital Corp | | WF_Defense ... | 703.14 | | 703.14 | 12,177,358.52 |
| Check | 2/21/2017 | 1826 | EDS Financial Serv... | Cline Judge... | -SPLIT- | | 2,645.51 | -2,645.51 | 12,174,713.01 |
| Deposit | 2/21/2017 | | | Deposit | Sale of Asset... | 23,500.00 | | 23,500.00 | 12,198,213.01 |
| Deposit | 2/27/2017 | | | Deposit | -SPLIT- | 2,116.41 | | 2,116.41 | 12,200,329.42 |
| Check | 2/27/2017 | 1827 | EDS Financial Serv... | Cline Judge... | -SPLIT- | | 2,116.41 | -2,116.41 | 12,198,213.01 |
| Check | 3/3/2017 | ACH | SBA | Invoice 2509... | SBA Settlement | | 4,252.57 | -4,252.57 | 12,193,960.44 |
| Check | 3/3/2017 | ACH | SBA | Invoice 2509... | SBA Settlement | | 3,071.08 | -3,071.08 | 12,190,889.36 |
| Check | 3/3/2017 | ACH | SBA | Invoice 2509... | SBA Settlement | | 2,193.53 | -2,193.53 | 12,188,695.83 |
| Check | 3/3/2017 | Wire | SBA | Loan #48263... | SBA Settlement | | 32,431.60 | -32,431.60 | 12,156,264.23 |
| Deposit | 3/6/2017 | | | Deposit | -SPLIT- | 6,349.23 | | 6,349.23 | 12,162,613.46 |
| Check | 3/6/2017 | 1828 | Avi Marciano | Cline Judge... | -SPLIT- | | 6,349.23 | -6,349.23 | 12,156,264.23 |
| Check | 3/14/2017 | 1829 | Unishippers | Customer UL... | -SPLIT- | | 46.54 | -46.54 | 12,156,217.69 |
| Check | 3/21/2017 | 1830 | Irvine Self Storage | Unit C196 | Rent Expense | | 169.00 | -169.00 | 12,156,048.69 |
| Check | 4/4/2017 | Wire | Allen Matkins | Final Fee Ap... | -SPLIT- | | 621,234.86 | -621,234.86 | 11,534,813.83 |
| Check | 4/4/2017 | 1831 | Thomas Seaman C... | 13th & Final ... | Receiver Fees | | 763,703.20 | -763,703.20 | 10,771,110.63 |
| Transfer | 4/4/2017 | | | Final Distribu... | Rabo_SBC C... | | 6,000,000.00 | -6,000,000.00 | 4,771,110.63 |
| Transfer | 4/5/2017 | | | Final Distribu... | Rabo_SBC C... | | 4,486,770.00 | -4,486,770.00 | 284,340.63 |
| Check | 4/6/2017 | 1832 | Matthew Flahive | Uhaul Reimb... | Moving & Stor... | | 48.58 | -48.58 | 284,292.05 |
| Check | 4/14/2017 | 1833 | Darren Clevenger | Boxes for S8... | Office Supplies | | 26.93 | -26.93 | 284,265.12 |
| Check | 5/4/2017 | 1834 | Thomas Seaman C... | Fees from R... | Receiver Fees | | 18,464.00 | -18,464.00 | 265,801.12 |
| Check | 5/19/2017 | 1835 | Thomas Seaman C... | Q1-2017 Rei... | -SPLIT- | | 441.90 | -441.90 | 265,359.22 |
| Check | 6/15/2017 | 1836 | Avi Marciano | Cline Judge... | -SPLIT- | | 8,465.64 | -8,465.64 | 256,893.58 |
| Deposit | 6/15/2017 | | | Deposit | -SPLIT- | 8,465.64 | | 8,465.64 | 265,359.22 |
| Check | 7/21/2017 | 1837 | Thomas Seaman C... | Q2-2017 Rei... | -SPLIT- | | 260.78 | -260.78 | 265,098.44 |
| Check | 7/27/2017 | 1838 | Crowe Horwath, LLP | Engagement... | -SPLIT- | | 18,823.50 | -18,823.50 | 246,274.94 |
| Deposit | 8/2/2017 | | | Deposit | Corporate Inc... | 15,582.00 | | 15,582.00 | 261,856.94 |
| Deposit | 8/15/2017 | | | Deposit | Corporate Inc... | 12,637.00 | | 12,637.00 | 274,493.94 |
| Transfer | 9/11/2017 | | | Funds Transf... | WF_Defense ... | 200,069.73 | | 200,069.73 | 474,563.67 |
| Deposit | 9/12/2017 | | | Deposit | Interest Income | 3.29 | | 3.29 | 474,566.96 |
| Check | 9/18/2017 | 1839 | Thomas Seaman C... | Fees from R... | Receiver Fees | | 6,851.00 | -6,851.00 | 467,715.96 |
| Deposit | 10/25/2017 | | | Deposit | -SPLIT- | 1,587.32 | | 1,587.32 | 469,303.28 |
| Check | 10/25/2017 | 1840 | Avi Marciano | Cline Judge... | -SPLIT- | | 1,587.32 | -1,587.32 | 467,715.96 |
| Check | 10/26/2017 | Wire | Allen Matkins | Fees from R... | Legal Fees - ... | | 75,000.00 | -75,000.00 | 392,715.96 |
| Check | 11/29/2017 | 1841 | Crowe Horwath, LLP | Engagement... | Accounting fees | | 570.00 | -570.00 | 392,145.96 |
| Transfer | 12/28/2017 | | | Funds Transf... | WF_Treasury ... | | 350,000.00 | -350,000.00 | 42,145.96 |
| Deposit | 12/31/2017 | | | Deposit | -SPLIT- | 7,936.61 | | 7,936.61 | 50,082.57 |
| Check | 1/15/2018 | 1842 | Avi Marciano | Cline Judge... | -SPLIT- | | 7,936.61 | -7,936.61 | 42,145.96 |
| Check | 1/19/2018 | 1843 | Thomas Seaman C... | Q3&Q4-2017... | -SPLIT- | | 93.10 | -93.10 | 42,052.86 |
| Deposit | 2/27/2018 | | | Deposit | Legal Fees - ... | 262.09 | | 262.09 | 42,314.95 |
| Check | 3/9/2018 | 1844 | Thomas Seaman C... | Fees from R... | Receiver Fees | | 5,668.20 | -5,668.20 | 36,646.75 |
| Check | 6/12/2018 | | | | Service Char... | Bank Service ... | | 0.55 | -0.55 | 36,646.20 |
| Check | 7/11/2018 | | | | Service Char... | Bank Service ... | | 2.70 | -2.70 | 36,643.50 |
| Check | 7/11/2018 | | | | Service Char... | Bank Service ... | | 21.85 | -21.85 | 36,621.65 |
| Check | 7/20/2018 | 1845 | Thomas Seaman C... | Q1&Q2-2018... | -SPLIT- | | 333.82 | -333.82 | 36,287.83 |
| Check | 8/11/2018 | | | | Service Char... | Bank Service ... | | 18.66 | -18.66 | 36,269.17 |
| Check | 9/11/2018 | | | | Service Char... | Bank Service ... | | 0.40 | -0.40 | 36,268.77 |
| Check | 9/11/2018 | | | | Service Char... | Bank Service ... | | 18.52 | -18.52 | 36,250.25 |
| Check | 9/28/2018 | 1846 | Crowe Horwath, LLP | Engagement... | Accounting fees | | 1,378.00 | -1,378.00 | 34,872.25 |
| Check | 10/11/2018 | | | | Service Char... | Bank Service ... | | 18.93 | -18.93 | 34,853.32 |
| Check | 11/11/2018 | | | | Service Char... | Bank Service ... | | 18.95 | -18.95 | 34,834.37 |
| Check | 12/11/2018 | | | | Service Char... | Bank Service ... | | 19.21 | -19.21 | 34,815.16 |
| Check | 12/19/2018 | 1847 | Thomas Seaman C... | Fees from R... | Receiver Fees | | 3,116.50 | -3,116.50 | 31,698.66 |
| Deposit | 12/21/2018 | | | Deposit | Corporate Inc... | 800.00 | | 800.00 | 32,498.66 |
| Check | 1/11/2019 | | | | Service Char... | Bank Service ... | | 19.60 | -19.60 | 32,479.06 |
| Check | 1/21/2019 | 1848 | Thomas Seaman C... | Q3&Q4-2018... | Computer and ... | | 119.97 | -119.97 | 32,359.09 |
| Check | 2/11/2019 | | | | Service Char... | Bank Service ... | | 19.53 | -19.53 | 32,339.56 |
| Check | 2/12/2019 | | | | Service Char... | Bank Service ... | | 20.94 | -20.94 | 32,318.62 |
| Bill Pmt -Check | 2/20/2019 | 1849 | Crowe Horwath, LLP | | Accounts Pay... | | 13,820.00 | -13,820.00 | 18,498.62 |
| Check | 3/11/2019 | | | | Service Char... | Bank Service ... | | 20.97 | -20.97 | 18,477.65 |
| Check | 3/12/2019 | | | | Service Char... | Bank Service ... | | 22.09 | -22.09 | 18,455.56 |
| Check | 3/15/2019 | 1850 | Franchise Tax Board | FEIN #45-70... | -SPLIT- | | 1,600.00 | -1,600.00 | 16,855.56 |
| Check | 4/11/2019 | | | | Service Char... | Bank Service ... | | 21.55 | -21.55 | 16,834.01 |
| Check | 4/11/2019 | | | | Service Char... | Bank Service ... | | 22.10 | -22.10 | 16,811.91 |
| Check | 5/11/2019 | | | | Service Char... | Bank Service ... | | 21.85 | -21.85 | 16,790.06 |
| Check | 5/11/2019 | | | | Service Char... | Bank Service ... | | 22.75 | -22.75 | 16,767.31 |
| Check | 5/31/2019 | 1851 | Thomas Seaman | | Travel Reim... | | 901.50 | -901.50 | 15,865.81 |
| Transfer | 6/10/2019 | | | Funds Transf... | WF_Treasury ... | 410,509.58 | | 410,509.58 | 426,375.39 |
| Check | 6/11/2019 | | | | Service Char... | Bank Service ... | | 21.54 | -21.54 | 426,353.85 |
| Check | 6/11/2019 | Fees | Wells Fargo | | Bank Service ... | | 22.45 | -22.45 | 426,331.40 |
| Check | 6/19/2019 | 1852 | Thomas Seaman C... | 12/1/18-5/31/... | Receiver Fees | | 3,371.00 | -3,371.00 | 422,960.40 |
| Check | 6/19/2019 | 1853 | USFIA, Inc. | | Storage Rei... | Rent Expense | | 600.00 | -600.00 | 422,360.40 |
| Check | 6/19/2019 | 1854 | PDQ Capital Group | | Storage Rei... | Rent Expense | | 600.00 | -600.00 | 421,760.40 |
| Check | 6/19/2019 | 1855 | Thomas Seaman C... | Q1&Q2-2019... | Computer and ... | | 288.48 | -288.48 | 421,471.92 |
| Check | 6/20/2019 | 1856 | Crowe Horwath, LLP | Engagement... | Accounting fees | | 7,613.00 | -7,613.00 | 413,858.92 |
| Total WF_SBC Operating_1438 | | | | | | 6,999,034.92 | 12,674,224.72 | | 413,858.92 |
| **WF_SBC Portfolio Fund_6961** | | | | | | | | | 0.00 |
| Total WF_SBC Portfolio Fund_6961 | | | | | | | | | 0.00 |
| **WF_Treasury Account** | | | | | | | | | 0.00 |
| Deposit | 11/30/2017 | | | Deposit | Sale of Asset... | 5,918.67 | | 5,918.67 | 5,918.67 |
| Transfer | 12/28/2017 | | | Funds Transt... | WF_SBC Ope... | 350,000.00 | | 350,000.00 | 355,918.67 |
| Deposit | 12/31/2017 | | | Deposit | Sale of Asset... | 45,659.84 | | 45,659.84 | 401,578.51 |
| Deposit | 1/31/2018 | | | Deposit | Interest Income | 273.52 | | 273.52 | 401,852.03 |

**Exhibit A**
**Page 5 of 11**

3:08 PM
06/20/19
Cash Basis

**Small Business Capital, Corp**
**General Ledger**
**As of June 20, 2019**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 2/28/2018 | | | Deposit | Interest Income | 350.62 | | 350.62 | 402,202.65 |
| Deposit | 3/31/2018 | | | Deposit | Interest Income | 527.94 | | 527.94 | 402,730.59 |
| Deposit | 4/30/2018 | | | Deposit | Interest Income | 338.64 | | 338.64 | 403,069.23 |
| Deposit | 12/31/2018 | | | Deposit | Interest Income | 3,904.84 | | 3,904.84 | 406,974.07 |
| Deposit | 1/31/2019 | | | Deposit | Interest Income | 821.58 | | 821.58 | 407,795.65 |
| Deposit | 2/28/2019 | | | Deposit | Interest Income | 732.99 | | 732.99 | 408,528.64 |
| Deposit | 3/31/2019 | | | Deposit | Interest Income | 538.98 | | 538.98 | 409,067.62 |
| Deposit | 4/30/2019 | | | Deposit | Interest Income | 799.60 | | 799.60 | 409,867.22 |
| Deposit | 5/31/2019 | | | Deposit | Interest Income | 617.06 | | 617.06 | 410,484.28 |
| Deposit | 6/10/2019 | | | Deposit | Interest Income | 25.30 | | 25.30 | 410,509.58 |
| Transfer | 6/10/2019 | | | Funds Transf... | WF_SBC Ope... | | 410,509.58 | -410,509.58 | 0.00 |
| Total WF_Treasury Account | | | | | | 410,509.58 | 410,509.58 | | 0.00 |
| **Accounts Receivable** | | | | | | | | | 0.00 |
| Total Accounts Receivable | | | | | | | | | 0.00 |
| **Inventory Asset** | | | | | | | | | 0.00 |
| Total Inventory Asset | | | | | | | | | 0.00 |
| **Loan to SB Brokers Trust** | | | | | | | | | 0.00 |
| Total Loan to SB Brokers Trust | | | | | | | | | 0.00 |
| **Receivable from Colson** | | | | | | | | | 0.00 |
| Total Receivable from Colson | | | | | | | | | 0.00 |
| **Receivable from Wells Fargo-3AM** | | | | | | | | | 0.00 |
| Total Receivable from Wells Fargo-3AM | | | | | | | | | 0.00 |
| **Undeposited Funds** | | | | | | | | | 0.00 |
| Total Undeposited Funds | | | | | | | | | 0.00 |
| **Accumulated Depreciation** | | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | | 0.00 |
| **Furniture and Equipment** | | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | | 0.00 |
| **Loans Receivable IPF** | | | | | | | | | 0.00 |
| Total Loans Receivable IPF | | | | | | | | | 0.00 |
| **Loans Receivable SBC Portfolio** | | | | | | | | | 0.00 |
| Total Loans Receivable SBC Portfolio | | | | | | | | | 0.00 |
| **Loans Receivable SBC, LLC** | | | | | | | | | 0.00 |
| Total Loans Receivable SBC, LLC | | | | | | | | | 0.00 |
| **Loans Receivable Sr Comm Mort** | | | | | | | | | 0.00 |
| Total Loans Receivable Sr Comm Mort | | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | | |
| Bill Pmt -Check | 2/20/2019 | 1849 | Crowe Horwath, LLP | | WF_SBC Ope... | 13,820.00 | | 13,820.00 | 13,820.00 |
| Bill Pmt -Check | 2/20/2019 | 1849 | Crowe Horwath, LLP | | WF_SBC Ope... | | 13,820.00 | 13,820.00 | 0.00 |
| Total Accounts Payable | | | | | | 13,820.00 | 13,820.00 | | 0.00 |
| **3AM sale deposit & proceeds** | | | | | | | | | 0.00 |
| Total 3AM sale deposit & proceeds | | | | | | | | | 0.00 |
| **CCIF Funds held for Purchaser** | | | | | | | | | 0.00 |
| Deposit | 10/26/2016 | 10225 | Coast Capital Inco... | Oct 2016 Liq... | WF_SBC Ope... | | 2,403.13 | -2,403.13 | -2,403.13 |
| Deposit | 10/26/2016 | 10226 | Coast Capital Inco... | Oct 2016 Liq... | WF_SBC Ope... | | 65.09 | -65.09 | -2,468.22 |
| Deposit | 10/26/2016 | 10140 | Coast Capital Inco... | Oct 2016 Liq... | WF_SBC Ope... | | 177.29 | -177.29 | -2,645.51 |
| Check | 2/21/2017 | 1826 | EDS Financial Serv... | Pete & Robin... | WF_SBC Ope... | 2,403.13 | | 2,403.13 | -242.38 |
| Check | 2/21/2017 | 1826 | EDS Financial Serv... | Cline Family ... | WF_SBC Ope... | 65.09 | | 65.09 | -177.29 |
| Check | 2/21/2017 | 1826 | EDS Financial Serv... | Pete Cline - ... | WF_SBC Ope... | 177.29 | | 177.29 | 0.00 |
| Deposit | 2/27/2017 | 10280 | Coast Capital Inco... | February 20... | WF_SBC Ope... | | 1,922.51 | -1,922.51 | -1,922.51 |
| Deposit | 2/27/2017 | 10374 | Coast Capital Inco... | February 20... | WF_SBC Ope... | | 141.83 | -141.83 | -2,064.34 |
| Deposit | 2/27/2017 | 10278 | Coast Capital Inco... | February 20... | WF_SBC Ope... | | 52.07 | -52.07 | -2,116.41 |
| Check | 2/27/2017 | 1827 | EDS Financial Serv... | Pete & Robin... | WF_SBC Ope... | 1,922.51 | | 1,922.51 | -193.90 |
| Check | 2/27/2017 | 1827 | EDS Financial Serv... | Cline Family ... | WF_SBC Ope... | 52.07 | | 52.07 | -141.83 |
| Check | 2/27/2017 | 1827 | EDS Financial Serv... | Pete Cline - ... | WF_SBC Ope... | 141.83 | | 141.83 | 0.00 |
| Deposit | 3/9/2017 | 10674 | Coast Capital Inco... | Deposit | WF_SBC Ope... | | 5,767.52 | -5,767.52 | -5,767.52 |
| Deposit | 3/9/2017 | 10972 | Coast Capital Inco... | Deposit | WF_SBC Ope... | | 156.21 | -156.21 | -5,923.73 |
| Deposit | 3/9/2017 | 10744 | Coast Capital Inco... | Deposit | WF_SBC Ope... | | 425.50 | -425.50 | -6,349.23 |
| Check | 3/9/2017 | 1828 | Avi Marciano | Pete & Robin... | WF_SBC Ope... | 5,767.52 | | 5,767.52 | -581.71 |
| Check | 3/9/2017 | 1828 | Avi Marciano | Cline Family ... | WF_SBC Ope... | 156.21 | | 156.21 | -425.50 |
| Check | 3/9/2017 | 1828 | Avi Marciano | Pete Cline - ... | WF_SBC Ope... | 425.50 | | 425.50 | 0.00 |
| Check | 6/15/2017 | 1836 | Avi Marciano | Pete & Robin... | WF_SBC Ope... | 7,690.02 | | 7,690.02 | 7,690.02 |
| Check | 6/15/2017 | 1836 | Avi Marciano | Cline Family ... | WF_SBC Ope... | 208.28 | | 208.28 | 7,898.30 |
| Check | 6/15/2017 | 1836 | Avi Marciano | Pete Cline - ... | WF_SBC Ope... | 567.34 | | 567.34 | 8,465.64 |
| Deposit | 6/15/2017 | 11092 | Coast Capital Inco... | Account No. ... | WF_SBC Ope... | | 7,690.02 | -7,690.02 | 775.62 |
| Deposit | 6/15/2017 | 11090 | Coast Capital Inco... | Account No. ... | WF_SBC Ope... | | 208.28 | -208.28 | 567.34 |
| Deposit | 6/15/2017 | 11186 | Coast Capital Inco... | Account No. ... | WF_SBC Ope... | | 567.34 | -567.34 | 0.00 |
| Deposit | 10/25/2017 | 11499 | Coast Capital Inco... | Account No. ... | WF_SBC Ope... | | 1,441.89 | -1,441.89 | -1,441.89 |
| Deposit | 10/25/2017 | 11497 | Coast Capital Inco... | Account No. ... | WF_SBC Ope... | | 39.05 | -39.05 | -1,480.94 |
| Deposit | 10/25/2017 | 11593 | Coast Capital Inco... | Account No. ... | WF_SBC Ope... | | 106.38 | -106.38 | -1,587.32 |
| Check | 10/25/2017 | 1840 | Avi Marciano | Pete & Robin... | WF_SBC Ope... | 1,441.89 | | 1,441.89 | -145.43 |
| Check | 10/25/2017 | 1840 | Avi Marciano | Cline Family ... | WF_SBC Ope... | 39.05 | | 39.05 | -106.38 |
| Check | 10/25/2017 | 1840 | Avi Marciano | Pete Cline - ... | WF_SBC Ope... | 106.38 | | 106.38 | 0.00 |
| Deposit | 12/31/2017 | 11909 | Coast Capital Inco... | Account 13 | WF_SBC Ope... | | 7,209.47 | -7,209.47 | -7,209.47 |
| Deposit | 12/31/2017 | 11907 | Coast Capital Inco... | Account 11 | WF_SBC Ope... | | 195.26 | -195.26 | -7,404.73 |
| Deposit | 12/31/2017 | 12003 | Coast Capital Inco... | Account 189 | WF_SBC Ope... | | 531.88 | -531.88 | -7,936.61 |
| Check | 1/15/2018 | 1842 | Avi Marciano | Pete & Robin... | WF_SBC Ope... | 7,209.47 | | 7,209.47 | -727.14 |
| Check | 1/15/2018 | 1842 | Avi Marciano | Cline Family ... | WF_SBC Ope... | 195.26 | | 195.26 | -531.88 |

**Exhibit A**
**Page 6 of 11**

3:08 PM

06/20/19

Cash Basis

**Small Business Capital, Corp**
**General Ledger**
**As of June 20, 2019**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 1/15/2018 | 1642 | Avi Marciano | Pete Cline - ... | WF_SBC Ope... | 531.88 | | 531.88 | 0.00 |
| Total CCIF Funds held for Purchaser | | | | | | 29,100.72 | 29,100.72 | | 0.00 |
| **Defense Counsel Liability** | | | | | | | | | 0.00 |
| General Journal | 1/1/2017 | YE 2... | | Account Ope... | Opening Bala... | | 200,000.00 | -200,000.00 | -200,000.00 |
| General Journal | 2/1/2017 | YE 2... | | Reverse of G... | Opening Bala... | 200,000.00 | | 200,000.00 | 0.00 |
| Total Defense Counsel Liability | | | | | | 200,000.00 | 200,000.00 | | 0.00 |
| **Deposits for Portfolio Sale** | | | | | | | | | 0.00 |
| Total Deposits for Portfolio Sale | | | | | | | | | 0.00 |
| **Deposits from bidders 504 loans** | | | | | | | | | 0.00 |
| Total Deposits from bidders 504 loans | | | | | | | | | 0.00 |
| **Deposits from bidders 7A loans** | | | | | | | | | 0.00 |
| Total Deposits from bidders 7A loans | | | | | | | | | 0.00 |
| **Loan from Operating Acct** | | | | | | | | | 0.00 |
| Total Loan from Operating Acct | | | | | | | | | 0.00 |
| **Loan Pay Hold_Brokers Trust** | | | | | | | | | 0.00 |
| **Due to Others/ Prepaid** | | | | | | | | | 0.00 |
| Total Due to Others/ Prepaid | | | | | | | | | 0.00 |
| **IPF** | | | | | | | | | 0.00 |
| Total IPF | | | | | | | | | 0.00 |
| **SBC-PF** | | | | | | | | | 0.00 |
| Total SBC-PF | | | | | | | | | 0.00 |
| **SBC-SCMF** | | | | | | | | | 0.00 |
| **Prepaid 3AM Foreclosure Costs** | | | | | | | | | 0.00 |
| Total Prepaid 3AM Foreclosure Costs | | | | | | | | | 0.00 |
| **SBC-SCMF - Other** | | | | | | | | | 0.00 |
| Total SBC-SCMF - Other | | | | | | | | | 0.00 |
| Total SBC-SCMF | | | | | | | | | 0.00 |
| **SBC Corp.** | | | | | | | | | 0.00 |
| Total SBC Corp. | | | | | | | | | 0.00 |
| **Loan Pay Hold_Brokers Trust - Other** | | | | | | | | | 0.00 |
| Total Loan Pay Hold_Brokers Trust - Other | | | | | | | | | 0.00 |
| Total Loan Pay Hold_Brokers Trust | | | | | | | | | 0.00 |
| **Loan Pay Hold_LLC Trust** | | | | | | | | | 0.00 |
| Total Loan Pay Hold_LLC Trust | | | | | | | | | 0.00 |
| **Payroll Liabilities** | | | | | | | | | 0.00 |
| Total Payroll Liabilities | | | | | | | | | 0.00 |
| **Opening Balance Equity** | | | | | | | | | -23,153,986.15 |
| General Journal | 1/1/2017 | YE 2... | | Account Ope... | Defense Cou... | 200,000.00 | | 200,000.00 | -23,953,986.15 |
| General Journal | 2/1/2017 | YE 2... | | Account Ope... | Defense Cou... | | 200,000.00 | -200,000.00 | -23,153,986.15 |
| Total Opening Balance Equity | | | | | | 200,000.00 | 200,000.00 | | -23,153,986.15 |
| **Retained Earnings** | | | | | | | | | 11,209,876.11 |
| Closing Entry | 12/31/2016 | | | | | | 440,665.46 | | 10,769,210.65 |
| Closing Entry | 12/31/2017 | | | | | 11,940,050.59 | | | 22,709,261.24 |
| Closing Entry | 12/31/2018 | | | | | 4,251.74 | | | 22,713,512.98 |
| Total Retained Earnings | | | | | | 11,944,302.33 | 440,665.46 | | 22,713,512.98 |
| **Coast Capital Income** | | | | | | | | | 0.00 |
| Total Coast Capital Income | | | | | | | | | 0.00 |
| **Commission Income** | | | | | | | | | 0.00 |
| Total Commission Income | | | | | | | | | 0.00 |
| **Late Fees** | | | | | | | | | 0.00 |
| Total Late Fees | | | | | | | | | 0.00 |
| **Loan Interest Income** | | | | | | | | | 0.00 |
| Total Loan Interest Income | | | | | | | | | 0.00 |
| **Loan Servicing Income** | | | | | | | | | 0.00 |
| Total Loan Servicing Income | | | | | | | | | 0.00 |
| **Miscellaneous Income** | | | | | | | | | 0.00 |
| Total Miscellaneous Income | | | | | | | | | 0.00 |
| **Refunds** | | | | | | | | | 0.00 |
| Total Refunds | | | | | | | | | 0.00 |
| **Rental Income** | | | | | | | | | 0.00 |
| Total Rental Income | | | | | | | | | 0.00 |
| **Sale of Assets/Distributions** | | | | | | | | | 0.00 |
| Total Sale of Assets/Distributions | | | | | | | | | 0.00 |
| **Serving Income** | | | | | | | | | 0.00 |

**Exhibit A**
**Page 7 of 11**

3:08 PM
06/20/19
Cash Basis

**Small Business Capital, Corp**
**General Ledger**
**As of June 20, 2019**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|------|------|-------|-------|--------|-----------------|---------|
| Total Serving Income | | | | | | | | | 0.00 |
| **Settlement Proceeds** | | | | | | | | | 0.00 |
| Total Settlement Proceeds | | | | | | | | | 0.00 |
| **Trust Account Receivable** | | | | | | | | | 0.00 |
| Total Trust Account Receivable | | | | | | | | | 0.00 |
| **Turnover/Seizure** | | | | | | | | | 0.00 |
| Total Turnover/Seizure | | | | | | | | | 0.00 |
| **Cost of Goods Sold** | | | | | | | | | 0.00 |
| Total Cost of Goods Sold | | | | | | | | | 0.00 |
| **11th Hour Investor Refund** | | | | | | | | | 0.00 |
| Total 11th Hour Investor Refund | | | | | | | | | 0.00 |
| **Advertising and Promotion** | | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | | 0.00 |
| **Association Dues** | | | | | | | | | 0.00 |
| Total Association Dues | | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | | 0.00 |
| Check | 1/11/2019 | | | Service Char... | WF_SBC Ope... | 19.60 | | 19.60 | 19.60 |
| Check | 1/11/2019 | | | Service Char... | WF_SBC Ope... | 19.53 | | 19.53 | 39.13 |
| Check | 2/12/2019 | | | Service Char... | WF_SBC Ope... | 20.94 | | 20.94 | 60.07 |
| Check | 3/11/2019 | | | Service Char... | WF_SBC Ope... | 20.97 | | 20.97 | 81.04 |
| Check | 3/12/2019 | | | Service Char... | WF_SBC Ope... | 22.09 | | 22.09 | 103.13 |
| Check | 4/11/2019 | | | Service Char... | WF_SBC Ope... | 21.55 | | 21.55 | 124.68 |
| Check | 4/11/2019 | | | Service Char... | WF_SBC Ope... | 22.10 | | 22.10 | 146.78 |
| Check | 5/11/2019 | | | Service Char... | WF_SBC Ope... | 21.85 | | 21.85 | 168.63 |
| Check | 5/11/2019 | | | Service Char... | WF_SBC Ope... | 22.75 | | 22.75 | 191.38 |
| Check | 6/11/2019 | | | Service Char... | WF_SBC Ope... | 21.54 | | 21.54 | 212.92 |
| Check | 6/11/2019 | Fees | Wells Fargo | | WF_SBC Ope... | 22.45 | | 22.45 | 235.37 |
| Total Bank Service Charges | | | | | | 235.37 | 0.00 | | 235.37 |
| **Business Licenses and Permits** | | | | | | | | | 0.00 |
| Total Business Licenses and Permits | | | | | | | | | 0.00 |
| **Commission Expense** | | | | | | | | | 0.00 |
| Total Commission Expense | | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | | 0.00 |
| Check | 1/21/2019 | 1848 | Thomas Seaman C... | Network Solu... | WF_SBC Ope... | 119.97 | | 119.97 | 119.97 |
| Check | 6/19/2019 | 1855 | Thomas Seaman C... | Network Solu... | WF_SBC Ope... | 288.48 | | 288.48 | 408.45 |
| Total Computer and Internet Expenses | | | | | | 408.45 | 0.00 | | 408.45 |
| **Defendant Living Expenses** | | | | | | | | | 0.00 |
| Total Defendant Living Expenses | | | | | | | | | 0.00 |
| **Deposit Refunds** | | | | | | | | | 0.00 |
| Total Deposit Refunds | | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | | 0.00 |
| **Discount on Loan** | | | | | | | | | 0.00 |
| Total Discount on Loan | | | | | | | | | 0.00 |
| **Distributions to Investors** | | | | | | | | | 0.00 |
| General Journal | 6/10/2019 | | | Adjustment f... | Rabo_SBC C... | | 146,908.14 | -146,908.14 | -146,908.14 |
| Total Distributions to Investors | | | | | | 0.00 | 146,908.14 | | -146,908.14 |
| **Dues and Subscriptions** | | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | | 0.00 |
| **Employee moral** | | | | | | | | | 0.00 |
| Total Employee moral | | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | | 0.00 |
| **E & O Insurance** | | | | | | | | | 0.00 |
| Total E & O Insurance | | | | | | | | | 0.00 |
| **Foreclosure Bond** | | | | | | | | | 0.00 |
| Total Foreclosure Bond | | | | | | | | | 0.00 |
| **General Liability Insurance** | | | | | | | | | 0.00 |
| Total General Liability Insurance | | | | | | | | | 0.00 |
| **Health Insurance** | | | | | | | | | 0.00 |
| Total Health Insurance | | | | | | | | | 0.00 |
| **Life Insurance** | | | | | | | | | 0.00 |
| Total Life Insurance | | | | | | | | | 0.00 |
| **Professional Liability** | | | | | | | | | 0.00 |
| Total Professional Liability | | | | | | | | | 0.00 |

**Exhibit A**
**Page 8 of 11**

3:08 PM

05/20/19

Cash Basis

**Small Business Capital, Corp**
**General Ledger**
As of June 20, 2019

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Property Insurance** | | | | | | | | | 0.00 |
| Total Property Insurance | | | | | | | | | 0.00 |
| **Worker's Compensation** | | | | | | | | | 0.00 |
| Total Worker's Compensation | | | | | | | | | 0.00 |
| **Insurance Expense - Other** | | | | | | | | | 0.00 |
| Total Insurance Expense - Other | | | | | | | | | 0.00 |
| Total Insurance Expense | | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | | 0.00 |
| **Late Payment Fee** | | | | | | | | | 0.00 |
| Total Late Payment Fee | | | | | | | | | 0.00 |
| **Licenses & Fees** | | | | | | | | | 0.00 |
| Total Licenses & Fees | | | | | | | | | 0.00 |
| **Loan Payments** | | | | | | | | | 0.00 |
| Total Loan Payments | | | | | | | | | 0.00 |
| **Meals and Entertainment** | | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | | 0.00 |
| **Moving & Storage** | | | | | | | | | 0.00 |
| Total Moving & Storage | | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | | 0.00 |
| **Operating Expense** | | | | | | | | | 0.00 |
| **Outside Services** | | | | | | | | | 0.00 |
| Total Outside Services | | | | | | | | | 0.00 |
| **Operating Expense - Other** | | | | | | | | | 0.00 |
| Total Operating Expense - Other | | | | | | | | | 0.00 |
| Total Operating Expense | | | | | | | | | 0.00 |
| **Payroll Expenses** | | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | | 0.00 |
| **Payroll Service fees** | | | | | | | | | 0.00 |
| Total Payroll Service fees | | | | | | | | | 0.00 |
| **Postage and Delivery** | | | | | | | | | 0.00 |
| Total Postage and Delivery | | | | | | | | | 0.00 |
| **Printing and Reproduction** | | | | | | | | | 0.00 |
| Total Printing and Reproduction | | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | | 0.00 |
| **Accounting fees** | | | | | | | | | 0.00 |
| Bill | 2/20/2019 | 2202... | Crowe Horwath, LLP | 2017 Tax Prep | Accounts Pay... | 13,820.00 | | 13,820.00 | 13,820.00 |
| Check | 6/20/2019 | 1858 | Crowe Horwath, LLP | Invoice 2254... | WF_SBC Ope... | 7,613.00 | | 7,613.00 | 21,433.00 |
| Total Accounting fees | | | | | | 21,433.00 | 0.00 | | 21,433.00 |
| **Appraiser Fees** | | | | | | | | | 0.00 |
| Total Appraiser Fees | | | | | | | | | 0.00 |
| **Legal Expense-Receivers Counsel** | | | | | | | | | 0.00 |
| Total Legal Expense-Receivers Counsel | | | | | | | | | 0.00 |
| **Legal Fees - Collection Counsel** | | | | | | | | | 0.00 |
| Total Legal Fees - Collection Counsel | | | | | | | | | 0.00 |
| **Legal Fees - Receivers Counsel** | | | | | | | | | 0.00 |
| Total Legal Fees - Receivers Counsel | | | | | | | | | 0.00 |
| **Litigation Support** | | | | | | | | | 0.00 |
| Total Litigation Support | | | | | | | | | 0.00 |
| **Receiver Fees** | | | | | | | | | 0.00 |
| Check | 6/19/2019 | 1852 | Thomas Seaman C... | 12/1/18-5/31/... | WF_SBC Ope... | 3,371.00 | | 3,371.00 | 3,371.00 |
| Total Receiver Fees | | | | | | 3,371.00 | 0.00 | | 3,371.00 |
| **Tax Preparation** | | | | | | | | | 0.00 |
| Total Tax Preparation | | | | | | | | | 0.00 |
| **Professional Fees - Other** | | | | | | | | | 0.00 |
| Total Professional Fees - Other | | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | 24,804.00 | 0.00 | | 24,804.00 |
| **Receiver's Expenses** | | | | | | | | | 0.00 |
| Total Receiver's Expenses | | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | | 0.00 |
| Check | 6/19/2019 | 1853 | USFIA, Inc. | Storage of 1... | WF_SBC Ope... | 600.00 | | 600.00 | 600.00 |
| Check | 6/19/2019 | 1854 | PDC Capital Group | Storage of 1... | WF_SBC Ope... | 600.00 | | 600.00 | 1,200.00 |

**Exhibit A**
**Page 9 of 11**

3:08 PM

06/20/19

Cash Basis

**Small Business Capital, Corp**
**General Ledger**
**As of June 20, 2019**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|------|------|-------|-------|--------|-----------------|---------|
| Total Rent Expense | | | | | | 1,200.00 | 0.00 | | 1,200.00 |
| **Rent/Leased Equipment Expense** | | | | | | | | | 0.00 |
| Total Rent/Leased Equipment Expense | | | | | | | | | 0.00 |
| **REO Expenses** | | | | | | | | | 0.00 |
| Total REO Expenses | | | | | | | | | 0.00 |
| **Repairs and Maintenance** | | | | | | | | | 0.00 |
| Total Repairs and Maintenance | | | | | | | | | 0.00 |
| **SBA Settlement** | | | | | | | | | 0.00 |
| Total SBA Settlement | | | | | | | | | 0.00 |
| **Scanning of Loan Files** | | | | | | | | | 0.00 |
| Total Scanning of Loan Files | | | | | | | | | 0.00 |
| **Servicing** | | | | | | | | | 0.00 |
| **Collection & Servicing Expenses** | | | | | | | | | 0.00 |
| Total Collection & Servicing Expenses | | | | | | | | | 0.00 |
| **Lodging** | | | | | | | | | 0.00 |
| Total Lodging | | | | | | | | | 0.00 |
| **Meals & Entertainment** | | | | | | | | | 0.00 |
| Total Meals & Entertainment | | | | | | | | | 0.00 |
| **Travel-Airfare-Hotel** | | | | | | | | | 0.00 |
| Total Travel-Airfare-Hotel | | | | | | | | | 0.00 |
| **Travel-Car** | | | | | | | | | 0.00 |
| Total Travel-Car | | | | | | | | | 0.00 |
| **Servicing - Other** | | | | | | | | | 0.00 |
| Total Servicing - Other | | | | | | | | | 0.00 |
| Total Servicing | | | | | | | | | 0.00 |
| **Taxes** | | | | | | | | | 0.00 |
| **Corporate Income Taxes** | | | | | | | | | 0.00 |
| Check | 3/15/2019 | 1850 | Franchise Tax Board | FEIN #45-70... | WF_SBC Ope... | 800.00 | | 800.00 | 800.00 |
| Check | 3/15/2019 | 1850 | Franchise Tax Board | FEIN #45-70... | WF_SBC Ope... | 800.00 | | 800.00 | 1,600.00 |
| Total Corporate Income Taxes | | | | | | 1,600.00 | 0.00 | | 1,600.00 |
| **Escape Property Tax** | | | | | | | | | 0.00 |
| Total Escape Property Tax | | | | | | | | | 0.00 |
| **Federal Withholding** | | | | | | | | | 0.00 |
| Total Federal Withholding | | | | | | | | | 0.00 |
| **Secured Property Taxes** | | | | | | | | | 0.00 |
| Total Secured Property Taxes | | | | | | | | | 0.00 |
| **Unsecured Property Taxes** | | | | | | | | | 0.00 |
| Total Unsecured Property Taxes | | | | | | | | | 0.00 |
| **Taxes - Other** | | | | | | | | | 0.00 |
| Total Taxes - Other | | | | | | | | | 0.00 |
| Total Taxes | | | | | | 1,600.00 | 0.00 | | 1,600.00 |
| **Telephone Expense** | | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | | 0.00 |
| **Travel Expense** | | | | | | | | | 0.00 |
| Check | 5/31/2019 | 1851 | Thomas Seaman | Airport Parking | WF_SBC Ope... | 25.00 | | 25.00 | 25.00 |
| Check | 5/31/2019 | 1851 | Thomas Seaman | Hotel Reserv... | WF_SBC Ope... | 303.14 | | 303.14 | 328.14 |
| Check | 5/31/2019 | 1851 | Thomas Seaman | Airfare | WF_SBC Ope... | 573.36 | | 573.36 | 901.50 |
| Total Travel Expense | | | | | | 901.50 | 0.00 | | 901.50 |
| **Uncategorized Expenses** | | | | | | | | | 0.00 |
| Total Uncategorized Expenses | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| **Electricity** | | | | | | | | | 0.00 |
| Total Electricity | | | | | | | | | 0.00 |
| **Land Line Telephone** | | | | | | | | | 0.00 |
| Total Land Line Telephone | | | | | | | | | 0.00 |
| **Mobile Phones** | | | | | | | | | 0.00 |
| Total Mobile Phones | | | | | | | | | 0.00 |
| **Utilities - Other** | | | | | | | | | 0.00 |
| Total Utilities - Other | | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | | 0.00 |
| **Gain / (Loss) on Sale of Loans** | | | | | | | | | 0.00 |
| Total Gain / (Loss) on Sale of Loans | | | | | | | | | 0.00 |
| **Gain on sale of SBA License** | | | | | | | | | 0.00 |

3:08 PM

06/20/19

Cash Basis

**Small Business Capital, Corp**
**General Ledger**
**As of June 20, 2019**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|------|------|-------|-------|--------|-----------------|---------|
| Total Gain on sale of SBA License | | | | | | | | | 0.00 |
| **Interest Income** | | | | | | | | | 0.00 |
| Deposit | 1/31/2019 | | | Jan Interest | WF_Treasury ... | | 821.58 | -821.58 | -821.58 |
| Deposit | 2/28/2019 | | | Deposit | WF_Treasury ... | | 732.99 | -732.99 | -1,554.57 |
| Deposit | 3/31/2019 | | | Deposit | WF_Treasury ... | | 538.98 | -538.98 | -2,093.55 |
| Deposit | 4/30/2019 | | | Deposit | WF_Treasury ... | | 799.60 | -799.60 | -2,893.15 |
| Deposit | 5/31/2019 | | | Deposit | WF_Treasury ... | | 617.06 | -617.06 | -3,510.21 |
| Deposit | 6/10/2019 | | | Deposit | WF_Treasury ... | | 25.30 | -25.30 | -3,535.51 |
| Total Interest Income | | | | | | 0.00 | 3,535.51 | | -3,535.51 |
| **Loss on Sale of Loans** | | | | | | | | | 0.00 |
| Total Loss on Sale of Loans | | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 30,459,756.01 | 30,459,756.01 | | 0.00 |

**Exhibit A**
**Page 11 of 11**

# EXHIBIT B

# Allen Matkins

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
*ATTORNEYS AT LAW*

865 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CALIFORNIA  90017-2543
TELEPHONE (213) 622-5555     FACSIMILE (213) 620-8816
WWW.ALLENMATKINS.COM
FEDERAL TAX I.D. 95-3605309

## SUMMARY OF MATTERS

MAY 30, 2019
INVOICE #**590264**
ATTY:  DAVID ZARO

THOMAS A. SEAMAN/RECEIVER FOR SBCC; MARK FEATHERS

| MATTER # | MATTER NAME | FEES | DISBURSEMENTS | TOTAL |
|---|---|---|---|---|
| 372456-00002 | GENERAL RECEIVERSHIP | 29,907.90 | 345.50 | 30,253.40 |
| 372456-00006 | SALE OF ASSETS/DISPOSITION | 858.60 | 0.00 | 858.60 |
| 372456-00008 | CLAIMS | 26,687.70 | 0.00 | 26,687.70 |
| 372456-00013 | CALIFORNIA BUSINESS BANK LITIGATION | 2,358.00 | 0.00 | 2,358.00 |
| | TOTAL DUE BILLING PERIOD | 59,812.20 | 345.50 | $60,157.70 |
| | OUTSTANDING BALANCE DUE ALL MATTERS | | | 0.00 |
| | **TOTAL DUE ALL MATTERS** | | | **$60,157.70** |

IF YOU DESIRE TO PAY BY WIRE PLEASE REFERENCE INVOICE NUMBER 590264 OR CLIENT NUMBER 372456

WIRE INSTRUCTIONS:
Allen Matkins General Account        Account Number: 4600 188353
Wells Fargo Bank                     For the account of Allen Matkins
333 South Grand Avenue               Leck Gamble Mallory & Natsis LLP
Los Angeles CA 90071                 SWIFT code WFBIUS6S for Int'l wires
ABA Routing Number: 121 000 248      (Client No. 372456 or Invoice No. 590264)

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD

**Exhibit B**
**Page 2 of 14**

# Allen Matkins

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
*ATTORNEYS AT LAW*

865 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CALIFORNIA  90017-2543
TELEPHONE (213) 622-5555     FACSIMILE (213) 620-8816
WWW.ALLENMATKINS.COM
FEDERAL TAX I.D. 95-3605309

| THOMAS A. SEAMAN/RECEIVER FOR | RE:  GENERAL RECEIVERSHIP | MAY 30, 2019 |
|---|---|---|
| SBCC; MARK FEATHERS | | |
| MATTER # 372456-00002 | | INVOICE #**590264-002** |
| | | ATTY:  DAVID ZARO |

| DATE | DESCRIPTION OF SERVICES RENDERED | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/20/17 | REVIEW/EVALUATE FEATHERS' 9TH CIRCUIT FILING, ASSESS RECEIVER'S POSSIBLE RESPONSE (.2). FOLLOW-UP ON 9TH CIRCUIT APPEALS AND REVIEW OF TIMING/PROSPECTS (.1). | ZARO | 0.30 | 214.65 |
| 10/23/17 | CALL WITH RECEIVER TO ADDRESS FEATHERS' RECENT APPELLATE FILING, FOLLOW-UP WITH RECEIVER RE TIMING (.2). | ZARO | 0.20 | 143.10 |
| 10/25/17 | CALL TO ADDRESS THE APPEALS WITH RECEIVER, TAX ISSUES/RETURN (.4). | ZARO | 0.40 | 286.20 |
| 11/08/17 | CALL WITH AUSA RELATED TO PRODUCTION OF RECORDS (.2). SEVERAL EMAILS/CALL WITH RECEIVER AND AUSA (.5). | ZARO | 0.70 | 500.85 |
| 11/09/17 | REVIEW OF FEATHERS' FILING RE: APPEALS AND FOLLOW-UP TO ASSESS IMPACT/EMAIL TO RECEIVER RE SAME (.3). | ZARO | 0.30 | 214.65 |
| 11/10/17 | SEVERAL CALLS/EMAILS TO ADDRESS FEATHERS APPEALS, RECEIVER'S RESPONSE AND NEXT STEPS (.4). | ZARO | 0.40 | 286.20 |
| 11/13/17 | FOLLOW-UP WITH RECEIVER AND COUNSEL RE: APPEALS/IMPACT OF THE DISMISSALS AND PROSPECTS FOR REMAINING APPEALS AND APPOINTMENT OF COUNSEL (.4). | ZARO | 0.40 | 286.20 |
| 11/15/17 | FOLLOW-UP CALL RELATED TO APPEALS PENDING WITH 9TH CIRCUIT, CALL WITH RECEIVER RE SAME (.2). | ZARO | 0.20 | 143.10 |
| 11/28/17 | CALLS WITH THE RECEIVER AND SEC COUNSEL RE FEATHERS' PLEAS, POSSIBLE IMPACT ON APPEALS, FOLLOW-UP TO REVIEW COMMUNICATIONS RE PLEA/TIMING (.5). | ZARO | 0.50 | 357.75 |
| 12/06/17 | REVIEW THE APPELLATE FILINGS AND RULINGS, STATUS OF FEATHER'S PLEA AND | ZARO | 0.60 | 429.30 |

**Exhibit B**
**Page 3 of 14**

| DATE | DESCRIPTION OF SERVICES RENDERED | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| | APPEALS (.4). EMAILS WITH RECEIVER AND SEC COUNSEL RE APPEALS (.2). | | | |
| 12/14/17 | REVIEW INFORMATION AS TO CASE/EMAILS RE SAME, CALL WITH AUSA COUNSEL AS TO FEATHERS PLEA/TRIAL (.3). | ZARO | 0.30 | 214.65 |
| 12/26/17 | EMAILS RELATED TO FEATHERS' SENTENCING, IMPACT UPON THE ONGOING APPEALS (.4). | ZARO | 0.40 | 286.20 |
| 01/22/18 | FOLLOW-UP ON THE FEATHERS' APPEAL IN LIGHT OF CRIMINAL PROCEEDINGS (.2). | ZARO | 0.20 | 143.10 |
| 02/12/18 | FOLLOW-UP ON STATUS OF PENDING APPEALS, FEATHERS' PLEA AND CONCLUSION OF MATTERS (.4). | ZARO | 0.40 | 286.20 |
| 02/14/18 | CALL WITH AUSA AS TO THE FEATHERS CRIMINAL PROCEEDING AND SENTENCING, ADDRESS APPEALS AND PROSPECTS FOR SAME (.4). FOLLOW-UP WITH RECEIVER RELATED TO THE VARIOUS APPEALS STATUS (.2). | ZARO | 0.60 | 429.30 |
| 02/15/18 | REVIEW AND EVALUATE THE ORDER FROM 9TH CIRCUIT OF APPEALS RELATED TO FEATHERS'S APPEALS AND COUNSEL (.5); SEVERAL CALLS WITH SEC AND RECEIVER RELATED TO APPEALS AND SETTLEMENT/NEGOTIATION (.5) | ZARO | 1.00 | 715.50 |
| 02/16/18 | FOLLOW-UP WITH RECEIVER AND SEC RE APPELLATE COURT MEDIATION ISSUES, ANALYSIS OF APPROACH/COORDINATION WITH CRIMINAL PROCEEDING (.4).  CALL WITH SEC COUNSEL AS TO THE APPEALS/MEDIATION (.2). | ZARO | 0.60 | 429.30 |
| 02/23/18 | CALL WITH AUSA RELATED TO SENTENCING OF MR. FEATHERS AND FOLLOW-UP WITH RECEIVER RE SAME (.4). | ZARO | 0.40 | 286.20 |
| 03/26/18 | SEVERAL EMAILS/CALL WITH DEPARTMENT OF JUSTICE COUNSEL AS TO APPEALS, APPROACH/STRATEGY RE SAME (.4). | ZARO | 0.40 | 286.20 |
| 04/05/18 | CONFERENCE WITH THE SEC COUNSEL RE APPEALS, 148 BOXES OF DOCUMENTS/COMPUTERS AND HARD DRIVES, RETENTION PENDING APPEAL (.4). | ZARO | 0.40 | 286.20 |
| 04/06/18 | CALLS WITH COUNSEL FOR MR. FEATHERS RELATED TO THE APPEALS, THE STAY AND SETTLEMENT/DISMISSAL OF THE MATTER (.2). CALL WITH RECEIVER RELATED TO APPEAL AND THE FBI DOCUMENT TURNOVER (.3). | ZARO | 0.50 | 357.75 |
| 05/24/18 | ANALYSIS OF DOCKET AND STATUS OF PENDING APPEALS, CONSIDER NEXT STEPS, TIMING AND FOLLOW-UP CALL WITH RECEIVER (.4). | ZARO | 0.40 | 286.20 |

| <u>DATE</u> | <u>DESCRIPTION OF SERVICES RENDERED</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/18/18 | REVIEW/ANALYSIS OF THE APPELLATE FILING AND FOLLOW-UP TO ASSESS NEXT STEPS (.4). | ZARO | 0.40 | 286.20 |
| 07/24/18 | BRIEF REVIEW OF THE FEATHERS APPELLATE BRIEFING/FILING AND RECORD/FOLLOW-UP WITH COUNSEL AND RECEIVER (.8); EMAILS CONCERNING BRIEFING SCHEDULE AND RECEIVER ANSWER (.3). | ZARO | 1.10 | 787.05 |
| 07/26/18 | ANALYSIS OF SEVERAL EMAILS/PLEADINGS CONCERNING THE FEATHERS APPEAL AND RECEIVER ANSWERING BRIEF/FOLLOW-UP (.4); EMAIL CONCERNING THE APPEAL WITH SEC (.1). | ZARO | 0.50 | 357.75 |
| 07/27/18 | ANALYSIS OF THE APPELLATE FILINGS/EMAIL WITH SEC AS TO RECEIVER POTENTIAL RESPONSE (.4). | ZARO | 0.40 | 286.20 |
| 08/01/18 | ANALYSIS OF THE FEATHERS' APPELLATE BRIEF AND THE APPELLATE RECORD/TRANSCRIPTS/DOCUMENT S (.9). CALL WITH RECEIVER CONCERNING THE APPEAL (.2). | ZARO | 1.10 | 787.05 |
| 08/07/18 | REVIEW OF THE NATALIE FEATHERS BRIEFING, ANALYSIS OF THE REMAINING ISSUES O APPEAL, ASSESS RESPONSE OF RECEIVER (.9).  CALLS WITH RECEIVER AND TO COUNSEL TO ADDRESS THE APPEAL (.2). | ZARO | 1.10 | 787.05 |
| 08/22/18 | ANALYSIS OF THE ISSUES ON APPEAL, FOLLOW-UP WITH RECEIVER AND SEC COUNSEL AS TO RESPONSE (.4). | ZARO | 0.40 | 286.20 |
| 09/05/18 | WORK ON THE OUTLINE OF ISSUES RELATED TO THE APPEAL (.6). | ZARO | 0.60 | 429.30 |
| 09/17/18 | ANALYSIS OF THE APPEAL AND POSSIBLE RESPONSE AND THEN CALL WITH SEC APPELLATE COUNSEL/MR. VETTER RELATED TO THE BRIEFING (.8); FOLLOW-UP CALL WITH SEC COUNSEL RELATED TO THE APPEAL AND FOLLOW-UP (.3). | ZARO | 1.10 | 787.05 |
| 09/18/18 | WORK ON/ANALYSIS OF THE APPEALS, RESPONSE OF RECEIVER, ASSESS BASIS FOR FURTHER RESPONSE (.8). | ZARO | 0.80 | 572.40 |
| 09/19/18 | ANALYSIS OF PRIOR BRIEFS, EXCERPTS OF RECORDS, ASSESS POTENTIAL ISSUES TO BE BRIEFED AND FEATHERS NEW BRIEF (1.4). CALL TO RECEIVER TO ADDRESS RESPONSES/APPELLATE BRIEFS (.3).  WORK ON NOTICE/BRIEF TO 9TH CIRCUIT RELATED TO RECEIVER'S PENDING ANSWERING BRIEFS (.4). | ZARO | 2.10 | 1,502.55 |
| 09/20/18 | CALL WITH RECEIVER RE APPEALS/ADDRESS RESPONSE AND STRATEGY (.4). | ZARO | 0.40 | 286.20 |
| 09/25/18 | CALL WITH COUNSEL AND RECEIVER TO ADDRESS THE APPEALS AND SEC'S | ZARO | 0.40 | 286.20 |

| DATE | DESCRIPTION OF SERVICES RENDERED | NAME | HOURS | AMOUNT |
|------|----------------------------------|------|-------|--------|
| | RESPONSE/TIMING (.4). | | | |
| 10/24/18 | ANALYSIS OF SEC APPELLATE BRIEF AND FOLLOW-UP WITH RECEIVER CONCERNING THE APPEALS AND STATUS (.4). | ZARO | 0.40 | 286.20 |
| 12/10/18 | CALL RELATED TO RECEIVERSHIP FROM BROKER/COAST LENDING (.2). ASSESS THE BRIEF FROM FEATHERS RELATED TO THE APPEALS (.4). | ZARO | 0.60 | 429.30 |
| 02/04/19 | EMAIL FROM 9TH CIRCUIT RELATED TO HEARING DATE, ASSESS PARTICIPATION AT THE HEARING (.3). | ZARO | 0.30 | 214.65 |
| 02/06/19 | CONFERENCE WITH RECEIVER RELATED TO THE APPEALS, AND THE UPCOMING ORAL ARGUMENT (.3). | ZARO | 0.30 | 214.65 |
| 02/12/19 | REVIEW OF OPEN ISSUES FOR RECEIVERSHIP AS TO APPEAL, CALL WITH SEC COUNSEL RE APPELLATE ARGUMENT, FOLLOW-UP WITH RECEIVER CONCERNING THE STRATEGY RE APPEALS (.6). | ZARO | 0.60 | 429.30 |
| 02/13/19 | FOLLOW-UP CALL WITH SEC/RECEIVER COUNSEL RE VARIOUS APPEALS (.2). | ZARO | 0.20 | 143.10 |
| 02/28/19 | CALL WITH COUNSEL AND WITH RECEIVER RELATED TO THE ORAL ARGUMENT, REQUEST FOR JUDICIAL NOTICE (.3). | ZARO | 0.30 | 214.65 |
| 03/01/19 | ANALYSIS OF COURT OF APPEAL NOTICES, DOCKET AND REVIEW/EVALUATE THE CLAIMS ON APPEAL, BRIEFING TO ASSESS ISSUES TO BE ADDRESSES AT ORAL ARGUMENT (1.0).  CALL WITH RECEIVER COUNSEL TO ADDRESS THE APPEALS/ORAL ARGUMENT (.3). | ZARO | 1.30 | 930.15 |
| 03/06/19 | EMAILS TO/FROM SEC APPELLATE COUNSEL RELATED TO APPEALS/ORAL ARGUMENT (.4). | ZARO | 0.40 | 286.20 |
| 03/13/19 | EMAIL/CALL CONCERNING THE ORAL ARGUMENT, LETTER TO 9TH CIRCUIT, AND EMAIL TO SEC (.5). | ZARO | 0.50 | 357.75 |
| 03/14/19 | FOLLOW-UP TO ADDRESS COORDINATION WITH SEC AT ORAL ARGUMENT (.2). SEVERAL EMAILS TO ATTEND TO BORROWER RECONVEYANCE ISSUES, EMAIL WITH BORROWER AND RECEIVER (.3). | ZARO | 0.50 | 357.75 |
| 04/05/19 | EMAILS FROM 9TH CIRCUIT RELATED TO ORAL ARGUMENT (.2). | ZARO | 0.20 | 143.10 |
| 04/12/19 | WORK ON THE SB CAPITAL 9TH CIRCUIT COURT OF APPEALS ORAL ARGUMENT RELATED TO SIX PENDING FEATHERS' APPEALS (1.2). | ZARO | 1.20 | 858.60 |
| 04/14/19 | REVIEW ALL APPELLATE BRIEFS RELEVANT TO THE RECEIVER, COMMENCE WORK TO | ZARO | 2.80 | 2,003.40 |

**Exhibit B**
**Page 6 of 14**

| DATE | DESCRIPTION OF SERVICES RENDERED | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| | PREPARE FOR 9TH CIRCUIT ORAL ARGUMENT (2.8). | | | |
| 04/15/19 | RESEARCH/ANALYSIS OF THE CASE LAW CONCERNING THE SIX APPELLATE BRIEFS, DEVELOP ARGUMENT, ASSESS STRATEGY FOR APPEAL (4.8). | ZARO | 4.80 | 3,434.40 |
| 04/16/19 | PREPARE FOR ORAL ARGUMENT, REVIEW THE RECORD, AND RESEARCH (2.6).  ATTEND ORAL ARGUMENT AT U.S. COURT OF APPEALS, PRESENT ORAL ARGUMENT, FOLLOW-UP WITH COUNSEL, SEC AND RECEIVER (1.6).  FOLLOW-UP CALL WITH COUNSEL/RECEIVER RELATED TO THE APPEALS AND HEARING, DISCUSS NEXT STEPS IN THE CASE, FINAL TAX RETURNS/CLOSURE (1.4). | ZARO | 5.60 | 4,006.80 |
| 04/17/19 | CALL WITH SEC COUNSEL CONCERNING THE CLOSE OF THE CASE, AXES, TURNOVER OF FUNDS (.3).  CALL WITH RECEIVER RELATED TO CLOSING ISSUES (.1). | ZARO | 0.40 | 286.20 |
| 04/24/19 | FOLLOW-UP WITH RECEIVER AS TO TAXES/RECORDS DESTRUCTION AND CALL WITH RECEIVER (.3). | ZARO | 0.30 | 214.65 |
| 05/14/19 | REVIEW 9TH CIRCUIT COURT OF APPEALS OPINION, EMAILS WITH RECEIVER AND SEC RE SAME (.6). | ZARO | 0.60 | 429.30 |
| 05/17/19 | EMAIL/ANALYSIS OF CLOSING ORDER AND ISSUES, FOLLOW-UP EMAIL TO SEC COUNSEL AS TO REMAND FOLLOWING APPELLATE DECISION (.3). | ZARO | 0.30 | 214.65 |
| 05/20/19 | CALL WITH SEC COUNSEL RELATED TO REMAND, RECEIVER'S NEXT STEPS, CLOSING OF THE RECEIVERSHIP (.2). | ZARO | 0.20 | 143.10 |

| DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT |
|---|---|---|
| 04/29/14 | FEDERAL EXPRESS - - MESSENGER - INVOICE NO: 264144683 SHIP TO: MARK FEATHERS | 18.78 |
| 04/08/15 | DOCUMENT SEARCH - - PACER SERVICE 04/01/2015-06/30/2015 | 0.70 |
| 04/08/15 | DOCUMENT SEARCH - - PACER SERVICE 04/01/2015-06/30/2015 | 8.90 |
| 04/09/15 | DOCUMENT SEARCH - - PACER SERVICE 04/01/2015-06/30/2015 | 6.40 |
| 04/15/15 | DOCUMENT SEARCH - - PACER SERVICE 04/01/2015-06/30/2015 | 4.60 |
| 04/23/15 | DOCUMENT SEARCH - - PACER SERVICE 04/01/2015-06/30/2015 | 5.30 |
| 04/29/15 | DOCUMENT SEARCH - - PACER SERVICE 04/01/2015-06/30/2015 | 0.70 |
| 05/16/16 | MESSENGER - - NATIONWIDE - USDC/SAN JOSE NORTHERN DISTRICT, REPLY | 110.00 |

| 06/14/16 | MESSENGER - - FEDERAL EXPRESS INVOICE NO: 545218415 1665 SHIP TO: CLERK OF THE COURT | 15.02 |
|---|---|---|
| 06/30/16 | DOCUMENT SEARCH  - - PACER SERVICE 04/01/2016-06/30/2016 | 3.40 |
| 10/06/17 | DOCUMENT SEARCH  - - PACER - SERVICE 7/01/2017-9/30/2017 | 3.40 |
| 10/06/17 | DOCUMENT SEARCH  - - PACER - SERVICE 7/01/2017-9/30/2017 | 9.70 |
| 10/30/17 | - - NATIONWIDE LEGAL, LLC, USDC/SAN JOSE NORTHERN DISTRICT, OBTAIN CERTIFIED COPY OF DOC #1238 | 150.50 |
| 01/08/18 | - - PACER SERVICE CENTER, SERVICE 10/01/2017-12/31/2017 | 0.90 |
| 10/01/18 | DOCUMENT SEARCH  - - PACER SERVICE 07/01/2018-09/30/2018 | 6.20 |
| | REPROGRAPHICS - COLOR | 1.00 |

|  |  |
|---|---|
| TOTAL FEES | $29,907.90 |
| TOTAL DISBURSEMENTS | $345.50 |
| TOTAL THIS BILLING PERIOD | $30,253.40 |
| OUTSTANDING BALANCE DUE THIS MATTER | $0.00 |
| **TOTAL DUE THIS MATTER** | **$30,253.40** |

# Allen Matkins

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
*ATTORNEYS AT LAW*

865 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CALIFORNIA  90017-2543
TELEPHONE (213) 622-5555     FACSIMILE (213) 620-8816
WWW.ALLENMATKINS.COM
FEDERAL TAX I.D. 95-3605309

| | | |
|---|---|---|
| **THOMAS A. SEAMAN/RECEIVER FOR SBCC; MARK FEATHERS** | RE:  SALE OF ASSETS/DISPOSITION | **MAY 30, 2019** |
| MATTER # 372456-00006 | | INVOICE #**590264-006**<br>ATTY:  DAVID ZARO |

| <u>DATE</u> | <u>DESCRIPTION OF SERVICES RENDERED</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 11/03/17 | CALL/EMAILS RELATED TO WELLS FARGO SALE OF THE STOCK CERTIFICATE ORDER AND ADVICE TO RECEIVER RE SAME (.4). | ZARO | 0.40 | 286.20 |
| 11/22/17 | EMAILS WITH RECEIVER RELATED TO STOCK SALE AND CONFER AS TO PRICING AND TIMING (.4). | ZARO | 0.40 | 286.20 |
| 01/02/18 | EMAIL/CALL WITH RECEIVER CONCERNING FINAL LIQUIDATION OF CBB STOCK (.4). | ZARO | 0.40 | 286.20 |
| | TOTAL FEES | | $858.60 | |
| | TOTAL THIS BILLING PERIOD | | $858.60 | |
| | OUTSTANDING BALANCE DUE THIS MATTER | | $0.00 | |
| | **TOTAL DUE THIS MATTER** | | **$858.60** | |

# Allen Matkins

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
*ATTORNEYS AT LAW*

865 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CALIFORNIA  90017-2543
TELEPHONE (213) 622-5555     FACSIMILE (213) 620-8816
WWW.ALLENMATKINS.COM
FEDERAL TAX I.D. 95-3605309

THOMAS A. SEAMAN/RECEIVER FOR          RE:  CLAIMS                                    MAY 30, 2019
SBCC; MARK FEATHERS
MATTER # 372456-00008                                                        INVOICE #590264-008
                                                                                        ATTY:  DAVID ZARO

| DATE | DESCRIPTION OF SERVICES RENDERED | NAME | HOURS | AMOUNT |
|------|----------------------------------|------|-------|--------|
| 07/25/16 | REVIEW PRIOR CORRESPONDENCE AND RESEARCH RE BUSINESSUS CLAIM FOR DEPOSIT MONEY, OUTLINE DRAFT RESPONSE TO ANTICIPATED OBJECTION TO RECEIVER DISCHARGE, OUTLINE RECEIVER DECLARATION | SCOLLAN | 4.40 | 2,574.00 |
| 07/27/16 | REVISE PORTIONS OF DRAFT RESPONSE TO BUSINESSUS, REVISE FACTUAL SUMMARY OF APPROVAL PROCESS AND CONSENTS OBTAINED, REVISE DRAFT DECLARATION | SCOLLAN | 3.90 | 2,281.50 |
| 08/03/16 | REVIEW/ANALYSIS OF THE BUSINESSUS OPPOSITION TO DISCHARGE, CLAIMS ADJUDICATION, ASSESS LEGAL ANALYSIS/EVIDENCE (.6). WORK WITH RECEIVER AND COUNSEL AS TO RESPONSE TO THE BUSINESSUS CLAIMS ISSUES (.5). | ZARO | 1.10 | 772.20 |
| 08/03/16 | REVIEW AND ANALYSIS OF BSUINESSUS OPPOSITION AND POTENTIAL STRATEGIES RE RESPONSE TO SAME | SCOLLAN | 3.10 | 1,813.50 |
| 08/08/16 | OUTLINE ADDITIONAL RESPONSE TO BUSINESS US OPPOSITION, RESEARCH RE STANDARD LIQUIDATED DAMAGES FOR LOAN SALES, LEGAL RESEARCH RE SAME, START DRAFTING RECEIVER DECLARATION | SCOLLAN | 6.60 | 3,861.00 |
| 08/09/16 | REVIEW THE BUSINESSUS CLAIM ISSUES WITH RECEIVER AND COUNSEL (.3).  WORK ON THE DRAFT OF REPLY BRIEF CONCERNING THE BUSINESSUS CLAIM (.9). | ZARO | 1.20 | 842.40 |
| 08/09/16 | REVISE RECEIVER DECLARATION AND CONFERENCES AND CORRESPONDENCE RE SAME, CONTINUE WORK ON RESPONSE PAPERS | SCOLLAN | 2.20 | 1,287.00 |
| 08/10/16 | REVISIONS TO DRAFT REPLY BRIEF CONCERNING BUSINESSUS AND ADVICE TO | ZARO | 0.80 | 561.60 |

**Exhibit B**
**Page 10 of 14**

| DATE | DESCRIPTION OF SERVICES RENDERED | NAME | HOURS | AMOUNT |
|------|----------------------------------|------|-------|--------|
| | RECEIVER RE SAME (.6).  CONFER RE SETTLEMENT OF CLAIM/FOLLOW-UP WITH RECEIVER (.2). | | | |
| 08/10/16 | REVISE AND CIRCULATE RECEIVER DECLARATION RESPONSE TO BUSINESS US, ANALYSES AND RESEARCH RE DAMAGES, UNJUST ENRICHMENT AND OTHER CLAIMS, OUTLINE ADDITIONAL ARGUMENTS FOR REPLY, REVISE INTRODUCTION TO RESPONSE | SCOLLAN | 5.10 | 2,983.50 |
| 08/11/16 | CALL/EMAIL WITH THE SBA RELATED TO THE BUSINESSUS MATTER, SBA ALLEGATIONS/FACTS (.4). REVIEW SBA RESPONSE AND FOLLOW-UP ON SBA EMAIL TO REVISE BRIEF (.2).  CALL WITH RECEIVER RELATED TO SBA/BUSINESSUS (.1). | ZARO | 0.70 | 491.40 |
| 08/11/16 | REVISIONS TO RESPONSE TO BUSINESS US, ANALYSES RE POTENTIAL SBA DECLARATION, ADDITIONAL LEGAL RESEARCH RE LIQUIDATED DAMAGES AND OTHER LEGAL ISSUES | SCOLLAN | 4.40 | 2,574.00 |
| 08/12/16 | EMAILS WITH THE SBA RELATED TO THE BUSINESSUS ALLEGATIONS/FALSEHOODS (.4). CALL WITH COUNSEL/EMAIL RE SAME AND REVISION FINAL DRAFT OF REPLY BRIEF (.6). | ZARO | 1.00 | 702.00 |
| 08/12/16 | REVISE RESPONSE TO BUSINESSUS OPPOSITION, REVISE DECLARATION, DRAFT ATTORNEY DECLARATION, REVIEW AND HAVE PREPARED EXHIBITS, CITE CHECK, FINALIZE AND FILE RESPONSE TO BUSINESS US | SCOLLAN | 3.90 | 2,281.50 |
| 08/16/16 | CALLS WITH SEC AND MR.TECKLER RELATED TO BUSINESSUS CLAIM/BRIEFING AND ORAL ARGUMENT (.3). CALL TO RECEIVER RELATED TO SB CAPITAL AND BUSINESSUS (.1). | ZARO | 0.40 | 280.80 |
| 08/16/16 | ANALYSIS RE NEED FOR SBA DECLARATION ON RESPONSE TO BUSINESS US | SCOLLAN | 0.20 | 117.00 |
| 08/23/16 | REVIEW BUSINESSUS FILINGS AND DRAFT ARGUMENT POINTS FOR HEARING | SCOLLAN | 1.80 | 1,053.00 |
| 08/24/16 | REVISE POINTS FOR BUSINESSUS ARGUMENT AND ADD TIMELINE OF KEY EVENTS AND KEY AGREEMENT PROVISIONS AND DRAFT SUMMARY OF LEAD POINTS (2.3), REVIEW FILINGS RELATING TO FEATHERS FOR ANY IMPACT ON BUSINESSUS ISSUE (.2) | SCOLLAN | 2.50 | 1,462.50 |
| 10/21/16 | REVIEW DOCKET RE STATUS OF BUSINESSUS OBJECTION AND RE TRANSCRIPT ORDERS | SCOLLAN | 0.20 | 117.00 |
| 11/15/16 | CALL WITH MR. TECKLER RE BUSINESSUS CLAIM/HEARING AND COURTS ORDER (.2). CALLS WITH RECEIVER AND SEC COUNSEL RELATED TO THE ORDER, RESPONSE AND APPROACH (.3). | ZARO | 0.50 | 351.00 |

| <u>DATE</u> | <u>DESCRIPTION OF SERVICES RENDERED</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 09/05/18 | SEVERAL EMAILS/ANALYSIS OF THE INVESTOR CLAIMS, RECOVERY AND STATUS (.4). | ZARO | 0.40 | 280.80 |
| | TOTAL FEES | | $26,687.70 | |
| | TOTAL THIS BILLING PERIOD | | $26,687.70 | |
| | OUTSTANDING BALANCE DUE THIS MATTER | | $0.00 | |
| | **TOTAL DUE THIS MATTER** | | **$26,687.70** | |

# Allen Matkins

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
*ATTORNEYS AT LAW*

865 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CALIFORNIA  90017-2543
TELEPHONE (213) 622-5555     FACSIMILE (213) 620-8816
WWW.ALLENMATKINS.COM
FEDERAL TAX I.D. 95-3605309

| | | |
|---|---|---|
| **THOMAS A. SEAMAN/RECEIVER FOR SBCC; MARK FEATHERS** MATTER # 372456-00013 | **RE:  CALIFORNIA BUSINESS BANK LITIGATION** | **MAY 30, 2019** INVOICE #**590264-013** ATTY:  DAVID ZARO |

| <u>DATE</u> | <u>DESCRIPTION OF SERVICES RENDERED</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/24/16 | REVIEW/EVALUATE THE CBB SETTLEMENT ORDER AND CALL WITH RECEIVER TO ADDRESS PAYMENT/TIMING (.3). | ZARO | 0.30 | 201.15 |
| 06/24/16 | REVIEW AND ANALYZE COURT ORDER APPROVING SETTLEMENT; EMAILS TO/FROM D. ZARO REGARDING SAME. | BREEN | 1.00 | 697.50 |
| 06/27/16 | CALL RELATED TO INSURER/SETTLEMENT PAYMENT WITH RECEIVER/COUNSEL (.2). | ZARO | 0.20 | 134.10 |
| 06/27/16 | FOLLOW UP AND EMAILS REGARDING STATUS; MEETING WITH MR. SEAMAN REGARDING ORDER; REVIEW SETTLEMENT AGREEMENT REGARDING CONDITIONS OF SETTLEMENT; EMAILS AND FOLLOW UP REGARDING SAME. | BREEN | 1.10 | 767.25 |
| 07/08/16 | FOLLOW UP AND EMAILS REGARDING PAYMENT ON CBB SETTLEMENT; NUMEROUS EMAILS REGARDING SAME; REPORT TO T. SEAMAN REGARDING STATUS. | BREEN | 0.80 | 558.00 |

| | | |
|---|---|---|
| TOTAL FEES | $2,358.00 | |
| TOTAL THIS BILLING PERIOD | $2,358.00 | |
| OUTSTANDING BALANCE DUE THIS MATTER | $0.00 | |
| **TOTAL DUE THIS MATTER** | **$2,358.00** | |

**Exhibit B**
**Page 13 of 14**

# Allen Matkins

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
*ATTORNEYS AT LAW*

865 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CALIFORNIA  90017-2543
TELEPHONE (213) 622-5555     FACSIMILE (213) 620-8816
WWW.ALLENMATKINS.COM
FEDERAL TAX I.D. 95-3605309

THOMAS A. SEAMAN/RECEIVER FOR SBCC; MARK FEATHERS

**THOMAS A. SEAMAN/RECEIVER FOR**                                    **MAY 30, 2019**
**SBCC; MARK FEATHERS**

INVOICE #**590264**
ATTY:  DAVID ZARO

TOTAL FEES FOR PROFESSIONAL SERVICES
RENDERED THROUGH **MAY 22, 2019**              $59,812.20

TOTAL DISBURSEMENTS MADE TO YOUR
ACCOUNT THROUGH **MAY 22, 2019**              $345.50

TOTAL THIS BILLING PERIOD                        $60,157.70

OUTSTANDING BALANCE DUE ALL MATTERS            $0.00

**TOTAL DUE ALL MATTERS**                        **$60,157.70**

REMITTANCE

**Exhibit B**
**Page 14 of 14**

# EXHIBIT C

Exhibit C
Page 1 of 3

**STANDARDIZED FUND ACCOUNTING REPORT for Small Business Capital**
**Receivership; Case No. CV12-03237**
**Reporting Period 06/01/2016 to 06/30/2019**

| FUND ACCOUNTING (See instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (5-31-2016): | 11,944,110 | | 11,944,110 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | 734,174 | | 734,174 |
| Line 3 | **Cash and Securities** | 29,283 | | 29,283 |
| Line 4 | **Interest/Dividend Income** | | | - |
| Line 5 | **Business Asset Liquidation** | | | - |
| Line 6 | **Personal Asset Liquidation** | | | - |
| Line 7 | **Third-Party Litigation Income** | | | - |
| Line 8 | **Miscellaneous - Other** | | | - |
| | **Total Funds Available (Lines 1 - 8):** | **12,707,567** | | **12,707,567** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | (10,339,861.86) | | (10,339,861.86) |
| Line 10 | **Disbursements to Receivership Operations** | | | |
| *Line 10a* | *Disbursement to Receiver or Other Professionals* | (1,575,400.92) | | (1,575,401) |
| *Line 10b* | *Business Asset Expenses* | (230,537) | | (230,537) |
| *Line 10c* | *Personal Asset Expenses* | | | - |
| *Line 10d* | *Investment Expenses* | - | | - |
| *Line 10e* | *Third-Party Litigation Expenses* | | | - |
| | *1. Attorney Fees* | | | - |
| | *2. Litigation Expenses* | - | | - |
| | ***Total Third-Party Litigation Expenses*** | **-** | | **-** |
| *Line 10f* | *Tax Administrator Fees and Bonds* | - | | - |
| *Line 10g* | *Federal and State Tax Payments* | | | - |
| | **Total Disbursements for Receivership Operations** | | | **(1,805,938)** |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………………… | - | | - |
| | Independent Distribution Consultant (IDC).. | - | | - |
| | Distribution Agent…………………………………… | - | | - |
| | Consultants…………………………………………… | - | | - |
| | Legal Advisors……………………………………… | - | | - |
| | Tax Advisors………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Miscellaneous | - | | - |
| | ***Total Plan Developmental Expenses*** | | | **-** |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………………… | - | | - |
| | IDC……………………………………………………… | - | | - |
| | Distribution Agent…………………………………… | - | | - |
| | Consultants…………………………………………… | - | | - |
| | Legal Advisors……………………………………… | - | | - |
| | Tax Advisors………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………… | | | - |
| | Claimant Identification……………………… | - | | - |
| | Claims Processing……………………………… | - | | - |
| | Web Site Maintenance/Call Center………… | - | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. Federal Account for Investor Restitution (FAIR) Reports Expenses | - | | - |
| | ***Total Plan Implementation Expenses*** | **-** | | **-** |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | **-** |
| Line 12 | **Disbursements to Court/Other:** | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | - | | - |
| *Line 12b* | *Federal Tax Payments* | | | - |
| | **Total Disbursement to Court/Other:** | | | - |
| | **Total Funds Disbursed (Lines 9 - 11):** | | | **(12,145,799)** |
| Line 13 | **Ending Balance (As of 09/30/2015):** | | | **561,768** |

**Exhibit C**
**Page 2 of 3**

STANDARDIZED FUND ACCOUNTING REPORT for USFIA - Cash Basis
Receivership; Case No. CV12-03237
Reporting Period 06/01/2016 to 06/30/2019

| Line 14 | Ending Balance of Fund - Net Assets: | | | |
|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | | | 561,768 |
| Line 14b | Investments | | | - |
| Line 14c | Other Assets or Uncleared Funds | | | - |
| | Total Ending Balance of Fund - Net Assets | | | 561,768 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **Report of Items NOT to be Paid by the Fund:** | | | |
| **Line 15** | **Disbursement for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………………………… | - | | - |
| | IDC………………………………………………………… | - | | - |
| | Distribution Agent……………………………………… | - | | - |
| | Consultants……………………………………………… | - | | - |
| | Legal Advisors………………………………………… | - | | - |
| | Tax Advisors…………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Miscellaneous | - | | - |
| | **Total Plan Developmental Expenses Not Paid by the Fund** | | | **-** |
| | | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| | 1. Fees: | | | |
| | Fund Administrator……………………………………… | - | | - |
| | IDC………………………………………………………… | | | - |
| | Distribution Agent……………………………………… | - | | - |
| | Consultants……………………………………………… | - | | - |
| | Legal Advisors………………………………………… | - | | - |
| | Tax Advisors…………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification | | | |
| | Notice/Publishing Approved Plan……………… | - | | - |
| | Claimant Identification……………………………… | - | | - |
| | Claims Processing……………………………………… | | | - |
| | Web Site Maintenance/Call Center…………… | | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. FAIR Reporting Expenses | - | | - |
| | **Total Plan Implementation Expenses Not Paid by the Fund** | | | **-** |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | - |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | **-** |
| | | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | - | | - |
| Line 16b | Federal Tax Payments | - | | - |
| | Total Disbursement to Court/Other Not Paid by the Fund: | | | - |
| | | | | |
| **Line 17** | **DC & State Tax Payments** | - | | - |
| | | | | |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period…………………………………… | | | |
| Line 18b | # of Claims Received Since Inception of Fund……………………………………… | | | |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid this Reporting Period……………………………… | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund………………………… | | | |

Receiver:

By: *Thomas L. Seaman*

Thomas Seaman

Receiver for USFIA

Date:  30-Jul-19

**Exhibit C**
**Page 3 of 3**

# **PROOF OF SERVICE**

*Securities and Exchange Commission v. Small Business Capital Corp; Mark Feathers, et al.*
USDC, Northern District of California – San Jose Division – Case No. 5:12-cv-03237-EJD

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

A true and correct copy of the foregoing document(s) described below will be served in the manner indicated below:

**NOTICE OF MOTION AND MOTION TO CONCLUDE RECEIVERSHIP AND FOR ORDER: APPROVING POST CLOSING ACCOUNTING AND REPORT; RELEASING FEATHERS' RESERVE FUNDS; AUTHORIZING PAYMENT OF PROFESSIONAL FEES; AND DISCHARGING RECEIVER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF. On **August 2, 2019**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Eric James Adams**
  eric.adams@sba.gov
- **Rita Bosworth**
  rita_bosworth@fd.org,nanetta_mendoza@fd.org
- **John Brian Bulgozdy**
  bulgozdyj@sec.gov, LAROFiling@sec.gov, delgadilloj@sec.gov, mitchells@sec.gov, berryj@sec.gov,irwinma@sec.gov
- **California Business Bank**
  rormond@buchalter.com
- **Lynn Marie Dean**
  deanl@sec.gov,larofiling@sec.gov,mitchells@sec.gov,berryj@sec.gov irwinma@sec.gov
- **Ted Fates**
  tfates@allenmatkins.com, bcrfilings@allenmatkins.com, jbatiste@allenmatkins.com
- **Susan Frances Hannan** hannans@sec.gov
- **John M. McCoy , III** mccoyj@sec.gov
- **Richard Paul Ormond**
  rormond@buchalter.com,jwright@buchalter.com,clazo@buchalter.com
- **James A. Scharf**
  james.scharf@usdoj.gov,mimi.lam@usdoj.gov

982442.38/LA

- **Carol Elizabeth Schultze**
  schultze@sec.gov,masseym@sec.gov,caroleschultze@gmail.com,
  clarket@sec.gov
- **Martin Teckler**
  mteckler@kelleydrye.com
- **Thomas A. Seaman**
  tom@thomasseaman.com
- **David Robert Zaro**
  dzaro@allenmatkins.com

2.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**:  On **August 2, 2019**, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope(s) addressed as indicated below.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion for party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 (one) day after date of deposit for mailing in affidavit.

| | |
|---|---|
| ***Pro Se* Defendant**<br>Mark Feathers<br>205 MacArthur Blvd.<br>Oakland, CA  94610<br><br>Phone  510.778.0175 | **Via U.S. First Class Mail** |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on **August 2, 2019** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz