# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SMALL BUSINESS CAPITAL CORP.; MARK FEATHERS; INVESTORS PRIME FUND, LLC; AND SBC PORTFOLIO FUND, LLC,<br><br>Defendants. | Case No. 5:12-CV-03237-EJD<br><br>[PROPOSED] ORDER CONCLUDING RECEIVERSHIP: APPROVING POST CLOSING ACCOUNTING AND REPORT; RELEASING FEATHERS RESERVE FUNDS; AUTHORIZING PAYMENT OF PROFESSIONAL FEES; AND DISCHARGING RECEIVER<br><br>Hon. Edward J. Davila<br>Courtroom 4 |

The Motion to Conclude Receivership and for an Order: Approving the Receiver's Post-Closing Accounting and Report; Releasing the Defense Counsel Reserve Funds; Authorizing Payment of Professional Fees; and Discharging the Receiver ("Motion") of Thomas A. Seaman ("Receiver"), Court-appointed permanent receiver for Small Business Capital Corp., Investors Prime Fund, LLC, SBC Portfolio Fund, LLC, and their subsidiaries and affiliates, came before the Court.

The Court having considered the Receiver's Motion, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. The Receiver's post-closing and report is approved.

3. The Receiver is authorized to cease holding the Defense Counsel Account[1] containing $200,000 and distribute those funds to investors and creditors as provided herein.

4. The Receiver is authorized to make a final distribution to investors and creditors in accordance with the Motion and approved Distribution Plan. [Dkt. Nos. 711, 628]

5. The Receiver is authorized to pay his counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP, attorneys' fees and costs in the amount of $60,157.70.

6. The Receiver is authorized to establish a post-closing reserve of $65,107 to pay for the final administrative expenses associated with the Closing Tasks as set forth in Section IV of the Motion.

7. The Receiver is authorized to turn over to the Securities and Exchange Commission to be paid to the United States Treasury, any remaining funds in his possession following completion of the Closing Tasks, including funds reflecting

---

[1] The capitalized terms used herein shall have the meanings as defined in the Motion.

1  uncashed distribution checks and remaining post-closing reserve funds after
2  payment of the expenses described in Section IV of the Motion.
3       8.   The Receiver is discharged of all duties under the Temporary
4  Restraining Order and Orders: (1) Freezing Assets; (2) Prohibiting the Destruction
5  of Documents; (3) Granting Expedited Discovery; (4) Requiring Accountings; and
6  (5) Appointing a Temporary Receiver; and Order to Show Cause re Preliminary
7  Injunction and Appointment of a Permanent Receiver entered by this Court on
8  June 26, 2012 ("TRO") (Dkt. No. 16), the Preliminary Injunction and Orders:
9  (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Requiring
10 Accountings; and (4) Appointing a Permanent Receiver entered by this Court on
11 July 10, 2012 ("Preliminary Injunction Order") (Dkt. No. 34), and subsequent orders
12 of the Court.  Pursuant to the discharge, the Receiver is released from any and all
13 claims and liabilities associated with the receivership, the receivership entities, and
14 the individual defendants named in this action.
15      (a)   All actions taken by the Receiver and his professionals in performing
16            the Receiver's Court-ordered duties under the TRO, Preliminary
17            Injunction Order, and subsequent orders of the Court are approved and
18            ratified.
19      (b)   The receivership is closed.
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28

Case No. 5:12-CV-03237-EJD
[PROPOSED] ORDER CONCLUDING RECEIVERSHIP,
DISCHARGING RECEIVER, ET AL.
1172639.01/LA

-2-

      (c)     Jurisdiction over all disputes, claims, and causes of action arising from or relating to this receivership case is reserved in this Court. In addition, this Court shall have exclusive jurisdiction over any and all claims asserted by Defendant Mark Feathers against the Receiver, his company, his agents, or his professionals. The Court will review any and all such claims made by Mr. Feathers to determine if a response is warranted. If a response is warranted, the Court will direct the appropriate parties to respond to the claims.

Dated: _____

                                                Hon. Edward J. Davila
                                                Judge, United States District Court

# PROOF OF SERVICE

*Securities and Exchange Commission v. Small Business Capital Corp; Mark Feathers, et al.*
USDC, Northern District of California – San Jose Division – Case No. 5:12-cv-03237-EJD

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

A true and correct copy of the foregoing document(s) described below will be served in the manner indicated below:

**[PROPOSED] ORDER CONCLUDING RECEIVERSHIP: APPROVING POST CLOSING ACCOUNTING AND REPORT; RELEASING FEATHERS' RESERVE FUNDS; AUTHORIZING PAYMENT OF PROFESSIONAL FEES; AND DISCHARGING RECEIVER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF.  On **August 2, 2019**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Eric James Adams**
  eric.adams@sba.gov
- **Rita Bosworth**
  rita_bosworth@fd.org,nanetta_mendoza@fd.org
- **John Brian Bulgozdy**
  bulgozdyj@sec.gov, LAROFiling@sec.gov, delgadilloj@sec.gov, mitchells@sec.gov, berryj@sec.gov,irwinma@sec.gov
- **California Business Bank**
  rormond@buchalter.com
- **Lynn Marie Dean**
  deanl@sec.gov,larofiling@sec.gov,mitchells@sec.gov,berryj@sec.gov irwinma@sec.gov
- **Ted Fates**
  tfates@allenmatkins.com, bcrfilings@allenmatkins.com, jbatiste@allenmatkins.com
- **Susan Frances Hannan** hannans@sec.gov
- **John M. McCoy , III** mccoyj@sec.gov
- **Richard Paul Ormond**
  rormond@buchalter.com,jwright@buchalter.com,clazo@buchalter.com
- **James A. Scharf**
  james.scharf@usdoj.gov,mimi.lam@usdoj.gov

982442.39/LA

- 1 -

1 
- **Carol Elizabeth Schultze**
  schultze@sec.gov,masseym@sec.gov,caroleschultze@gmail.com,
  clarket@sec.gov
- **Martin Teckler**
  mteckler@kelleydrye.com
- **Thomas A. Seaman**
  tom@thomasseaman.com
- **David Robert Zaro**
  dzaro@allenmatkins.com

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On **August 2, 2019**, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope(s) addressed as indicated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion for party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 (one) day after date of deposit for mailing in affidavit.

| | |
|---|---|
| *Pro Se* **Defendant**<br>Mark Feathers<br>205 MacArthur Blvd.<br>Oakland, CA  94610<br><br>Phone  510.778.0175 | **Via U.S. First Class Mail** |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **August 2, 2019** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz

982442.39/LA

- 2 -