UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK FEATHERS,

        Plaintiff,

v.

THOMAS A. SEAMAN,

        Defendant.

Case No. 20-cv-06029-VKD

**ORDER REFERRING CASE AND REQUEST TO CONSIDER WHETHER CASES ARE RELATED**

On August 20, 2020, pro se plaintiff Mark Feathers filed this action against Thomas Seaman and moved for leave to proceed *in forma pauperis* ("IFP"). Dkt. Nos. 1, 2. The complaint concerns events arising out of another case before the Honorable Edward J. Davila: *SEC v. Small Business Capital Corp*, Case No. 12-cv-03237-EJD. Dkt. No. 1 at 1. Mr. Feathers has also moved to relate this action to the one before Judge Davila. Dkt. No. 4. Pursuant to Civil Local Rule 3-12(c), the undersigned refers this action to Judge Davila to consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: August 31, 2020

VIRGINIA K. DEMARCHI  
United States Magistrate Judge