# WAKEMAN MICROFILM SERVICE
22283 Main Street, Hayward, CA 94541

RE: *SEC v. Small Business Capital Corp.*, et al, CV12-03237-EJD

Dear Hon. Judge Davila,

I was an investor in the SB Capital Funds. Thank you for your extensive past effort to protect my interests in my private property. I understand that you are considering a motion soon to reverse the Court's earlier findings. I support such a reversal. I believe that SEC did not offer reliable financial information in its TRO, nor did it cite properly the provisions of the funds' offering documents. Thes were preventable failures by SEC, and which, in my belief, led to a wrongful taking of my private property, and which interfered with Mr. Feathers ability to argue on his behalf, and on my behalf, as well. In support of the motion, I believe the findings of the Stalker Report should be accepted by the Court.

Regards,

Sign Here *William C Wakeman*

WILLIAM WAKEMAN
15750 VIA. CORDOBA
SAN LORENZO, CA 94580-2530

Mail to:   Clerk of The Court
280 S. 1st St., Room 2112
San Jose, CA   95113

RECEIVED

SEP 28 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



Bill Wakeman
15750 Via Cordoba
San Lorenzo, CA 94580

OAKLAND CA 945

28 SEP 2020 PM

US POSTAGE $000.50
First-Class
ZIP 9???
08/21/2019
033A 0071807675

9114-300837