UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FEATHERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Defendant. | Case No.  22-cv-05756-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Securities and Exchange Commission v. Small Business Capital Corp. et* al, 12-cv-3237-EJD.

**SO ORDERED.**

Dated: October 5, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge